AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| Patricia Rodney | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  22-cv-1445 |
| | ) | |
| City of New York, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (see rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Remy Green
Cohen&Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____3/3/2022_____          /s/ P. Canales
                                  _____
                                  *Signature of Clerk or Deputy Clerk*

<u>**Summons Rider**</u>

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**City of New York**
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007

**Police Sergeant F/N/U Hernandez (Tax I.D. 932167)**
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007

**Police Officer Tamara Clemente (Tax I.D. 962322)**
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007