AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| Patricia Rodney, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-1445 |
| The City of New York, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patricia Rodney                .

Date:  3/9/22

/S/
*Attorney's signature*

Gideon Orion Oliver (GO8799)
*Printed name and bar number*

277 Broadway, Suite 1501
New York, NY  10007
*Address*

Gideon@GideonLaw.com
*E-mail address*

718-783-3682
*Telephone number*

646-349-2914
*FAX number*