UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                                  Plaintiff,

                **NOTICE OF APPEARANCE**

         -against-

                22-cv-1445 (LAK)

THE CITY OF NEW YORK, ET AL.,

                                           Defendants.

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that **JOHN SCHEMITSCH**, Senior Counsel, hereby appears as counsel of record on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Sgt. Hernandez, and Officer Clement. All papers and Electronic Case Filing notifications in this matter should henceforth be served on John Schemitsch at the address listed below.

       I certified that I am admitted to practice before this Court.

Dated:       New York, New York
                June 13, 2022

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the
                                        City of New York
                                        *Attorney for Defendants City, Hernandez, and Clement*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2662


                                By:      /s/
                                          John Schemitsch
                                          Senior Counsel