UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                         Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                                         Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

22-cv-1445 (LAK)

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of Senior Counsel John Schemitsch, dated June 27, 2022, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss the Complaint, dated June 27, 2022; and upon all prior pleadings had herein, defendants City of New York, Sgt. Hernandez, and Officer Clement will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

       **PLEASE FURTHER TAKE NOTICE**, pursuant to Judge Kaplan's Order dated June 15, 2022, that cross motions, if any, shall be filed on or before July 25, 2022.

       **PLEASE FURTHER TAKE NOTICE**, pursuant to Judge Kaplan's Order dated June 15, 2022, that opposition papers, if any, shall be filed on or before August 8, 2021.

       **PLEASE FURTHER TAKE NOTICE**, pursuant to Judge Kaplan's Order dated June 15, 2022, that reply papers, if any, shall be filed on or before August 22, 2022.

Date:    New York, New York
          June 27, 2022

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel of the
                                City of New York
                              *Attorney for Defendants City of New York, Sgt. Hernandez, and Officer Clement*
                              New York, New York 10007
                              (212) 356-3539
                              jschemit@law.nyc.gov

                              By:        /s/
                                        John Schemitsch
                                        *Senior Counsel*

cc:    **BY ECF**
       ALL COUNSEL OF RECORD