UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Plaintiff, Patricia Rodney

-v-

Defendant. City of New York, et al.

-------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22-cv-1445   ( LAK ) (OTW )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2022

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Letter Motion for Conference Regarding
Dunton Conflicts and Defendants'
Motion to Dismiss (Dkt. 24)

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  July 11, 2022

SO ORDERED:

/s/ Lewis A. Kaplan (mab)

United States District Judge