**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PATRICIA RODNEY,

                              Plaintiff,

                   -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------x

No. 22-CV-01445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 24 and 26. Defendants assert that the City does not deny the existence of a policy prohibiting filming inside a police precinct, and therefore no conflict between the City and the individual officer defendants exists. *See* ECF 26. Plaintiff's request for a conference addressing potential conflicts in representation is accordingly **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF 24.

**SO ORDERED.**

Dated:  July 18, 2022
         New York, New York

                                                          *s/ Ona T. Wang*
                                                           **Ona T. Wang**
                                               United States Magistrate Judge