UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Plaintiff, Rodney

-v-

Defendant. City of New York, et al.

------------------------------------------------------------------x

Amended
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22-cv-1445   ( LAK ) (OTW)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ Specific Non-Dispositive Motion/Dispute:* | ☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ☐ Habeas Corpus |
| | ☐ Social Security |
| ☐ Settlement* | ☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ Inquest After Default/Damages Hearing | All such motions: _X_ |

*Do not check if already referred for general pretrial.

Dated August 26, 2022

SO ORDERED:

/s/ Lewis A. Kaplan (mab)

United States District Judge