UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                              Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

22-cv-1445 (LAK)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Senior Counsel John Schemitsch, dated September 7, 2022, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss the Amended Complaint, dated September 7, 2022; and upon all prior pleadings had herein, defendants City of New York, Sgt. Hernandez, and Officer Clement will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

        **PLEASE FURTHER TAKE NOTICE**, in accordance with the parties original briefing schedule, plaintiff's opposition and cross motions, if any, shall be filed on or before October 5, 2022.

        **PLEASE FURTHER TAKE NOTICE**, in accordance with the original briefing schedule, defendants' reply and cross motion opposition papers, if any, shall be filed on or before October 19, 2022.

**PLEASE FURTHER TAKE NOTICE**, in accordance with the original briefing schedule, plaintiff's cross motion reply papers, if any, shall be filed on or before November 2, 2022.

Date: New York, New York

September 7, 2022

                              HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Sgt. Hernandez, and Officer Clement*
New York, New York 10007
(212) 356-3539
jschemit@law.nyc.gov

By:          /s/
       John Schemitsch
       *Senior Counsel*

cc:   **BY ECF**
     ALL COUNSEL OF RECORD