

October 4, 2022

Hon. Lewis A. Kaplan
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

*Via Electronic Filing*

Re: Case No. 22-cv-01445, Rodney v City of New York, et al.

Dear Judge Kaplan,

I am Senior Counsel at LatinoJustice PRLDEF and write to provide notice that LatinoJustice and the Office of the Public Advocate intend to move for leave to file an amicus brief in opposition to Defendant's Motion to Dismiss (Doc. 21). We write this letter to request that the Court set a deadline for the motion and brief.

While no rule sets deadline for amicus briefs to the district court, commenters have suggested that they "should typically be filed after the party the amicus is supporting files its principal brief, but sufficiently in advance of the opposing party's responsive brief." Akiva Shapiro *et al.*, [Tips for District Court Amicus Brief Success](#), *New York Law Journal*, Dec. 24, 2020.

To ensure that *amici* have adequate time to prepare the brief and that Defendant has sufficient time to respond, we propose setting a **November 1, 2022** date as the deadline for the brief (and motion), and **November 15, 2022** as the deadline for Defendant's reply.

Defendant has indicated that it will oppose the motion to file an amicus.

Respectfully submitted,

Andrew Case
Senior Counsel

Cc:     All parties by ECF
        Elizabeth Guzman via email at eguzman@advocate.nyc.gov



**LATINOJUSTICE PRLDEF**
523 W Colonial Drive, Orlando, FL, 32804
475 Riverside Drive, Suite 1901, New York, NY 10115
Direct: 212.739.7506 | General: 800.328.2322
**New York, NY | Orlando, FL | Central Islip, NY | Austin, TX**
latinojustice.org