**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PATRICIA RODNEY,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiff,　　　　:　　No. 22-CV-01445 (LAK) (OTW)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
THE CITY OF NEW YORK, et al.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendants.　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 45 and 46.

The District Court has wide discretion to permit or deny the appearance of amici curiae. *United States v. Yaroshenko*, 86 F. Supp. 3d 289, 290 (S.D.N.Y. 2015); *Lehman XS Tr., Series 2006-GP2 v. Greenpoint Mortg. Funding, Inc.*, No. 12-CV-7935 (ALC), 2014 WL 265784, at *1 (S.D.N.Y. Jan. 23, 2014) ("[T]he decision to grant leave to file a brief amicus curiae is in the firm discretion of the court").

Although they have not proffered reasons to submit an amicus brief, non-parties LatinoJustice PRLDEF and the Office of the Public Advocate may file an amicus brief in opposition to Defendant's Motion to Dismiss by November 1, 2022. Replies, if any, shall be filed by November 18, 2022.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_____

Dated:  October 6, 2022　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　New York, New York　　　　　　　　United States Magistrate Judge