**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PATRICIA RODNEY,

       Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

       Defendants.

-----------------------------------------------------------x

No. 22-CV-01445 (LAK) (OTW)

**ORDER**

  **ONA T. WANG, United States Magistrate Judge:**

  The Court held an Initial Case Management Conference in this matter on October 13, 2022.

  Pursuant to rulings made at the record on the status conference:

- Counsel for Defendants shall provide to Plaintiff's counsel the names of the other Officer Does discussed at the conference by **October 24, 2022**.

- The parties shall exchange initial disclosures by **October 27, 2022**.

- The parties shall exchange their initial document demands by **November 18, 2022**.

- Plaintiff's counsel shall file a letter on the docket listing the hospitals at which Plaintiff was treated for her injuries, as well as the last names of her treating physicians, by **October 17, 2022**, for purposes of 28 U.S.C. § 455.

- The parties shall submit a joint status letter on the last business Friday of each month, beginning **November 18, 2022**.

The deadline to complete fact discovery is extended to December 30, 2022.

The Court will hold a Pre-Settlement Conference Call on **November 3, 2022, at 10:30 a.m.** The dial-in information is (866) 390-1828, access code 1582687.

Plaintiff's motion for leave to file a USB Stick containing the multimedia exhibit referenced in ECF 50 is **GRANTED**. The Court's Clerk and Records Office is directed to accept Plaintiff's counsel's multimedia submission in the manner specified by Plaintiff's counsel.

The Clerk of Court is respectfully directed to close ECF 50.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated:  October 13, 2022
      New York, New York

**Ona T. Wang**
United States Magistrate Judge