

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

November 29, 2022

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

Re:   Patricia Rodney v. City of New York, et al., 22-cv-1445 (LAK)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. Henriquez, and Officer Clement. I write respectfully to request a one week extension of time to file defendants' reply to the motion to dismiss, from December 2, 2022 until December 9, 2022. This is the second such request, which are made with consent of plaintiff.

By way of background, plaintiff brings this action, pursuant to 42 U.S.C. § 1983, alleging false arrest, excessive force, and denial of the right to a fair trial, *inter alia,* against the City of New York, Officer Clemente, Officer Hernandez, and various John Doe officers. Defendants request a one week extension of time to file defendants' reply to the motion to dismiss, until December 9, 2022. This extension request is made in light of other case commitments and immovable deadlines.

Thank you for your consideration herein.

Respectfully submitted,
/s/
John Schemitsch
*Senior Counsel*

cc:   **VIA ECF**
Gideon Oliver, Esq.
Remy Green, Esq.
*Attorneys for Plaintiff*

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang            11/30/22
U.S.M.J.