

December 14, 2022

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    Case No. 22-cv-01445, Rodney v City of New York, et al.

Dear Judge Wang:

    As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write, under the Court's Individual Practice III(e), to request oral argument. With Defendants' filing, the motion is now "fully briefed" (*id.*), so I understand now is the time to make the request.

    Finally, if the Court is inclined to hear oral argument, we ask leave to allow law student Regina Yu, who has worked extensively to help prepare the papers here, to argue the issues around Plaintiff's false arrest claim and other issues that connect to that issue (Point I in Plaintiffs' opposition).[1] My firm, like the Court (*id.*), tries to provide opportunities for junior lawyers and law students to work whenever possible.

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] I would argue the remaining issues.