**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PATRICIA RODNEY,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------x

No. 22-CV-01445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 74 and 77. The parties are directed to meet and confer on whether some of the information Plaintiff seeks in her Requests for Admission could be more readily obtained through depositions or other discovery.

The Court will hold a status conference in this matter on **Thursday, May 18, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by May 15, 2023.

      SO ORDERED.

                                                               *s/ Ona T. Wang*

Dated: March 22, 2023                                       **Ona T. Wang**
       New York, New York                         United States Magistrate Judge