

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOHN SCHEMITSCH<br>*Senior Counsel*<br>Phone: (212) 356-3539<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

May 16, 2023

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Patricia Rodney v. City of New York, et al.</u>, 22-cv-1445 (LAK) (OTW)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. Henriquez, and Officer Clement. Defendants write to supplement the joint letter filed May 15, 2023, in particular with regard to plaintiff's issue raised as to defendants responses to plaintiff's requests for production of documents and interrogatories ("discovery responses") and whether those responses comply with the 2015 Amendments to the Federal Rules of Civil Procedure.

The parties have conferred and defendants have agreed to amend their discovery responses to state grounds for objections with specificity, including the reasons, whether they are withholding documents, and based on which objections, and stating the basis for that objection, along with whether their search has been limited by any objection, and specify the time for any supplemental production, as noted within the purview of Fed. R. Civ. P. 34 and <u>Fischer v. Forrest</u>, 2017 U.S. Dist. LEXIS 28102 (Feb. 28, 2017). Defendants have also agreed that they will remove boilerplate or "form file" (*id.* at *2) objections that do not apply to specific requests. The parties have agreed that defendants will provide these amended discovery responses on June 2, 2023.

Thank you for your consideration herein.

Respectfully submitted,
/s/
John Schemitsch
*Senior Counsel*

- 2 -

cc: **<u>VIA ECF</u>**
Gideon Oliver, Esq.
Remy Green, Esq.
*Attorneys for Plaintiff*