**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PATRICIA RODNEY,

                              Plaintiff,

         -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------x

No. 22-CV-01445 (LAK) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a status conference in this matter on May 18, 2023.

    The parties are directed to review the transcript of the May 18 conference for detail on the Court's rulings made on the record.

    The parties shall include in their next monthly status letter whether they believe a further status conference with the Court will be necessary or fruitful to resolve any outstanding disputes, and if so, to include proposed dates for that status conference in July and August.

    **SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated:  May 18, 2023                                  **Ona T. Wang**
       New York, New York                  United States Magistrate Judge