UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                 Plaintiff,      **(PROPOSED) STIPULATION AND ORDER**

        -against-

THE CITY OF NEW YORK, POLICE SERGEANT F/N/U HERNANDEZ (TAX I.D. 932167), POLICE OFFICER TAMARA CLEMENTE (TAX I.D. 962322), AND JOHN AND JANE DOES 1-10,

                                Defendants.
------------------------------------------------------------------------X

      **WHEREAS,** the Court has directed the parties to prepare a stipulation to the filing of a Second Amended Complaint, that names the "Doe" Defendants, and does not moot the pending Motion to Dismiss;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Defendants consent that Plaintiff may file her proposed Second Amended Complaint — attached in clean version as **Exhibit 1**, with a redline to the First Amended Complaint as **Exhibit 2.**

2. The filing of the Second Amended Complaint, which is done in order to name certain John and Jane Does officers, does not impact, moot, or otherwise have any effect on the pending motion to dismiss before the Court filed defendants City of New York, Officer Clement, and Sgt. Hernandez.

Dated: New York, New York
       May 22, 2023

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By:    /s/ _____ | By: _____ |
| J. Remy Green | John Schemitsch |
| 1639 Centre Street, Suite 216 | 100 Church Street |
| Ridgewood (Queens), NY 11385 | New York, New York, 10007 |
|   t: (929) 888-9480 |  Phone: (646) 740-1295 |
|   f: (929) 888-9457 |  jschemit@law.nyc.gov |
|   e: remy@femmelaw.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED

_____
Hon.