| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
|---|---|

**GPS and Timestamp:** 40.68997465765823, -73.98998405475015
1689089579784

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>PATRICIA RODNEY<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>**22-CV-1445** |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Tue, Jul 11 2023</u> AT <u>11:33 AM</u> AT <u>120 Schermerhorn St, Brooklyn, NY 11201</u> deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on <u>POLICE OFFICER PELLY CASAMIR</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Sergeant Rizvi</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>120 Schermerhorn St, Brooklyn, NY 11201</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Tue, Jul 11 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'8" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.748490046410055, -73.99188600807493
1689081130999

**Plaintiff / Petitioner:**
PATRICIA RODNEY

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
22-CV-1445

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Tue, Jul 11 2023 AT 09:12 AM AT 138W 30th St, New York, NY 10018</u> deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on <u>SERGEANT ERNEST HERNANDEZ</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>SERGEANT Zonin</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>138 W 30th St, New York, NY 10018</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Tue, Jul 11 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Caucasian   Gender: Male   Weight: 160
Height: 5'6"   Hair: Bald   Eyes: Brown   Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

MITCHELL RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.65002219802222, -73.97100134676687
1688997625581

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| PATRICIA RODNEY | Index No: |
| Defendant / Respondent: | 22-CV-1445 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Mon, Jul 10 2023</u> AT <u>10:00 AM</u> AT <u>397 Coney Island Ave, Brooklyn, NY 11218</u> deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on <u>POLICE OFFICER JOHN RAMOS</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to <u>Sergeant Epstein</u> a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>397 Coney Island Ave, Brooklyn, NY 11218</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Mon, Jul 10 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 40 | Ethnicity: Caucasian | | Gender: Male | Weight: 170 |
|---|---|---|---|---|
| Height: 5'8" | Hair: Brown | Eyes: Brown | | Relationship: Co worker |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.62548565203757, -73.99132238836077
1688999092000

Plaintiff / Petitioner:
PATRICIA RODNEY

Defendant / Respondent:
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
22-CV-1445

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Mon, Jul 10 2023 AT 10:24 AM AT 5822 16th Ave 66TH PCT, Brooklyn, NY 11204 deponent served the within summons and verified complaint and notice of commencement by electronic filing on POLICE OFFICER ROBERT MUI

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Principal Dwyer a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 5822 16th Ave 66TH PCT, Brooklyn, NY 11204, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Jul 10 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50   Ethnicity: Caucasian   Gender: Female   Weight: 160
Height: 5'5"   Hair: Blond   Eyes: Brown   Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341072
Qualified in Nassau County
Commission Expires May 2, 2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

GPS and Timestamp: 40.602429090812315, -74.00344538506258
1688571043999

**Plaintiff / Petitioner:**
PATRICIA RODNEY
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
22-CV-1445

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Wed, Jul 05 2023</u> AT <u>11:30 AM</u> AT <u>1925 Bath Ave 62ND PCT, Brooklyn, NY 11214</u> deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on <u>POLICE OFFICER JOHN ANDREW CUSAMANO</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Sergeant Mohr</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>1925 Bath Ave 62ND PCT, Brooklyn, NY 11214</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Wed, Jul 05 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'10" | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.60241228261195, -74.00346243487313
1688571259999

| | |
|---|---|
| **Plaintiff / Petitioner:** PATRICIA RODNEY | **AFFIDAVIT OF SERVICE** **Index No:** 22-CV-1445 |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Wed, Jul 05 2023</u> AT <u>11:34 AM</u> AT <u>1925 Bath Ave 62ND PCT, Brooklyn, NY 11214</u> deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on <u>Police officer Steven Vitelli</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Sergeant Mohr</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>1925 Bath Ave 62ND PCT, Brooklyn, NY 11214</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Wed, Jul 05 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | | Gender: Male | | Weight: 180 | | |
| Height: 5'10" | Hair: Brown | Eyes: Brown | | Relationship: Co worker | | | |
| Other | | | | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 13th day of July 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

GPS and Timestamp: 40.60246949060178, -74.0034291211626
1688570943000

| | |
|---|---|
| **Plaintiff / Petitioner:** PATRICIA RODNEY | **AFFIDAVIT OF SERVICE** Index No: 22-CV-1445 |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on Wed, Jul 05 2023 AT 11:29 AM AT 1925 Bath Ave 62ND PCT, Brooklyn, NY 11214 deponent served the within <u>summons and verified complaint and notice of commencement by electronic filing</u> on POLICE OFFICER MICHAEL OGGERI

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Sergeant Mohr</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>1925 Bath Ave 62ND PCT, Brooklyn, NY 11214</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Jul 05 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'9" | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 13th day of July 2023

_____
Mitchell Raider
1450036

_____
Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024