

| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

July 31, 2023

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Patricia Rodney v. City of New York, et al.</u>, 22-cv-1445 (LAK)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. Henriquez, and Officer Clement. I write jointly with counsel for plaintiff to provide a monthly status report and to respectfully request a two month extension of time for the completion of "phase one" fact discovery, *nunc pro tunc*, from July 28, 2023 to September 26, 2023.

As the Court likely recalls, plaintiff amended the complaint to name additional John and Jane Doe defendants, whose response to the complaint are now due on August 28, 2023. (<u>See</u> ECF No. 90, 103). Additionally, the parties have raised the issue of discovery disputes and are scheduling a meet and confer to try to resolve them without seeking intervention of the Court. Further, defendants renewed their motion to dismiss, for which plaintiff's opposition is due on August 18, 2023, with defendants' reply due on August 25, 2023. (<u>See</u> ECF No. 101). Accordingly, given the discovery disputes the parties will be meeting and conferring upon, additionally named parties, and pending briefing on defendants' motion to dismiss, the parties respectfully request a two month extension of time for the completion of "phase one" fact discovery. The parties anticipate that, given the outstanding motion to dismiss, a further extension for the completion of discovery may be necessary.

Thank you for your consideration herein.

- 2 -

                                          Respectfully submitted,

                                          /s/
                                        John Schemitsch
                                        *Senior Counsel*

cc:    **<u>VIA ECF</u>**
       Gideon Oliver, Esq.
       Remy Green, Esq.
       *Attorneys for Plaintiff*