UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PATRICIA RODNEY,

                             Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------x

No. 22-CV-01445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 104. Defendants' motion for a two-month extension of time to complete "phase one" fact discovery from July 28, 2023, to September 26, 2023, is **GRANTED** *nunc pro tunc*.

The Court understand that ECF 97 is now the operative "renewed" motion to dismiss, and the Court expects Plaintiff's opposition to respond to the arguments contained in ECF Nos. 40 and 41. Defendants' prior motions to dismiss filed at ECF Nos. 21 and 39 were directed to prior complaints and are now moot.

The Clerk of Court is respectfully requested to close ECF Nos. 21 and 39.

**SO ORDERED.**

Dated:  August 1, 2023
           New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                    United States Magistrate Judge