UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                           Plaintiff,

                          -v-

CITY OF NEW YORK, ET. AL.,

                                         Defendant.

------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

22-CV-01445 (LAK)(OTW)

        **PLEASE TAKE NOTICE** that **GREGORY MUSSO** is hereby substituted in place of JOHN SCHEMTISCH as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York ("City"). All papers and Electronic Case Filing notifications in this matter should henceforth be served on GREGORY MUSSO at the address listed below. Please terminate JOHN SCHEMITSCH as counsel of record and replace him with GREGORY MUSSO.

        I certify that I am admitted to practice before this Court.

Dated: August 8, 2023
       New York, N.Y.

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendant City*
                                          100 Church Street, Room 3-216
                                          New York, N.Y. 10007
                                          T: (212) 356-3159
                                          E: GMUSSO@law.nyc.gov

                            By:   /s/_____
                                    GREGORY MUSSO
                                    *Assistant Corporation Counsel*

cc:   **VIA ECF**
       *All attorneys of record*