UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------------ x

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

No. 22-CV-1445 (LAK) (OTW)

I, JOHN SCHEMITSCH, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

      1.      I am a Senior Corporation Counsel at the New York City Law Department and, on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, I am presently counsel of record in this action.

      2.      The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration. Going forward, I will have no involvement in this matter whatsoever.

      3.      Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:     New York, New York
              August 8, 2023

                                                                   /s/

                                                      _____
                                                      JOHN SCHEMITSCH