**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                        Plaintiff,

              -v-

CITY OF NEW YORK, ET. AL.,

                                      Defendant.

------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

22-CV-01445 (LAK)(OTW)

**PLEASE TAKE NOTICE** that **GREGORY MUSSO** is hereby substituted in place of JOHN SCHEMTISCH as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York ("City"). All papers and Electronic Case Filing notifications in this matter should henceforth be served on GREGORY MUSSO at the address listed below. Please terminate JOHN SCHEMITSCH as counsel of record and replace him with GREGORY MUSSO.

      I certify that I am admitted to practice before this Court.

Dated: August 8, 2023
       New York, N.Y.

**SO ORDERED:**

Application GRANTED.

_____
**Ona T. Wang**        8/15/23
United States Magistrate Judge

    cc:    **VIA ECF**
            *All attorneys of record*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City*
100 Church Street, Room 3-216
New York, N.Y. 10007
T: (212) 356-3159
E: GMUSSO@law.nyc.gov

By:   _/s/_____
       GREGORY MUSSO
       *Assistant Corporation Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                         Plaintiffs,

                -against-

CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------------ x

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

No. 22-CV-1445 (LAK) (OTW)

I, JOHN SCHEMITSCH, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

      1.      I am a Senior Corporation Counsel at the New York City Law Department and, on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, I am presently counsel of record in this action.

      2.      The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration. Going forward, I will have no involvement in this matter whatsoever.

      3.      Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:     New York, New York
               August 8, 2023

                                                                                    /s/

                                                                    _____
                                                                  JOHN SCHEMITSCH