

August 15, 2023

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

By Electronic Filing.

Re:   Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

My firm, with co-counsel, represents Plaintiff in the case named above.

As the Court may recall, on the previously-briefed motion to dismiss, Plaintiff included a multimedia exhibit in the motion — and pursuant to the directions from the Clerk and the Court's Records Office, Plaintiff made a motion to file a physical USB stick. *See* Dkt. No. 50 (motion); *see also*, Dkt. No. 47-1 (placeholder for the video exhibit). The Court granted that motion (Dkt. No. 53), and the Records Office now has an official, physical copy of the video for the sake of public records on the now-mooted motion.

I write to ask the Court for leave to reference that copy on the new motion, rather than filing a new USB copy of the video.[1]

As always, I thank the Court for its time and consideration.

**DENIED. No leave is necessary to reference the existing copy. Please do not send another copy of the video.**

Respectfully submitted,

**SO ORDERED.**

/s/

_____
Ona T. Wang        8/16/23
U.S.M.J.

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] In the alternative, Plaintiff seeks the same relief in Dkt. No. 50 — for the Court to enter an Order directing Plaintiff to file a USB stick that includes the video for which a placeholder will be filed in the renewed opposition to the motion.