# **EXHIBIT 1 – PLACEHOLDER**

This sheet is a placeholder for a video submitted on an appropriate storage device to Chambers.

The video submitted to Chambers is also permanently hosted and can be publicly viewed at this link:

https://www.dropbox.com/s/voti2r13wd64gu6/2_Extraction_1_1__AXON_Body_2_Video_2020-12-02_1803.mp4?dl=0