1                    COMMITTEE ON PUBLIC SAFETY        1

2     CITY COUNCIL
      CITY OF NEW YORK
3
      ------------------------ X
4
      TRANSCRIPT OF THE MINUTES
5
                    Of the
6
      COMMITTEE ON PUBLIC SAFETY
7
      ------------------------ X
8
                              June 9, 2020
9                             Start:  10:17 a.m.
                              Recess:  8:00 p.m.
10

11    HELD AT:          REMOTE HEARING (VIRTUAL ROOM 1)

12    B E F O R E:      Donovan J. Richards,
                        Chairperson of the Committee on
13                      Public Safety

14
      COUNCIL MEMBERS:
15                      Speaker Corey Johnson
                        Deborah Rose
16                      Carlos Menchaca
                        Brad Lander
17                      Robert Holden
                        Paul Vallone
18                      Adrienne Adams
                        Ydanis Rodriguez
19                      Rafael Salamanca
                        Andrew Cohen
20                      Helen Rosenthal
                        Vanessa Gibson
21                      Farah N. Louis
                        Fernando Cabrera
22                      Andrew Cohen
                        Mark D. Levine
23                      I.Daneek Miller
                        Francisco Moya
24                      Keith Powers
                        Carlina Rivera
25

1                     COMMITTEE ON PUBLIC SAFETY                2

2     COUNCIL MEMBERS(CONT.):

3                         Deborah Rose
                          Justin Brannan
4                         Kalman Yeger
                          Jimmy Van Bramer
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    COMMITTEE ON PUBLIC SAFETY              3

2                    A P P E A R A N C E S

3       Michael K. Williams
        Spokesperson and partner to NYC Together
4

5       Benjamin Tucker
        First Deputy Commissioner
6

7       Matthew Pontillo
        Assistant Chief
8

9       Oleg Chernyavsky
        Assistant Deputy Commissioner for Legal Matters

10
        Shirley Aldebol
11      Vice President of SEIU Local 32BJ

12      Alexandra Zoni Rockoff
        Staff Attorney in the Civil Action Practice at
13      the Bronx Defenders

14      Jamil Hamilton
15      Manager of Public Policy and Advocacy for the
        National Alliance on Mental Illness of New York
16      City NAMI

17
        Dr. Victoria Phillips
18
        Albert Fox Cahn
19

20      Jessica New

21      Vincent Riggins
        President of Brite Leadership Coalition East New
22      York

23
        Naqiya Hussain
24
        Jillian Primiano
25      ER nurse in Bushwick

```
1                 COMMITTEE ON PUBLIC SAFETY              4

2           A P P E A R A N C E S (CONT.)

3        John Farnsworth

4
         Alexandra Cardia
5        Eyewitness

6        Hira Mirza

7
         Steve Coe
8        CEO of Community Access between 1979 and 2019

9        David Collier
         Member of SEIU 32BJ
10
11       Amy Breen

12       Micaela E. Martinez
         Assistant Professor at Columbia University
13
14       Ruth Lowenkron
         Director of the Disability Justice Project at New
15       York Lawyers for the Public Interest

16       Jonathan Qualtere

17
         Ben Batchelder
18
         Samantha Hancox-Li
19
20       Marti Cummings

21       Ruvan
         Independent journalist
22
23       Carla Rabinowitz
         Project Coordinator of CCIT NYC
24
         Vanessa Ferrell
25       Medical Doctor and a Public Health Professional
```

```
1              COMMITTEE ON PUBLIC SAFETY              5

2          A P P E A R A N C E S  (CONT.)

3     Parisa Lynn

4
      Michelle Ling
5
      Charlie Monlouis Anderie
6

7     Maria Ordonez
      Activist born and raised in West Harlem
8
      Andre Richardson
9
      Paulina Ramos
10

11    Brandon Nygard

12    Eric Yue

13    Tony Finder

14
      Jenny Marashi
15    Lawyer with the Civil Rights Practice in the
      Bronx
16
      Viveca K. Licata
17
      Ximena Flores
18    Lawyer
19
      Derek Means
20

21    Mattie Barber-Bockelman

22    Josh Goldberg
23
      Holly Gunder
24    Resident of District 1 in Manhattan
25
      Sarah McEneaney
      Resident in Brooklyn
```

```
1              COMMITTEE ON PUBLIC SAFETY              6

2          A P P E A R A N C E S (CONT.)

3      Miguel Rayos Velasquez
4      Resident of Crown Heights Brooklyn

5      Michael Herbig
       Resident in East Flatbush
6

7      Jess La Bombalera
       Resident in El Barrio, East Harlem
8

9      Alexandria Lockhart

10     Jay Cologne[SP?]

11     Ben Goldfarb

12     Sabrina Zurkuhlen

13
       Helen Bolton
14

15     Anne Mattson

16     Sus Labowitz

17     Jesse Rose Krebs

18     Olivia Levine

19     Andrea Ferguson

20     Tim Race

21     Uriel Shlush-Reyna
22

23     Tevin Grant

24     Matthew Gehring

25     Michael Nusbaum
```

```
 1              COMMITTEE ON PUBLIC SAFETY              7

 2          A P P E A R A N C E S (CONT.)

 3      Johanna Griese

 4
        Robert Chaney
 5
        Eamon O'Connor
 6
 7      Michael Zurkuhlen

 8      Daniel Johnson

 9      Nadja Oerteit

10      Andrea Sofia Parejo
11
        John Malf
12
13      Jack Bruml Norton

14      Towaki Komatsu

15      Samantha G.

16      Ziggy Leacock
17
        Cici Mayer
18
19      Caitlin O'Connell

20      Ben Wolfson

21      Shara Ticku

22      Alexander Langadakis
23
        David Moss
24
25      Theo Chino

        Michael Nusbaum
```

1          COMMITTEE ON PUBLIC SAFETY            8

2          A P P E A R A N C E S  (CONT.)

3     Alex Payne

4     Mads Shiver

5
      Nagiya Hussain
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          COMMITTEE ON PUBLIC SAFETY          9

2      SERGEANT PEREZ:  Sergeant at Arms, could you

3   please start all of your recordings.  Sergeant Lugo,

4   could you please make your opening statement, thank

5   you.

6      SERGEANT LUGO:  Good morning everyone and welcome

7   to today's remote New York City Council hearing of

8   the Committee on Public Safety.

9      At this time, would all panelists please turn on

10  their video.  Again, at this time, would all

11  panelists turn on their video.  To minimize

12  disruption, please place electronic devices to

13  vibrate or silent.  If you wish to submit testimony,

14  you may do so at testimony@council.nyc.gov.  Again,

15  that's testimony@council.nyc.gov.

16     Thank you for your cooperation, we are ready to

17  begin.

18     CHAIRPERSON RICHARDS:  [GAVEL]  Alright, thank

19  you for joining our virtual hearing today on the NYPD

20  enforcement of social distancing orders.  First, I

21  would like to acknowledge that we've been joined by

22  the Speaker, Speaker Johnson.  I would like to also

23  acknowledge my other colleagues who have joined us so

24  far today.  Council Members Rose, Menchaca, Lander,

25

COMMITTEE ON PUBLIC SAFETY          10

1

2  Holden, Vallone, Adams, Speaker Johnson.  Did I miss

3  anybody else?

4      Let me just look at the panel and make sure I

5  didn't miss anybody else.  Lander, Holden, Vallone,

6  Adams, Rodriguez, Salamanca, Cohen, and once again

7  Speaker Johnson.

8      I'm going to turn it over to our Committee

9  Counsel Daniel Ades to go over some procedural items

10  and then we will begin.

11      COMMITTEE COUNSEL:  Thank you.  My name is Daniel

12  Ades and I am Council to the Committee on Public

13  Safety for the New York City Council.

14      Today's hearing is available in ASL on our

15  website under live stream virtual room 2.  Today, the

16  Committee will hear the following legislation:

17  Proposed Introduction 536-A sponsored by Council

18  Member Lancman in relation to the chokeholds and

19  other such restraints.

20      Proposed Introduction 721-A sponsored by the

21  Public Advocate Mr. Williams in relation to

22  respecting the right to record police activities.

23  Proposed Introduction 760-A sponsored by Council

24  Member Gibson in relation to an early intervention

25  system.

COMMITTEE ON PUBLIC SAFETY          11

1

2      Preconsidered Introduction sponsored by Council

3  Member Ampry-Samuel in relation to requiring visible

4  shield number and rank designations.  Proposed

5  Resolution 27-A sponsored by Council Member Cabrera

6  calling upon the New York State Legislature to pass

7  and the Governor to sign A.6144 and S.6670A.

8  Legislation that would establish the crime of

9  strangulation in the first degree, disregard of

10  banned employment procedures.

11      And finally, Preconsidered Resolution sponsored

12  by Council Member Rivera, calling upon the United

13  States Congress to pass and the President to sign the

14  Eric Garner Excessive Use of Force Prevention Act of

15  2019, which would prevent police chokeholds and other

16  tactics that result in asphyxiation.

17      Before we begin, I want to remind everyone that

18  you will be on mute until you are called to testify,

19  when you will be unmuted by the host.

20      I will be calling on panelists to testify.

21  Please listen for your name to be called.  I will be

22  periodically announcing who the next panelist will

23  be.  We will hear from representatives from New York

24  City Police Department as well as advocates and

25  members of the public.

```
 1              COMMITTEE ON PUBLIC SAFETY        12

 2       Prior to the NYPD testimony, we expect to hear

 3  from Michael K. Williams.  After Mr. Williams

 4  testimony will be the New York City Police Department

 5  represented by First Deputy Commissioner Benjamin

 6  Tucker, Assistant Chief Matthew Pontillo, and

 7  Assistant Deputy Commissioner for Legal Matters Oleg

 8  Chernyavsky.

 9       During the hearing, if Council Members would like

10  to ask a question of the Administration or a specific

11  panelist, please use the Zoom hand raise function and

12  I will call on you in order.

13       We will be limiting Council Member questions to

14  five minutes for the first round, which includes the

15  time it takes to answer your questions.  We will be

16  allowing a second round of questions for two minutes.

17       Thank you.  I will now pass it back to Chair

18  Richards to give an opening statement.

19       CHAIRPERSON RICHARDS:  Good morning.  I am

20  Donovan Richards from the 31st District in Queens and

21  I am the Chair of the Committee on Public Safety.

22  Today, we are joined by the Speaker Corey Johnson,

23  Public Advocate Jumaane Williams, as well as my

24  colleagues who I've spoken about already and I will

25
```

COMMITTEE ON PUBLIC SAFETY          13

1

2  also acknowledge we've been joined by Council Member

3  Rosenthal.

4      For as long as I have been alive New Yorkers have

5  been told how they would be policed by the police.

6  We have been told how the NYPD has decided to balance

7  the interest of public safety and civil liberties.

8  Black and Brown New Yorkers have been told that

9  sacrificing our dignity, the sanctity of our homes

10  and our bodies, our rights, our equal protection

11  under the law, we were told that sacrificing those

12  things was worth the price of safety.

13      Today, just like the countless New Yorkers who

14  have taken to the streets for the last two weeks, we

15  are here to say that we don't accept that price and

16  we don't even want to buy it anymore.

17      Today, we question whether the activities of the

18  New York City Police Department which costs $6

19  billion even truly makes us safer.  Today, we are

20  going to remind the New York City Police Department

21  that they work for us.  That we and not them, are the

22  ones who should be deciding how they will work for

23  us.  Don't get me wrong, the NYPD employs tens of

24  thousands of dedicated hard working honorable public

25

COMMITTEE ON PUBLIC SAFETY        14

1

2    servants who come to our aid in our most desperate

3    and difficult times.

4        When we need someone, they take the call and most

5    of them do everything they can to help.  I've said it

6    before and I'll said it every time I Chair a hearing,

7    this is not about those officers.  They are part of

8    our community.  They have walked with us respectfully

9    and peacefully.  A few have even taken a knee with

10   us, thank you Inspector Tavalaro.

11       This here is not about the officers who come in

12   and treat people with respect and follow the law and

13   work hard to make other people's lives better.  But

14   this is also not just about bad apples.  Surely there

15   are many and the Department has utterly failed to

16   give me any confidence that it handles those officers

17   appropriately.  Part of the problem has been civil

18   rights law 50-A, but a bigger part of the problem is

19   the Departments refusal to call out bad behavior when

20   we see it.

21       It's failure to say to the world when the world

22   is watching, that was not appropriate conduct.  It's

23   failure to immediately and clearly signal to other

24   officers that you can't treat people that way.  But

25   there is a bigger failure here and it's deeper than a

COMMITTEE ON PUBLIC SAFETY          15

1

2   few bad apples who abuse their authority.  There is

3   something deeper, something systematic, something

4   that teaches too many officers to behave a certain

5   way around certain people.

6       Something that lets them believe they have the

7   authority to do things to our bodies when they feel

8   challenged.  That allows them to treat members of the

9   public as somehow lesser than them and treat crime

10  suspects as somehow less than human.

11      Each incidents of abuse that goes viral is not

12  just an isolated incident.  It tells us something

13  about your training, about your supervision, about

14  your accountability.

15      Think about Daniel Pantaleo and the moments

16  before he killed Eric Garner.  That was an officer

17  who believed that the correct action to take was to

18  wrap his arm around the neck of another human being

19  and pull him to the ground over cigarette taxes, all

20  the while knowing there were people and cameras

21  watching.

22      Why did he think that was the right thing to do?

23  Because he was taught that he could and in fact he

24  was taught that he should.  The same goes for the

25  officers in Minnesota who killed George Floyd.  Why

COMMITTEE ON PUBLIC SAFETY          16

1

2   did they think they had the right to kneel on a man

3   who was face down on the ground begging for his life?

4       Take Francisco Garcia, who a few long weeks ago

5   stepped away from a social distancing arrest to slap

6   and beat a bystander who at worst mouthed off to him.

7   That happened in broad daylight.  Why does that

8   officer feel empowered to act that way, as if there

9   were no consequences, as if he has the right. Because

10  he was taught that he has authority that must never

11  be challenged.  A right to beat another man's body

12  over nothing.  Pushing a young girl to the ground.

13  Pulling a mask down to pepper spray someone.

14      These are the things that are happening when they

15  know they are being watched and filmed.  What do you

16  think is going on when they aren't?  There is a

17  sickness in the culture of this Department and I want

18  to know if the people sitting before me understand

19  that it is on them to root it out.  And speaking of

20  who is here today, where is the Commissioner?  I do

21  see the man who maybe should be the Commissioner,

22  Deputy Commissioner Tucker.  I have a tremendous

23  amount of respect for you and I am always glad to see

24  you because you tell it like it is.

25

COMMITTEE ON PUBLIC SAFETY          17

1

2    But Commissioner Shea had an opportunity to

3    answer for the actions of the Department in the

4    middle of a major crisis over the history of

5    racialized brutality in the city and he sends the

6    Black man who didn't get the job.  That's just

7    shameful.  You shouldn't have to answer for him today

8    or for the Mayor.

9    The Mayor who wrote into office on promises of

10   police reform and racial equality and completely

11   abandoned them once he got through the door.  The

12   Mayor who repeatedly side stepped the excessive use

13   of force against people peacefully protesting

14   excessive use of force.

15   The Mayor who justifies every instance of

16   inappropriate police misconduct during these protests

17   by shifting the focus to looters.  Mr. Mayor,

18   protestors are out here looking for racial justice,

19   not Nikes.

20   So, when we asked about the police crackdown on

21   protestors, we're not asking about the police

22   crackdown on looters.  Stop trying to convolute the

23   conversation and let me just say that I, like

24   everyone else condemn any looting going on.  Looters

25   are taking away from the movement we are trying to

COMMITTEE ON PUBLIC SAFETY          18

1

2   build, but by focusing on them when you should be

3   focusing on what protestors want, you are squandering

4   the opportunity to truly effectuate the change you

5   promised seven years ago and have not brought about.

6       What I want to hear today is not the can defense

7   of the Department that we've been hearing. I know

8   that some officers have gotten hurt and I know there

9   has been crime.  I thank those officers for putting

10  themselves on the line to do their jobs, but there

11  aren't a lot of people saying the way you handled

12  those looters was inappropriate.

13      So, lets focus on what we are saying.  I want you

14  to show me that you get it.  That you hear what

15  people are saying.  That you think fundamental

16  changes to the culture of the Department are

17  necessary from a wholesale revision on how you use

18  force to retraining on avoiding low level arrests to

19  complete reimagining how officers view their role

20  when they interact with the members of the public.

21  Yes, things have gotten better than they were ten

22  years ago but don't tell me that.  Tell me that you

23  are listening.  Tell me that you recognize that what

24  you have done is not good enough.  Tell me that you

25  are willing to stop defending the mistakes of the

```
1              COMMITTEE ON PUBLIC SAFETY              19
```

2  past decades and the past few weeks and join me in

3  taking a stand in the public as well.  Tell me what

4  you are going to change.

5       In a moment, I am going to pass things off to the

6  Speaker and I want to thank him for his leadership

7  and support on criminal justice issues.  Corey, thank

8  you.  You have not played the middle on this.  You

9  have allowed this Committee to operate and to address

10  the disparities in policing way before the marching

11  was going on.  I truly thank you for your partnership

12  in this endeavor.

13       But before I do, I am going to tell you what my

14  first question is because I want you to think about

15  it NYPD.  I am going to ask you, what has the

16  Department done to make the people who are out there

17  protesting feel the way they do.  Tell me what you

18  have gotten wrong and then tell me how you are going

19  to fix it.

20       That is my statement for today.  I now yield to

21  the Speaker of the City Council, Speaker Corey

22  Johnson.

23       SPEAKER JOHNSON:  Thank you Chair Richards for

24  your incredible leadership, not just over the last

25  few weeks but of course during your tenure of

```
                     COMMITTEE ON PUBLIC SAFETY          20
```

1

2    Chairing this Committee over the last two and a half

3    years and I want to thank everyone for being here

4    this morning.

5        I want to start by saying, I know that this

6    hearing isn't enough and these bills are not enough.

7    It is progress that is long overdue.  We can give New

8    Yorkers the right to go to court to enforce their

9    rights.  We can force the NYPD to do more to identify

10   problematic officers.  We can send a message that

11   deadly techniques like chokeholds will not be

12   tolerated.  Passing these bills is a step.  A step in

13   the right direction.  We have to go even further.

14   These bills alone aren't going to bring the systemic

15   changes that Chair Richards just spoke about.

16       So, you all have my commitment to keep going.  We

17   can start by delivering budget justice and making

18   significant cuts to the NYPD budget and reinvesting

19   that money in communities.  We can begin by getting

20   police out of our schools, out of homeless services,

21   out of mental health.  Police should not be the

22   frontline first responders to every problem in New

23   York City.

24       We need real alternatives to policing.  As long

25   as the sweeping mandate and the engrained long

1

2  systemic racism of police departments and the NYPD

3  remains the same, there is no amount of reform that

4  will truly deliver justice.  Let's follow the lead of

5  city's like Minneapolis.  Let's re-envision and re-

6  imagine what policing looks like in New York City and

7  think of a new system.  How we can change our system

8  and have something new.  It's going to take a lot of

9  work to get there and we need to make sure that Black

10  people and communities of color are leading this work

11  every step of the way.

12      But if we want true change this time, the kind

13  that actually puts us on a path to a truly racially

14  equal society, then White New Yorkers like myself

15  need to do their own work in their own White

16  communities to confront and combat racism and racist

17  policies.  It's easy and comfortable for some of us

18  to ignore the fact that we live in a racist society.

19  We pay attention to the protests while they are

20  happening.  We will make changes around the margins

21  but then we move on.  It's not enough to just say,

22  you are not racist.

23      Racism isn't just about individual cruel acts.

24  Every policy, every law, every action we take either

25  furthers racial inequality or improves it.  Racism is

COMMITTEE ON PUBLIC SAFETY          22

1

2   deeply embedded into all of our institutions and our

3   culture.  To move forward, we have to accept that and

4   commit to changing it.  We need to be antiracist.  We

5   need to show Black New Yorkers that we will fight

6   alongside them and we will fight for them, especially

7   within our own White dominated communities and

8   networks.

9       We can't let this moment pass the same way we

10   have done over and over and over again.  We need to

11   confront why nothing has really changed.  After

12   Trayvon Martin, after Eric Garner, after Freddie

13   Grey, after Philando Castile, after Tamir Rice,

14   after Sandra Bland, after Tony McDade, after Breonna

15   Taylor.

16       It shouldn't have taken the video of another

17   murder of a Black man at the hands of police or a

18   pandemic where racist and segregationist policies are

19   directly responsible for the high death toll in Black

20   and Brown communities.  This is a democratic town and

21   a democratic state.  The fact that we have not

22   delivered true change is inexcusable, it's shameful

23   and I think every single White democrat in New York

24   City has contributed to it.  If you are silence or in

25

COMMITTEE ON PUBLIC SAFETY          23

1

2    action or through your own proactive support for

3    policies that produce racist outcome.

4       I did, I include myself in that.  I have made

5    mistakes.  I had good intentions, I thought I was

6    doing the right thing but being defensive isn't

7    helpful.  Voting to hire 1,300 new cops instead of

8    pushing for more investments in communities was

9    wrong.  Increasing the Police Departments budget year

10   after year after year without making those

11   investments in communities in a meaningful way was

12   wrong.

13      Not moving quickly or aggressively enough on

14   police reform was wrong.  We need a reckoning.  We

15   don't need leaders justifying what they have done in

16   the past because it doesn't really matter.  It wasn't

17   good enough.  Instead of defending our records, White

18   leaders I believe need to normalize admitting we were

19   wrong.  Changing our minds and course correcting.

20      I am committed to educating myself on how I can

21   personally do better and how we can do better as a

22   body, and to learning from Black and Brown organizers

23   and advocates from communities that have suffered at

24   the hands of a racist society and system.  I am

25   committed to doing the hard work that I outlined in

COMMITTEE ON PUBLIC SAFETY               24

1

2  taking the steps we need to make real tangible

3  change.

4      Thank you Chair Richards and I look forward to

5  hearing from our other colleagues.

6      COMMITTEE COUNSEL:  Thank you and I will now

7  invite the bill sponsors to give opening statements

8  beginning with Council Member Gibson followed by

9  Council Member Ampry-Samuel.

10      Council Member Gibson, I will now turn it over to

11  you.

12      COUNCIL MEMBER GIBSON:  Thank you so much and

13  good morning ladies and gentleman.  Good morning

14  Speaker Johnson.  Good morning Chair Richards and all

15  of my colleagues in government and certainly all who

16  are joining us this morning for today's very

17  important hearing.

18      I am Council Member Vanessa Gibson of the 16

19  District in the Bronx and I am here today to talk

20  about Intro. 760-A, legislation to require the NYPD

21  to maintain a centralized system that is to be used

22  to record, track, review and evaluate officers

23  activity and to identify police officers that maybe

24  in need of enhanced training or monitoring during the

25  course of their career.

COMMITTEE ON PUBLIC SAFETY          25

1

2      This bill would require the NYPD to conduct an

3   annual report by January 31st and submit it to the

4   Mayor and the Speaker of the Council and post it on

5   its website.  Which will include complaints received

6   and results of investigations conducted by the CCRB,

7   the Civilian Complaint Review Board complaints

8   received and investigations conducted by the Police

9   Department including but not limited to

10  investigations conducted by the Internal Affairs

11  Bureau and any disposition resulting from any such

12  investigation.

13      Arrests and summons, criminal arrests or

14  investigations of an officer known to the department.

15  The process for identifying through such system,

16  officers that may be in need of enhanced training or

17  monitoring.  Procedures and system for ongoing

18  monitoring of such officers to ensure improvement.

19      This bill identifies warning systems and red

20  flags of officers that are in need of help during the

21  course of their career.  No one is perfect but when

22  you have officers in the department who accumulate

23  excessive CCRB complaints and excessive lawsuits of

24  using excessive force and misconduct, something is

25  clearly wrong.

COMMITTEE ON PUBLIC SAFETY          26

1

2      We cannot and we should not wait until an officer

3   seriously injures a civilian and or kills someone to

4   take action.  Given the reality of a civil unrest,

5   not just in our city but across this country, the

6   need to address police reform in this legislation,

7   along with the entire package of bills being heard

8   today is a great step in the right direction.

9      We as the legislative body of the City of New

10  York must do our part in addressing the issues with

11  the NYPD to help build a city that is fractured and

12  demanding justice.

13     In the case of this bill of which I am

14  sponsoring, we are able to combine the information

15  from the CCRB and the NYPD together to get a clearer

16  picture and understanding of the actions of our NYPD

17  officers and provide resources and training to

18  officers to address issues before those actual

19  incidents occur.

20     I look forward to today's hearing and I want to

21  thank Speaker Johnson, Chair Richards, all of my

22  colleagues but most particularly, I thank the

23  commitment of all the advocates, all of our youth and

24  all of those civil rights organizations and mothers

25  in the movement for demanding more and always

COMMITTEE ON PUBLIC SAFETY          27

1

2  speaking truth to power.  We appreciate all of your

3  work and continue to lift up the name of those we

4  have lost to police violence.

5       Today, ladies and gentleman, the family of our

6  brother George Floyd is laying him to rest in

7  Houston.  Lift this family up and prayers as they

8  turn their pain into purpose.  There must be a real

9  transformation in this city where we redefine what

10 policing looks like.  We take steps forward because

11 that's what we are supposed to do.  Budget justice,

12 criminal justice, and all forms of justice.  We owe

13 it to all of our children who deserve better than the

14 pandemic of a systemic racist society.  We cannot say

15 all lives matter until Black lives and Black trans

16 lives matter.

17      I thank you Chair and Speaker and I yield my time

18 back to you and thank you to the legislative

19 division.

20      Thank you so much.

21 COMMITTEE COUNSEL:  Thank you Council Member

22 Gibson.  I also want to acknowledge that we've been

23 joined by Council Members Louis, Cabrera, Cohen,

24 Levine, Miller, Moya, Powers, Rivera, and Rose.  I

25

```
                    COMMITTEE ON PUBLIC SAFETY          28
 1
 2    will next invite Council Member Ampry-Samuel to give
 3    an opening statement followed by the Public Advocate.
 4        COUNCIL MEMBER AMPRY-SAMUEL:  Good morning
 5    everyone.  I just received a statement, a press
 6    statement from the Brooklyn District Attorney,
 7    stating that the police officer from the 73rd
 8    Precinct Vincent D'Andraia has been charged with
 9    assault, criminal mischief, harassment, and menacing
10    for shoving the young woman to the ground and he is
11    turning himself in.  So, that was good news that just
12    came across my screen just now.
13        So, first I just want to thank our Speaker Corey
14    Johnson for the countless calls of concern when we
15    all heard about and watched the brutal murder of
16    George Floyd.  Speaker Johnson called and said, what
17    can we do together right now.  What are some of our
18    ideas for change that you would like to see right
19    now?  And took immediate action to bring together a
20    package of police reform bills that we as city
21    legislatures can pass.  And so, I just want to say,
22    you know, thank you Speaker Johnson and also thank
23    you Chair Richards for all of your hard work and as
24    we take these much needed bold steps, I'm also proud
25    of our colleagues in the state house who are passing
```

COMMITTEE ON PUBLIC SAFETY          29

1

2   police reform bills this week and passed some serious

3   legislation last night.

4       And our congressional members that are fighting

5   the good fight down in Washington DC.  Just as our

6   protestors are standing united in the streets, we

7   stand united for change in the holes of the

8   legislature.

9       So, I'm proud to be the sponsor of Intro. 6267

10  which speaks directly to the ongoing problem of

11  police officers covering up their badge and shield

12  numbers in public.  When officers do this, we see the

13  countless times and photos and videos, and a lot of

14  us experience that personally but when they do this,

15  it makes it almost impossible to identify them in a

16  complaint or a lawsuit.  And just over the past week,

17  in letters addressed to Commissioner Shea, the NAACP

18  Legal Defense and Educational Fund along with the

19  Legal Aid Society, as well as the National Lawyers

20  Guild have all described this disturbing trend in

21  which members of the NYPD purposefully cover their

22  shield numbers with bands and black tape and other

23  opaque materials.

24      All legal groups have demanded immediate action

25  and according to one of the letters to reiterate that

COMMITTEE ON PUBLIC SAFETY          30

1

2  this practice is a direct violation of the NYPD

3  Patrol Guide, Section 204-17.  Covering the rank and

4  number is not at all about paying respect to a

5  falling officer.  The guide speaks directly to how

6  and where the mourning band should be worn.  And as

7  in so many other guidelines in city policies, this is

8  just another one that is regularly disregarded with

9  no recourse for those violated.

10      And as of 2018, the Right to Know Act outlines

11  NYPD's obligation to identify themselves including

12  the name, rank, command, and badge number but that's

13  only in certain circumstances such as searches of the

14  person, property and vehicle and homes or doing a

15  sobriety check point.  It does not speak to protests.

16      So, what Intro. 6267 does is requires uniformed

17  officers to make their shield numbers visible and

18  make it in mandatory protest and it creates a private

19  right of action for when someone asks a police

20  officer to make the badge visible and they refuse.

21  People can now bring in action in court and get

22  relief such as damages injunctive relief or other

23  remedies the court deems appropriate.

24      They are also entitled to reasonable attorney's

25  fees.  The Patrol Guide wasn't enough and we found

COMMITTEE ON PUBLIC SAFETY          31

1

2  out that the Right to Know Act didn't cover protests.

3  So, here we are.  Now, we utilize the tools of our

4  justice system to force members of the police

5  department to do what should be just plain decent and

6  responsible.  This is unnecessary of the reform

7  puzzle that will hopefully eventually pull together a

8  picture of New York City that we've been longing to

9  see.  With that, I just want to say again, thank you

10 Speaker Johnson and Chair Richards and I look forward

11 to seeing this package of bills and reform become our

12 new reality to protect all New Yorkers because we've

13 been abused for too many years.

14      Thank you so much.

15      COMMITTEE COUNSEL:  Thank you Council Member

16 Ampry-Samuel.  In a moment I will turn it over to the

17 Public Advocate but I want to acknowledge that we've

18 also been joined by Council Members Brannan and

19 Yeger.

20      After the Public Advocate, I will invite Council

21 Member Lancman to give an opening statement.

22      Public Advocate Mr. Williams.

23      PUBLIC ADVOCATE WILLIAMS:  Thank you very much.

24 As mentioned, my name is Jumaane Williams, Public

25 Advocate of the City of New York.  I want to thank

COMMITTEE ON PUBLIC SAFETY          32

1

2    Chair Donovan Richards for that awesome and powerful

3    statement.  Thank you for that and for having this

4    hearing on legislation that we will be reviewing

5    today.

6       I want to thank the Speaker for his support as

7    well and for that powerful opening statement in which

8    there was acknowledgment as you did before of saying

9    what you could have done better instead of getting

10   defensive and it was a powerful opening that I wish

11   the Mayor and frankly the Governor will listen to and

12   take steps to do the same thing on what we've seen

13   from both of them frankly.  Although, the Governor

14   has been slightly better but both of them in response

15   to the protests about excessive force and over

16   policing about laws that increase tension in

17   communities about not being believed when people

18   speak of their experience.  They both responded to

19   that with more police and aggressive policing, a

20   curfew, a law, that caused more tension and again not

21   believing what people were saying what happened to

22   them.  Including me, the highest ranking Black

23   elected official in New York City, it was both

24   insulting and lack of leadership and dangerous for

25   all of us.  So, thank you for that.

COMMITTEE ON PUBLIC SAFETY          33

1

2      I want to add my voice to acknowledging the

3  people who are still demonstrating our streets for

4  justice.  We cannot ignore their voices; they will

5  not be ignored.  We must acknowledge the demands to

6  prevent police brutality, excessive policing, racial

7  injustice.  It happens too frequently, whether it is

8  in Minneapolis, the murder of George Floyd or right

9  here with the many, many cases we know all too well.

10  Cases that this Mayor can address, like officers who

11  were never brought to account for the death of Eric

12  Garner.  Officers who killed Delrawn Smalls just to

13  name a couple.

14      Among the legislation being heard today, my bill

15  Intro. 721-A, codifies the right to record New York

16  City police and Peace Officers.  I want to make this

17  very clear; Intro. 721-A does not permit anyone to

18  interfere with an official lawful police function.

19  It does however affirm everyone's right to record.

20      In the event that an officer unlawfully seeks to

21  prevent a recording, threatens, intimidates, or

22  issues a summons or an arrest, simply because someone

23  is recording police activity individuals can bring an

24  action in any court to seek relief or other remedies.

25

COMMITTEE ON PUBLIC SAFETY          34

1

2      Intro. 721-A also requires the Commissioner to

3  issue quarterly reports of arrests and summonses

4  issued when persons record police activity.

5      There may be no better time to pass legislation

6  as we continue to see people in our city and across

7  this country demand accountability.  If it were not

8  for a quarter of officers, we would know videos of

9  officers hitting a cyclist with batons, officers

10  physically pushing a woman to the ground and officers

11  arresting an essential food delivery worker or many

12  others.  All of these instances were recorded.  I use

13  my own to record instances that were still not

14  believed.

15      Imagine if they were not.  Imagine if we were not

16  aware.  What justice would be sought?  Would the

17  status quo continue?  Sadly, even with the video,

18  sometimes there is no justice.

19      Take the case of Rayne Valentine, an essential

20  worker at Kings County Hospital.  As he left work on

21  May 30th while walking near the church avenue subway

22  station and saw the crowds of protestors and police

23  officers.  Rayne took out his phone to record,

24  leading to shouts from officers to move back.  Rayne

25

COMMITTEE ON PUBLIC SAFETY          35

1

2   then was pushed and beaten by officers who quickly

3   stopped and gave him back his phone.

4       Afterward, Rayne bleed from what had happened,

5   went back to the hospital for injuries he sustained.

6   All because he was recording officers.  Before these

7   protests, there were many other examples of police in

8   the city inappropriately responding to recordings.

9   Back in May, while walking her dog a defense attorney

10  saw officers stopping men near Tompkins street and

11  Decatur Avenue.  She began to record the interaction

12  before officers approached her.  While the people

13  stopped by police were let go, the attorney was

14  arrested and detained.

15      There are countless stories of people who were

16  simply recording officers and their right to do so

17  was interfered with by police.  On 2014-2016 CCRB

18  investigated 257 complaints involving officers

19  interfering with video recording.  Most of the

20  complaints involved officers using physical

21  interference to prevent their recording.  This cannot

22  happen.  We must ensure every person is entitled to

23  their right to record a police officer without the

24  fear of repercussions.  This includes journalists and

25  I'm frightened by recent reports that the press is

COMMITTEE ON PUBLIC SAFETY          36

1

2    being stopped and even arrested for just doing their

3    job.

4        Let's make something very clear, there is no

5    local law that makes it illegal to record the police.

6    In fact, federal and state law allow people to record

7    in a public space.  However, we have seen officers

8    inconsistently respond to recordings of their

9    actions.  We do not need to see images of people

10   arrested while holding our officers accountable.  We

11   do not need officers picking and choosing who gets to

12   record and who does not.  It is time for uniform

13   policy and Intro. 721 would do that.  The right to

14   record can allow a level of accountability in

15   incidents where officers acted inappropriately.  For

16   example, film the last words of Eric Garner in Staten

17   Island after x-official Daniel Pantaleo applied a

18   fatal chokehold.  Even though it took five years for

19   Pantaleo to be fired for causing the death of an

20   innocent man, this incident stressed the points of a

21   right to record.  We still haven't had an account for

22   the other officers to who caused the death and my

23   understanding is Mr. Archer had just been released

24   from jail himself.

25

1

2      So, I thank the Chair for allowing me to speak

3   today and I thank the Council Members including the

4   Chair for co-sponsoring this legislation.  This

5   legislation is a part of solutions that advocates

6   have been arrested for holding police accountable.

7   And I want to also just mention, we do have to get

8   this right for everyone.  As was mentioned, I want to

9   lift up all folks, including officers who were hurt

10  because their families expect for them to come back

11  home the way they came.

12      So, when we put officers in situations they

13  shouldn't be in, it's not fair for them, it certainly

14  is not fair to the community.  So, we have to get

15  this right.  We also have to remember that this is

16  not just about police.  All of the things that we

17  talk about are found in every institution, in every

18  city and state across this country.

19      I want to remind folks that you do not have to be

20  a racist or a bigot to be a part of continuing an

21  institution that is steeped in systemic racism and

22  bigotry.  Once we can come to grips with it, I think

23  we will be able to move much further, much swifter,

24  much bolder.

25

COMMITTEE ON PUBLIC SAFETY          38

1

2      I too am sorry that the Commissioner is not here.

3   This is a conversation he necessarily needs to be a

4   part of.  I want to say thank you to the Black women

5   who lifted up and spoke today.  Council Member Gibson

6   and Council Member Ampry-Samuel.  Thank you for your

7   leadership and we cannot wait for the next incident,

8   police interference or misconduct to make a decision

9   on such commonsense measures, but if all we get now

10  is 50 A and reduction of police budget then all of

11  this was not worth it.

12      So, let's use this time to go further, to go

13  bolder, to create the society we all said we wanted

14  when we ran.  Thank you so much.

15      COMMITTEE COUNSEL:  Thank you.  I will now invite

16  Council Member Lancman to give an opening statement

17  followed by Council Member Rivera.

18      COUNCIL MEMBER LANCMAN:  Thank you.  Good

19  morning, I am Council Member Rory Lancman prime

20  sponsor of Intro. 536-A which bands chokeholds and

21  other restraints on breathing by arresting officers.

22      By the time Eric Garner was killed by a police

23  chokehold in July of 2014, chokeholds had been

24  completely prohibited by NYPD policy for 21 years.

25  This prohibition was categorical and unqualified.

COMMITTEE ON PUBLIC SAFETY          39

1

2    Here is what the patrol guide said at the time,

3    "members of the New York City Police Department will

4    NOT use chokeholds."  And the not is in all capital

5    letters.  Nonetheless, this prohibition couldn't save

6    Eric Garner and in the wake of his death, the

7    Civilian Complaint Review Board issued a report in

8    2014 revealing that between 2009 and 2014, the public

9    had filed 1,048 chokehold complaints with the CCRB.

10   And the most serious punishment meted out for

11   violating the chokehold ban was the loss of vacation

12   days.

13       This bill was introduced to up the ante.  To make

14   the consequences of using a chokehold real.  And

15   frankly, to force District Attorney's to act with a

16   new tool at their disposal.  Rather than join us, the

17   Mayor has consistently promised to veto this bill.

18   His justification until today has always been the

19   completely disingenuous complaint that the

20   legislation lacks an exception for an officer in a

21   so-called life or death situation. Even though he

22   must have been advised by the NYPD's able legal

23   department and the Corporation Council that that is

24   simply not true.

25

COMMITTEE ON PUBLIC SAFETY          40

1

2      But it's even worse than that.   In 2016, the

3  NYPD updated its use of force guidelines to make

4  available to officers eleven different scenarios

5  where they might potentially be excused for using a

6  chokehold.   These include considerations that are

7  overly broad such as actions taken by the subject and

8  some that are frankly ridiculous, such as the

9  presence of a hostile crowd or agitators.   That is

10 literally the word in the NYPD Guide, Agitators.

11      So, let me say that another way.   This Mayor and

12 the NYPD in 2016 actually made it easier for an

13 officer to get away with using a chokehold rather

14 than harder.   Is it any wonder then that since the

15 Mayor's loosening of the NYPD's internal chokehold

16 ban, the CCRB has received 408 specific chokehold

17 complaints and 334 more complaints of general

18 restricted breathing through May 31st of this year.

19      This bill, making it a crime for an officer to

20 use a chokehold or other breathing restraint is as

21 urgent today as it was on July 17, 2014, the day Eric

22 Garner was killed after pleading, "I can't breathe"

23 eleven times.

24      It will super see the Mayor de Blasio's 11 point

25 chokehold excuse policy.   It will make clear to

COMMITTEE ON PUBLIC SAFETY          41

1

2   officers that they really truly, really, really

3   cannot use chokeholds.  It will hold them accountable

4   when they do.  It will fill in a gap in the states

5   strangulation statute which is really aimed at

6   civilians and not police officers.  It will honor the

7   memory of Eric Garner and Anthony Baez and yes,

8   George Floyd too.

9       Just as this Council had to drag the Mayor to

10  effectively give decriminalized the most common low

11  level broken windows offenses and dragged him to

12  change the city's marijuana arrest policy and dragged

13  him to support the closure of Rikers Island, I am

14  confident that if he does veto this chokehold bill as

15  threatened, we will have the votes to drag him to

16  justice once again.

17      Thank you very much.

18      COMMITTEE COUNSEL:  Thank you Council Member

19  Lancman.  I will now invite Council Member Rivera to

20  give an opening statement followed by Council Member

21  Cabrera.

22      COUNCIL MEMBER RIVERA:  Thank you.  Thank you so

23  much.  I want to thank Speaker Johnson and Public

24  Safety Chair Donovan Richard for allowing me the

25  opportunity to speak on my legislation.  A Resolution

COMMITTEE ON PUBLIC SAFETY          42

1

2   calling for the passage of the Eric Garner Excessive

3   Use of Force Prevention Act of 2019, which would ban

4   the practice at the national level.

5       Chokeholds and other violent uses of excessive

6   force that have been used by police to kill so many

7   Black and Brown Americans, have no place in New York

8   City or anywhere in this country.

9       I'm proud that we will be voting on Council

10   Member Lancman's legislation to make police

11   chokeholds a misdemeanor and my bill would ban the

12   practice at the national level.  Sending an important

13   message to our fellow Americans that it is time and

14   these prohibitions are overdue.  But we must go

15   further.  We need the state legislature to repeal 50-

16   A.  We need to vote to approve the other pieces of

17   legislation we are hearing today, many of which

18   address injustices we've witnessed during these

19   protests.  Such as police officers withholding

20   identifying information and denying journalists,

21   legal observers the right to safely record police

22   actions.

23       But even with these small but meaningful steps,

24   we have to ask the NYPD, why the rage against Black

25   indigenous people of color?  Where are the de-

COMMITTEE ON PUBLIC SAFETY          43

1

2    escalation tactics?  When you sit on the back and

3    kneel on the necks of Black Americans, we assume it's

4    to silence them.  It's sad that Commissioner Shea is

5    not here to answer those questions, but one thing we

6    know is that more training will not change that.  We

7    need to pass legislation that literally limits the

8    weapons and military equipment that police officers

9    have access to.

10       Limits police enforcement in schools and traffic

11   infractions and limit the ability of police unions to

12   interfere or delay justice for the victims of police

13   violence.  And facing a massive reduction in tax

14   revenue, our city must slash the NYPD's massive $6

15   billion budget and redirect those funds towards

16   education, health care, homelessness prevention and

17   youth and senior services.  We are here today to

18   start making those changes because we have waited too

19   long to do so.

20       We waited too long for Anthony Baez, for Eric

21   Garner, for Breonna Taylor, for George Floyd.  To the

22   New Yorkers watching, I want you to know your protest

23   and voices are being heard I have seen your messages

24   on these issues pouring in.  My office has received

25   nearly 100,000 emails and calls from constituents and

COMMITTEE ON PUBLIC SAFETY          44

1

2  advocates this week, an unprecedented amount that

3  easily dwarfs any other issue I've seen in my two

4  years on the Council.

5      I hope that today is the day, the first of many

6  steps that we take that this body can do in

7  translating that demand into action.

8      Thank you.

9      COMMITTEE COUNSEL:  Thank you.  I will now invite

10  Council Member Cabrera to give an opening statement.

11      COUNCIL MEMBER CABRERA:  Thank you so much.

12  Thank you to the Speaker, thank you to the Chair.

13  Thank you for your support of Reso. 27, will make

14  calling upon the state to make strangulation where

15  there is chokehold or lean on the neck or any other

16  form a class one felony.  We need to take it to the

17  next level.  This week, I had the opportunity, the

18  honor to be at George Floyd's funeral.  I was one of,

19  I believe one of the only two New Yorkers there.

20      It was a very painful thing to see.  Painful to

21  see the family suffer.  It was — to see the community

22  — just to be honest with you, still in the state of

23  shock that this is still taking place.  The fact of

24  the matter is that the land is still sick, sick of

25  injustice, sick of discrimination, sick of racism and

COMMITTEE ON PUBLIC SAFETY          45

1

2   the only way that we could change is if we start

3   checking ourselves.  We need to check our hearts we

4   need to check the way we think about other people.

5   Nobody is born racist.  Racism is learned when we

6   bridge the [INAUDIBLE 29:38].  Racism is like growing

7   up diseased and we must stop using our children to

8   spread it.

9       Racism is the original sin of this nation and we

10  must perch ourselves from it.  We need to reestablish

11  a culture of honor where we value everyone, where we

12  see the image of God in every single, every single

13  human being in the United States for that matter, all

14  over the world.

15      Racism is basically an opinion of someone without

16  the truth.  It is the maximizer of hatred with the

17  most minimum justifiable reason and this is why we

18  must break the yolk of injustice.  The rate of

19  injustice laid on the back of George Floyd and so

20  many others that have been mentioned here today.

21  There's a way that many of our people have to carry

22  every single day, literally from their childhood.

23  This is why I'm glad to join my colleagues and so

24  proud of them to put these pieces of legislation

25  together.  We got to change the way we think about

COMMITTEE ON PUBLIC SAFETY          46

1

2   each other.  We got to change the way we treat one

3   another and that is only going to happen if we start

4   checking ourselves.  Thank you so much to the Chair

5   and to the Speaker.

6       COMMITTEE COUNSEL:  Thank you Council Member

7   Cabrera.  We will now call our first witness.

8   Michael K. Williams.

9       MICHAEL K. WILLIAMS:  First of all, I would like

10  to say good morning to Chair Donovan Richards and to

11  all the Council Members and to Public Advocate

12  Jumaane Williams.  Thank you for having me this

13  morning.  My name is Michael K. Williams, and

14  although I am mostly known for my role as Omar, the

15  HBO series The Wire, I'm most proud of my role as

16  spokesperson and partner to NYC Together.

17      This organization puts our youth at the center of

18  its work and leverages their strength, so that they

19  can come up with their own solutions on community

20  based problems.  I've been working with NYC Together

21  and its founder Dana Rachlin for the past two years

22  in creating social and cultural changes in the NYPD,

23  and although our work has gained us some major wins,

24  like implementing protocol on a precinct level, which

25  reduces a juvenile recidivism to supporting officers

COMMITTEE ON PUBLIC SAFETY          47

1

2   who are looking to do other things besides using

3   criminal solutions to social problems, it's just not

4   enough.  In realizing our limitations on our direct

5   service work, I stand here today in total support of

6   the bills that are being presented to you.

7       As detailed in a recent CCRB report, Black

8   children and I can't emphasize enough, that Black

9   children are the number one reason of complaints

10  against police officers.  Nothing about this is

11  shocking to me.  As a young man growing up in the

12  projects in East Flatbush Brooklyn, I've grown

13  accustomed to being over policed and I've normalized

14  the institutionalization of my friends and my family

15  from school to prison.

16      So, as an activist, I've started to look at the

17  failures of our juvenile criminal justice system and

18  in working with NYC Together, I've gotten the

19  opportunity to work with some amazing young people

20  who can easily become the next hashtag or the next

21  reason to march.  The time to act is now.

22      My nephew Dana Dupont and I have very, very close

23  relationships with young men in Brownsville, East New

24  York, and East Flatbush.  These bills can save their

25  lives.

COMMITTEE ON PUBLIC SAFETY          48

1

2    So, I stand here today with the hope that in the

3    passing of these important legislations, it will push

4    the Department to come up with their own cultural

5    changes.  Cultural changes that reflect real

6    investment and true belief in fair community

7    policing.

8    As I detailed in a recent Daily News ad, the

9    Department has got to find the will to overhaul

10   CompStat and to do away with plain closed unit, so

11   that the police culture that encourages aggressive

12   and punitive behavior stops.  And instead invest in

13   racial justice and trauma based education throughout

14   the system, throughout their careers.  And I know

15   that accomplishing our goals for public safety

16   requires investment, financial, political,

17   structural, and cultural, which is why I am in total

18   support of defunding the NYPD as a means to

19   supporting social services.

20   As I detailed in a recent — I'm sorry, I repeated

21   myself.  As I detailed in a recent op ad in the Daily

22   News, it is time for the — I'm sorry, I repeated

23   myself.  Thank you for your time.

24   SPEAKER JOHNSON:  Thank you Mr. Williams.  You

25   have as much time as you need, you can say anything

```
 1                 COMMITTEE ON PUBLIC SAFETY        49

 2    you would like.  We can unmute Mr. Williams so he can

 3    continue.  Go ahead Mr. Williams.

 4         MICHAEL K. WILLIAMS:  Oh, so I would just like to

 5    say in closing, that it is important that the NYPD

 6    find the will to overhaul CompStat and to dismantle

 7    plain closed unit so that we could start to break

 8    away at the culture, at the police culture that

 9    advocates and allows aggressive and punitive

10    behaviors.

11         And just thank you.  Thank you for your time.

12         SPEAKER JOHNSON:  No, thank you.  Thank you so

13    much.  Thank you.

14         COMMITTEE COUNSEL:  Thank you for joining us

15    today Mr. Williams.  We will now call on the New York

16    City Police Department to testify.  Before I do that,

17    I am going to acknowledge that we have also been

18    joined by Council Member Van Bramer.

19         Before you begin your testimony, I will

20    administer the oath.  Deputy Commissioner Tucker,

21    Assistant Chief Pontillo, Assistant Deputy

22    Commissioner Chernyavsky.

23         Are you with us?

24         PANEL:  Yes, we are.

25
```

```
                    COMMITTEE ON PUBLIC SAFETY          50
 1

 2      COMMITTEE COUNSEL:  Thank you.  I will call on

 3  each of you individually for a response.  Please

 4  raise your right hands.

 5      Do you affirm to tell the truth, the whole truth

 6  and nothing but the truth in your testimony before

 7  this Committee and to respond honestly to Council

 8  Member questions? Deputy Commissioner Tucker?

 9      BENJAMIN TUCKER:  I do.

10      COMMITTEE COUNSEL:  Assistant Chief Pontillo?

11  Assistant Chief Pontillo?

12      SPEAKER JOHNSON:  Committee Counsel, we may have

13  an audio problem with the testimony that's about to

14  be given, there is an echo, which makes it hard to

15  understand their testimony.  So, I don't know if they

16  can attempt to fix that on their end.

17      COMMITTEE COUNSEL:  Deputy Commissioner Tucker,

18  why don't you begin and we'll stop if we have a

19  problem.

20      BENJAMIN TUCKER:  We're still getting an echo, I

21  think.  Oh, that's better.  Alight?

22      COMMITTEE COUNSEL:  That sounds better.

23      BENJAMIN TUCKER:  Well, let's begin.  Good

24  morning Speaker Johnson, Public Advocate Williams,

25  Chair Richards, and Member of the Council.  I am Ben
```

```
                     COMMITTEE ON PUBLIC SAFETY          51
 1

 2   Tucker First Deputy Commissioner of the New York City

 3   Police Department.  I'm joined today by Assistant

 4   Chief Mat Pontillo, and Assistant Deputy Commissioner

 5   for Legal Matters Oleg Chernyavsky.

 6       On behalf of Commissioner Dermot Shea, I wish to

 7   thank the Council for the opportunity to discuss the

 8   important moment in our countries and in our city's

 9   history and to comment on the bills we incurred here

10   today.

11       At the core of the Departments mission is our

12   obligation to protect the health, safety, and welfare

13   of those that live in, work in, and visit our city.

14   A well trained focused and disciplined team of more

15   than 36,000 officers is vital to this mission.  We

16   are the largest police department in the nation, the

17   most scrutinized.  No police department operates

18   under as much public scrutiny or as many layers of

19   oversight as the NYPD.

20       As we have made clear time and again, the Police

21   Department embraces scrutiny and oversight because it

22   has prompted us to review and reflect upon our

23   policies and practices.  In over the past six and one

24   half years, we have made unprecedented progress in

25   such areas as training, control function, precision,
```

```
                   COMMITTEE ON PUBLIC SAFETY           52
 1

 2   policing, use of force, investigative encounters, and

 3   discipline.

 4        While I intend to outline some of the reforms we

 5   have implemented during this administration.  In the

 6   interest of time, I have attached a far more

 7   comprehensive list to my testimony for you and the

 8   public to review.  Our job is by no means done.  We

 9   in the policing profession know that we can always

10   improve, that we can always do better, that we must

11   do better.  That is why I am here today to commit to

12   you that we will continue to work with you,

13   advocates, academia, and the public on our collective

14   mission to ensure fair and impartial policing

15   throughout our city.

16        The NYPD will remain in the forefront of this

17   issue, which impacts all New Yorkers.  Over the past

18   three and one half months, the city has been and

19   continues to traumatized by the onset of the

20   coronavirus that has taken us into uncharted

21   territory.  And by the horrific and deeply disturbing

22   murder of George Floyd and the passionate expression

23   of outrage that has driven thousands into our streets

24   seeking justice.

25
```

COMMITTEE ON PUBLIC SAFETY          53

1

2      There has been a fair amount of conflict in our

3   city recently, so please allow me to share something

4   that I think we can all agree on.  What happened to

5   Mr. Floyd was a great injustice and a shocking

6   tragedy and was certainly deeply disturbing.

7      When police officers start their careers, we take

8   over to protect and serve the public.  I did that

9   when I was a young recruit in the early 70's.  Police

10   Commissioner Shea did it as well in the early 90's.

11   All police officers swear to protect the people of

12   this great city and they strive to fulfill the oath

13   every time they put their uniforms on.

14      What we saw in Minneapolis was simply a betrayal

15   of the oath, of that oath and a gross sterilization

16   of duty.  It's nearly damaged every effort we made by

17   our officers to connect with our communities and

18   build trust without people.  Simply put, it was

19   atrocity fatal to Mr. Floyd and deeply damaging to

20   police community relations here in New York and

21   everywhere in our nation.  Our profession is better

22   than that.  But this is also a time where we can call

23   on, all come together and condemn the lawlessness

24   that has occurred recently.  Over the last several

25   days our city has experienced turmoil.  The right to

COMMITTEE ON PUBLIC SAFETY                54

1

2   communicate onto ideas is fundamental to a free

3   society.  The NYPD believes in the importance of the

4   first amendment and the public's right to free

5   expression.  But in demonstrating, counter

6   demonstrating or showing support for a cause, people

7   in groups have the right to peacefully gather.  Law

8   enforcement in turn, has the duty to ensure the

9   safety of the general public while protecting the

10  right of peaceful assembly.

11      When protestors march for a better future, it is

12  an overwhelmingly positive thing for our city.  Yet,

13  unfortunately, the city has also recently experienced

14  looting, burglaries, and the destruction of property.

15  These actions are not peaceful protests.  They have

16  nothing to do with civil disobedience, progress, or

17  reform.

18      They are not about demonstrating against police

19  brutality.  Quite frankly, they are the actions of

20  people who have been solely on taking advantage of a

21  moment in American history to call out the cause of

22  equity and justice that we all uphold and

23  intentionally inflict chaos, mayhem, and injury, just

24  for the sake of doing so.  And I hope we can all come

25  together and condemn these lawless actions.

COMMITTEE ON PUBLIC SAFETY          55

1

2      The best majority of our police officers abide by

3  the many laws, policies and procedures and rules

4  governing the policing profession.  Police work and

5  police decision making in the field relies heavily on

6  the discretionary judgement of officers based on

7  their accumulated experience as well as adherence to

8  guiding principles to solve a variety of problems.

9      Public trust is eroded anytime a New York City

10 police officer's conduct does not adhere to the

11 values and standards of the NYPD and the policing

12 profession.

13     As I noted earlier in recent years, the NYPD

14 enacted a series of sweeping reforms designed to

15 build trust and encourage collaboration with New York

16 City communities.  At the heart of these reforms is

17 neighborhood policing, making shift in policy and

18 practice that gave cops the time and the latitude to

19 connect with communities that follow through on local

20 problems and seize the initiative on local crime.

21     I personally led a series of training reforms as

22 we developed a three day course in de-escalation, de-

23 escalating confrontations and avoiding force.

24 Trained our officers in communicating with

25 emotionally disturbed people, prompted a field

COMMITTEE ON PUBLIC SAFETY          56

1

2  training program for recruits and rented [INAUDIBLE

3  39:55] in fair and impartial policing. We also

4  established a much more exacting use of enforced

5  policy to investigate all uses of force and collect,

6  trap and report forced data as never before.

7      The Department implemented what is now the

8  largest police body worn camera program in the world.

9  45,000 of our officers now wear those body worn

10 cameras.

11     By 2019, reported stops were down from 93 percent

12 from 2013.  Arrests and criminal summonses fell by

13 46.6 percent, and 79.7 percent respectively, by the

14 end of 2019.

15     Last year, the NYPD stopped 149,000 fewer people

16 of color than it did in 2013 and we arrested 148,000

17 fewer.  With the smaller enforcement footprint came

18 deep cuts in crime.  Murders below 300 for the first

19 time since 1951 and shootings below 800 as well as

20 33.4 drop in burglaries.

21     Greatly reduced enforcement and significantly

22 lower crime.  It was a triumph of progressive

23 policing and I ask you to take these accomplishments

24 and the reforms that helped achieve them into account

25 as you consider further reforms in our department.

COMMITTEE ON PUBLIC SAFETY          57

1

2      One of the most important components in winning

3  the public's trust is the credibility of our internal

4  system for discipling this kind of violence by police

5  officers.  If people see the departments discipline

6  system as minimizing or discounting police conduct,

7  they will be far more likely to doubt the legitimacy

8  of any police action.  We recognize that lasting

9  trust cannot be achieve without a far and transparent

10  police process and the process should be that should

11  provide the people we serve with the understanding

12  and insight into how the department addresses their

13  complaints of misconduct and how we ensure without

14  exception our personnel perform with integrity.

15      In the NYPD, we believe that we have a very

16  robust disciplinary process that holds officers

17  accountable and punishes guilty officers

18  appropriately.  But it is crucially important that

19  the public believes it too.  This is one of the

20  reasons why former Commissioner O'Neill convened the

21  external panel of respected criminal justice experts

22  in 2018 to examine our internal discipline process

23  and to make recommendations on how we can improve.

24      Last year, when the Commissioner issued his

25  report, he immediately accepted each and every

COMMITTEE ON PUBLIC SAFETY          58

1

2   recommendation.  He tasked me with establishing and

3   leading a working group to implement the

4   recommendations, a duty that Commissioner Shea and

5   the entire NYPD leadership continues to embrace.

6       I would now like to speak about the bills being

7   heard yet today.  With respect to Proposed Intro.

8   536-A, with dealing with criminalize any form of

9   restraint that restricts the flow of air or blood by

10  compressing the windpipe, diaphragm, or corroded

11  arteries on either side of the neck, in the course of

12  affecting or attempting to affect an arrest.  The

13  Department can support this legislation with minor

14  amendments.

15      As you know, our Patrol Guide as prohibited the

16  use of chokeholds for decades.  Patrol Guide Section

17  22101, which is publicly available on the NYPD's

18  website, unequivocally and unambiguously forbids any

19  pressure to the neck, throat or windpipe that may

20  inhibit breathing.  The quoting from this section,

21  the primary duty of all members of the service is to

22  protect human life, including the lives of

23  individuals being placed in police custody.  Force

24  maybe used when it is reasonable to ensure the safety

25  of the member of the service or a third person or

COMMITTEE ON PUBLIC SAFETY          59

1

2    otherwise protect life or when it is reasonable to

3    place a person in custody or to prevent escape from

4    custody.

5        In all circumstances, any application or use of

6    force must be reasonable under the circumstances.  If

7    the force used is unreasonable under the

8    circumstances it would deeply be deemed excessive and

9    in violation of the department policy.  When

10   appropriate and consistent with personal safety,

11   member of the service will use de-escalation

12   techniques to safely gain voluntary compliance from a

13   subject to reduce or eliminate the necessity to use

14   force.  In situations in which it is not safe for

15   appropriate members of the service will use only the

16   reasonable force necessary to gain control or custody

17   of a subject.

18       The use of deadly physical force against the

19   person can only be used to protect members of the

20   service or the public from imminent serious physical

21   injury or death.

22       This is how officers are trained and this is how

23   the vast majority of arrests are effectually.

24   Reality is that being a police officer is one of the

25   most difficult jobs in the world.  There are few

1

2   professions where the line staff — those officers on

3   patrol must make myriad of decisions on every day on

4   any given day.  Cops have to make choices, sometimes

5   very quickly every single day.  Some are a split

6   second life and death choices.  We hold our officers

7   to high standards even when making these choices but

8   the decision as to when and how to use force on the

9   ground is extremely complicated and may change second

10  by second as circumstances evolve during the course

11  of an arrest and often do.

12      No two arrests are the same.  When officers must

13  resort to using force, they must be trusted to rely

14  on their training and their experience.  It is

15  critical that officers are able to transition and

16  adapt to the changing circumstance of an encounter.

17  We teach officers to adjust the level of force and

18  response to the subjects changing level of resistance

19  consistent with attendance of the critical decision

20  making model.  It is for these reasons that the New

21  York State Penal law acknowledges an officers right

22  to use reasonable force under certain circumstances.

23      If the officer uses excessive force, the penal

24  law already includes a statue criminalizing, criminal

25  obstruction of breathing and strangulation.

COMMITTEE ON PUBLIC SAFETY          61

1

2          If the officers conduct does not rise to a

3     criminal defense, the Department, as a robust

4     discipline system will hold that officer accountable.

5     However, this bill would criminalize violations of

6     department policy that would not rise to the level of

7     criminality.  The legislation does not require that

8     an officer intentionally use a chokehold.  Rather it

9     criminalizes incidental, unintentional contact with

10    an individual's neck or chest.  Furthermore, by

11    criminalizing the act of an officer putting pressure

12    on an individual's diaphragm, the bill fails to take

13    into account or take account on the particular

14    circumstance of many struggles during the course of

15    arrests.

16         It also appears that the bill would criminalize

17    the rendering of CPR, with chest compressions or the

18    Heimlich maneuver, although that is clearly not an

19    intended consequence of the law.

20         Under the provisions of the bill, it is actually

21    hard to imagine a scenario in which an officer would

22    not open him or herself to criminal liability or

23    discipline when effecting the arrest of a resisting

24    subject.  While we certainly prefer that people

25    submit to arrests peacefully, it is certainly not

COMMITTEE ON PUBLIC SAFETY          62

1

2  always the case that they do.  That is the reality

3  that officers face every day.  The bill can be

4  operationalized with two simple amendments.  Remove

5  the word diaphragm and add the word intentional.

6  While the unacceptable acts we are all trying to

7  prevent are those that occurred to Mr. Garner and Mr.

8  Floyd, I ask you all to visualize the officers who

9  you are in direct with on a regular day, every day.

10 A coordinating officer or a community affairs

11 officer, they will be the officers led away in

12 handcuffs for unintentional contacts during incidents

13 which they've entrust.  Surely, we can agree that

14 these suggestions are not unreasonable.

15     With respect to Proposed Intro. 760-A, the bill

16 would require the NYPD to create and maintain a

17 centralized system to track, review and evaluate

18 police officer activity and to identify officers that

19 may be in need of enhanced training, monitoring or

20 pre-assignment.  The Department already has entire

21 borough dedicated to this purpose, our Risk

22 Management Bureau.  Risk Managements mandate and

23 purpose is to track the activities of officers and

24 any deficiencies and in performance of their duties

25 including all complaints made against them.

COMMITTEE ON PUBLIC SAFETY          63

1

2  Together, with the Legal Bureau, Risk Management is

3  tasked with identifying those officers whose

4  performance has not been up to the high standards we

5  expect, retraining these officers and as needed

6  reassigning them.  Risk Managements work is above and

7  beyond the existing structure overseen by me in my

8  office.

9      The Department will support this bill and ask

10 that the codification into law of the details of the

11 ever changing evolving system be removed.  Instead,

12 we publicly report the criteria we evaluate in the

13 context of such a system, so that this body and the

14 public are fully informed and can offer input.

15     We look forward to working with the sponsor on

16 the relatively small amendments that would make this

17 operationally feasible and valuable in achieving its

18 stated goal.

19     With respect to Proposed Intro. 721-A and

20 Preconsidered Intro. T-20206267, these bills would

21 affirm the right of citizens to record police

22 officers and require that an officers shield or rank

23 be visible.  The Department supports the substance of

24 both these bills which are in our Patrol Guide.

25

COMMITTEE ON PUBLIC SAFETY          64

1

2      No member of the NYPD should be interfering with

3  someone lawfully recording police conduct or

4  intentionally their shield number.  That is simply

5  unacceptable.  However, we have significant concerns

6  with the private rights of action included in both

7  bills.  Respectfully the Department cannot support

8  those provisions in either of these bills.  Portions

9  of these bills confirm what is already in law.  If an

10  officer impermissibly seizes property including a

11  recording of a law enforcement activity, an

12  individual has a cause of action.   NYPD officers

13  must also identify themselves and provide business

14  cards under the Right to Know law.  Creating

15  additional causes of civil action and mandatory

16  attorney's fees would only serve to incentivize all

17  avenues of a litigation to the detriment of the

18  already stressed budgets and staffing needs of the

19  NYPD to fight these suits.

20      Often, officers are faced with the challenge of

21  maintaining order at complicated crime scenes.  There

22  is often tension between the integrity of the assume

23  and the safety of the officers while allowing the

24  public to observe those officers' actions.  It could

25  be a difficult judgment for officers who are

1

2    involved.  We do not believe that incentivizing new

3    avenues to sue officers further reform or provide

4    justice to crime victims or their families.

5    Requiring officers to defend themselves in civil

6    suits even when they are able to mount a successful

7    defense opens the prospect of defense lawyers

8    impeaching an officers testimony in criminal

9    prosecutions every time that officer testifies.

10   Simply because officers have been named as defendants

11   in civil cases.

12       So, I hope that members of the Council can see

13   that the NYPD has supported matters large and small

14   over the past six and a half years and we remain

15   willing partners in the overall effort to further

16   advance the Department's commitment to criminal

17   justice reform and serving all of the communities of

18   our city.  And as we do it is imperative that we move

19   forward together on a common ground to improve our

20   criminal justice system, the safety of all New

21   Yorkers and the safety of the police officers, every

22   police officer working daily to protect us.

23       I thank you for the opportunity to speak about

24   these critical issues.  We look forward to answering

25   any questions you may have.

```
                    COMMITTEE ON PUBLIC SAFETY          66
```

1          COMMITTEE COUNSEL:  Thank you Commissioner

2     Tucker.  In a moment, I will turn it over to Chair

3     Richards for questions followed by the Speaker.

4     Before we do that Assistant Chief Pontillo, we did

5     not get your I do on the record because of audio

6     issues, so I will just ask you to repeat it.  Do you

7     swear to tell the truth and answer all questions

8     honestly?

9          MATTHEW PONTILLO:  I do.

10         COMMITTEE COUNSEL:  Thank you very much.  Please

11    stay unmuted on your end if possible, during the

12    question and answer period.  Thank you and Chair

13    Richards, if you are ready, you may begin.

14         CHAIR RICHARDS:  Thank you and thank you

15    Commissioner Tucker for your testimony.  I appreciate

16    it.  Very long, but still appreciated.  Good to see

17    you.

18         So, let's just start off, you know, I think when

19    I ended my testimony, I said I wanted you to think

20    about you know, some of the things I talked about and

21    I wanted to give you an opportunity to address these

22    things.  Can you tell me what these protests are

23    about and what do you understand them to mean for the

24    NYPD?

COMMITTEE ON PUBLIC SAFETY          67

1

2      BENJAMIN TUCKER:  Well, I think it's interesting.

3   The question is what they are about.  Many things, I

4   believe.  I think the confluence of as I referenced

5   in my statement, you know, there has been this sort

6   of issue of police community conflict for decades and

7   so, that's one.

8       So, there is a persistent presence there but when

9   you add to that this year, with the virus, corona

10  virus which took us all by surprise and I think as I

11  say we are on uncharted territory and I think we had

12  to really, as the Police Department, really figure

13  out just how we were going to do business and conduct

14  and keep the city safe under those circumstances.  It

15  was a major challenge; we were responding to guidance

16  from the CDC and from the Department of Mental Health

17  but also guidance from the executive orders through

18  the Governor as well as the Mayor.

19      At the same time, we were thinking about the

20  whole challenge of how we cover the city, how we

21  expect both businesses and making sure that everyone

22  who was named in the executive order, in terms of

23  them not doing business, make sure that those

24  businesses were not operating.

25

COMMITTEE ON PUBLIC SAFETY          68

1

2      But then you add to that the sickness in the

3   Department itself.  I mean, we had 7,000 officers go

4   out sick and that number went up, so that 3 percent

5   is our average sick time people out of work, out sick

6   at any given time and of course, we approached almost

7   20 percent at the height of our sickness around April

8   19th.  So, that's another I think burden that we're

9   just trying to deal with those issues as we continue

10  to try to pivot and make adjustments on what our

11  responsibilities would be during the virus.

12      But also, the virus changed everyone's life in

13  the city, not just police.  It affected everyone in

14  addition to our employees who we had to have working

15  at home, nonessential people.

16      So, all of those conditions, I think created a

17  level of stress that in my mind is just untenable but

18  that's part of it.  And so, as we then move on, you

19  know, a little bit of time and then we end up with

20  the death of George Floyd in Minneapolis and I think

21  that really in my view is the, as I said in my

22  comments, that passionate outrage that people felt,

23  disgust the horror of that event that we all

24  witnessed, is you know, contributes as well.  And

25  that's what I think, the simple answer to your

COMMITTEE ON PUBLIC SAFETY          69

1

2  question, although it's long explain as you're

3  getting there but the simple answer is, I think is

4  people are fed up, outraged of what's been going on

5  and that continues to be a problem.

6      CHAIRPERSON RICHARDS:  So, let me and I'm glad

7  you brought up COVID-19 because certainly Black and

8  Brown communities were certainly more impacted by

9  COVID-19 and certainly because of disparities and

10 those disparities also include over policing

11 specifically in our communities and you know, it

12 seems like we got COVID in curfews really laid out to

13 us during this pandemic and they did nothing but

14 certainly exacerbate the disparities more.  For

15 instance, and I will give you an example of why

16 people are outraged and I share, I wanted to give you

17 an opportunity to go through them but I want to save

18 a little bit of time.

19     You know not only were we dealing with a pandemic

20 and COVID-19.  I mean, I lost over 1,000 people in my

21 district to COVID-19 but then you look at the

22 hypocrisy of disparities when it came to social

23 distancing enforcement for instance right.  Why

24 people got masks, Black and Brown communities got

25 summonses and arrests, right.  So, that's another

1

2    example.  Then you look at the examples of in officer

3    Garcia on a man's neck, which could have caused

4    bodily harm and killed this man the same way George

5    Floyd left us right.  Then you talk about the

6    officers who are out because of COVID-19 and you

7    know, of course, we were supportive of even working

8    out some PPE for the NYPD but then even when the NYPD

9    got PPE, they didn't wear it.  Your officers are not

10   even wearing the masks that every day citizens are

11   mandated to wear by state order.

12       So, there is hypocrisy here that has really

13   ignited this powder keg that we find ourselves in.

14   So, that's to make it plain the issues.  Black people

15   are dying.  It seems like there are you know, there

16   are two justice systems.  One for us and one for you

17   and one that keeps officers — gives them immunity

18   from following their own laws that they are supposed

19   to enforce and this is what the public has to see

20   every day.

21       So, I didn't hear — I mean listen, COVID is one

22   thing but yes, people are marching largely because of

23   the disparities but also, we're marching because

24   we're fed up with people having their knees on our

25   neck.  That's what I wanted to hear from and the NYPD

COMMITTEE ON PUBLIC SAFETY          71

1

2     is not immune from that.  Alright, Eric Garner was

3     choked to death.

4         So, what I want to hear from you in the same way

5     you condemn those protestors, the protestors that are

6     looters, I want to hear you condemn those officers

7     who are out there pulling down masks and pepper

8     spraying people in their eyes, macing people.  I want

9     to hear you condemn the actions of those officers who

10    also mace elected officials as well, not even just

11    the public.

12        So, we're not all crazy here.  We're here for a

13    reason and I want to hear you condemn the actions of

14    those officers the same way you condemn those

15    looters.  So, can I get that on the record?

16        BENJAMIN TUCKER:  You can absolutely get it on

17    the record and I don't think you are crazy.  Listen,

18    on a few things I'm not sure I agree with you.  You

19    make it sound like no cops are wearing PPE, they

20    were.  Maybe some weren't.

21        CHAIRPERSON RICHARDS:  Sir, sir, don't insult us.

22    We don't see people — listen, some officers are, even

23    at the protest before — I just got to stop you.  Even

24    at the protest at Barclays, there were pictures of 40

25    or 50 officers standing around without one mask on.

COMMITTEE ON PUBLIC SAFETY          72

1

2      So, this is the hypocrisy that the public sees

3  and it sort of aids and abets the argument we all

4  have, that the NYPD believes they are above the law.

5      BENJAMIN TUCKER:  Well, I don't think we're above

6  the law.  I don't think you think we're above the

7  law.  I think it's a little bit more complicated than

8  that but with respect to your concerns and what you

9  raised with respect to the videos that we saw

10  including Garcia — there are other videos as well.

11  It is not as if we haven't taken action in every one

12  of those cases.  The discipline is being applied.

13  So, we get that and you know, by the way, you know

14  and I know you tell me that you know, if it happens

15  once, if it's just one officer it's a problem but

16  nevertheless, the larger question that we have to

17  deal with is what should we be looking at and we are

18  and we have been for a while looking at ways to

19  really think about how we can better address those

20  officers who do step out of line and how we can

21  reduce those officers, a number of officers who

22  engage in that conduct that is outside the guidelines

23  and results in responses from the community that are

24  unacceptable.  Right, that they recognize that these

25  officers are problem.

COMMITTEE ON PUBLIC SAFETY          73

1

2    So, we are not resting on our laws with respect

3    to that.  With respect to how we discipline.  We are

4    paying careful attention to it.  I think you know

5    that and so, I understand the rage, the outrage of

6    the people and I think we have to weight forward as

7    we got to, as I said in my remarks, as we think about

8    how we recover from this, all of this, and think

9    about what changes have to be made, we are going to

10   be willing partners in how you see and how you move

11   forward in that regard.  I think the comments that we

12   made with respect to the legislation that's being

13   proposed, in some regard, we have some objections to

14   part of those bills but as you heard, we are willing

15   to hopefully have some discussions with you so we can

16   arrive at what we want to see happen with respect to

17   improvements but also do it in a way that doesn't

18   have any unintended consequences that we think would

19   be detrimental to the officers and to the civilians

20   in that regard, the citizens.

21   CHAIRPERSON RICHARDS:  Mr. Tucker, Commissioner

22   Tucker, how much did you pay out in settlements last

23   year for police misconduct?

24

25

```
 1              COMMITTEE ON PUBLIC SAFETY        74

 2      BENJAMIN TUCKER:  I don't know, I may have that

 3  number if I can get it, I will tell you.  We'll track

 4  it down and I'll —

 5      CHAIRPERSON RICHARDS:  Okay, so we'll make sure.

 6  But in FY18, you spent about $237.4 million in police

 7  settlements.  Do you think that's a problem that

 8  taxpayers are footing the bill for individuals who

 9  are supposed to practice CPR and couldn't this money

10  be spent in other areas?  I mean we have

11  neighborhoods that need better schools, we have

12  neighborhoods that need better healthcare.  And yet,

13  the NYPD by not taking disciplinary measures, serious

14  enough are costing taxpayers over $200 million a

15  year.

16      BENJAMIN TUCKER:  Well, I think first of all, we

17  are taking disciplinary measures but they are not

18  mutually exclusive and you could have someone be

19  sued. Some people sue the officers and I mean, I know

20  this from our history from the time that I was in the

21  department.  This is not anything new but you can

22  have officers who are sued, many officers who are

23  named in actions and there is no wrong.  So, the city

24  can sometimes settle those cases and yeah, if we

25  didn't have those cases and perhaps if we didn't
```

COMMITTEE ON PUBLIC SAFETY          75

1

2  settle them, we would certainly not be spending those

3  dollars.  But I can tell you that we also put

4  safeguards in place and in fact, at the beginning of

5  the Administration, recognizing that these losses,

6  many of which turned out to be frivolous but we were

7  paying out on them anyway.  We decided to at least

8  address that and challenge some of those suits.

9      CHAIRPERSON RICHARDS:  I want to stay here.  How

10  much settlements did we pay out?  How much was

11  settlements did we pay out for office of Garcia who

12  had to go to lay on this gentleman's neck in the

13  lower east side?

14      BENJAMIN TUCKER:  So, in the past, there were a

15  number of suits there and they were not very large

16  sums but they were paid.  I mean that's a fact.

17      CHAIRPERSON RICHARDS:  They were millions of

18  dollars, that's not large sums of money?

19      BENJAMIN TUCKER:  No, no, no, they weren't

20  millions of dollars.  You asked about Garcia in

21  particular and I think there were maybe seven suits

22  as I recall.

23      CHAIRPERSON RICHARDS:  Seven suits against him?

24      BENJAMIN TUCKER:  Seven.

25      CHAIRPERSON RICHARDS:  Seven.

COMMITTEE ON PUBLIC SAFETY          76

1

2  BENJAMIN TUCKER:  And those suits, the payouts on

3  those were not large.

4  CHAIRPERSON RICHARDS:  I don't want to — because

5  I want to get to my colleagues but you don't find

6  that that's an indicator that that's an issue with

7  someone if they have been sued seven times?  Is that

8  just by chance?

9  BENJAMIN TUCKER:  No, that's absolutely an issue

10  we care about.  We have a tracking system, in fact in

11  his case, it's everything because he had some

12  complaints but they never rose to the level of what

13  you would maybe get our monitoring system, well, Risk

14  Management Bureau.  So, it really, it was one of

15  those things that slipped through the cracks, I

16  think.

17  CHAIRPERSON RICHARDS:  There is a lot of slipping

18  through the cracks going on in the NYPD and that was

19  evident during the protest.  And I am interested in

20  how much settlements you are going to be paying out

21  for that.

22  Let me move on quickly because I just want to get

23  to two other areas and then I want to just pass it

24  over to Speaker Johnson.  Let's talk about the curfew

25  for a second.  Do you think imposing that curfew did

COMMITTEE ON PUBLIC SAFETY          77

1

2  more harm than good in terms of safety and in terms

3  of community police relations?

4      BENJAMIN TUCKER:  I don't know if it did more

5  harm than good.  You know, listen, the Governor

6  imposed a curfew, we reduced it.  I think the Mayor

7  brought it down from 11 p.m. to 8 p.m.  It was

8  actually designed and I think it was appropriate

9  because we tried to — you know, keep the lid on with

10  respect to some of the damage that was being done by

11  the protestors.  Not the peaceful protestors but

12  others.

13      CHAIRPERSON RICHARDS:  Please don't call them

14  protestors.  They are not — the people who were you

15  know, looting and that, they weren't part of that,

16  they weren't protestors.  So, I just want you to

17  differentiate the two.

18      BENJAMIN TUCKER:  I made that distinction.  I

19  think they are separate and apart.  So, but that was

20  I think the result of the curfew.  As it turns out,

21  things did calm down.  I think during that curfew

22  period there were some, we still had people out there

23  causing problems but for the most part, things were

24  peaceful.  We had a myriad of stories of people who

25  protested in different parts of the city where there

COMMITTEE ON PUBLIC SAFETY            78

1

2  was no conflict at all.  People dispersed as part of,

3  at the time when the curfew hit and they left.

4       CHAIRPERSON RICHARDS:  And what was the purpose

5  of barricading people on bridges?

6       BENJAMIN TUCKER:  I'm sorry, barricading?

7       CHAIRPERSON RICHARDS:  What was the purpose of

8  barricading people on bridges?

9       BENJAMIN TUCKER:  I'm not sure what you mean by

10  that.

11       CHAIRPERSON RICHARDS:  There were people forced

12  to stay on bridges during the protest.  You didn't

13  see those videos of hundreds, if not thousands of

14  people including, I believe Council Member Lander who

15  is on this line, who were stuck on bridges because

16  the police decided to keep them there and barricade

17  them in.  You don't have any recollection of that?

18       OLEG CHERNYAVSKY:  I think if you are talking

19  about the incident on the Manhattan bridge—

20       CHAIRPERSON RICHARDS:  Yes.

21       OLEG CHERNYAVSKY:  Right, so that was I believe

22  it was the first day of the 8 p.m. curfew.  This was

23  right after, there were four, a string of about four

24  days where we had mass looting, fires burning, cars

25  being burnt out.  The curfew was instituted.  The

COMMITTEE ON PUBLIC SAFETY          79

1

2   individuals were not trapped on the bridge.  The

3   bridge, the entry to Manhattan was closed at 8 p.m.

4   consistent with the curfew.  The individuals that

5   were coming over the bridge had the Brooklyn side of

6   the bridge open and that's how they ultimately exited

7   the bridge, but the Brooklyn side was not closed.

8       CHAIRPERSON RICHARDS:  Sir, you know, I'm trying

9   to have a straight conversation with you all today.

10  We're not going to — if you didn't come here to give

11  truth, I don't know how you repair the damage in the

12  NYPD has done to your public, to the public's view of

13  you.  People were barricaded on those bridges.  They

14  were pepper sprayed.  They were beat with batons.  I

15  don't think our eyes were lying to us.  So, I don't

16  want to stay here, I'm going to move on but I want to

17  say, if you didn't come to speak your truth, you are

18  doing more harm to yourselves and the damage after a

19  while becomes, which it is, is in basically in a

20  state of an emergency, it becomes irreparable.

21      So, I don't appreciate the NYPD coming here today

22  without speaking truth, because our eyes did not lie

23  to us.

24      I just want to last question, get into the

25  budget.  We've spoken about the $6 billion NYPD

```
                      COMMITTEE ON PUBLIC SAFETY          80
 1

 2    budget.  The Mayor obviously has now been dragged to

 3    come on board in terms of cuts.  What cuts are the

 4    NYPD looking at?

 5       BENJAMIN TUCKER:  Well, I think it was somewhere

 6    about $1 billion.

 7       OLEG CHERNYAVSKY:  We're, I mean, we're working.

 8       BENJAMIN TUCKER:  We're having discussions about

 9    it.

10       CHAIRPERSON RICHARDS:  So, you are supportive of

11    cutting $1 billion?

12       BENJAMIN TUCKER:  No, we're not.

13       CHAIRPERSON RICHARDS:  You just said you were

14    looking at $1 billion.

15       BENJAMIN TUCKER:  Oh, that's what has been

16    proposed but we're not looking at $1 billion.  I

17    mean, that would be seriously harmful to the

18    Department and to the city, frankly.  But there are

19    discussions about what that number will look like.

20    You know, what we would be willing to do in trying to

21    balance the provision of those dollars in the cuts

22    against the impact it will have on enforcement

23    operations for the city.

24       CHAIRPERSON RICHARDS:  And you do understand that

25    you can't make those decisions, solely right?  Like,
```

```
 1              COMMITTEE ON PUBLIC SAFETY          81

 2    the City Council has to pass the budget.  So, this is

 3    not your sole discretion that we —

 4        BENJAMIN TUCKER:  It wouldn't be my sole

 5    discretion.  It would be—

 6        CHAIRPERSON RICHARDS:  Okay, alright, I'm going

 7    to come back later but I will go to Speaker Johnson

 8    because I have taken up a little bit of time but I'm

 9    sorely disappointed in the fact that we didn't hear a

10    lot more condemnation on the part of your officers'

11    actions during my questions.

12        Speaker Johnson?

13        SPEAKER JOHNSON:  Thank you Chair Richards.  I

14    want to give of course the sponsors of the

15    legislation time to ask questions and talk about

16    their bills and Resolutions.  So, I'm going to try to

17    get through this like really quickly.

18        I want to ask a few questions about the protest

19    that have happened as Chair Richards just asked some

20    questions.  I know there are multiple investigations

21    going on but these are pretty straight forward and

22    I'm not asking for individual situations.  I am

23    asking generally.

24        The Mayor was asked whether he approved tactics

25    used at the protest, including the use of batons.  He
```

COMMITTEE ON PUBLIC SAFETY          82

1

2  said he had approved the broad strategies and

3  sometimes very specific choices.  Those were his

4  words.  "Approved the broad strategies and sometimes

5  very specific choices."

6      Earlier in the week, the Mayor said, "I don't

7  accept peaceful protestors being beaten period."  And

8  I want to be clear about that.  The plan and it's

9  been the same day after day but if there is a

10  peaceful protest, it is being respected.  He said he

11  wanted "minimum intervention, minimum force, lots of

12  restraint."

13      So, I want to ask you Deputy Commissioner Tucker,

14  what tactics and level of force did the Mayor

15  actually approve?

16  BENJAMIN TUCKER:  He had to approve what we think

17  was the proper tactics to take.  And so, I don't know

18  you know, what he, I was privy to his conversation

19  about what he was approving but I will tell you that,

20  you know, the officers when we're on the line have —

21  but we have demonstrations for protests.  We have to

22  properly equip these officers.  They are going out

23  there, they have to, they wear helmets and have

24  batons.  Those are not you know, window dressings,

25  they are used to protect and to do their job.

COMMITTEE ON PUBLIC SAFETY          83

1

2    So, the fact that they have equipment, I mean, we

3    give officers firearms for Christ sakes.  They need

4    them.  They need batons if they are trying to do

5    crowd control.  They are trained to do crowd control.

6    We try to do that when it's only when it is

7    necessary.

8    And so, when you say that we are beating peaceful

9    demonstrators, that's troubling because we had, as I

10   said, the cases that we're aware of, that we are

11   investigating and have been investigated pretty

12   quickly and swiftly have a variety of different

13   situations that occurred.  Most of which or many of

14   which we saw on the videos.  Whether it was cars or

15   whether it was door opens or opening of a door or

16   pushing individuals in the Garcia case.

17   So, all of those instances are not being ignored,

18   have not been ignored and we are moving forward in

19   those cases and deal with the discipline of those

20   officers.  And in fact, those are, I mean, we

21   actually were able to do that in a really quick

22   turnaround despite the fact that many people because

23   of COVID, you know, if officers are being questioned,

24   they have to have attorney's present and so, we were

25   able to work all of that out within the challenges

COMMITTEE ON PUBLIC SAFETY            84

1

2    that COVID presents in bringing people in and having

3    interviews and so forth.

4        But all of that happened within weeks.

5        SPEAKER JOHNSON:  Commissioner, I just want to

6    say that what you are saying here today and what the

7    Mayor has said at his press conferences is in some

8    ways just very apparent contradiction to the videos

9    that we've seen.  The videos have not lied.  They are

10   very clear, and the firsthand accounts from legal

11   observers, from people who were arrested.  I know

12   there are people that are going to testify here today

13   who were arrested and there is documentation of them

14   being attacked while they were peacefully protesting,

15   with batons, betting kettled, being arrested,

16   officers not wearing masks.  All of these things I

17   think are apparent by video documentation by

18   journalists who were reporting on the ground what was

19   happening.  By legal observers who are putting

20   forward sworn testimony that this is what they

21   witnessed and I think that it's important that there

22   is an acknowledgment of that sort of broadly,

23   generally.  I know we can't speak probably about

24   specific individual circumstances because I don't

25   have all the information on every single individual

COMMITTEE ON PUBLIC SAFETY          85

1

2   circumstance but you know, I think one of the really

3   unimaginable things that these daily press

4   conferences where one thing is said but all the

5   evidence, the videos, the firsthand reports from

6   reporters aren't in line with what New Yorkers are

7   being told happened and it's hard for us to have

8   these honest conversations when there is a total

9   disconnect I think from the reality that's been

10  experienced on a nightly basis by hundreds, if not

11  thousands of New Yorkers.

12      BENJAMIN TUCKER:  Let me just say this because I

13  don't think there is a disconnect.  I think, like I

14  said to you before, I just laid out a list events

15  that took place while on video that people complained

16  about that that we took action.

17      So, if there are other complaints out there, they

18  should come to us but when it comes to — you know, I

19  don't think there is a disconnect between what the

20  Mayor said and what happened.  I wasn't present to

21  the conversation where he says, as you just described

22  it but the truth is, when it comes to the officers

23  being out there doing their jobs to the extent that

24  there are complaints about what they have done and

25  how they conducted themselves, when they come to our

COMMITTEE ON PUBLIC SAFETY          86

1

2  attention, we follow up.  And we don't give

3  instructions to beat people who are demonstrating.

4      SPEAKER JOHNSON:  Do the NYPD have written plans

5  for responding to the protests/

6      BENJAMIN TUCKER:  Written plans, listen, we have

7  a discussion, we have planning sessions regularly,

8  daily in fact and from day to day we monitor and try

9  to figure out where we need to put resources and for

10  what reasons.  And so, there's always a plan and that

11  plan is nimble and it has to be in order to respond

12  properly in terms of where you put your resources,

13  particularly when you have demonstrations and

14  protestors marching in various boroughs at different

15  times of the day and also, especially when some of

16  those folks have been hijacked with the protestors,

17  the peaceful protestors have been hijacked by the

18  [INAUDIBLE 1:05:01]and they are out there causing

19  harm and sort of getting into the crowd of protestors

20  and then beginning to get violent and directing that

21  violence at police officers which is what the case

22  was in many instances.

23      And so, you know, it's not as cut and dry as you

24  would have it, as you present it, in terms of what

25  conditions are like and what happens when but I can

1              COMMITTEE ON PUBLIC SAFETY          87

2    tell you that when we've heard from people that this

3    happened or we saw it happen on the video, we

4    unilaterally took steps immediately.

5         SPEAKER JOHNSON:  Commissioner, I don't mean to

6    cut you off, I just, is there or was there a written

7    plan?  That's my question.  Was there a written plan

8    the NYPD has?

9         BENJAMIN TUCKER:  It is not written.  It's not

10   that we sit down and map out on a table what the

11   plans are.  This plan, the plan is really about where

12   you put people.  We have information, we heard about

13   the protest —

14        SPEAKER JOHNSON:  The reason why I ask

15   Commissioner is it's my understanding that procedure

16   number 213-08 in the Patrol Guide is called unusual

17   disorder plan, formulating a plan and it requires

18   that a physical plan be produced.  Why wasn't that

19   done here?  Because I believe that's what the patrol

20   guide calls for.

21        BENJAMIN TUCKER:  Well, it's a guideline.  It's

22   like calling a patrol guide but the plans that get

23   scripted happen at a table online with individual

24   commanders from each borough with people from

25   headquarters.  So, there are lots of conversations.

COMMITTEE ON PUBLIC SAFETY          88

1

2    Those conversations take place and to the extent that

3    there are notes on who is doing what and how many

4    people we need and where are we going deploy them.

5    That's the plan but the Guide that you just

6    referenced is in place so that we have some structure

7    for how that process works.

8        SPEAKER JOHNSON:  Okay, I'm going to finish here

9    just two very quick questions.  I have a lot but I'm

10   not going to get into them because there is a lot of

11   colleagues that have questions and a lot of people to

12   testify today.  Are there any consequences for

13   officers who interact with the public without wearing

14   a mask?

15       BENJAMIN TUCKER:  They are supposed to wear mask.

16       SPEAKER JOHNSON:  What if they don't?

17       BENJAMIN TUCKER:  I'm sorry.

18       SPEAKER JOHNSON:  What if they don't?

19       BENJAMIN TUCKER:  Listen, it depends on why.

20   Listen, you know, I sometimes you know, feel

21   constrained when you ask these questions and these

22   questions don't take into account the real world.

23   The practical implications of what happens in crowd

24   control conditions where officers are being hit with

25   bricks and pipes and Molotov cocktails are being

COMMITTEE ON PUBLIC SAFETY          89

1

2  thrown at the cars.  You know, sometimes — and when

3  they are out there, just out there standing.  If they

4  sit, they are not wearing masks.  If there is nothing

5  going on and they take their mask off, no, we're not

6  going to discipline them for that.

7      I mean, you have to have some context and some

8  congruity with respect to what the real world — what

9  is happening at that moment and time.  So, you know,

10  we don't have supervisors, yeah, if they are out

11  there and they are taking action and they should be

12  reminded to put the mask on, they should put it on

13  but there may be cases where they take it off for a

14  reason.

15      Maybe it's hot.  Maybe they can't breathe, I

16  don't know but I couldn't give you and I wouldn't

17  necessarily know because I'm not there, I'm not out

18  there on the street watching that particular officer

19  and asking them why they didn't have their mask on.

20      So, I think, I get that, but you know, that's not

21  something that I would discipline an officer for, if

22  he doesn't have his mask on and to the extent that

23  you know, the reality is, that situation out there

24  was fluid, it was challenging —

25

```
                    COMMITTEE ON PUBLIC SAFETY          90
 1

 2       SPEAKER JOHNSON:  But Commissioner, I just want

 3   to say that in protests all over the city when police

 4   officers are at the front, at the back, on the sides,

 5   standing on the sidewalk, in large groups together.

 6   I was in Washington Square over the weekend and there

 7   were dozens of police officers standing near the arch

 8   and they were all together standing very closely

 9   together with people all around them.  There was no

10   one "enforcement action" going on and not a single

11   officer was wearing a mask.

12       The public were wearing masks but there was no

13   officer wearing a mask and they were just sort of

14   standing around and they were not six feet apart from

15   each other.  And if the message that we're giving as

16   a city in reopening and over the last three months,

17   where so many people have sacrificed a lot to get us

18   to the place where we could reopen, if the public

19   health recommendation by city leaders is that you

20   should be wearing masks for safety reasons but also,

21   as a show of solidarity that it is the right thing to

22   do and we want to be role models for each other to

23   actually have masks.  When you see groups of officers

24   standing in close proximity to each other and not

25   near any protestors.  They didn't even have the masks
```

COMMITTEE ON PUBLIC SAFETY          91

1

2   around their neck.  It wasn't like they could just

3   pull there mask up.  There were no masks, there was

4   nothing and this has been documented protest after

5   protest.  And so, my question is, what is the

6   Department doing to improve mask use?  Will high

7   ranking members of the Department recommit to setting

8   an example by wearing face masks consistently?  To

9   show officers that that is the appropriate action we

10  should be taking.

11      BENJAMIN TUCKER:  Well, not only do they wear

12  them but they also ask the officers and remind the

13  officers to put their masks on.  So, the message went

14  out, we actually had that acknowledgement on the

15  calls that we had daily with the police commissioner

16  and the CD leadership to the job.

17      So, to your point, that was done on a number of

18  occasions.

19      SPEAKER JOHNSON:  Okay, thank you Chair Richards.

20  I have a lot more questions but I know we have

21  colleagues, so I want to turn it back to you.

22      COMMITTEE COUNSEL:  Thank you Mr. Speaker.  I

23  will now call on Council Member bill sponsors

24  followed by other Council Members in the order they

25  have used the Zoom raise hand function.  If you would

COMMITTEE ON PUBLIC SAFETY            92

1

2   like to ask a question and you have not yet used the

3   Zoom raise hand function, please raise it now.

4   Council Members, please keep your questions to five

5   minutes for the first round and two minutes for the

6   second round.  The Sergeant at Arms will keep a timer

7   and I will let you know when your time is up.  You

8   should begin once I have called on you and the

9   Sergeant has announced that you may begin before

10  asking your questions.

11      First, we will hear from bill sponsors in the

12  following order, Council Member Gibson followed by

13  Council Member Ampry-Samuel, followed by the Public

14  Advocate if he is still with us, followed by Council

15  Member Lancman, Council Member Cabrera, I'm sorry,

16  Council Member Rivera followed by Council Member

17  Cabrera.

18      I will now turn it over to Council Member Gibson.

19      SERGEANT AT ARMS:  Time starts now.

20      COMMITTEE COUNSEL:  Council Member Gibson?  Okay,

21  we can come back to Council Member Gibson.  Let's

22  turn it over to Council Member Ampry-Samuel.

23      SERGEANT AT ARMS:  Time starts now.

24      COUNCIL MEMBER AMPRY-SAMUEL:  Hi, there's a lot

25  of people that want to weigh in and have questions

COMMITTEE ON PUBLIC SAFETY          93

1
2  and so, I am not at all going to waste anyone's time

3  because I would really like to get an opportunity to

4  hear from the people on this.

5      But we already know what it is.  You know, the

6  whole, there is a policy in place.  It didn't work.

7  Police officers felt that they were above the law and

8  there is a need to be able to have a private right to

9  action and if that's what it is going to take in

10  order for behaviors to change, than that's just what

11  it is.  And so, that's all I have to say.

12      Thank you so much every one again, and I look

13  forward to the testimonies.  I don't want to waste

14  time.

15      COMMITTEE COUNSEL:  Thank you.  I will now turn

16  it over to Council Member Lancman.

17      SERGEANT AT ARMS:  Time starts now.

18      COUNCIL MEMBER LANCMAN:  Thank you very much.

19  Good morning, well, good afternoon now.  You know, as

20  I mentioned in my opening statement, the NYPD's

21  chokehold ban in affect at the time of Eric Garner's

22  death in 2014, prohibited chokeholds with no

23  exceptions.  But in 2016 the NYPD watered down its

24  use of force guidelines by introducing eleven factors

25  to be considered when evaluating the reasonableness

COMMITTEE ON PUBLIC SAFETY              94

1

2  of a use of force and specifically, procedure 221-01

3  of the patrol guide had enforce guidelines provided

4  as follows:  Members of the service SHALL NOT, all

5  caps SHALL NOT, use a chokehold and that sounds

6  pretty definitive.  But then, this new Use of Force

7  guidelines went on to say, any violations of the

8  above forced prohibitions maybe reviewed on a case by

9  case basis by the Use of Force Review Board to

10 determine whether under the circumstance the actions

11 were reasonable and justified.

12      So, what might make under current NYPD policy a

13 so-called prohibited chokehold not prohibited.  I

14 want to ask the Committee Counsel to put up a slide

15 and just give them a moment to do that.  Because I

16 think it's important for the public to see what are

17 the rules that the NYPD has in place and why they are

18 proven so inadequate.

19      COMMITTEE COUNSEL:  In a moment we will be

20 sharing a document via the Zoom platform.  For those

21 of you streaming from our website, please put the

22 download link to obtain an accessible copy of the

23 document.  It should be posted momentarily.

24      COUNCIL MEMBER LANCMAN:  Thank you very much.

25 So, as you can see it says, in determining whether

COMMITTEE ON PUBLIC SAFETY          95

1

2    the use of force is reasonable and that applies to

3    chokeholds as well.  Members of the service should

4    consider the following, and then it goes A-K, which

5    adds up to eleven circumstances considerations that

6    could undermine what otherwise says in the patrol

7    guide and what had previously been an absolute ban on

8    chokeholds including they have to highlight J, the

9    presence of hostile crowd or agitators.  That's

10   remarkable to me by the way that the NYPD in 2020

11   still has the word agitators in its Patrol Guide.

12       Now, I have seen no — I'm not aware of any rule

13   that is so completely swallowed up by its exceptions

14   as the NYPD's current so-called ban on chokeholds.

15       Since 2016, when this Use of Force was put in

16   effect, there have been 742 chokehold and restricted

17   breathing complaints made to the CCRB.  That's well

18   over 200 a year and we are on track, that is through

19   May 31st, so we are still on track for this year

20   believe it or not.

21       So, my first question is having loosened the use

22   of force guidelines and Committee Counsel, you can

23   put the document down so I can see the witnesses and

24   they can see me.  Having loosened the Use of Force

25

COMMITTEE ON PUBLIC SAFETY           96

1

2    Guidelines, does the persistence of chokehold use

3    really surprise you?  Commissioner Tucker?

4        BENJAMIN TUCKER:  Well we didn't loosen the

5    guidelines in my view.  Given guidance, that's what

6    22101 is designed to do.  The prohibitions on

7    chokeholds is firm, it shall not be used.  There are

8    those times and maybe other times when you can use

9    it, but we is prohibited and so, you have to make

10   that defense if you are an officer and you use a

11   chokehold —

12       COUNCIL MEMBER LANCMAN:  I'm sorry, I just want

13   to understand what you are saying because the

14   sentence that you just said.  You said, the chokehold

15   is prohibited and in the next sentence or in the next

16   breath you said, but sometimes you can use them.  And

17   so, is it any wonder that with that kind of back and

18   forth, with that kind of confusion, it's prohibited,

19   accept. I'm asking you, are you surprised that there

20   are still over 200 plus chokehold and restricting

21   breathing complaints a year made to the CCRB?  Do

22   those numbers surprise you?

23       BENJAMIN TUCKER:  Not necessarily.  I mean, you

24   know, people file complaints and their definition, I

25   don't know what those complaints look like and I

COMMITTEE ON PUBLIC SAFETY          97

1

2    don't know the substance and so CCRB will send, when

3    they get the complaint, they will evaluate it and it

4    comes to us with their recommendation.

5        COUNCIL MEMBER LANCMAN:   Okay, so let's talk

6    about that.   Let's use 2018 as the last year that we

7    have a full report from the CCRB.   There were 19

8    chokehold or breathing complaints that were

9    substantiated by the NYPD in 2018.   Can you tell us

10   if any of those officers —

11       SERGEANT AT ARMS:   Time is expired.

12       COUNCIL MEMBER LANCMAN:   Were fired.   Sorry, just

13   a point of order, it's my understanding that I will

14   have more time to continue these questions, am I

15   correct?

16       COMMITTEE COUNSEL:   Please continue.

17       COUNCIL MEMBER LANCMAN:   Thank you.   So,

18   Commissioner Tucker, can you tell us how many if any,

19   police officers have been fired as a result of a

20   chokehold complaint that was substantiated by the

21   CCRB?

22       BENJAMIN TUCKER:   Probably none.

23       COUNCIL MEMBER LANCMAN:   None.

24       MATTHEW PONTILLO:   In 2019 one.

25

COMMITTEE ON PUBLIC SAFETY          98

1

2     COUNCIL MEMBER LANCMAN:  So, that's one,

3  Pontillo?

4     MATTHEW PONTILLO:  Yes.

5     COUNCIL MEMBER LANCMAN:  Can you tell me how many

6  police officers were suspended?  CCRB substantiated?

7     BENJAMIN TUCKER:  Actually, I don't have the

8  number so, but we can get it for you.

9     MATTHEW PONTILLO:  I don't think anyone was

10  suspended.

11     BENJAMIN TUCKER:  Any?

12     MATTHEW PONTILLO:  No, none.

13     BENJAMIN TUCKER:  No, none.

14     COUNCIL MEMBER LANCMAN:  Zero.  Okay, let's move

15  on.  Demands repeatedly criticize this bill because

16  it lacks an exception if an officer finds himself in

17  a life or death situation.  I want to dispense with

18  that.  I don't see that in your testimony, I didn't

19  hear that in your testimony this morning.  Do I

20  understand from its absence in your testimony that

21  the Mayor is abandoning this particular objection?

22     BENJAMIN TUCKER:  No, I wouldn't jump to that

23  conclusion at all.

24     COUNCIL MEMBER LANCMAN:  I see, because in your

25  testimony you identified two changes that needed to

```
                    COMMITTEE ON PUBLIC SAFETY          99
 1
 2   be made to the bill which we'll get to.  Neither of
 3   them was that we add a life or death defense and I
 4   would assume that's the case because as we have told
 5   the Mayor from the day that we introduced this
 6   legislation, that a police officer's life or death
 7   defense exists and fixed in state penal law.  Which
 8   the Council could not take away or interfere with.
 9        So, are you here today to in addition the two
10   changes that you want made to the bill, are you also
11   insisting that we add a life or death defense to the
12   language of this bill?
13        BENJAMIN TUCKER:  No, we're not.
14        COUNCIL MEMBER LANCMAN:  Okay, I just wanted to
15   clarify.  So, we're not objecting to the bill anymore
16   because it supposedly doesn't allow for an officer to
17   use a chokehold in a life or death situation.  Let's
18   get to your objections to the bill as I understand
19   them.
20        They have to do with the lack of in
21   intentionality of an intent feature in the bill and
22   it has to do with the inclusion, the restraints on a
23   suspects diaphragm.  You complain or your concern
24   that the bill criminalizes "incidental contact with a
25   person's neck or chest", your words.
```

COMMITTEE ON PUBLIC SAFETY          100

1

2      BENJAMIN TUCKER:  Yes.

3      COUNCIL MEMBER LANCMAN:  The language of the bill

4  says no person shall restrain an individual in a

5  manner that restricts the flow or air, flow of air or

6  blood by compressing the windpipe, diaphragm, or the

7  corroded arteries on each side of the neck.  Do you

8  consider contact that restricts the flow of air or

9  blood by compressing the windpipe, diaphragm, or

10  corroded arteries on each of the neck to be

11  incidental?

12      OLEG CHERNYAVSKY:  It could be Council Member.

13      BENJAMIN TUCKER:  Yeah, that's the challenge.

14      OLEG CHERNYAVSKY:  Right, it creates a standard

15  of strict liability.  I think that's really the

16  issue.  I think what you are trying to say is that

17  you are not trying to capture that kind of conduct,

18  which I'm assuming that you are not.

19      COUNCIL MEMBER LANCMAN:  I'm trying to understand

20  the Commissioners use — an understanding of the word

21  incidental.  Alright, because we understand that

22  there is a lot of incidental contact in the course of

23  effecting — especially if someone is providing some

24  level of resistance but even if they are not.

25

COMMITTEE ON PUBLIC SAFETY          101

1

2      But this bill, by its terms, requires that that

3   contact restrict the flow of air or blood by

4   compressing the windpipe, diaphragm, or the corroded

5   arteries on each side of the neck and I'm having

6   trouble understanding how that level of contact, that

7   has that effect can be described as incidental.

8      OLEG CHERNYAVSKY:  Well, because you can be in a

9   struggle and both the officer and the suspect fall to

10  the ground and the officer falls on top of the

11  suspect, you are not putting a timeframe on the

12  amount of time the air is restricted.  It can be a

13  split second.  It can be a Heimlich maneuver would be

14  captured in this.  There is no timeframe that's

15  captured in the way the bill is written that an

16  incidental contact could be something as simple as an

17  officer falling on top of a subject during the course

18  of an arrest.  It can be CPR of somebody that we

19  arrest but we need to render aid to.

20     COUNCIL MEMBER LANCMAN:  Well, I find the CPR and

21  the Heimlich maneuver example very interesting.  The

22  bill again by its terms, only refers to conduct in

23  the course of effecting or attempting to affect an

24  arrest.

25

1

2     COMMITTEE COUNSEL:  I'm sorry, one more minute.

3  Thank you.

4     COUNCIL MEMBER LANCMAN:  Is the use of CPR or the

5  Heimlich maneuver an arrest technique that I'm not

6  familiar with?

7     OLEG CHERNYAVSKY:  Individuals, it's not

8  uncommon, it's actually quite common that if there is

9  an individual discharging their weapon at the police

10 officers and the police officer returns fire and

11 strikes the subject.  The minute the subject is

12 disarmed, the officer begins to perform CPR, chest

13 compressions —

14    COUNCIL MEMBER LANCMAN:  Do you reasonably

15 describe that A, that an officer might provide to an

16 injured or struggling person as being in the course

17 of affecting an arrest?  It's incidental to an

18 arrest.  There is a good use of the term incidental.

19    OLEG CHERNYAVSKY:  But I think Council Member,

20 you see, I think that's really the issue.  It doesn't

21 seem that you want to do that either, so why not

22 clarify the bill.  We're not sitting here and telling

23 you not to pass the bill.  We understand the bill is

24 going to be passed but doesn't it make sense —

25

1

2    COUNCIL MEMBER LANCMAN:  But here is what you

3    want and what we're not going to give you.  What you

4    want is to include language in the bill requiring a

5    level of intent.  That is the exact same language

6    that officer Daniel Pantaleo used to get himself

7    acquitted by the trial judge, by the Administrative

8    judge in his NYPD trial.

9        Daniel Pantaleo was acquitted of intentionally

10   strangling Eric Garner.  He ended up being convicted

11   of recklessly using and chokehold.  And so, by using

12   this intent language, you ought to make this bill

13   identical to the state law which we have shown —

14   which has not proven to be effective and which, as I

15   said, literally is what enabled Daniel Pantaleo to

16   get acquitted at his NYPD trial.

17       And the CPR or Heimlich maneuver is just what

18   somebody you know, on your staff or you thought was a

19   clever way to highlight that issue.  But we are being

20   very clear.  There exists a state law on

21   strangulation.  We are not here to mimic that.  We

22   are taking the NYPD's own policy of banning

23   chokeholds absolutely which is supposed to have been

24   in place since the 90's and we are making that policy

25   a crime.  And we are not going to let you distort

1              COMMITTEE ON PUBLIC SAFETY          104

2  this bill undermining this bill by adding an intense

3  standard that was proven to be ineffective in no less

4  a dramatic situation then in the trial of Daniel

5  Pantaleo for his killing of Eric Garner.

6       COMMITTEE COUNSEL:  Thank you Council Member.

7       COUNCIL MEMBER LANCMAN:  My time is expired,

8  thank you very much.

9       OLEG CHERNYAVSKY:  I can just quickly respond.

10  We're not commenting on the bill on any one

11  particular case.  We're commenting on the bill based

12  on the realities of situations officers are thrusted

13  into and you know, based on our exchange

14  respectfully, it seems that you are not looking to

15  cover unintentional contacts based on at least the

16  examples I described and that's really where we're

17  going with this and there is literally two words that

18  could be changed in the bill that can bring it into a

19  place where you simply aren't criminalizing

20  unintentional behavior.

21       COUNCIL MEMBER LANCMAN:  If an officer engages in

22  conduct that has the effect of "restricting the flow

23  of air or blood by compressing the windpipe,

24  diaphragm or the corroded arteries on each side of

25  the neck, I am comfortable that that officer has

COMMITTEE ON PUBLIC SAFETY          105

1

2  committed a wrong that is serious enough that it

3  should be punishable by a misdemeanor.

4      COMMITTEE COUNSEL:  Thank you.  We will now turn

5  to Council Member Rivera followed by Council Member

6  Cabrera.

7      SERGEANT AT ARMS:  Time starts now.

8      COUNCIL MEMBER RIVERA:  Thank you.  I want to

9  just echo my Council Members questions.  You said

10 earlier Deputy Commissioner response to the Speaker's

11 question that the patrol guideline which contains the

12 so-called ban on chokeholds that you referred to is

13 just a bunch of guidelines.

14     So, how can you honestly call it a ban when

15 you've admitted just today that the guide really

16 doesn't have to be followed by officers?

17     BENJAMIN TUCKER:  No, I made that comment in

18 respect to the crowd control issue, not to this

19 issue.  But I think you misconstrued what I said

20 earlier.

21     COUNCIL MEMBER RIVERA:  Do you want to clarify?

22     BENJAMIN TUCKER:  Well, I'm not sure what you are

23 saying in the language you just used.

24     COUNCIL MEMBER RIVERA:   You call it a bunch of

25 guidelines.  So, can you honestly call it a ban when

1

2  you've admitted just today that the guide doesn't

3  really have to be followed by officers?

4      OLEG CHERNYAVSKY:  I think Council Member, if I

5  could just clarify, I think you are using the

6  Commissioners statement with respect to the Speaker

7  asking him were there protocols written down on how

8  to police the protests and he raised the particular

9  patrol guide section on how to police situations of

10 disorder, I believe that's the title and that's what

11 the Commissioner said, there are guidelines because

12 of the fluidity of the situation on the ground.  That

13 particular patrol guide section was a guideline.

14     The patrol guides prohibition on the use of

15 chokeholds is a prohibition.

16     COUNCIL MEMBER RIVERA:  So, there are certain

17 sections of the guide that have to be followed in all

18 cases?

19     OLEG CHERNYAVSKY:  No, it's not — right, I mean

20 absolutely they have to be followed in all cases but

21 the section that the Speaker was talking about is

22 designing a plan to policing an event.  And I think

23 you understand that the fluidity of the event, the

24 events that we saw on television unfolding, you can't

25 sit in an office and just say, this is the plan and

COMMITTEE ON PUBLIC SAFETY          107

1

2   things change on the ground and that plan can no

3   longer be followed.  That's what we were talking

4   about.

5       COUNCIL MEMBER RIVERA:  I guess the issue is

6   that we feel like we're hearing and you know, we're

7   trying to understand that it sounds like certain

8   sections of the guide have to be followed word for

9   word, and there are some sections of the guide that

10  do not.

11      So, we're trying to get clarity and consistency

12  and that is why we have the legislation before you

13  today.

14      OLEG CHERNYAVSKY:  I think the distinction to be

15  made is that the patrol guide in some cases will

16  describe general parameters to follow for example,

17  when developing an unusual sort of plan and the types

18  of things that that includes but it yields a certain

19  amount of discretion for police officers and

20  commanders.

21      When we talk about the use of force section in

22  the patrol guide, it's an absolute prohibition.

23  Right, so the paragraph begins in bold face all caps

24  prohibitions.  And then it goes on to say members of

25  the service shall not again **"USE A CHOKEHOLD"**.  So,

```
                      COMMITTEE ON PUBLIC SAFETY            108
 1

 2    that prohibition is absolute.  It is not a loose

 3    guideline.  That is Department Policy.

 4        COUNCIL MEMBER RIVERA:  I guess the issue is that

 5    clearly there needs to be concrete rules then for

 6    protests in the Patrol Guide, because the past two

 7    weeks and the I guess "discretion" that you give to

 8    officers have resulted in an unmitigated failure in

 9    terms of de-escalation by the NYPD.

10        So, let me just move on because I don't want to

11    take any more time.  I've been graciously given a lot

12    of time.  So, a month before these protests began,

13    Officer Francisco Garcia sat on the neck of one of my

14    constituents Donnie Wright.  In a very similar

15    fashion, unfortunately to the way that George Floyd

16    was murdered by a Minneapolis police officer.

17        Given that Garcia is still a member of the NYPD

18    and the officer in Minneapolis is sitting in a jail

19    cell, can you tell me if there any differences in

20    these two cases besides the painful fact that Donnie

21    Wright is thankfully alive and George Floyd is not?

22        BENJAMIN TUCKER:  Look, the difference simply is

23    the process.  So, we have, as I mentioned earlier, we

24    have taken action against Garcia for his conduct in

25
```

```
 1              COMMITTEE ON PUBLIC SAFETY        109

 2   that specific instance.  So, we don't unilaterally

 3   fire —

 4       SERGEANT AT ARMS:  Time is expired.

 5       BENJAMIN TUCKER:  Strictly construed to do it in

 6   terms of the rules that we use to process these

 7   cases.  So, we did the investigation, the

 8   investigation is complete.  It is now with Department

 9   Advocate and the Department Advocate will draw up

10   charges and then it will prompt up to me before going

11   onto the Police Commissioner for a recommendation of

12   the decision.

13       So, this investigation was conducted.  I can tell

14   you that there were probably just under twenty

15   interviews conducted as part of it and it made its

16   way probably within three weeks to pretty much the

17   conclusion and determination.  So, that's all I can

18   say about it but it has moved pretty swiftly based on

19   what we've observed and both on the street and

20   through some other videos.  So, yeah, that's where we

21   are.

22       COUNCIL MEMBER RIVERA:  I just want to say

23   because my time is up, that that cop, like the

24   Minneapolis cop, I'm speaking on Officer Garcia has a

25   long record of misbehavior, so we're hoping that this
```

1             COMMITTEE ON PUBLIC SAFETY          110

2    hearing and everything else that is happening in this

3    state and in this city and across the country results

4    in the termination and charging of officers with long

5    records of police brutality and the history of

6    terrorizing Black and Brown communities in our city.

7         Thank you so much to the Chair and for all of you

8    for the time.

9         COMMITTEE COUNSEL:  Thank you Council Member

10   Rivera.  I don't see Council Member Cabrera, so I

11   will now turn to Council Member Holden followed by

12   Council Member Adams, followed by Council Member

13   Miller.

14        SERGEANT AT ARMS:  Time starts now.

15        COUNCIL MEMBER HOLDEN:  Thank you Chief.  I just

16   want to, hold on, let me just turn on my video here

17   for a second, I'm sorry.  Okay, there I am.

18        Thank you Chief, it seems everyone knows how to

19   police.  NYPD and the good officers seem stuck

20   between a rock and hard place.  The Mayor sets a

21   curfew right and asks the NYPD to enforce it.  They

22   do and what happens?  The police get blamed for

23   enforcing it.  Also, just to set the record straight,

24   the people burning police cars, hurtling bricks, and

25   throwing Molotov cocktails at cops were protestors.

```
 1                COMMITTEE ON PUBLIC SAFETY          111

 2   Okay, and people forgot that already.  Forget that

 3   fact that the stats do not bail out systemic NYPD

 4   racism.  I am not seeing it.  I don't think the stats

 5   do say that but the antipolice rhetoric continues and

 6   some elected officials forgot that words matter and

 7   painting the NYPD with a broad brush.

 8       I guess they forgot the names of Police Officer

 9   Rafael Ramos and Police Officer Weijian Liu who were

10   shot dead sitting in their patrol car on December 20,

11   2014.

12       Commissioner Bratton concluded that antipolice

13   protests serve as an inspiration for the disturbed

14   man who killed them.  Also, maybe people forget

15   Police Officer Familia who was murdered for her

16   uniform in the Bronx on July 5, 2017.  In citing

17   hostility towards the NYPD can have tragic

18   consequences as I just mentioned.  And I believe that

19   these are hate crimes against the police, that can

20   occur.  So, you know, the frequent commentary that

21   we're hearing today almost is that the protestors as

22   a whole should not be judged by a few bad apples.  I

23   heard that in the beginning.

24       Can't that be said about police officers Chief?

25       MATTHEW PONTILLO:  Oh, absolutely.
```

1          COMMITTEE ON PUBLIC SAFETY          112

2     COUNCIL MEMBER HOLDEN:  So, you know, these bills

3  that we're hearing today, what would be the

4  cumulative effect, morale, if these bills are passed

5  as is for the police officers?

6     MATTHEW PONTILLO:  I think some of the concern is

7  the uncertainty as Commissioner pointed out some of

8  the language in the chokehold bill really leaves a

9  lot of uncertainty.  You know, I can envision an

10  example, the bill talks about any pressure on the

11  diaphragm that inhibits breathing.  The very fact of

12  the matter is if I have to arrest somebody and they

13  resist arrest, like an violent felony or somebody

14  engaged in an act of domestic violence and now I try

15  to restrain them, but the least intrusive, the least

16  threatening, most effective technique I can use is to

17  grab somebody around their torso.  Their arms, their

18  torso and hold onto them, to try to get them

19  restrained and hands up.  Technically, even though

20  the restrictions on breathing maybe [INAUDIBLE

21  1:24:01] it would in fact be a restriction on

22  breathing momentarily.  Then quite frankly the person

23  who is engaging in some criminal activity has to

24  assume a certain amount of risk and responsibility.

25  So, I think given that level of uncertainty and that

COMMITTEE ON PUBLIC SAFETY          113

1

2   possibility of a very strict application well, words

3   matter right and the words that are there make a

4   difference.  And as Oley pointed out, just a couple

5   of changes in words could redirect that to cover the

6   situations that we all agree should be covered.   But

7   not create a situation such that it in anyway

8   prevents or penalizes a police officer from doing

9   their job in a reasonable way.

10   COUNCIL MEMBER HOLDEN:  So, to follow up on that.

11   So, given the liability as created in these bills,

12   what impact will that have on police officers as

13   being proactive to address crime?  Do you see a

14   problem, a possible problem?

15   MATTHEW PONTILLO:  This could have a chilling

16   effect.  You know, there is a lot of discussion about

17   civil lawsuits and the only thing I would say about

18   that, you know, the mere meaning of somebody

19   defending or even a settlement in a case, is not

20   necessarily indicative of some wrongdoing.  Right, in

21   most of these cases, especially when there is a

22   settlement, there is also no fact finding.  And you

23   know, the city settles or a lot of those we look at

24   are settled for a [inaudible 1:24:53] or losing

25

COMMITTEE ON PUBLIC SAFETY          114

1

2    salary, just because it is cheaper to settle than

3    have a fact finding and go through that.

4        So, and we do have a group that looks at lawsuits

5    in the department to try to do some fact finding and

6    identify problematic areas and officers but the mere

7    finding of a lawsuit can have a chilling effect and —

8        SERGEANT AT ARMS:  Time is expired.

9        MATTHEW PONTILLO:  Can be used as retaliation by

10   some criminals, we have some now.

11       COUNCIL MEMBER HOLDEN:  And again, this is my

12   last question.  How many officers have been injured

13   in the course of these recent riots and looting

14   instances?

15       MATTHEW PONTILLO:  That's over 350 so far, five

16   of them are hospitalized, admitted to the hospital.

17   Over 200 were treated in a hospital and released and

18   others have less serious injuries.

19       COUNCIL MEMBER HOLDEN:  Amazing, I didn't hear

20   that today.  Thank you, thank you Chief.  Thank you

21   everyone.

22       COMMITTEE COUNSEL:  Next up will be Council

23   Member Adams followed by Council Member Miller and

24   Council Member Cohen.  And I will turn it over to

25   Council Member Adams.

COMMITTEE ON PUBLIC SAFETY          115

1

2      SERGEANT AT ARMS:  Time starts now.

3      COUNCIL MEMBER ADAMS:  Thank you so much.  Thank

4  you very much and thank you so much for being here

5  Chief Tucker, we appreciate you.  We appreciate your

6  service and quite frankly, as the Chair said, thank

7  you Chair Richards as well.  As the Chair said, some

8  of us felt that you should be in that lead seat but

9  we'll leave that aside for now.  I am very

10  disappointed in what I've heard in this hearing so

11  far today.  I'm disappointed that Commissioner Shea

12  did not think that this hearing was important enough

13  and critical enough to be present.  To hear this

14  panel, to hear my colleagues and to hear these

15  witnesses that will testify, that have taken time out

16  of their day out of their lives to present testimony

17  that we need to hear.

18      I am also disappointed to hear a lot of your

19  testimony this morning, Chief Tucker, quite frankly

20  this is such an opportunity for you, for NYPD to

21  shift a dialogue to shift a perception in the City of

22  New York when it comes to the NYPD, you have the

23  opportunity to shift historical perspective from

24  negative to positive.  You have the opportunity to

25  shift feelings of insensitivity, to feelings of

COMMITTEE ON PUBLIC SAFETY            116

1

2  empathy.  You have the ability to shift feelings and

3  perception of fallacy on the part of NYPD to truth.

4  And that is something that I have not heard this

5  morning.

6      I also want to side bar and just say to my

7  colleague who spoke before me, I must say that I

8  disagree with over 50 second of what you said in your

9  opening statement sir.  I woke up in Brown skin this

10  morning and I will die in Brown skin some years

11  afterwards and our experiences are totally different.

12      With that said, I do respect the NYPD.  That

13  said, I got some questions.  The NYPD has obviously

14  been noncompliant with wearing face masks and the

15  denial of that is atrocious to me.  I have witnessed

16  several commands because I have participated in the

17  several protests over the past few weeks.  If PPE is

18  not a priority for the NYPD, why should it be for the

19  citizens of New York City?

20      If there is no disciplinary action, if there are

21  no consequences from the top brass, no wonder, no

22  wonder officers are standing around potentially

23  spreading COVID-19 to myself, to protestors, to other

24  citizens who are exercising their right to protest.

25

1             COMMITTEE ON PUBLIC SAFETY        117

2       With that said, I have a question or two about

3   NYPD and the use of ICE in New York City.  Yesterday,

4   the Mayor said that he didn't realize that ICE was in

5   the city helping NYPD.  So, let's just get that out

6   there because there have been numerous reports of

7   sightings of ICE in New York City recently assisting

8   NYPD officers.  For example, in one instance, an ICE

9   official confirmed that HIS, Homeless Security

10  Investigation special agents, assisted the NYPD in

11  detaining a protester last week.

12      So, can you please tell us why and in what

13  capacity is ICE or HSI working with the NYPD and why

14  the Mayor would deny such.

15      OLEG CHERNYAVSKY:  So, if I could briefly

16  comment.  So, the Department just to be clear is

17  complying with policies.  We worked with the Council

18  on the set of laws that were passed, I believe it was

19  a year or two ago.  One denying the use of city

20  resources for the purpose of immigration enforcement.

21  Which included the detainer law.  I think we have

22  upward to 2,000 plus from ICE.  I believe last I

23  checked we have zero that we've complied with.

24      With respect to ICE operating on city property,

25  Ice has jurisdictions to operate anywhere in the

COMMITTEE ON PUBLIC SAFETY          118

1

2   country.  It's not — they can't be barred from

3   entering the city.  Whether the NYPD is partnering

4   with ICE to do immigration enforcement, that's the

5   separate question and we are absolutely categorically

6   not doing that.

7       COUNCIL MEMBER ADAMS:  It's just really curious

8   and thank you for your response.  It's curious that

9   there have been sightings and there are feelings that

10  dispute that.

11      My final line of questioning, I have so much more

12  to say but again, there are citizens of the city that

13  really want to testify today a lot.  What are your

14  feelings about Minneapolis City Council Members

15  announcing plans to disband the city's police

16  department?

17      BENJAMIN TUCKER:  My feelings?

18      COUNCIL MEMBER ADAMS:  Yes.

19      BENJAMIN TUCKER:  I haven't thought of it one way

20  or the other but you know listen, that's Minneapolis.

21  It's been done before in the country.

22      SERGEANT AT ARMS:  Time expired.

23      COUNCIL MEMBER ADAMS:  Do you feel that NYPD

24  should be taking a very, very close look at it with a

25

COMMITTEE ON PUBLIC SAFETY          119

1

2    fine tooth comb with respects to that same line, not

3    that drastically but the same line?

4       BENJAMIN TUCKER:  No, I don't.  I haven't think I

5    said my same line  and one of the things, we clearly

6    are at odds in this conversation that we've been

7    having for various reasons but I think ultimately,

8    yeah, we are commenting on the legislation.  We're

9    trying to avoid having any unintended consequences.

10   I obviously agree with the tenants of what the

11   legislation is trying to accomplish and we want to

12   work with you on that.  But we also are you know,

13   committed to going forward to work with you also to

14   think about what are the measures we need to take and

15   we had been introspective ourselves as we are

16   currently working on the penalty matrix and

17   developing.  We've been working on that for quite

18   some time.

19      So, it's not as if we're tone deaf to the

20   concern, we're not and like you, I woke up in this

21   Black skin this morning and I am very much committed,

22   I wouldn't be here if I weren't.  I came back to the

23   job because I thought I could add some value, so

24   that's what I'm here to do and I think it's important

25   for us really, all of us, as I said in my remarks.

COMMITTEE ON PUBLIC SAFETY          120

1

2       The conversation, I mean, we've been here before

3  but not quite at this moment and time where it's been

4  this severe and the outcry has been so — but I think

5  you know, the only way we get past this is we have to

6  get to a point where we can hear each other when we

7  talk and really to a point where when that

8  conversation takes place and we can get past the

9  anger and get to really thinking about what else

10  might we do.

11       You know, I think it's unrealistic to think about

12  disbanding the police department in a city of 8.6

13  million people.  I think you know crime is down as

14  low as it's ever been but there is a reason for that

15  and I think it would be really irresponsible if we

16  took a — that suggested somehow that we were going to

17  disband the New York City Police Department.  So, you

18  know, that's my personal view but I believe it to my

19  core.  I've been around, I've worked all over.  I've

20  worked on criminal justice issue for decades and

21  always committed to how we make things better, both

22  at the federal level and at the local level.

23       And so, you know, that's where I'm coming from

24  and then I think, we are, this agency has made

25  incredible progress, although some of the Council

1

2  Members might disagree but they've been kept abreast

3  of it and we kept the caucus up to date on some of

4  those things.

5      And I think we have a bit way more work to do but

6  I think we've got to do that together and it can't

7  be, I mean hostility, the question that Council

8  Member Holden raised and touched on.  You know, he

9  asked about the number of injuries.  We don't need 54

10  or so people.  We also continue to be under attack

11  with you know, I was meeting with my Commissioner for

12  Support Services.  We have 232 incidents of vandalism

13  to vehicles; glass, fire, burning cars, police cars,

14  loosening lug nuts on police officers cars, personal

15  cars that are parked outside of their work location.

16  Things like that, so that's been continuous and

17  that's just since June 1st.

18      You know, I think that's the context in which you

19  know, those things are troubling and of course, when

20  you get to the point where they are throwing — one of

21  these events that just occurred, I think it was in

22  the last 24 hours, was a man where some trucks pulled

23  up into another Molotov cocktail or some device but I

24  haven't gotten confirmation as to what it was.   But

25  it was on fire that the threw underneath the van.

COMMITTEE ON PUBLIC SAFETY        122

1

2      So, I think you know, we really as a community,

3   as a city, have an obligation to take the time and to

4   really be focused on how we do that.  How do we bring

5   down a temperature and how do we get to a point where

6   the dialogue takes place.  We are not you know,

7   afraid of making the kinds of changes that we know we

8   need to make and we'll make those changes.  But you

9   know, to the extent that the legislation and some of

10  them don't have to be legislated.  Some of them can

11  be done through policy.

12     COUNCIL MEMBER ADAMS:  Commissioner, I'm going to

13  stop you because my time has expired a while ago but

14  just to say that no one should condone violence on

15  either side.  I just think that we don't need to

16  minimize any bit of violence that has gone on.  We

17  needed to take this opportunity today to have a

18  little bit more sympathy for the climate that's going

19  on out there.  For the injustices that have gone on

20  out there.  For mixing looters and rioters with

21  peaceful protestors and the language that we're using

22  which I think is very disingenuous.

23     So, again, I thank you for your testimony.  Thank

24  you very much Mr. Chair.

25

COMMITTEE ON PUBLIC SAFETY          123

1

2      COMMITTEE COUNSEL:  Thank you Council Member.  We

3  will now turn to Council Member Miller followed by

4  Council Member Cohen, and Council Member Powers.

5      SERGEANT AT ARMS:  Time starts now.

6      COUNCIL MEMBER MILLER:  Thank you.  Thank you,

7  Mr. Chair, as well Mr. Speaker and Public Advocate.

8  Thank you so much for your support and leadership as

9  well.  I want to thank the members of the Black,

10  Latino and Asian caucus for vigorously coming

11  together over the past few weeks and working

12  thoughtfully and intelligently in a very humane way

13  to put this legislative package together.  Why are we

14  here talking about this legislative package because

15  it is my philosophy and many of us here that we want

16  to educate, that we want to engage but when you

17  cannot educate, then you are forced to legislate.

18      In particular 760-A, I understand that there is

19  already a division that deals with this particular

20  issue but if you look at the lack of discipline, the

21  lack of response, even the lack of cohesion between

22  CCRB, and the Department, obviously there is

23  something else that is necessary.

24      When we look at in particularly Detective Garcia

25  and the fact, what can we expect moving forward

COMMITTEE ON PUBLIC SAFETY          124

1

2   considering over the past few years under the new no

3   chokehold ban, there has not even been a single

4   suspension.  What can we expect when all the things

5   that we have seen and what police misconduct in the

6   past have not reflected, have not been consistent

7   with their actions and violations.

8       Let me just say having been a president, business

9   agent and responsible for collective bargaining,

10  responsible for discipline, having seen and worked on

11  discipline throughout the city many different

12  agencies, there is nothing like the NYPD.  I am sure

13  that many of the members that I have represented wish

14  that they had the type of leniency that we see in the

15  NYPD.  And because of that, we are here today saying

16  that we have given you a chance to self-police.

17  We've given you a chance to address these

18  indiscretion particularly in communities of color but

19  it just not has happened.

20      So, therefore we are here today and we certainly

21  want to hear you.  I want to hear why you think that

22  the division and just by his name is telling itself,

23  you can repeat that.  Why you think it might be

24  necessary to go further and do you think that this

25  bill gives you the support that kind of will allow

COMMITTEE ON PUBLIC SAFETY          125

1

2  you to navigate the collective bargaining agreement

3  that has been very generous in terms of discipline as

4  it relates to policing and police officers.

5      And then, I want to just echo the sentiments of

6  my colleague previously, Council Member Adams and my

7  colleague Holden that clearly, there are two

8  different experiences.  And while I am disappointed

9  by not surprised that it is simply consistent with

10 someone who would call for to bring in the national

11 guards in the community, in a borough, which is the

12 most diverse borough in the county, in the country

13 and has not demonstrated any of the various activity

14 during the protest.

15     And so, I'm really disappointed on that.  Again,

16 I'll let you just jump in and begin to talk about the

17 760-A and whether you support it.  And or do you

18 think that it will enhance what you guys already have

19 in place and need to do.

20 OLEG CHERNYAVSKY:  Yeah, I mean, I'll start off

21 and I think Commissioner Tucker and Chief Pontillo

22 could give a lot more context.  But we do support the

23 legislation.  The one suggestion that we make and you

24 know we would love to work with the sponsor and the

25 Council on this is, the creation of the system

COMMITTEE ON PUBLIC SAFETY          126

1

2     through legislation, we're not opposing that.  The

3     reporting mechanism certainly not opposing that but

4     what the bill does is item by item mandates certain

5     criteria be inside of that system and where that

6     becomes problematic is that when you have an early

7     intervention, early warning system, you want to make

8     sure that the criteria that you put in are actually

9     productive.

10         At the end of the day, you want to make sure that

11    the officers that trigger the alarm are actually

12    triggering the alarm right.  So, like, I will give

13    you an example, one of the triggers is if an officer

14    makes arrests for disorderly conduct.  The reality of

15    the situation is that many officers in lower

16    Manhattan would wind up automatically triggering this

17    because most of the protests in the city and I'm not

18    talking about the protests in the last couple of days

19    —

20         SERGEANT AT ARMS:  Time expired.

21         OLEG CHERNYAVSKY:  In a normal course of a year,

22    they normally happen in Manhattan south.  We

23    generally work with protest organizers when they want

24    to take an arrest for civil disobedience.  It's not

25    adversarial.  The individuals tell us that's what

COMMITTEE ON PUBLIC SAFETY          127

1

2  they want to do.  They will sit in the roadway and

3  then it's a very peaceful arrest.  They will stand up

4  ultimately and they will get a summons for disorderly

5  conduct.

6      COUNCIL MEMBER MILLER:  I'm sorry, could you talk

7  specifically about the division, the unit that's

8  already in place and why it has not been successful?

9  Why are we seeing Officer Garcia's and all the type

10 of lawsuits that we have seen in the past and why are

11 these people still on the force?  Does it not have

12 the teeth that is necessary and obviously if you are

13 tracking them, why aren't you doing something about

14 it?  Can you do more?

15     OLEG CHERNYAVSKY:  In two seconds, I'm going to

16 kick it over to the Chief.  That's really, that's the

17 one suggestion we make about the bill.  We support

18 it, we just say that the one suggestion is the

19 criteria for triggering early intervention that we

20 basically leave it to reporting.  So, if it's — it's

21 certainly for CCRB complaints, we would wind up

22 reporting that on our website so the public and you

23 all know what the criteria are and if we change the

24 criteria, we will automatically report it on our

25 website as well.

COMMITTEE ON PUBLIC SAFETY        128

1

2    So, everybody that's transparency into how that

3    system works and what the criteria are.  So, this

4    way, we can remove certain criteria that don't prove

5    to be useful and replace it with others that are and

6    with that, I will give it to the Chief.

7       COUNCIL MEMBER RICHARDS:  Thank you.

8       MATTHEW PONTILLO:  We should mention we have Risk

9    Management Bureau.  There function is to track

10   employee behavior, performance and look for these

11   negative indicators.

12      So, I would just like to distinguish that from

13   discipline.  So, when an employee engages in some

14   misconduct, and we substantiate it and bring penalty,

15   we impose a penalty and penalties can range depending

16   upon the nature on them.  Often times, discipline

17   will automatically trigger monitoring by the Risk

18   Management Bureau.

19      The purpose of monitoring is really to identify

20   people who may be at risk or having some issues.  And

21   then having some intervention with them.  And there

22   are different steps to it.  Everything from engaging

23   with their commanding officers with their immediate

24   supervisor or requiring frequent evaluations,

25   conducting interviews, maybe changes of assignment.

COMMITTEE ON PUBLIC SAFETY          129

1

2  It's very nuance and it's all tailored to the

3  individual.

4      Our only issue with the bill, we've looked at

5  programs all over the country, the NYPD was one of

6  the first to have one of these programs and ours uses

7  certain miracle triggers to get somebody identified

8  to the program.  So, you have a certain number of

9  complaints, you have a certain number of lawsuits.

10  Some other factors, disciplining, and then if you

11  pick one of these thresholds, then you are screened

12  for monitoring.

13      COUNCIL MEMBER MILLER:  I'm sorry, my time, Risk

14  Management is generally an insurance liability issue,

15  right?  I mean, when we look at a broader sense but

16  we're just talking about that and do officers fall

17  into this matrix, if in fact they have discipline

18  that was not substantiated or was not collaborated

19  but we know that you got to do something different.

20      MATTHEW PONTILLO:  So, it could be.

21      COUNCIL MEMBER MILLER:  What triggers this?  Is

22  it discipline charges, is it time and attendance?

23  Which is also discipline, or potential discipline,

24  what is the trigger that gets you in there?

25

```
                    COMMITTEE ON PUBLIC SAFETY          130
```

1

2    MATTHEW PONTILLO:  Well, we have a whole set of

3    criteria.  We can get you that.

4    COUNCIL MEMBER MILLER:  Is discipline one of

5    them?  Is it bringing brought up on charges,

6    disciplinary charges one of them?

7    MATTHEW PONTILLO:  Absolutely.

8    COUNCIL MEMBER MILLER:  And when those charges

9    aren't substantiated or collaborated, but we know

10   something is wrong there?

11   MATTHEW PONTILLO:  Sure, it could be anything

12   from the having your assignment changed, transfer

13   cause, duty status change, service of charge and

14   specifications and position of certain penalties.  A

15   certain number of vehicle accidents, we think there

16   is something wrong with you.  Excessive absenteeism:

17   there are whole host of factors that play into this.

18   Lawsuits, being named in a lawsuit will trigger a

19   review.  So, there are a whole host of factors and

20   they are all evaluated but each one is on a case by

21   case basis because in some cases, some factors may be

22   present and not others.  So, it requires analysts to

23   look at this and make a determination.

24   COMMITTEE COUNSEL:  Thank you Council Member.

25   COUNCIL MEMBER MILLER:  Thank you.

1               COMMITTEE ON PUBLIC SAFETY          131

2          COMMITTEE COUNSEL:  We will now move on to

3     Council Member Cohen followed by Council Member

4     Powers and Council Member Rosenthal.

5          SERGEANT AT ARMS:  Time starts now.

6          COUNCIL MEMBER COHEN:  Thank you very much Chair.

7     Thank you, Commissioner, for your testimony.  I do

8     want to also say that I am disappointed that

9     Commissioner Shea is not hear.  I think it would have

10    sent the right message to the Council if he were able

11    to be here.

12         You know, I really got to tell you, I have

13    struggled with Intro. 536 you know, for years.  I

14    have you know tremendous respect for my colleague

15    Rory Lancman and we've discussed this bill multiple

16    times but I guess what I'm concerned about is, I

17    believe that we have systemic failure here.  I

18    believe that the NYPD, the Commissioner's Office,

19    regardless of who is in the Commissioner's Office,

20    the PDA, has been so resistant to common sense reform

21    over the years.  Now, you see what's happening and

22    people, you know, it's just gone too far.  It's come

23    to a head and that's the failure of us, it's a

24    failure, you know, my failure.  You know, I have a

25    bunch of bills.  There are bills, rings of bills here

1
2   of common sense reform that has all been resisted by

3   the Administration, by the NYPD, by Labor, that we

4   have not gotten to pass and that resistance coming

5   home to roost.  And you see it, you know, there was a

6   conversation about police officers wearing PPE and

7   you know, I'm not saying none wear it but a lot

8   don't.  Too many don't wear it.

9       There are so many examples of the little things

10  where the NYPD doesn't follow the rules that it

11  disheartens the public and it makes us lose

12  confidence and it brings us to this point.

13      You know, I can't tell you how many times and

14  maybe I'm guilty too.  Like, I have all of these

15  officers who like to park with their precinct placard

16  in my commercial district.  And when it comes, gets

17  really out of control, I go to the Commanding Officer

18  in my precinct and we work it out and he calls the

19  Commanding Officer from their precinct and it gets

20  taken care of that way but you know, they are not

21  allowed to do that.  So, maybe I should have called

22  and say that you know, we're not enforcing the rules

23  and we have this lax attitude toward discipline, that

24  it's secretive, that it's not transparent.  I don't

25  understand how anybody can think in relation to 50-A,

COMMITTEE ON PUBLIC SAFETY          133

1

2  that there disciplinary records should be secret.

3  You work for us; you work for the taxpayer and you

4  are being accused of doing something on the job.  You

5  know, it's logic that that could be hidden from the

6  public.

7      I'd like to discuss the legislation that passed

8  the assembly yesterday regarding chokehold, can I ask

9  what the Administrations opinion of that is?

10     OLEG CHERNYAVSKY:  Yeah, so it's a lot different

11  I think than the bill that we're looking at locally.

12  I think that bill, we're still reviewing the

13  implications of it.  It's certainly limited in scope

14  —

15     COUNCIL MEMBER COHEN:  I can't hear you.

16     OLEG CHERNYAVSKY:  Breathing resulting in serious

17  physical injury or death.  There is another portion

18  of the bill that we're reviewing just to make sure

19  there isn't a strict liability component there and

20  again wouldn't capture unintentional conduct but

21  again, the overarching umbrella there is serious

22  physical injury and death.  When I compare in

23  contrast you now, the local law versus what passed in

24  the Assembly and the Senate I believe last night is

25

COMMITTEE ON PUBLIC SAFETY          134

1

2  that there is no requirement that there is any injury

3  let alone serious physical injury or death.

4      So, this is as strict of liability as you can

5  possibly get to.  The officer may not intent to do

6  the conduct, it could very well be incidental and it

7  will very well be incidental and look, I know and we

8  speak to your point in terms of legislation, we were

9  out on 50-A.  I testified personally in Albany.  We

10  all testified before the Council even though it was a

11  state law but we were not saying leave it alone, we

12  were [INAUDIBLE 1:40:49] so that certain records,

13  that records that have always been of public concern

14  could have been shared.

15      It looks like they are doing a version of that in

16  Albany now.  I mean there is a repeal but there is

17  going to be amendments as well to other laws that

18  will protect certain information of police officers.

19      SERGEANT AT ARMS:  Time expired.

20      COUNCIL MEMBER COHEN:  Oleg, I just want to

21  follow up on one thing.  Is it your understanding if

22  somebody was hurting, you know attacking another

23  person and an officer came upon the scene and in

24  their enthusiasm to get one person off of the person,

25

COMMITTEE ON PUBLIC SAFETY                    135

1

2  they used, they went around the neck.  That would be

3  a crime right, under that statute as proposed right?

4     OLEG CHERNYAVSKY:  Not only around the neck but

5  around the torso and that's the addition of the

6  diaphragm and I mean, I want to make a distinction

7  because it's a very important distinction.

8     The state standard is a reasonable use of force

9  but when the case gets reviewed, when you create a

10 misdemeanor and you review the totality of that

11 encounter, of that incident and at a certain point

12 each and every move has to get evaluated on its own

13 merit.

14    So, as the situation escalates, as the situation

15 moves, a certain amount of force maybe deemed okay.

16 Another type of force within that same encounter, a

17 decision could be, well that wasn't okay.  When you

18 are in the middle of a struggle as a police officer,

19 you sometimes don't even realize what's going on and

20 you know, what that level of encounter is.  There is

21 something to be said about an intentional chokehold.

22    There is also something to be said about being

23 engaged in a struggle.  Sometimes even a struggle to

24 your life and you know, in the course of that

25 struggle, you don't know where your hands are, your

1

2    hands could wind up being around somebody's torso.

3    You can wind up falling to the ground on top of a

4    subject that you are trying to arrest and applying

5    pressure and restricting breathing and that's —

6        COUNCIL MEMBER COHEN:  I appreciate that and I

7    know I am out of time.  You know, I could support the

8    bill that passed the assembly yesterday.  I've really

9    been struggling with the bill before the Council.  I

10   really encourage the bill sponsor who in know is

11   incredibly thoughtful and the NYPD and the

12   Administration to come up with these legislation that

13   we can work for the NYPD and achieves the goal that

14   the sponsor is trying to advance.

15       Thank you very much.

16       OLEG CHERNYAVSKY:  Thank you.

17       COMMITTEE COUNSEL:  Thank you Council Member

18   Cohen.  Next up will be Council Member Powers

19   followed by Council Member Rosenthal and Council

20   Member Lander.

21       SERGEANT AT ARMS:  Time starts now.

22       COUNCIL MEMBER POWERS:  Right, thank you and I

23   will just echo before I begin, Council Member Cohen's

24   comments about PPE and placards and other things that

25   I think long have been, well, PPE more recently have

COMMITTEE ON PUBLIC SAFETY          137

1

2   been sort of left to be more discretionary and to

3   give a sense that there are two sets of laws here

4   when it comes to the officers versus the public and

5   as elected officials, whether it comes to — I don't

6   have a card, I don't have a placard but when using

7   it, there is a reasonable expectation that I'm

8   obeying the law and I'll get a ticket if I don't and

9   also will be held accountable by the public if I'm

10  not and I do implore the Department to start

11  enforcing its own laws, enforcing the laws including

12  wearing a masks and coverings and so forth.

13      Can I just ask a question, I mean this was

14  brought up a few times but Commissioner Shea is not

15  here and is there a reason why?

16  BENJAMIN TUCKER:  I'm here because most of what

17  we're talking about is in my portfolio.  So, this is

18  the way we've been doing hearings forever.  So,

19  that's one reason but also, you know, I can't speak

20  for him but I know that he's been in contact with a

21  number of the members of the Council available to

22  you, and he's spoken to a number of people, New

23  Yorkers out there and so, it's not as if he's — you

24  know, he's around and he's engaged and he's involved.

25  So, but this particular set of issues and these bills

1
2  are certainly the kinds of issues that I would
3  normally deal with.  Discipline falls under — it's in
4  my purview, risk management, labor relations, you
5  name it.  It's a pretty broad portfolio, personnel
6  generally, training, criminal justice bureau.  So,
7  that's why.  I mean, it's been asked like several
8  times today and people you know, suggest that
9  somehow, he doesn't want to be here and I don't think
10 that's the case at all.
11     COUNCIL MEMBER POWERS:  Okay, I'll touch up
12 there.  I mean, I only have so much limited time.  I
13 guess the point is, I think others have said, he
14 should be here.  I wanted to ask him and hear the
15 explanation for why he wasn't here.  What I think is
16 perhaps a very important moment for the Commissioner
17 to be speaking to the public and to the Council
18 around what has happened and to speak both from the
19 NYPD vantage point but also, to address the public
20 about those things.  But I appreciate you gentleman
21 being here as you always are before the Council.
22     I have a question, you know, when you look at
23 Minneapolis, obviously there was a lot of outrage but
24 part of it was around the other three officers that
25

COMMITTEE ON PUBLIC SAFETY          139

1

2    did not intervene and did not step into prevent that

3    maneuver from killing George Floyd.

4         That outrage to me is well placed and as I have

5    talked to officers in my precincts, we have talked

6    about how do you make sure that your amongst your own

7    colleagues is accountability.  Are there disciplinary

8    measures for officers who don't prevent another

9    officer from de-escalating or engaging a thing like a

10   chokehold?  Is it in the NYPD rules or what is the

11   accountability measure for an officer that does not

12   intervene to prevent a death or a serious injury of

13   an individual.

14        BENJAMIN TUCKER:  We do, there is, they are

15   required to intervene and it's in the Patrol Guide as

16   well.

17        COUNCIL MEMBER POWERS:  Can you get us the

18   section, what is the section?

19        OLEG CHERNYAVSKY:  It will be 22101-22102.  You

20   will see we had the discussion earlier about the NYPD

21   revising two policies.  You know, with all of these

22   matters, it's always an effort for continuous

23   improvement.  So, on 2016, consolidating the cases of

24   use of force or together in a single grouping,

25

COMMITTEE ON PUBLIC SAFETY        140

1

2     developing a reporting requirement, well, by the way

3     — way ahead of our —

4         COUNCIL MEMBER POWERS:  Guys, guys, guys, sorry,

5     because it's just a timing factor.  What is the

6     penalty for an individual who does not stop their

7     colleague from and I'm not trying to penalize yeah.

8     Like I just, when I am with somebody and they do

9     something that is potentially going to endure or

10    kills somebody, what is the penalty.  What is the

11    Patrol Guides — if it prevents it, what is the

12    penalty?

13        BENJAMIN TUCKER:  Well, it starts out with if we

14    determine it's — I mean, it's usually a situation

15    that's very serious and someone's charges,

16    specifications are issued and then the penalty

17    depends on the facts in each of these cases.  It's a

18    case by case and the major of the conduct was

19    reviewed and the penalty to depend on that and other

20    factors.

21        COUNCIL MEMBER POWERS:  Okay, so I'm going to, I

22    have one second but I just —

23        SERGEANT AT ARMS:  Time expired.

24        COUNCIL MEMBER POWERS:  I just urge that we all

25    look at also ways to make sure that — I think that

1

2   that is actually one of those ways to prevent

3   incidents from happening is to have officers, part of

4   solving any sort of escalation.

5       I just want — last two things — one is there has

6   been this discussion that there are right wing groups

7   that are participating in the protests, potentially

8   posing as another group.  I think the Commissioner

9   has made that comment.  Can you provide any evidence

10  around that?  And second, I went over to the holding

11  cells this, I think it was on Saturday to look at the

12  conditions and to get a better understanding of some

13  of the complaints we had heard about 24 people being

14  held for 24 hours, lack of PPE, things like that.

15      We've been hearing the complaints.  I will say,

16  your folks did do a good job bringing us in and

17  letting us be able to go in and answer questions, so

18  I wanted to thank them.  But can you give us

19  information potentially right now where people, if

20  you arrested for protesting, you are not taken to one

21  police plaza, so where are you taking, how do you get

22  PPE?  How do you get meals?  How do you get phone

23  calls?  Things like that because that has been raised

24  to us.

25

COMMITTEE ON PUBLIC SAFETY          142

1

2    BENJAMIN TUCKER:  Yeah, so, you know we, yeah,

3    you mentioned one police plaza, that's when we have

4    large scale events, we open that open that up.  It's

5    not a standard day to day spot or everyday processing

6    spot, but we have been using it a lot because of the

7    protests but we also offload to Queens and to

8    Manhattan, lower Manhattan, to the courthouse and to

9    Brooklyn and so, in every one of those sites and if

10   you remember as part of COVID, we use the midtown

11   community court and also Red Hook for processing

12   prisoners as well.  In those cases, they were the

13   places where we took prisoners who exhibited signs of

14   being sick, not necessarily COVID, but just in case,

15   so they will process separately but all of the sites

16   have PPE.  They get cleaned regularly.  There is food

17   that's provided and we try to process people quickly.

18   There is no, the crowds and the number in which we

19   were processing them, the different capacities for

20   policing those locations that I mentioned.  So, in

21   Lower Manhattan, we can process probably 250 people

22   with capacity, I think.  And then, Brooklyn, I think

23   it's fewer than that maybe 50 plus higher 250, 300.

24   So, yeah, but in every case in every instance, that's

25   what we do.  When your arrested, you walk in, you get

COMMITTEE ON PUBLIC SAFETY          143

1

2  a mask, you — are they taking temperatures?  I don't

3  know if we are.  This is just for the protestors so.

4      COUNCIL MEMBER POWERS:  I did not see temperature

5  taking, I did see masks when I was there.

6      OLEG CHERNYAVSKY:  So, yeah, there was masks,

7  soap, water, hand sanitizer, obviously food provided,

8  water provide for drinking, not only for washing your

9  hands.  Fruit I believe, yeah fruit was provided and

10  yeah, the reason for having the multiple facilities

11  is to try to expedite the process right.  So, if you

12  just funnel everyone into one facility, it will

13                          cause delays and extend the

14                          process.

15      So, we were adjusting, I mean thankfully I think

16  over the last few days, the numbers of arrests are

17  down and I'm not sure if there were any yesterday but

18  numbers are significantly, significantly down but at

19  the height where we had the, you know the nights

20  where we saw the violence in the streets and they

21  were large numbers of arrests made, and I think a

22  couple of nights after there were large numbers.

23      So, we used multiple facilities just to try to

24  expedite the process as soon as possible.

25

                    COMMITTEE ON PUBLIC SAFETY        144

1

2      COUNCIL MEMBER POWERS:  And just the first

3  question on, I think there was a comment from the

4  Commissioner at one point that there were right wing

5  groups that might have been posing as left wing

6  groups.  Can you just address that?

7      BENJAMIN TUCKER:  Well, that's a fact.

8      COUNCIL MEMBER POWERS:  Do you have evidence of

9  that I guess is my question?

10     BENJAMIN TUCKER:  I'm sorry?

11     COUNCIL MEMBER POWERS:  Do you have evidence of

12 that?

13     BENJAMIN TUCKER:  Yeah, we do.

14     COUNCIL MEMBER POWERS:  Can you share with any of

15 us what the evidence might be?

16     BENJAMIN TUCKER:  I don't have the specifics and

17 so, I won't speak to it but we do.  We know we have

18 knowledge and I will leave it there.

19     COMMITTEE COUNSEL:  Thank you Council Member, we

20 are going to have to move on.

21     COUNCIL MEMBER POWERS:  Okay.

22     COMMITTEE COUNSEL:  Next up will be Council

23 Member Rosenthal followed by Council Member Lander

24 and Vallone.

25     SERGEANT AT ARMS:  Time starts now.

COMMITTEE ON PUBLIC SAFETY          145

1

2     COUNCIL MEMBER ROSENTHAL:  Hey Commissioner

3  Tucker and your team.  I just want to be clear about

4  why everyone is asking for what the NYPD, how the

5  NYPD officers behave on the street.  He is the one, I

6  assume who sets out the guiding philosophy for what

7  officers are supposed to do and you know there is

8  this very stark comparison between NYPD and Newark.

9  Where in Newark, we have had largely peaceful

10  protests and not so in New York City.  You know,

11  seeing the police who are armed up to the hilt next

12  to someone saying, I don't like the way the police

13  are treating Black and Brown people is in itself

14  provocative by the NYPD and I'm curious and the

15  question really does go to the Commissioner why he is

16  setting that tone.  What is being communicated or is

17  it lost in translation in what the Commissioner is

18  saying about what the police officers should be doing

19  on the ground to treat the people walking in the

20  street compared to what we are actually seeing.

21      Right, batons, people getting shoved, cars that

22  despite the fact that there is no one behind them for

23  the last ten, fifteen minutes, decide the only thing

24  they can do is to floor the gas.  And that's why

25  people are asking where is the Commissioner because

COMMITTEE ON PUBLIC SAFETY          146

1

2  unless he doesn't set the guiding philosophy and you

3  do, and I'd be interested to hear about that, he is

4  the one who you have said is in the private

5  conversations with the Mayor where New York City ends

6  up having police brutality compared to Newark, where

7  that's not happening.

8      So, could you talk about what the guiding

9  philosophy is in the police department?  What message

10  is being sent down the ranks and how some of the

11  police officers don't seem to have gotten whatever

12  that message is unless the message is, go full on.

13      Thank you.

14      OLEG CHERNYAVSKY:  So, Council Member I guess,

15  I'll start.  In terms of the way the officers are

16  dressed, I mean, I think it's important to highlight

17  that you know, they are wearing helmets because we

18  have had officers at the outset of I think this was

19  not last Friday but the Friday before last, struck in

20  the head with brick, with bottles filled cement, hit

21  in the head with fire extinguishers.

22      COUNCIL MEMBER ROSENTHAL:  You can't have it both

23  ways with all due respect.  Of course, my heart goes

24  out to those officers.  Of course, we're all sorry

25  about that but if you could get to the fundamental

COMMITTEE ON PUBLIC SAFETY          147

1

2   question of, what is the guiding philosophy in the

3   NYPD versus the Newark police such that we see very

4   different results on the street.

5       OLEG CHERNYAVSKY:  What I am trying to do is that

6   you made a lot of points and the overarching

7   philosophy is obviously to be restrained.  We've

8   walked with protesters throughout the protest and no

9   enforcement was taken, no arrests were made.

10      You made a point about the way they were dressed

11  and the equipment they are wearing and it's important

12  to highlight to yourself and everybody watching that

13  we have over 350 officers that were injured.  There

14  is videos out there with burning bags.  You mentioned

15  the one incident.  In that particular incident, the

16  car was pelted with stones.

17      COUNCIL MEMBER ROSENTHAL:  So, I actually bore

18  witness to that.

19      OLEG CHERNYAVSKY:  On top of the car, it was a

20  burning bag.  If you watch the full video and

21  hopefully not a snippet of it, there was a burning

22  bag that an individual ran up from behind the vehicle

23  with the officer sitting in the vehicle and threw

24  fire onto the vehicle that was still burning as the

25  officer sat there preventing from leaving the scene.

COMMITTEE ON PUBLIC SAFETY          148

1

2      SERGEANT AT ARMS:  Time expired.

3      COUNCIL MEMBER ROSENTHAL:  Please Deputy

4   Commissioner Tucker, if you could explain to me why

5   the outcome in New York has been so very different

6   than in Newark?

7      BENJAMIN TUCKER:  Well, Newark is different than

8   New York.  I don't know what took place in Newark —

9   But I can tell you that based on what you just heard

10   from Commissioner Chernyavsky,  this is, this is,

11   it's not as if, our philosophy is to allow people to

12   peacefully protest.  To march and voice their views

13   and opinions.  That's been always been the philosophy

14   of the department at least since I've been back and,

15   in the past, perhaps.

16      So, that's our philosophy and as far as the

17   equipment that they wear, I'll just reiterate, that's

18   important for them.  I mean, you can't send police

19   officers out there under conditions that we know are

20   violent and will be violent, notwithstanding with

21   these protestors and expect them to be there with no

22   equipment.

23      COUNCIL MEMBER ROSENTHAL:  Why the disconnect

24   with a White shirt pushing a protestor?  How is that

25   possible?  Is he trained?

```
                    COMMITTEE ON PUBLIC SAFETY          149
```

1

2     BENJAMIN TUCKER:  I'm not sure White shirt you

3     are talking about.

4     COUNCIL MEMBER ROSENTHAL:  How could any of the

5     officers not do what you are explaining?  Is it lack

6     training?  Where is the accountability?  I mean,

7     that's great if that officer is disciplined.  How

8     about the officers commanding officer?  What

9     instructions were given to that officer, so that

10    officer felt it was okay to shove a protestor?

11    BENJAMIN TUCKER:  You assume that there were

12    instruction, maybe he acted on his own and you know,

13    the individual officers are expected to de-escalate,

14    to do their job and to allow protestors to walk the

15    routes and be in our streets and protest peacefully.

16    And so, that's the message we give.

17    COUNCIL MEMBER ROSENTHAL:  Sir, I am hearing your

18    answer but I just want to say fundamentally, I

19    believe that the action of the police officers in so

20    many cases was criminal and there should be real

21    accountability for their actions.  Something is wrong

22    where we land in a place where officers can shove

23    somebody with impunity.

24

25

COMMITTEE ON PUBLIC SAFETY          150

1

2      BENJAMIN TUCKER:  Like I said to you earlier,

3  maybe you missed my comments but we have taken action

4  against the officers that we know.

5      COUNCIL MEMBER ROSENTHAL:  And his commanding

6  officer, how about that?

7      BENJAMIN TUCKER:  Yes, yes.

8      COUNCIL MEMBER ROSENTHAL:  What's happened to his

9  commanding officer that he couldn't keep that

10  individual under control?

11      BENJAMIN TUCKER:  Well, that's not his commanding

12  officer.  Listen, trust me when I tell you that we

13  have — in these cases that you saw on video, that the

14  officers were engaged in, whether it was the push,

15  whether it was the door, we have investigated them,

16  those cases and we are taking action against those

17  officers and we are in the process of coming up with

18  whatever the penalties will be but the process has

19  certainly moved along and so, that's the answer to

20  your question.

21      COUNCIL MEMBER ROSENTHAL:  Right, so, just so you

22  are aware, I'm not satisfied with that answer.  As an

23  elected official, I feel that it's not a reflection

24  of a police department that is interested in serious

25  reform and change and it calls into question what

COMMITTEE ON PUBLIC SAFETY          151

1

2  we're doing.  Why this police force is constructed

3  the way it is.  Why we think they could bring about

4  safety in communities.  I just think it's toned up of

5  us to think that any of this is okay and its toned up

6  of us not to say we have to shift the paradigm of

7  what policing looks like in New York City.  And if

8  we're not, I think leadership is standing up and

9  saying, there's a real interest in doing that and

10  that we are ready to commit to changing what it is

11  the NYPD, what we're hiring as taxpayers the NYPD to

12  do fundamentally.

13      COMMITTEE COUNSEL:  Thank you Council Member.

14      COUNCIL MEMBER ROSENTHAL:  Thank you.

15      COMMITTEE COUNSEL:  We're going to have to move

16  on.  Next up will be Council Member Lander followed

17  by Council Member Vallone and Council Member Levin.

18      SERGEANT AT ARMS:  Time starts now.

19      COUNCIL MEMBER LANDER:  Thank you very much to

20  the Chair for your leadership here and to my

21  colleges.

22      Commissioner, I appreciate you being here, even

23  if I am very disappointed in the testimony, which

24  really fails to rise to the urgency of this moment.

25  I share the point of view that it's maddening to hear

COMMITTEE ON PUBLIC SAFETY          152

1

2  the NYPD's account of the protest policing.  Look, I

3  have looked at the videos of protestor violence, of

4  the Molotov cocktails and the bricks and they are

5  important and their needs to be accountability.  But

6  I've been out there night after night after night and

7  I will tell you, I have seen hours and hours

8  thousands of protesting.  I have not seen one

9  incident of protestor violence and I have seen many

10  incidents of police violence and aggressive policing

11  against protestors where I have been part of the

12  group.

13     Folks were kettled on the Manhattan bridge and

14  not allowed back on the Brooklyn side for you know,

15  well over an hour.  In Cadman Plaza, the next night,

16  the videos all over the place.  People were met with

17  violent and aggressive policing and then the night

18  after that, last Thursday night, I was in a group of

19  protestors who got kettled on Washington Avenue and

20  officers rushed into the crowd for no provocation

21  and thew people on the ground and to — you know, to

22  meet a protest of outrage at police violence with

23  more police violence and then not to tell the truth

24  about it, you know, I guess what I would say is it

25  just demonstrates to me that unfortunately this forum

COMMITTEE ON PUBLIC SAFETY              153

1

2  is not going to be able to be a vehicle for the kind

3  of transformative change that's needed and that's

4  really a shame.  I mean, we've tried with a lot of

5  different reforms here to get at the change we need

6  and I just have concluded we are not able to do it

7  here.

8      So, the Council as the Speaker said, is going to

9  need to take bolder leadership far beyond these bills

10  through a budget that moves significant resources

11  away from the police department, other areas of our

12  city.  But I don't think we'll be able to achieve

13  much through a back and forth on that, so I just want

14  to ask three pretty specific questions and get out of

15  the way, so we can  hear from the folks who are here

16  to testify.

17      First, as Council Member Powers mentioned, he and

18  I visited 1PP and we had a lot of follow up questions

19  about what has happened to people who are arrested

20  under what I recognize you use the event code Civil

21  Disorder 2020 for, even though it mostly has been

22  arresting peacefully nonviolent protestors.

23      We sent you a letter yesterday with a request for

24  a lot of detailed information about those arrests and

25

```
              COMMITTEE ON PUBLIC SAFETY          154
```

1

2  I just want to make sure you are going to respond to

3  that letter and when we can expect to see it.

4      BENJAMIN TUCKER:  Well, you've sent the letter.

5  I haven't seen it; did you send it to the Police

6  Commissioner?

7      COUNCIL MEMBER LANDER:  The Public Advocate,

8  Council Member Powers and I sent a letter yesterday.

9  We'll follow up to make sure you get it as well as

10  the Commissioner.  It asks for a lot of information

11  and yes, we'll make sure you have it.  We will make

12  sure the Chair has it.  We are eager for rapid follow

13  up.

14      One of those questions; we asked a lot of

15  questions in there.  One of them specifically is just

16  about food.  I heard a lot of stories from people

17  that were locked up for more than 24 hours and didn't

18  get fed and when they got fed, you know basically

19  said what they got was a little bread.

20      So, what's the policy for what meals people get

21  while they are being detained.

22      BENJAMIN TUCKER:  Well, they do get food.  They

23  get water, they get PPE.  So, that's what happens.

24      COUNCIL MEMBER LANDER:  And food is bread.  They

25  get a little bread and some water for 24 hours?

COMMITTEE ON PUBLIC SAFETY        155

1

2    BENJAMIN TUCKER:  Well, I don't know about bread,

3    sandwiches they get.  So, if in answering your

4    questions and we take a look at and see or whether

5    that was the case, we will look into it.  But

6    typically, the process, the protocol that I explained

7    before and just yet again right now, there are

8    processes, procedures for making sure that people who

9    we know —

10   COUNCIL MEMBER LANDER:  I know there is processes

11   and procedures.  Look, I've been arrested in civil

12   disobedience before and I have never been denied food

13   or water or held for more than 24 hours but I've

14   heard from a lot of people who have.

15    So, we'll leave this here for now because we're

16   going to hear from a lot of them later in the hearing

17   but we do want the responses to that letter and we'll

18   make sure you get it.  And for my last question, as

19   part of the budget work that we are doing, we are

20   really trying to understand the NYPD's budget and one

21   thing that's in this year's budget is the creation or

22   expansion of a youth initiative and we need to

23   understand in more detail what the personnel and OTPS

24   costs of that are.  We are devastating our summer

25

```
                    COMMITTEE ON PUBLIC SAFETY              156
 1

 2  youth programs, 45 percent cut to DYCD.  So, we

 3  cannot be spending more money on NYPD youth programs.

 4     But we don't have good information on it right

 5  now and I'm just wondering if you could give me the

 6  precise numbers on that new youth program that's in

 7  the budget this year.  How much money is it for?

 8  What's personnel?  What's OTPS?  To be honest, so

 9  that we can take that money and put it in a place

10  that actually works with young people, whether DYCD

11  or the Department of Education to do the kind of —

12     SERGEANT AT ARMS:  Time expired.

13     OLEG CHERNYAVSKY:  We'll get you that

14  information.

15     COUNCIL MEMBER LANDER:  Okay, when?

16     OLEG CHERNYAVSKY:  We will follow up on whatever

17  the asks were during the hearing.

18     COUNCIL MEMBER LANDER:  Okay, that's a question

19  we've been asking since the budget hearing.  So, I

20  guess Mr. Chair, if you can just you know, as part of

21  your follow up provide a good firm timeline.  That is

22  information that we really need in the work that we

23  have to do ahead of us.

24     So, thank you Mr. Chair.  I would like to sign on

25  to all of the bills in today's hearing.  They are not
```

```
                 COMMITTEE ON PUBLIC SAFETY          157
```

1

2   sufficient for the change we need but they are all at

3   least steps forward and I appreciate your convening

4   the hearing.

5       Thank you.

6       COMMITTEE COUNSEL:  Thank you Council Member

7   Lander.  Next up will be Council Member Vallone

8   followed by Council Member Levin and Council Member

9   Menchaca.

10      SERGEANT AT ARMS:  Starting time.

11      COUNCIL MEMBER VALLONE:  Okay, big thank you to

12  our Speaker Corey Johnson and to Chair Donovan

13  Richards.  In a time when we are also emotional and

14  angry and confused and there is fear.  To see the

15  City Council put these for forward to take the first

16  steps forward, I'm really proud of that.

17      To the Council Members who shared their stories

18  today Adams, Rivera, Ampry-Samuel, Miller and all the

19  brothers and sisters on the Council, you know, my dad

20  taught me long ago it's time to listen and take that

21  and do some constructive good with that.  And these

22  bills today are a way to show the city that through

23  this time of anguish, we have heard and we're going

24  to do something about it.  And to Commissioner

25  Tucker, you know, it's a tough day to hear all that.

COMMITTEE ON PUBLIC SAFETY          158

1

2  The times like other Council Members have said to

3  say, we hear you and we are making those changes and

4  you know, lost in all that anger is today, I looked

5  at your testimony and it looks like to me is the NYPD

6  is supporting these bills.  So, this looks like a

7  tremendous day in the history of New York City with

8  the exception of some changes and minor amendments

9  which are in the words but can be flushed out

10  hopefully.  But that's such a huge step forward to

11  show why we are not Minneapolis and why we are not

12  Newark City or anywhere else that has to deal with

13  8.2 million people and has over 35,000 officers in

14  crime every day.

15      We're hearing the stories and we're making

16  changes and I'd say one of the changes that struck my

17  heart and some of the great protestors in my

18  district, one of the young gentlemen Deondre took me

19  aside and he was there every day and I said Deondre,

20  tell me what's on your mind.  What do you want to

21  see?  And he said, Mr. Vallone, and they are mostly

22  students and the youth.  He said, I want to see some

23  real changes for my friends and my family.  Can you

24  do it?  And it touched us, touched us all and to see

25  these bills today, I wanted to tell Deondre and the

COMMITTEE ON PUBLIC SAFETY          159

1

2    protestors that are civilly doing it the correct way

3    and fighting for change and everyone in the city who

4    is struggling.  We are taking these steps and Speaker

5    Johnson, thank you for being a voice.  Donovan

6    Richards and all of the Council Members, we put those

7    here today that we can be proud of.  My cautions is

8    just to listen to some of the exceptions that may or

9    may not protect and the only one that I have for

10   Commissioner Tucker is, you know, Council Member

11   Lancman mentioned that there is a state law

12   protecting the right of an officer if they are in a

13   life threatening situation and that's the only thing

14   I ask.  Is for everyone to put on the thought of, if

15   you were faced with life and death and you had to get

16   back home, not in an arrest simple scenario but if

17   someone took a knife or a gun and was going to kill

18   you, should you open up a handbook as to what you can

19   and can't do or should you defend your life, so that

20   you can go back to your family?

21       And that is not in this bill and I would like to

22   see that one exception.  So, if someone is faced with

23   a life threatening situation, that they can defend

24   themselves and in only that situation.  Other than

25   that, chokehold will be banned in New York City and

COMMITTEE ON PUBLIC SAFETY          160

1

2    we will lead the way and I am proud to stand with

3    that.

4         Commissioner, is that one of the exceptions that

5    was being asked for or are we just relying on a state

6    law for that?

7         OLEG CHERNYAVSKY:  The state law has the

8    exception for reasonable force.  That exists on the

9    books.  The exception that we were asking for with

10   respect to the local law is the mental state of

11   intent.  I mean, I think we all agree that if we want

12   to ban the chokehold in the way that the chokehold is

13   defined in this law, we want to make sure that

14   officer intended to do it.  And the consequence of

15   events, of a fluid arrest, of a resisting, a

16   consequence of the scenario that led the officer to

17   touch part of the body on the subject they were

18   arresting that comports and becomes a chokehold based

19   on this definition.

20        So, what we want to make sure is that if you know

21   if you are going to criminalize it.  If you are going

22   to make it a misdemeanor in the code, you know, the

23   individual needs to intend to violate it.  It

24   shouldn't be just per se a violation.  If you touch

25   my chest you know, in a manner that could have

```
                      COMMITTEE ON PUBLIC SAFETY           161
1
2    restricted my breathing or restricts my breathing,
3    then that all of a sudden becomes a misdemeanor.
4        Because officers are put in these situations and
5    I understand that a lot of times when we speak about
6    the NYPD, we're thinking of this big entity and the
7    Commissioner said it in his testimony.
8        COUNCIL MEMBER VALLONE:  Well, yeah, but in all
9    due respect I mean, the chokehold will be banned in
10   New York City and these laws today are clear and the
11   Council Members are signed on and what's happening is
12   it will be banned.
13       SERGEANT AT ARMS:  Time expired.
14       COUNCIL MEMBER VALLONE:  I'm saying as this law
15   is passed, this is the time for leadership to say, is
16   there any exception for the life and death of an
17   officer and for those that are faced.  And so, we
18   need to have that conversation and respectfully,
19   state laws are being changed as we speak right now to
20   push the ban.  So, if there is an exception, let's be
21   in compliance with the law.  Let's not be in
22   disagreement for a necessary litigation.
23       But God Bless everyone.  We will get through this
24   and Deondre and everyone else, we are acting.
25       Thank you, Mr. Speaker, thank you Mr. Chair.
```

COMMITTEE ON PUBLIC SAFETY          162

1

2    COMMITTEE COUNSEL:  Thank you Council Member.

3    Next up will be Council Member Levin followed by

4    Council Member Menchaca and Council Member Levine.

5         SERGEANT AT ARMS:  Starting time.

6         COUNCIL MEMBER LEVIN:  Thank you Chair and thank

7    you Commissioner for you being here.  I'm going to

8    join my colleagues in expressing my disappointment

9    with Commissioner Shea not seeing it fit to be

10   testifying today, considering that this is really the

11   first public facing opportunity that he would have as

12   the leader of the Police Department to answer our

13   questions and to hear from the public.  And so, I'm

14   pretty disappointed with that.

15        I wanted to ask about, what is the protocol for

16   discipline, some kind of racist language, derogatory

17   language, racial slurs, what is the punishment for

18   that?

19        BENJAMIN TUCKER:  Well, typically the complaint

20   would come to us but very often those complaints go

21   through CCRB.  CCRB would look at the complaints,

22   interview both parties and make a recommendation

23   which they would send to us.  You know, they

24   recommend a penalty at that time.  And then it would

25   come to us and we will agree or disagree or modify it

COMMITTEE ON PUBLIC SAFETY          163

1

2  or either enhance it or maybe disagree and go back

3  and talk to CCRB about it for some more purposes of

4  clarity.

5      COUNCIL MEMBER LEVIN:  If a police officer uses

6  the N-word in a precinct and it is overheard by other

7  officers, what is the protocol for that?  In terms of

8  where is it in the patrol guide?  And then my follow

9  up question is, has anybody, does anybody get

10  punished for that?  Does anybody face disciplinary

11  action for not, not necessarily out in the public but

12  behind closed doors or within the precinct house.

13      BENJAMIN TUCKER:  Sure, when you say get

14  punished, for their conduct.  For the misconduct of

15  saying what they said?

16      COUNCIL MEMBER LEVIN:  Yes.  Using the language

17  and then where is that in the Patrol Guide?

18      MATTHEW PONTILLO:  So, it's in a couple of

19  places.  We prohibit offensive language.  We also

20  have an equal employment policy that prohibits that

21  type of misconduct among the employees.

22      In terms discourtesies or offensive language said

23  to or in front of the public, CCRB—

24      COUNCIL MEMBER LEVIN:  I'm more asking about

25  within — what I'm trying to get at is, if there is

```
 1            COMMITTEE ON PUBLIC SAFETY          164

 2    racism within the Department, among cops, there are

 3    35,000 cops in New York City and frankly, we all know

 4    that some of them use racist language.  We know that

 5    and I'm wondering, do we see anybody disciplined for

 6    using racist language in uniform?

 7         BENJAMIN TUCKER:  Yes.

 8         MATTHEW PONTILLO:  Absolutely.

 9         COUNCIL MEMBER LEVIN:  And if I were to ask you,

10    what would you say to a cop who uses racist language,

11    who carries racist thoughts with them in their mind,

12    in their hearts, who regularly uses racist language

13    or refers to Black Americans with derogatory and

14    racial slurs.  What would you say to that officer?

15         BENJAMIN TUCKER:  They will be disciplined.  They

16    will face discipline.

17         COUNCIL MEMEBR LEVIN:  Is there any place for an

18    officer that uses that kind of language in the New

19    York City Police Department?

20         BENJAMIN TUCKER:  They will be disciplined and

21    yeah, no, listen, you said it yourself, NYPD is of

22    the 36,000 or so of us are a microcosm of the rest of

23    society.  So, yeah, we don't tolerate that language

24    as the Chief just mentioned.  Everyone knows it, if

25    you engage in it, we will discipline you.
```

COMMITTEE ON PUBLIC SAFETY          165

1

2     COUNCIL MEMBER LEVIN:  Okay, I just want to make

3     sure — what I want to hear from the Police Department

4     is, if you carry any racist ideas in your mind, if

5     you use racist language, anywhere in uniform or out

6     of uniform, there is no place for you here.

7          SERGEANT AT ARMS:  Time expired.

8          COUNCIL MEMBER LEVIN:  The New York City Police

9     Department and we are going to change the culture of

10    the New York City Police Department and you can

11    either get with the program or you can leave.  And I

12    hope that that's the message that goes out to our

13    police department, to cops.  You can either get with

14    the program, but we do not countenance racism among

15    our ranks and it won't be tolerated at all, ever.

16         If you utter a racist phrase or word or

17    derogatory slur in uniform, in a precinct, in the

18    locker room, in the bathroom.  You will face

19    consequences.  That's what I hope the message is.

20         I thank you.  Thank you, Commissioner.

21         COMMITTEE COUNSEL:  Thank you Council Member.

22    Next up will be Council Member Menchaca, followed by

23    Council Member Levine and Council Member Van Bramer.

24         SERGEANT AT ARMS:  Starting time.

25

COMMITTEE ON PUBLIC SAFETY          166

1

2    COUNCIL MEMBER MENCHACA:  Thank you to the Chair

3    and my colleagues, especially the BALAC, the Black

4    and Latino and Asian Caucus members for here raising

5    their voice.  I love hearing from our Speaker that he

6    is going to allow for us to lead.  That's what we're

7    going to do and that's what we're going to continue

8    to do be it budget or legislation.  Thank you for

9    that.

10       And to all the protestors, agitators out there on

11   the streets and flooding our email boxes, keep doing

12   it, it's working and don't stop going out into the

13   streets until we deliver the NYC budget justice that

14   you are demanding until we deliver all the

15   legislative reforms from the city and the from the

16   state stay out there until we are done.  Until we

17   really make sure that the City Council, the Mayor,

18   and this Police Department understand that Black

19   lives matter, that Black trans lives matter.  No

20   justice, no peace.  Let's make that happen.

21       And to the NYPD, you know, New Yorkers right now

22   on the streets are asking very simple questions about

23   accountability and accountability also includes

24   addressing the recent and numerous reports on sites

25   of ICE.  I know Council Member Adams asked this

1

2  question, but I'm going to go a little bit deeper.

3  Specifically, about reports of immigration

4  enforcement assisting NYPD.

5      So, where is the NYPD commitment to local laws

6  barring cooperation with immigration enforcement?

7  For example, last week, HSI agents assisted the NYPD

8  in an arrest of a US citizen.  In another incident

9  over the weekend, precinct commander Malcom from 88

10  is filmed and then Council Member Cumbo and I spoke

11  to him at midnight admitting that ICE agents were

12  officially there to assist the NYPD at the 88th

13  precinct with force protection.  Those are his words;

14  I'd like to know more about what that means and at

15  other locations.

16      In both cases, the assistance was said to be

17  unrelated to immigration enforcement, yet the Mayor

18  had no idea about this when he was asked by the

19  press.

20      So, how does NYPD differentiate between providing

21  ICE assistance and immigration enforcement as

22  prohibited in law, city law or providing assistance

23  for other non-immigrant enforcement purposes?

24      OLEG CHERNYAVSKY:  So, I mean I think I start by

25  saying that we're completely committed to the local

COMMITTEE ON PUBLIC SAFETY          168

1

2  laws.  We work on those local laws with you

3  prohibiting from resources to be used for immigration

4  enforcement.

5      COUNCIL MEMBER MENCHACA:  And you've already said

6  that.  I'm really looking for this differentiation.

7      OLEG CHERNYAVSKY:  It's the same question.  So, I

8  want to reaffirm that.  But there was a recognition

9  in the laws as well that the NYPD and you said in

10 what ways do, we work with the federal government,

11 with federal agents.

12     So, we are as the NYPD on a number of task forces

13 with federal agents.

14     COUNCIL MEMBER MENCHACA:  Let me pause you there.

15 There is a very specific agreement that I'm asking

16 for with federal government, like within the last few

17 weeks asking for force protection for the precincts.

18 Can you tell us a little bit about that agreement and

19 how long that's going to be in place?  We are

20 essentially asking federal enforcement to come in to

21 support the protection of theses precincts.

22     Can you tell us a little bit about that?  The

23 Mayor had no idea about it, great opportunity for you

24 to talk about it now.

25

COMMITTEE ON PUBLIC SAFETY          169

1

2   BENJAMIN TUCKER:  Well, officers came in, we had

3   volunteers from other agencies who are part of this

4   as the Commissioner was just saying, who are part of

5   our task forces.

6       And so, they offered to help us and assist us

7   with precinct security because the station houses

8   were being attacked.  And so, they did that and

9   allowed us to free up our offices.  They were not in

10  the streets, they were not — the agents, they were

11  not in the street, they were not on the front line

12  taking any enforcement action.  They only were there

13  for security for the station.

14  COUNCIL MEMBER MENCHACA:  And so, is this an

15  agreement on paper?  Can we see that agreement?  What

16  did that look like?  How long is this in place?  How

17  long are we expecting these federal agents to be in

18  our space in the city assisting you and the

19  precincts?

20  BENJAMIN TUCKER:  I'm not even sure they are

21  still here.

22  OLEG CHERNYAVSKY:  Yeah, it's not on paper.  They

23  are not —

24  COUNCIL MEMBER MENCHACA:  You're not monitoring

25  which agents are at what precincts and when they are

COMMITTEE ON PUBLIC SAFETY          170

1

2  going to go roll call?  So, it's just like this

3  loosey goosey request for help?

4      OLEG CHERNYAVSKY:  I need to answer the question.

5  I mean, you raised the point, so I would like to be

6  able to answer.

7      SERGEANT AT ARMS:  Time expired.

8      OLEG CHERNYAVSKY:  So, what every New Yorker saw

9  during the height of the riots, were precinct houses

10 being attacked, officers beaten with batons, NYPD

11 vehicles being burned and members of the task forces

12 that we were a part of, task forces.  anti-terrorism

13 taskforces, human trafficking task forces, members of

14 these taskforces assisted in protecting the physical

15 infrastructure of certain buildings that were under

16 attack.  While our officers were out in the street

17 trying to suppress a riot.

18     This is nothing loosey goosey or anything else.

19 I think every New Yorker watching this saw what was

20 happening on television and live on those days.

21 there were three or four days that were some pretty

22 horrific scenes that we were watching unfolding in

23 our city.

24     COUNCIL MEMBER MENCHACA:  Okay, last question is

25 about Habeas Corpus and can you address the fact that

```
                    COMMITTEE ON PUBLIC SAFETY          171
 1

 2   that was removed and how that impacted the whole

 3   system?

 4      OLEG CHERNYAVSKY:  I'm not sure I understand the

 5   question.

 6      BENJAMIN TUCKER:  Yeah, what do you mean?

 7      COUNCIL MEMBER MENCHACA:  Well, so much of what

 8   we have been talking about is the removal of the

 9   ability for lawyers to do their work to remove

10   protestors that were put into custody and there are

11   many reports about Habeas Corpus being lifted in that

12   time that the surge happened with arrests.  If this

13   is news to you, then we have a whole other thing to

14   talk about.

15      OLEG CHERNYAVSKY:  Well, I think the phraseology

16   may be news to me but you know, I think —

17      COUNCIL MEMBER MENCHACA:  Tell me what you are

18   hearing.

19      OLEG CHERNYAVSKY:  I think what you are trying to

20   get at is something that was raised by some of the

21   Council Members before you.  During certain nights

22   given the mass arrests that were going on, during the

23   events that every New Yorker saw on television, we

24   need to reopen additional facilities for arrest

25   processing with given the number of arrests be
```

COMMITTEE ON PUBLIC SAFETY          172

1

2   processed of arrests to arraignment slowed down.  And

3   I think that's pretty logical given the events that

4   were going on.

5       There were motions brought to the court by the

6   defenders seeking to bring individuals that normally

7   would have been brought to court faster but because

8   of the delays, they brought these motions to the

9   court.

10      And the court, when I read the decision, agreed

11  that given the severity of the circumstances, it was

12  excusable that there were delays.

13      I mean, I think that's what you are talking about

14  but I'm not sure.

15      COUNCIL MEMBER MENCHACA:  Okay, well we'll follow

16  up with more questions.  I just hope that you can

17  send a signal to all the immigrant New Yorkers as

18  cooperation is clearly happening that you are going

19  to follow not just local law but really ensure that

20  the right to protect of all of our New Yorkers.

21      Thank you.

22      BENJAMIN TUCKER:  We send that message loud and

23  clear time and time again and I think most New

24  Yorkers know that.

25

COMMITTEE ON PUBLIC SAFETY            173

1

2    COUNCIL MEMBER MENCHACA:  No, they don't.  Thank

3    you.

4    COMMITTEE COUNSEL:  Thank you Council Member.

5    Next up will be Council Member Levine followed by

6    Council Member Van Bramer and Council Member Rose.

7    SERGEANT AT ARMS:  Starting time.

8    COUNCIL MEMBER LEVINE:  Thank you so much.  Thank

9    you to Chair Richards and the entire BALAC for your

10   important work in this hearing and for your

11   leadership throughout this crisis, which has just

12   been outstanding and inspiring.

13   I don't think I need to remind you Commissioner

14   Tucker that we are in the midst of a pandemic still

15   with hundreds of new cases a day.  So, in that

16   context, I have to say I find it truly alarming to

17   see so many officers failing to wear masks in public,

18   at large events including demonstrations.  Not just

19   frontline officers but superior officers.  I've seen

20   it with my own eyes many times and this has now been

21   widely reported by journalists, by regular people.

22   Can you start by acknowledging that this is a

23   problem.  That there is significant failure to wear

24   masks by your officers out in the streets in these

25   crowded situations?

COMMITTEE ON PUBLIC SAFETY         174

1

2    BENJAMAIN TUCKER:  It is a problem and we will

3    address it.  I know we have addressed it already but

4    we will follow up.

5    COUNCIL MEMBER LEVINE:  The NYPD it's a military

6    organization.  You have a very rigid command

7    structure.  How is it possible that so many ignoring

8    what I believe is a directive, from the Department,

9    from the city and in fact an order from the Governor

10   to wear face masks in public without consequences?

11   How is there no repercussions?  How is there no

12   solution to this problem which has been on display

13   for the world to see for weeks?

14   BENJAMIN TUCKER:  As I said, we'll follow up.

15   COUNCIL MEMBER LEVINE:  When can we see change on

16   the streets?  When will we see officers beginning to

17   adhere to this important public health measure?

18   BENJAMIN TUCKER:  Begin to see change if it

19   hasn't happened already.

20   COUNCIL MEMBER LEVINE:  Whether it's happened

21   already?  No, it hasn't happened already, at least

22   not in the last 24 hours.  I can say that.

23   And a related concern, for those protestors who

24   have been in detention, often in very crowded cells,

25   this is really the worst possible setting in the

COMMITTEE ON PUBLIC SAFETY          175

1

2  midst of a pandemic for a virus that spreads most

3  easily in indoor settings, in crowded settings.

4  Again, alarming the number of reports of people who

5  are in detention in those crowded conditions who are

6  not given PPE.  Which would be the minimum, I see all

7  of you are shaking your head no.

8      OLEG CHERNYAVSKY:  People [inaudible 2:12:56] and

9  we have stated this at the beginning of the hearing.

10  We've taken your colleagues on a tour of the facility

11  and one of your colleagues, I want to apologize, I

12  forget which one, acknowledged that they saw the

13  protective equipment there.  Upon entry into a PD

14  facility, every arrestee was given PPE.  We made soap

15  and water and hand sanitizer available.  That was

16  available.  To the extent that they pulled off a mask

17  that they were given or chose not to wear it, we

18  would not use force to put masks and keep masks on

19  people.

20      But everybody, everybody was handed a PPE, a

21  mask.

22      COUNCIL MEMBER LEVINE:  There has just been so

23  many reports to the contrary.  This is probably not

24  going to be the forum to adjudicate it but I just

25  want to stress the public health implications of this

```
1              COMMITTEE ON PUBLIC SAFETY           176

2    concern.  Wearing a face mask, whether by an officer

3    in a crowd, whether by someone who is detained in a

4    small cell, is the baseline for preventing the spread

5    of the virus.  It's the least we can do.  The lack of

6    consistent application particularly in the case of

7    police officers is alarming for an organization that

8    I would think prides itself on its command and

9    control structure.

10         So, I want to stress the urgency of fixing this

11   immediately in the midst of an ongoing pandemic.

12         I'm going to pause and yield the rest of my time,

13   so that we can get to the public as soon as possible.

14         Thank you, Commissioner, and team, and thank you

15   again Mr. Chair.

16         BENJAMIN TUCKER:  Thank you.

17         COMMITTEE COUNSEL:  Thank you Council Member.  I

18   will now turn to Council Member Van Bramer if he has

19   questions, followed by Council Member Rose.

20         SERGEANT AT ARMS:  Starting time.

21         COUNCIL MEMBER VAN BRAMER:  Thank you very much.

22   I will be very brief because I do see all the signs,

23   people want to speak from the public and I will just

24   say this.  I supported the defunding the NYPD $1

25   billion before this hearing began and I support it
```

1

2   even more after this hearing and listening to the

3   horrible answers from the panel it is important that

4   in the face of all the violence that we've seen

5   against peaceful marchers and protestors that the

6   answers would be so bad.  That the accountability

7   would be so small and so time to the public who have

8   been waiting and I see all of the signs, people are

9   ready to speak and share their stories and they

10  should but this testimony on the part of the NYPD and

11  the answers just proves that we have to go beyond the

12  legislation that we're passing today and really,

13  really dismantle what we have present which is a

14  system that doesn't work and where racism is present

15  everywhere.  And what we've seen requires incredibly

16  dramatic action and that's what I feel like I am

17  compelled to do as a Council Member.

18      And with that, I'll just end and yield my time to

19  the public who are desperate to speak I know.

20      COMMITTEEE COUNSEL:  Thank you Council Member.

21  Finally, we will have questions from Council Member

22  Rose.

23      SERGEANT AT ARMS:  Starting time.

24      COUNCIL MEMBER ROSE:  Thank you.  I want to start

25  by commending my colleagues for this package of

COMMITTEE ON PUBLIC SAFETY          178

1

2  bills.  It's difficult to legislate racism but what

3  needs to really happen is a change of culture in the

4  NYPD.

5      The loudest and most energetic voices leading the

6  protests out there were our youth.  They peacefully

7  demonstrated for justice and reform.  And these very

8  youth are the ones that are at risk of being

9  victimized by NYPD, actually twice.

10     The youth budgets in New York City was zeroed out

11 for all summer activities, while NYPD, if these young

12 people don't have anything to channel their energies

13 and give them direction, they serve to be victims of

14 police actions.  And NYPD budget is not transparent

15 as Council Member Lander said, there are budget lines

16 that are obfuscated and are not clear and so, I join

17 him in asking for clarification of the OTPS and

18 overtime budget lines, so that our young people can

19 have the services and the programming that they

20 deserve and demand for this summer.

21     Intro. 760-A is the early intervention system law

22 and the enactment of 760-A and the repeal of 50-A, I

23 feel go part and parcel.  These two bills could have

24 alleviated the situation that we experienced with the

25

COMMITTEE ON PUBLIC SAFETY          179

1

2  murder of Eric Garner by Officer Pantaleo.  Who had a

3  history of violent behavior and rule book violations.

4      Had these two laws been in place, he would not

5  have been on the street in a position patrolling a

6  community of color and he would not have had the

7  opportunity to change the events that happened that

8  day.  760-A would have served to remediate his

9  behavior and review his record.

10      So, my question is, does the Department envision

11  any issues with collecting the data that's requested

12  in 760-A and do you find that there are any issues

13  with being able to comply with fulfilling the

14  requests of getting the data for 760-A?

15      OLEG CHERNYAVSKY:  I'll start and the Chief and

16  Commissioner can jump in but I don't think there is

17  going to be an issue with collecting the data.  The

18  system we've been utilizing, we built the system,

19  obviously it's like every other system, it's a work

20  in progress.  So, we're always refining it and

21  improving it and we support the bill just to say that

22  out loud again.  The amendment that we asked for is

23  the legislative criteria, the specific criteria that

24  needs to be there.  Because there is going to be

25  certain criteria that over time we determine aren't

COMMITTEE ON PUBLIC SAFETY          180

1

2    really impactful, aren't really useful and I gave the

3    example of disorderly conduct, the enforcement

4    because any cop assigned to lower Manhattan, that

5    deals with protests and deals with individuals that

6    intentionally — they organize with the police

7    officers in order to take summonses for civil

8    disobedience, for disorderly conduct.

9        There is no force used, they sit in the street.

10   We know that they are going to sit in the street and

11   then they ultimately take a summons when it's over.

12       So, if criteria like that and which is in the

13   bill is legislated, it's going to wind up putting

14   factors into the system and flagging police officers

15   that really shouldn't be flagged.

16       I think we all agree that you know, misconduct,

17   complaints from CCRB, use of force, all of things are

18   in the system now.  Would continue to be in the

19   system but what we're suggesting is that the

20   legislation removes specific factors that need to —

21       COUNCIL MEMBER ROSE:  Okay, thank you and could

22   you just touch upon how you feel about the inclusion

23   of unsubstantiated issues being also reported?

24       SERGEANT AT ARMS:  Time expired.

25       OLEG CHERNYAVSKY:  In what way?

COMMITTEE ON PUBLIC SAFETY          181

1

2   COUNCIL MEMBER ROSE:  As part of the I guess, the

3   transparency in terms of officers records and in

4   terms of like 50-A.

5   OLEG CHERNYAVSKY:  If we're talking about the

6   early intervention bill, our current early

7   intervention system has the unsubstantiated in there.

8   That's a factor that we currently look at.

9   COUNCIL MEMBER ROSE:  But 50-A.

10   OLEG CHERNYAVSKY:  Well, I think the bill that's

11   being — the bill that's going to be voted on, if it

12   hasn't been voted on already during the course of

13   this hearing, repeals 50-A in its entirety and

14   doesn't make a distinction between substantiated or

15   not unless there is going to be a change in the bill.

16   But the version I saw last night that was up for

17   a vote, it repealed 50-A wholesale and then created

18   certain protections in the Public Officers Law but

19   those protections did not recognize unsubstantiated

20   discipline.

21   COMMITTEE COUNSEL:  Thank you Council Member.  I

22   see that Council Member Treyger has raised his hand,

23   so I will turn to Council Member Treyger for

24   questions.

25   SERGEANT AT ARMS:  Starting time.

COMMITTEE ON PUBLIC SAFETY          182

1

2      COUNCIL MEMBER TREYGER:  Thank you.

3  Commissioner, does the Department have any evidence

4  today, as of this moment, of an organized looting

5  plot on Avenue X and Gravesend in my district?

6      OLEG CHERNYAVSKY:  I think maybe I can jump in on

7  this.  We're taking a look, there are individuals

8  that were arrested.  There were individuals that we

9  are still looking for and then [INAUDIBLE 2;19:44]

10  that we're certainly evaluating to see if we can

11  connect and see it was some sort of an organization

12  or an enterprise.  So, I really would prefer not to

13  talk about this now.  These are ongoing

14  investigations.

15      COUNCIL MEMBER TREYGER:  So, what I'll share is

16  that the tweet that Commissioner Shea issued referred

17  to my district.  I went down there to the site

18  myself.  I do acknowledge the information and

19  cooperation that we received from the 61st Police

20  precinct.  But with my own two eyes, I also observed

21  a construction site on Avenue X and the other corner

22  east 4th street.  Now, I cannot conclude or confirm

23  that those bends were a part of a construction site,

24  but do you acknowledge that there have been unsecured

25  construction debris left on a city sidewalk in the

COMMITTEE ON PUBLIC SAFETY          183

1

2   history of New York City?  Has that happened before,

3   even during the pandemic?

4       OLEG CHERNYAVSKY:  I mean, we, I think we've seen

5   videos.  My focus historically hasn't really been on

6   that until these events unfolded but I can confirm

7   that the videos that I have seen both on the news and

8   social media certainly show unsecured construction in

9   the street or left on the corners.

10      COUNCIL MEMBER TREYGER:  So, what I will share

11  with you is that I was in my district that evening

12  and there was no organized looting on Avenue X that

13  night whatsoever and I spoke to the 61st Precinct the

14  following morning and I appreciate their cooperation

15  and information and there were no confirmed reports,

16  no reports whatsoever of organized looting on Avenue

17  X or anywhere near in Gravesend but let me ask you

18  this question, has the department received reports of

19  vigilante groups forming in New York City,

20  particularly also in the areas of southern Brooklyn?

21      BENJAMIN TUCKER:  Not that I'm aware of.

22      COUNCIL MEMBER TREYGER:  So, Commissioner, there

23  have been vigilante groups forming.

24      OLEG CHERNYAVSKY:  I mean, there are videos that

25  I have seen on TV and I can verify and I can connect

```
 1                COMMITTEE ON PUBLIC SAFETY          184

 2   with you after.  I will put people into it and I'll

 3   certainly give you a call after the hearing and tell

 4   you what I found.

 5       COUNCIL MEMBER TREYGER:  I will appreciate any

 6   additional information that you could provide because

 7   I will share to the Chair and to the Commissioner and

 8   the public that my office has received more evidence

 9   of vigilante groups forming than of any organized

10   looting in my district or parts of southern Brooklyn.

11       So, I just want to just be clear that facts are

12   really, really important and we need to be very

13   mindful what the words and languages that we're

14   sharing out there and I am just interested in getting

15   down to the facts.

16       So, I appreciate everyone's time and I'd like to

17   hear the public testimony as well.

18       Thank you so much.

19       COMMITTEE COUNSEL:  Thank you Council Member.  I

20   will now turn it back to Chair Richards for any

21   additional questions.  Before I do, the Committee

22   would like to acknowledge the many members of the

23   public who are waiting to testify.  We sincerely

24   thank you for your patience.

25
```

COMMITTEE ON PUBLIC SAFETY          185

1

2      Everyone will be given an opportunity to testify,

3      no matter the time.  any Council Member who have

4      additional questions, please raise your hand using

5      the hand raise function and you will be given an

6      additional two minutes.

7          Council Member Richards?

8          CHAIRPERSON RICHARDS:  Okay, thank you.  Thank

9      you Sergeant at Arms and I want to yield any other

10     questions I have to the public and I want to thank

11     you all specifically for your patience.  It was very

12     important for us to get those questions in,

13     especially as people who are here to hold them

14     accountable.

15         Let me just say the names because we haven't said

16     the names of those who have passed away and I just

17     want to go through names of those who were lost from

18     police violence.  I want to start with my neighbor,

19     Sean Bell, I'll say there name, Breonna Taylor,

20     Trayvon Martin, Eric Garner, Alton Sterling, Ahmaud

21     Arbery, Akai Gurley, Walter Scott, Laquan McDonald,

22     Freddie Gray, Philando Castile, Tamir Rice, Anthony

23     Baez, Ramarley Graham, Kimani Gray, Michael Brown,

24     Sandra Bland, and of course our brother George

25     Floyd whose funeral is happening as we speak.

```
1              COMMITTEE ON PUBLIC SAFETY        186

2       It is important for us to recognize them and to

3   say that when Black lives matter, then all lives will

4   matter.

5       Thank you, we're going to get to the public now.

6       COMMITTEE COUNSEL:  Thank you.  We will now turn

7   to public testimony.  I'd like to remind everyone

8   that unlike our typical Council hearings, we will be

9   calling on individuals one by one to testify.  Each

10  panelist will be given two minutes to speak.  Please

11  begin once the Sergeant has started the timer.

12  Council Members who have questions for a particular

13  panelist, should use the raise hand function in Zoom

14  and I will call on you after the panelist has

15  completed their testimony.

16      For panelists, once your name is called, a member

17  of our staff will unmute you and the Sergeant at Arms

18  will give you the go ahead to begin upon setting the

19  timer.  Please wait for the Sergeant to announce that

20  you may begin before delivering your testimony.

21      Members of the public, shortly you will receive

22  an email including the list of panels in the

23  attentive order in which they will be called.  You

24  can use this to refer to, to give you an indication

25  as to when you may be called to testify.  The list is
```

```
                    COMMITTEE ON PUBLIC SAFETY          187
```

1
2  subject to change but we want to give you an idea of
3  where in the list that you are.
4      First, I would like to welcome Gale Brewer to
5  testify.  After Ms. Brewer, I will be calling on
6  David Collier followed by Shirley Aldebol followed by
7  Samantha Tucker followed by Alexandra Zoni Rockoff.
8      Ms. Brewer, when the clock begins, you may begin.
9      SERGEANT AT ARMS:  Starting time.
10     COMMITTEE COUNSEL:  Do we have Gale Brewer?  We
11  will move onto the next witness, next up is David
12  Collier followed by Shirley Aldebol followed by
13  Samantha Tucker.
14     SERGEANT AT ARMS:  Starting time.
15     COMMITTEE COUNSEL:  Mr. Collier?  I believe he is
16  here.  We will move on to Shirley Aldebol, we can
17  come back to Mr. Collier.
18     SERGEANT AT ARMS:  Starting time.
19     SHIRLEY ALDEBOL:  Good afternoon Chair Richards
20  and Members of the Committee.  My name is Shirley
21  Aldebol and I am a Vice President of SEIU Local 32BJ.
22     32BJ is the largest building service union in the
23  country representing workers from Boston to Florida.
24  85,000 of our members live here in the New York
25  Metropolitan area.

COMMITTEE ON PUBLIC SAFETY          188

1

2      Our members are majority Black and Brown and most

3  are essential workers.  They are risking their health

4  and their families health working on the front lines

5  of the COVID-19 pandemic, while facing harsh

6  realities of systemic racism.

7      When our members are afraid to go home after

8  curfew because they feel likely to be harassed or

9  worse by police, unjust and inhumane system including

10  and especially our policing.

11      SEIU 32BJ strongly supports the package of

12  legislation and resolutions presented here.  In 1966,

13  James Baldwin wrote an article titled, A Report from

14  Occupied Territory set in Harlem detailing police

15  treatment of African Americans on how as a result,

16  police reviewed, not as people who protect serve but

17  as an occupying force.  Unfortunately, not much has

18  changed since then.  In 1999, Amadou Diallo, an

19  unarmed was shot a total of 41 times.  The police

20  responsible for his death were acquitted, while the

21  city paid $3 million in settlements.

22      In 2014, an unarmed Eric Garner died in a police

23  chokehold.  This time there were no indictments but

24  the city again, paid a $5.9 million settlement.

25

COMMITTEE ON PUBLIC SAFETY          189

1

2    On May 25, 2020, George Floyd died under the knee

3    of a cop in Minneapolis.  Triggering the nationwide

4    movement that we're seeing today.  For police

5    accountability and demanding but the truth of the

6    statement Black lives matter, be recognized.

7    The bills presented before the committee today

8    are a step in the right direction.  They call for

9    accountability, they call for transparency.  It would

10   make the use of chokeholds and other similar

11   restraints a misdemeanor and facilitate

12   accountability and good behavior by the police by

13   making them identifiable, providing them additional

14   training.  Also, support the resolutions which call

15   for the prohibition of the use of strangulation by

16   the police at a state and national level.

17   SERGEANT AT ARMS:  Time expired.

18   SHIRLEY ALDEBOL:  However, we also recognize

19   these bills should be just the beginning of

20   continuing to dismantle systemic racism.  Not only in

21   the justice system but also throughout our society.

22   Thank you.

23   COMMITTEE COUNSEL:  Thank you for your testimony.

24   Next up will be Alexandra Zoni Rockoff.  You may

25   begin.

```
                    COMMITTEE ON PUBLIC SAFETY          190
 1

 2      SERGEANT AT ARMS:  Starting time.

 3      ALEXANDRA ZONI ROCKOFF:  Hi there, my name is

 4  Zoni Rockoff and I am a Staff Attorney in the Civil

 5  Action Practice at the Bronx Defenders.

 6      Over the past few weeks, we've seen countless

 7  images of police across the country using horrific

 8  violence against protestors.  In the Bronx

 9  specifically just this last Thursday, we saw peaceful

10  protesters corralled and beaten resulting in numerous

11  unnecessary arrests.

12      As Public Defenders in the South Bronx, none of

13  this has come as a surprise.  It's the treatment we

14  regularly see our clients overwhelmingly and

15  disproportionately Black and Brown people subjected

16  to.

17      We applaud the Council for recognizing the

18  urgency of police accountability, requiring NYPD

19  officers not to cover their badges and shield

20  numbers, making clear that New Yorkers have the right

21  to record interactions with NYPD and putting in place

22  an early intervention system to track and monitor

23  officers with a history of misconduct are necessary

24  steps and all long overdue.

25
```

COMMITTEE ON PUBLIC SAFETY          191

1

2      We see firsthand how NYPD subverts meaning

3   accountability for police misconduct.  When an

4   officer covers his badge during an encounter, they

5   prevent victims of police violence from gathering

6   critical information needed to see redress through a

7   CCRB, IAB complaint or a civil lawsuit.  Filing a

8   civil lawsuit for police brutality requires a

9   plaintiff to file what's called a notice of claim

10  within 90 days of that misconduct.

11     And in those notices of claim, plaintiffs have to

12  include information regarding the identity of the

13  officers reasonably identifying them such as a shield

14  or badge number.  Through our monthly community

15  clinic addressing police and other government

16  misconduct, we frequently lack this identifying

17  information that clients need to properly file and

18  pursue their right to sue officers who brutalize them

19  and violated their rights.

20     The same is true of the public's right to record

21  encounters with the NYPD, a right still guaranteed

22  under the first amendment.

23     Time and time again we see clients lose crucial

24  evidence of police misconduct because NYPD either

25  prevents recordings or when phones and cameras are

COMMITTEE ON PUBLIC SAFETY          192

1

2  conveniently destroyed encounters or because phones

3  and cameras disappear into NYPD's property vouchering

4  system.

5      I've seen cases in which teenagers have been

6  stopped and inappropriately publicly searched, only

7  to have the phone with the recording of that evidence

8  irretrievably damaged by police during their arrest

9  and the evidence that could have exposed NYPD's

10 misconduct destroyed.

11     The Bronx Defender supports the right to record

12 and visible shield number bills.  We also support the

13 creation of an early intervention system and also

14 urge the Council to pass disciplinary matrix

15 legislation with minimum and progressive penalties

16 for misconduct, including termination.

17     On the other hand, we're skeptical of putting new

18 crimes on the books.  We cannot arrest and prosecute

19 or way out of the culture of violence and racism and

20 law enforcement.

21     SERGEANT AT ARMS:  Time expired.

22     ALEXANDRA RONI ROCKOFF:  Adding new crimes to the

23 books, crimes that will likely never actually be used

24 to hold police accountable, only reinforces the

25

```
                    COMMITTEE ON PUBLIC SAFETY          193
 1

 2   reflexively punitive system that brought us to this

 3   point.

 4       While we applaud the Council for these

 5   initiatives, but there are even necessary highlights

 6   a bigger problem.  It's already a violation of NYPD's

 7   own rules and regulations for an officer to cover his

 8   badge.  It's already a violation for them to prevent

 9   someone from recording an encounter that we are even

10   discussing these bills that we know NYPD officers

11   regularly do not follow procedures put in place to

12   protect citizens that they supposedly serve is an

13   acknowledgment of a deeper problem and demonstrates

14   the need for much more sweeping changes to the NYPD.

15       Thank you.

16       COMMITTEE COUNSEL:  Thank you for your testimony.

17   And next up will be Vincent Riggins followed by Jamil

18   Hamilton, followed by Dr. Victoria Philips.

19       Vincent Riggins, you may begin.

20       SERGEANT AT ARMS:  Starting time.

21       COMMITTEE COUNSEL:  Next up will be Jamil

22   Hamilton.  Jamil Hamilton, you may begin.

23       SERGEANT AT ARMS:  Starting time.

24       JAMIL HAMILTON:  Hi everyone, my name is Jamil

25   Hamilton and I am the Manager of Public Policy and
```

COMMITTEE ON PUBLIC SAFETY          194

1

2    Advocacy for the National Alliance on Mental Illness

3    of New York City, better known as NAMI New York City.

4        For over 35 years NAMI New York City has been

5    committed to helping families and individuals

6    effected by a mental illness, build better lives

7    through education support and advocacy.  Through our

8    free classes, support groups, public education

9    programs and helpline, we were able to impact the

10   lives of over 19,000 people last year.

11       Unfortunately, far too many New Yorkers,

12   especially Black and Brown New Yorker have

13   experienced traumatic interactions with the NYPD.  If

14   our leaders are as serious about supporting mental

15   health in New York City, they must seriously consider

16   the mental trauma caused by decades of racist

17   policing, excessive force, and systemic oppression.

18       The last few weeks have seen our city in turmoil

19   and have forced us to think about the future of the

20   New York Police Department and the appropriate role

21   of law enforcement.

22       NAMI New York City stands with protestors and

23   community members and we believe that our city must

24   change the way that we view public safety and police.

25   A crucial step towards transforming policing is

1

2   holding police officers accountable.  These bills are

3   a much needed first step towards that goal.  By

4   improving transparency and eliminating excessive

5   force, these reform can start building accountability

6   and trust between police officers and the communities

7   they serve.

8       NAMI New York City believes it is time we rethink

9   public safety in this city.  We believe that mental

10  health, education, healthcare, and other social

11  services are key components of public safety and must

12  be well funded.  For far too long we have burdened

13  police with solving nearly every problem in our

14  society.  As a result, we have made a difficult job

15  even harder by asking police officers to become

16  involved in issues that they don't have the training

17  or capability to handle.

18      NAMI New York City understands that this hearing

19  is specifically about the reform packages presented

20  and while we support and appreciate these reforms, we

21  need City Council and our leaders to go further.  We

22  must strategically divest from the NYPD and invest in

23  much needed community services with an understanding

24  that by investing in areas such as mental health and

25

COMMITTEE ON PUBLIC SAFETY          196

1

2  housing, we are investing in a healthier and safer

3  New York City.

4      By reducing the police budget, we would be able

5  to finally fund critically needed services like

6  community and mental healthcare, more housing for

7  homeless New Yorkers and increase resources for

8  students.

9      For example, CCIT NYC, a mental health coalition

10  that NAMI New York City is a part of, has created a

11  pilot program that would transform the way New York

12  City responds to mental health emergencies by

13  replacing police officers with mental health peers

14  and healthcare professionals rather than police

15  officers.

16      This program has the potential —

17      SERGEANT AT ARMS:  Time expired.

18      JAMIL HAMILTON:  To save lives and help connect

19  people in need to mental health resources and can be

20  funded through funds redirected from NYPD.

21      In conclusion, NAMI New York City appreciates the

22  City Council's work to increase transparency and

23  accountability and the NYPD and we look forward to

24  these reforms being passed.  We also look forward to

25  working with Council Members to create and pass a

COMMITTEE ON PUBLIC SAFETY        197

1

2    budget that protects vulnerable New Yorkers and

3    invest in communities.

4        Thank you very much.

5        COMMITTEE COUNSEL:  Thank you.  It looks like we

6    will go back to Vincent Riggins, followed by Dr.

7    Victoria Phillips followed by Albert Fox Cahn.

8        SERGEANT AT ARMS:  Starting time.

9        COMMITTEE COUNSEL:   Mr. Riggins, are you there?

10   Okay, we will try one more time.  We will go to Dr.

11   Victoria Phillips.

12       SERGEANT AT ARMS:  Starting time.

13       DR. VICTORIA PHILLIPS:  Excuse the outside noise,

14   but they are doing construction on my roof.

15       Really quick, I just wanted to point out how

16   ironic it is that this hearing that we're having

17   against NYPD and their data, dealing with the Black

18   and Brown community and around the cohort responses.

19       At our last hearing, we had to have a White man,

20   the Speaker, tell another White man, the Chief in

21   NYPD to respect the Black man in charge, the Chair.

22   And so, I just want to put that in perspective on the

23   record when we talk about the conditions that the

24   community is dealing with, with NYPD.

25

COMMITTEE ON PUBLIC SAFETY          198

1

2      If they can't come to a City Council hearing and

3   disrespect a Chair, a Black man and have to be

4   remined of respect by a White man, that is just a

5   piece of what the Black and Brown community is

6   dealing with.

7      Just to touch on some other things.  CCRB said

8   that the number one reports is Black children

9   complaining against NYPD.  My own son agreed to

10  testify today and then just now, changed his mind and

11  I didn't force him because of his own barbaric

12  policing by police and I am his mother and I have

13  taught him since nine or ten years old how to respond

14  to police but if I hadn't taught him, he would not

15  have known how to respond to the barbaric combat

16  tactics many of these bullies with badges come in our

17  communities and act like and it has to stop now.

18     And I also wanted to say, people in the community

19  do not respect the CCRB or trust the CCRB to even

20  take their reports because the final decision is on

21  the Police Commissioner.

22     So, you tell people to report reports and you use

23  the data of CCRB but as City Council Members, I want

24  you to just think about how many people have not

25  reported to CCRB because they know that you still

COMMITTEE ON PUBLIC SAFETY               199

1

2  allow the Police Commissioner to hand out whatever

3  punishment might happen and NYPD said today, they

4  have developed their own system to collect data.

5  That's part of the problem as well.  Because how many

6  people are being detained but never charged by NYPD?

7  So, it's not even properly documented.

8     My own son couldn't get NYPD who stopped him in

9  the street after buying a jacket from a store, who

10  accused him of stealing and the receipt was in his

11  pocket, he couldn't get the officers to give him a

12  card which they are lawfully told they have to do.

13     So, there are so many different areas when we

14  talk about dismantling the police and how we are

15  going to push for it.  If the police aren't able to

16  hold themselves accountable, it's your jobs as City

17  Council to begin that accountability.  And Laurie

18  Cumbo, I will end with this, in 2015, I stood outside

19  of the 88thy precinct and had a protest with police

20  brutality and I spoke as a Black mother with a Black

21  son and you tried to silence me then.

22     But lately you've shown up speaking as a Black

23  mother with a Black son and I just want to tell City

24  Council, I'm thankful for those who have finally

25  started to speak up, but it's not enough and it

COMMITTEE ON PUBLIC SAFETY        200

1

2   should not be, you have to wait for a personal

3   experience to hear the voices of your constituents.

4       So, do your jobs, listen to the people, and

5   understand that we need action now.  And for all of

6   you all who are not holding Council Member Holden

7   accountable about his White privilege, today is the

8   day to begin to do so.

9       You all stay blessed and I expect to see action.

10  I'm going upstairs now.

11  COMMITTEE COUNSEL:  Thank you very much for your

12  testimony.  Next up will be Albert Fox Cahn followed

13  by Lizzy Conner followed by Carla Rabinowitz and Mr.

14  Riggins, if we can get your audio working, you will

15  be up after that.

16      Thank you.

17      Albert Fox Cahn.

18      SERGEANT AT ARMS:  Starting time.

19      ALBERT FOX CAHN:  Thank you so much for allowing

20  me the chance to testify.  Thank you so much Chair

21  Richards for taking this opportunity to hold the NYPD

22  accountable.  My thanks to the Committee Staff, do

23  Speaker Johnson.  But let's be clear, these are

24  important steps.  Passing the laws before the City

25  Council today, is an important step but it is just a

COMMITTEE ON PUBLIC SAFETY          201

1

2  first of many steps that we need to actually

3  transform the NYPD from the abusive force that it has

4  been for so many generations into a police force,

5  into a department that can actually be trusted by our

6  communities.  And for many that day will never come

7  and that is why we're hearing the calls to defund the

8  NYPD.  That's why we're hearing the calls to

9  dismantle the NYPD.

10     But let's talk about the things that we can do

11  right here, right today to make things at least

12  somewhat better.  Because we can't wait any longer

13  for reforms like bystander videotaping protection.

14  If you are recording officers, that is your right.

15  That has been your first amendment right for years

16  but now, we need this legislation because officers

17  aren't respecting that right and that's an important

18  step.

19     But we need to go even further.  We need to

20  understand how officers are turning their cameras on

21  the public.  We need to understand how officers are

22  monitoring protestors.  We need to understand how

23  people are being added to their massive gang

24  databases.  For years we have been calling for

25  reforms on these abuses and once again, I'm asking,

COMMITTEE ON PUBLIC SAFETY          202

1

2   demanding, desperately pleading for this Council to

3   take action to reform the source of surveillance

4   abuses that have been tracking so many Black and

5   Brown New Yorkers for years.  This means passing the

6   public oversight of Surveillance Technology Act,

7   which for more than three years has been pending.

8   Which has a near veto proof majority of co-sponsors

9   that just needs a vote at the stated in order to be

10  enacted.

11      It needs outlawing the NYPD's road DNA database,

12  where they take thousands of New Yorkers DNA samples.

13  Young children whose discarded gum and coke cans gets

14  them put into a genetic dragnet; we need to end this

15  practice today.  We need to pass laws that ban NYPD's

16  dragnet surveillance.  We need to end the gang

17  database.  Because let's be clear, when stop and

18  frisk was ended by a court decree, against the NYPD's

19  objections.  They didn't simply stop targeting

20  communities of color, they found new ways to target

21  those same communities.  And the gang database was

22  more than 32,000 New Yorkers of color is just one

23  such way and we need to outlaw it.  We need actions

24  that don't just meet the status quo for where other

25  police departments are around the country, we need to

COMMITTEE ON PUBLIC SAFETY            203

1

2   go much further.  We need to defund the NYPD; we need

3   to strip $1 billion this year and we need to redefine

4   what it means to be a New Yorker and the level of

5   protections that we all are entitled to.

6       SERGEANT AT ARMS:  Time expired.

7       ALBERT FOX CAHN:  So, that walking down the

8   street doesn't mean that we get a knee to the neck.

9       COMMITTEE COUNSEL:  Thank you very much.  Next up

10  we have Lizzy Conner followed Carlo Rabinowitz.

11      SERGEANT AT ARMS;  Starting time.

12      COMMITTEE COUNSEL:  Lizzy Conner.  We will go to

13  Carlo, we'll come back Lizzy Conner.

14      SERGEANT AT ARMS:  Starting time.

15      COMMITTEE COUNSEL:  Okay, we will have to move

16  on.  Okay, we will go to Jessica New.

17      SERGEANT AT ARMS:  Starting time.

18      JESSICA NEW:  Hi, Chair Richards and all the

19  Council Members on here.  I'm going to be totally

20  real with you, I'm not happy to be here.  I feel like

21  I am here because clearly the NYPD have been allowed

22  to get away with literal murder for almost a decade.

23  And only now with public outcry is something

24  happening to actually change it and actually get

25  moved through.  I understand this Council has been

COMMITTEE ON PUBLIC SAFETY          204

1

2   trying to make reforms.  I also see that the police

3   are now off of this call, which is not ideal.  They

4   are not even listening to the complaints of the

5   people that are here to testify in front of them.

6       But look, like you guys can't call it like it is

7   I guess, as I've seen from this meeting because of

8   politeness and civics and whatever.  The cops are

9   lying to your face.  They are gaslighting all of us

10  and telling us that we haven't seen the things we've

11  seen with our own eyes; that Council Members here

12  have literally seen with their own eyes.  As we've

13  been out protesting and we've been on social media

14  and they literally can't even admit that their cops

15  aren't wearing masks.

16      I don't understand how we can work with these

17  people if they are lying to the City Council Members

18  that are supposed to keep them accountable.

19      I am so tired of trying to do incremental reforms

20  that don't do shit.  I was dismayed and I'm sorry for

21  my language but I was dismayed to hear that after the

22  chokehold ban passed time after Eric Garner, that

23  they were then able to add so many provisions that it

24  was essentially useless.  I can't have that happen

25

COMMITTEE ON PUBLIC SAFETY          205

1

2  again and I just am so sad to learn the state of my

3  city.

4      So, I would urge you, please, please, you are our

5  city officials that can actually make a difference

6  and use your power to hold them accountable to

7  override any veto from the Mayor and to make real

8  change.

9      I don't want to hear anymore bullshit from the

10  NYPD about how they are you know, the videos are

11  manipulated or there is more evidence that they are

12  sitting on that they are not sharing, whatever.

13      I need you to do your jobs and hold them

14  accountable.  Because, if there is any evidence for

15  how the NYPD can't police, it's how they can't even

16  police their fucking selves and I'm over it.

17      So, please, do your jobs.  I know you are trying

18  but please, pass all of the bills on the table today.

19  defund the NYPD, and that doesn't mean the Mayor's

20  half assed attempt of $1 billion over four years,

21  which really amounts to chump change in the $6

22  billion budget for one fiscal year.

23      I don't want to see it go to a vague youth

24  services.  I want to know exactly what community

25  programs it's going to and I want to see real change.

COMMITTEE ON PUBLIC SAFETY                206

1

2   I fought for ten years to move to New York City

3   because I believed in it and after this year, I'm not

4   sure I do.

5       So, prove me wrong.  Thank you.

6       COMMITTEE COUNSEL:  Thank you for your testimony.

7       Next up, we'll go back to Vincent Riggins, Naqiya

8   Hussain and Jillian Primiano.

9       VINCENT RIGGINS:  Good afternoon, can you hear

10  me?

11      COMMITTEE COUNSEL:  Yes, we can.

12      VINCENT RIGGINS:  Awesome, thank you so much for

13  being patient.  My name is Vincent Riggins, I'm the

14  President of Brite Leadership Coalition East New

15  York.  The epic center for police brutality and I

16  have been living in the city since before 1969.

17      I want to thank the Chair Richards for the

18  awesome job that he is doing in holding the police

19  accountable and this tremendous City Council that we

20  have sitting now in this session.

21      Real quickly, I am in support of the legislation

22  that have been submitted, proposal that was made but

23  real quickly, I'm going to run through them.  536-A

24  instead of the chokehold, it being a misdemeanor, it

25  should be a felony in of held longer than five

COMMITTEE ON PUBLIC SAFETY          207

1

2  seconds or longer than a duration when a person

3  alerts physical or vocally a challenge with

4  breathing.  That should be a felony, not just a

5  misdemeanor.

6      721-A recording a police commit the filming in

7  their official capacity and unofficial capacity

8  because they are still walking around with firearms

9  and with no exception.  Their suit should be included

10  also for individual officers in their union, not just

11  the city.

12      760-A early intervention system officers activity

13  increase mental health support evaluations.  Resend

14  gun possessions and put on immediate desk duty if not

15  firing.

16      50-A reconstruct visual shield, I'm sorry, what

17  is it.  5267 elected Samuels, visual shield numbers

18  should require the shield number of all officers

19  except of course if they are undercover.  Refusal,

20  immediate 30 day suspension, if no physical

21  interaction, 60 days of physical interaction,

22  termination is injury is a result of them refusing to

23  identify themselves and quickly, the sponsors on the

24  27-A crime for the Governor to sign, I'm also in

25  agreement with that and reconsideration, Ms. Carlina

COMMITTEE ON PUBLIC SAFETY          208

1

2    Rivera's, 6256, the Eric Garner Excessive Use of

3    Force prevention, I am also in support of that.

4        So, I am not naive enough to think that we can

5    legislate racism and biases without reimagining our

6    educational system.  So, all of the work that we are

7    doing and all of our comrades and colleagues,

8    eventually that is going to have to go back to the

9    educational system.  So, one, they got two bills

10   sitting in the state, African American history.  It's

11   important that we get to understand each other better

12   than what we see on the news.

13       SERGEANT AT ARMS:  Time expired.

14       VINCENT RIGGINS:  Black people about White people

15   and then we can make a difference.  Thank you.

16       COMMITTEE COUNSEL:  Thank you for your testimony.

17   Next up will be Naqiya Hussain followed by Jillian

18   Primiano followed by John Farnsworth.

19       SERGEANT AT ARMS:  Starting time.

20       NAQIYA HUSSAIN:  Thank you for having me here

21   today.  It's a disappointment that the people that I

22   want hold accountable and speak directly to couldn't

23   give enough of a damn of their own representatives to

24   walk out from this meeting.  Shame on them, shame on

25   having them walk out on us.  Shame on Commissioner

COMMITTEE ON PUBLIC SAFETY          209

1

2  Shea for not being here to listen to his own people

3  and the rage and hurt and pain we feel today.

4      I am taking notes on who has our back in terms of

5  our Council Members and who doesn't.  2021 is an

6  important election year.  Your names are here and we

7  are coming for you if you don't have our back.  You

8  are not going to represent us if you cannot take care

9  of your own citizens.  It's over.  We pay your bills;

10  you have to listen to us.  We are dying on the

11  streets.

12      I have been in New York 13 years now.  I have

13  asked for the police for help once.  My first year

14  here and never again.  It has always been clear for

15  me that NYPD does not work for Black and Brown

16  community members and it's time that we change that.

17  The time has been 400 years since they were

18  established.  We need something different and we need

19  representation that has our back.

20      That's all I have to say.

21      COMMITTEE COUNSEL:  Thank you very much for your

22  testimony.  Next up will be Jillian Primiano followed

23  by John Farnsworth followed by Alexandra Cardia.

24      SERGEANT AT ARMS:  Starting time.

25

COMMITTEE ON PUBLIC SAFETY          210

1

2     JILLIAN PRIMIANO:  Hi, my name is Jillian

3  Primiano, I'm an ER nurse in Bushwick.  I am for the

4  abolition of all armed racist gangs in this country,

5  especially the NYPD.

6      I understand that I am under oath right now and

7  I'm not going to lie like all the cops did on this

8  exhausting phone call.  You spent four hours, four in

9  a half nearly five hours of my time this morning with

10  your lies already.  We are keeping track of which

11  City Council Member like Naqiya said, are on our side

12  and which are not.  We will vote you out.

13      We are not negotiating with cops.  Negotiating

14  with cops on this forum is not working.  I want to

15  focus my testimony on the night of June 4th in the

16  Bronx when I was arrested along with other medics and

17  I watched Black people in the Bronx get their ass

18  beat by the cops with open hands intentionally.

19      Google my name on Left Voice.  Google my video.

20  Everybody on this meeting can email to debrief this

21  meeting and call out the people who are lying in this

22  meeting and who are on the side of the cops.

23      I watched all of this happen, they would not let

24  the medics help the people who they were beating.

25  They zip tied everybody's hands and used them as a

COMMITTEE ON PUBLIC SAFETY          211

1

2  torture device.  They are still holding people in the

3  Bronx and we don't know where they are.  They are

4  violating Habeas Corpus.  I am witness to all of

5  this.  I have video and it's already 100,000 people

6  have seen it and if you are a Council Member who has

7  not seen it, I suggest that you watch it and I

8  suggest that you suggest to the NYC Mayor who says

9  that he has not seen any of this, that he watch it.

10      My question is, how will your reform bills work

11  if the cops don't obey their own rules?  Who do

12  police answer to?  The cop who arrested me said, we

13  don't talk to de Blasio.  We don't take orders from

14  de Blasio.  Who do police answer to?  Who will your

15  reform bills address?  How will your reform bills

16  address the fact that the NYPD is an armed group that

17  has been proven to act with racist bias payed by our

18  tax dollars and that group doesn't answer to anyone.

19      Please, everybody email me, first and last name

20  jillianprimiano@gmail.com or you can check my

21  Instagram at Jillian, Jillian, Jillian get in touch

22  with me, we're organizing against these people.  We

23  are organizing against them; this is not over.  We

24  will not quit.

25

COMMITTEE ON PUBLIC SAFETY      212

1

2      Even if we are not on the streets, we're working

3  against you and you better, better believe it.  I

4  cannot stand for this anymore.  I have seen too many

5  people abused.  The injuries I have seen as a medic

6  on the street include, head injuries, seizures,

7  broken knees, broken legs, atrial fibrillation, which

8  is a cardiac condition that people can go into from

9  stress.  I have seen all of this.  They would not let

10  the medics in to help the 150 people they beat in the

11  Bronx that night when they surrounded us before

12  curfew.  When they stalked our entire protest, which

13  was an educational protest going through the Bronx,

14  teaching the people who were marching about the

15  neighborhood and what they've gone through at the

16  hands of ICE, at the hands of the police.  They were

17  educating us.  We are marching and they surrounded us

18  before 8 p.m. and they beat us, causing serious,

19  serious injuries.

20      SERGEANT AT ARMS:  Time expired.

21      JILLIAN PRIMIANO:  Also, all the masks, that's a

22  lie.  I tried to give cops masks; they didn't take

23  them.  Also, a lie about the conditions in jail.

24  They did not give me a mask; they took our masks.

25

COMMITTEE ON PUBLIC SAFETY          213

1

2     They wouldn't obey any medical attention and there

3     was no soap and water.

4         Thank you.  Please email me.  Jillian Primiano if

5     you want more information on my eyewitness testimony.

6         COMMITTEE COUNSEL:  Thank you for  your

7     testimony.  Next up will be John Farnsworth followed

8     by Alexandria Cardia followed by Hera Mirza.

9         John Farnsworth?

10        SERGEANT AT ARMS:  Starting time.

11        JOHN FARNSWORTH:  Hi, hello.  I want to just say

12    thank you to the Chairman and thank you to all of the

13    Council Members that are still here listening to us.

14    This has been, I mean, we're going on like hour five

15    or six right now and I understand that this is like a

16    lot of people to listen to and again, I just want to

17    thank you.

18        We're here talking to you because we don't feel

19    like there is anybody else in this city we can talk

20    to right now, or anybody else in the state even that

21    we can talk to right now.  It feels like the whole

22    world has gone insane and we've got militarized

23    police on our streets that don't answer to anyone.

24        We need your help specifically.  I mean, there is

25    nothing much else to say, so many people have said so

COMMITTEE ON PUBLIC SAFETY          214

1

2    many good things.  Just in regards to all the videos

3    that we've seen that have come out, viral videos of

4    police brutality, and the only one that I want to

5    speak on is, I mean, I saw an officer literally flash

6    a White power sign at protestors.

7       I mean, there is no way we can reform this away.

8    It's a deeply racist organization and the only thing

9    that we can do about it is to in a capitalist society

10   take their money away.  We have to take their money

11   away and we have to do it seriously and we have to

12   reinvest it in education, in social programs, very

13   specific ones that are completely away from the

14   purvey of law enforcement.

15      I mean, again, I think so many people have

16   touched on so many amazing things, I want to keep

17   making sure that everybody else has time but I just

18   want to make sure that you all know that we're

19   looking to you for leadership right now.  There

20   doesn't seem to be anybody else listening to us.

21   We're going to keep emailing; we're going to keep

22   calling.  We're going to stay on the streets, we're

23   going to keep doing this because we're going to fight

24   them.

25

COMMITTEE ON PUBLIC SAFETY        215

1

2    You know, I want to see the tanks and the armored

3    vehicle scrapped.  I want to see these police

4    officers stripped of the military grade weapon they

5    have.  How else can they act in our communities when

6    this is how we dress them?  When this is the

7    equipment that they are given.  I mean, the only way

8    to do that is to take away their money.

9    So, I'm hoping, again, we've said a lot of things

10   today are a start and I need that to just be the

11   case.  That it's just a start and that we really

12   start talking about some very, very serious monetary

13   cutbacks and investment in other programs, social

14   programs.  Programs in the community and by the

15   people.

16   Thank you so much for all your time.  I'll give

17   back anything that I have to everybody else.  Thanks

18   everybody who waited by the way.  All you people in

19   the public, thank you.

20   COMMITTEE COUNSEL:  Thank you and can we go to

21   the Chair for one moment.

22   CHAIRPERSON RICHARDS:  John, I just want to say,

23   I really appreciated those comments and we share your

24   sentiment and really, this movement is not just about

25   one person, it's about each and every one of us

COMMITTEE ON PUBLIC SAFETY          216

1

2  standing up and saying, we want change.  And you

3  know, really, we've been doing this work for two

4  years.

5      I mean, and I will say that as much progress as

6  we've made there was still a lot more progress that

7  has needed to be made but you know, there's a

8  difference when elected officials fight these things

9  themselves then when people get engaged and get

10  involved and they march on the streets and that has

11  really enabled us to get the space, to get that

12  momentum we needed so we weren't fighting these

13  issues in a silo or feeling alone.

14      But I want everybody to know that your marching,

15  that your Twitter, that the emails that are flooding

16  my box are not falling on deaf ears.  Trust me, I

17  don't even know how to get to my own constituents

18  emails because there are so many emails a day but

19  this is what advocacy is about.  This is what we're

20  supposed to do, we're supposed to agitate, we're

21  supposed to regulate, we're supposed to legislate,

22  we're supposed to march.  And when you bring all of

23  those things together, just as while we were on this

24  line, the state senate passed 58.  Something we've

25

COMMITTEE ON PUBLIC SAFETY          217

1

2     been calling and talking about at least since I've

3     been the Chair for about two and a half years now.

4         The critical need to make sure that officers who

5     police our streets.  We deserve to know who is

6     policing our streets.  We don't know who is policing

7     our streets because we don't have their record.

8         So, I want you to know that because of each and

9     every one of you, and I thank everybody because like

10    I said, Sean Bell was my neighbor.  You know, I was

11    stopped and frisked at 13.  I had guns drawn on me at

12    13.  This is a personal experience for me and many

13    Black men who look like me and Brown men and women

14    who look like me as well.  But I want to thank you

15    all.  Each and every one of you, no matter what your

16    race is, your color your creed, your religion.  You

17    stood up and that's why we're here today and that's

18    why this country is facing a reckoning as you said

19    and a referendum on police reform.

20        And we still have a long way to go and don't

21    think that just because we cut the budget, that's the

22    end of the conversation.  You know, that doesn't stop

23    racism, so we got to make sure we're rooting out

24    those bad apples and ensuring that we continue to

25

COMMITTEE ON PUBLIC SAFETY          218

1

2  hold the police department accountable and that we

3  pass policies and that we keep marching.

4      So, I want to thank you for those words, it meant

5  a lot.

6      Thank you.

7      JOHN FARNSWORTH:  We have your back and you have

8  ours, that's all, you know.

9      CHAIRPERSON RICHARDS:  Thank you.

10     JOHN FARNSWORTH:  Yeah.

11     COMMITTEE COUNSEL:  Thank you for your testimony.

12 Thank you Chair.  Next up will be Alexandra Cardia

13 followed by Hera Mirza followed by Steve Coe.

14     SERGEANT AT ARMS:  Time starts now.

15     ALEXANDRA CARDIA:  Hi, my name is Alexandra

16 Cardia and I am here with my husband Mark Burn and we

17 are residents of the West Village.

18     I was born and raised here in Manhattan, I'm a

19 lifelong resident and I am livid.  It's shameful that

20 Commissioner Shea was not hear at this hearing today

21 and that other officers walked out during this

22 testimony after gaslighting us all morning.

23     I would like to detail one incident that we

24 experienced firsthand last week on Wednesday June 3rd

25 at 59th Street between 6th and 5th Avenues outside

COMMITTEE ON PUBLIC SAFETY          219

1

2  the plaza.  A few minutes past the 8 p.m. curfew, we

3  were kneeling in the street outside of the plaza.  We

4  were given a five minute warning to disperse.  What

5  felt like seconds later, NYPD swarmed the streets,

6  batons out, violently tackling people to the ground.

7      There was no need for this escalation.  Our group

8  was vastly outnumbered and that was clear to everyone

9  there.  We had our hands up and were kneeling on the

10  ground.  I watched at least five cops tackle a crying

11  woman to the asphalt while she begged to be let go.

12      I saw cops run towards a man who was walking to

13  the subway, then close lined him as he tried to run

14  to safety. these are just a couple of many incidents

15  that we witnessed and captured on our phones that

16  night.

17      As previously indicated at this hearing, the

18  majority of protestors were wearing face masks as

19  opposed to very few officers.  Again, there was zero

20  need for altercation.  None of the protestors were

21  acting violently or destructively and these

22  aggressive police tactics absolutely endangered more

23  folks to COVID exposures due to the officer lack of

24  PPE.

25

COMMITTEE ON PUBLIC SAFETY        220

1

2      I would like the NYPD held accountable and I'm

3  discussed by the lack of accountability taken at this

4  hearing today.  We're also in budget season, as we

5  have all noted and I am urging you to vote yes to a

6  budget that defunds the police and redirects funds to

7  Black and Brown communities that have been brutalized

8  by racist programs here in New York like broken

9  windows and the Rockefeller drug laws.

10     We need to provide safe housing for everyone,

11  invest in community self-governance, and we need the

12  details on all of this.  Shout out to Jessica New if

13  you are still there who testified earlier today and

14  said the same.

15     I am also demanding that the DOE end its contract

16  with the NYPD.  Police have no place in our schools.

17  In recent days, Minneapolis has shown us that this is

18  possible.  I'm asking that Council Members remain

19  transparent with their residents on the process of

20  negotiation in the coming months and publicly make a

21  definitive statement in support of the funding the

22  NYPD before the end of this month, so that we, the

23  residents can hold you accountable.

24     Moreover, I'm calling for the immediate

25  resignation of Commissioner Shea for his failure to

1

2  hold officers accountable for brutally unleashing

3  what we saw this week on protestors.

4      Thank you and I yield the majority of my time.

5      COMMITTEE COUNSEL:  Thank you for your testimony.

6  Next up will be Hira Mirza followed by Steve Coe.

7      SERGEANT AT ARMS:  Time starts now.

8      HIRA MIRZA:  Hi everyone, my name is Hira Mirza

9  and honestly after listening to the NYPD blatantly

10 lie to us, I have made multiple versions of this

11 testimony, but it's pretty much useless.

12     So, I'm actually just going to say a few things

13 to the Council Members.  What I really have to say is

14 the lack of accountability is why we don't trust the

15 NYPD's usage of the words reasonable, necessary,

16 intentional.  They twist these words in favor of cops

17 with clear misconduct.  So, do not let them change

18 any of the wording in any of the legislation brought

19 today.

20     It is absolutely necessary to protect those who

21 are most vulnerable, which is the Black and Brown

22 communities.

23     And the other item that I have to say is that I

24 respectfully disagree with that defunding the NYPD $1

25 billion would be detrimental to our city.  I think

```
                    COMMITTEE ON PUBLIC SAFETY              222
 1

 2   our city would absolutely welcome it.  And that's

 3   really all I have to say.

 4       Thank you so much.

 5       COMMITTEE COUNSEL:  Thank you for your testimony.

 6   Next up will be Steve Coe, followed by David Collier.

 7   Steve Coe?

 8       SERGEANT AT ARMS:  Time starts now.

 9       STEVE COE:  There we go.  Hi, how are you?  I'm

10   Steve Coe.  I was the CEO of Community Access for 40

11   years between 1979 and 2019.  During that time, Carla

12   Rabinowitz and I started a campaign called Correct

13   Crisis Intervention Today, which was focused on

14   getting the police trained so they don't shoot

15   mentally ill people during a crisis.

16       We've been successful.  Almost 15,000 officers

17   have been trained but 16 people have been killed in

18   the last four years.  So, we gathered together a

19   group of 70 people who had experienced 911 calls,

20   either personally or their friends and families and

21   we asked them to imagine a system where the police

22   were not called during a mental health crisis and

23   they came up with some fabulous ideas.

24       Borrowed from other cities most of them.  They

25   are not expensive and they would reduce or eliminate
```

COMMITTEE ON PUBLIC SAFETY          223

1

2   the very expensive lawsuits that are so, millions and

3   millions of dollars are paid out to people after they

4   have been killed and injured of families.

5       And in 2018, Carla and I were both on a crisis

6   prevention and response task force and some excellent

7   suggestions came out of that.  Currently, there is a

8   pilot program being developed in East Harlem in the

9   Bronx to develop a system so that people who need

10  mental health supports can get it in their community

11  and 911 is never called, so the police never come.

12      We are also advocating for a pilot program that

13  Jamil mentioned earlier to have two precincts with a

14  high number of 911 calls.  To have first responders

15  be an EMT and a trained crisis counselor.

16      And finally, reforms are going to take time.  The

17  only places in the country where you see any kind of

18  substantive change, they last more than one

19  administration.  10, 15, 20 years and part of one of

20  the recommendations from the crisis committee was a

21  governance for it.  An oversight board that is

22  separate from the Administration, separate from

23  elected officials.  Everybody participates but a

24  majority of the members are people who use these

25  services and you figure out what's working and what's

```
                    COMMITTEE ON PUBLIC SAFETY            224
 1

 2    not working and you change it as you go along and you

 3    improve it over time.

 4        So, those three recommendations are what we've

 5    included.  Let's figure out how to keep the police

 6    out the emergencies in the first place.  When there

 7    are emergencies, make sure you have trained people

 8    arriving and let set in place these systems, so that

 9    everybody has a transparent reform and ongoing

10    accountability.

11        When you start defunding police activity and you

12    start putting money into things that people really

13    need, make sure that those —

14        SERGEANT AT ARMS:  Time is expired.

15        STEVE COE:  That's it, thank you.

16        COMMITTEE COUNSEL:  Thank you for your testimony.

17    Next up will be David Collier followed by Amy

18    followed by Carla Rabinowitz.

19        SERGEANT AT ARMS:  Time starts now.

20        DAVID COLLIER:  Good afternoon, can you hear me?

21    Good afternoon?

22        COMMITTEE COUNSEL:  Yes, we can hear you.

23        DAVID COLLIER:  Okay.  Good afternoon Chair

24    Richards and Members of the Committee.  Thank you for

25    the opportunity to speak today.  My name is David
```

COMMITTEE ON PUBLIC SAFETY          225

1

2   Collier, I've been a member of SEIU 32BJ for six

3   years.  I live in Harlem and work as a Security at

4   Hudson Yards.

5       I'm testifying today to speak out against police

6   brutality, it threatens Black New Yorkers like me and

7   in support of the police reform bills you are

8   considering today.  I am outraged by the senseless

9   death of George Floyd at the hands of the Minneapolis

10  police.  I am outraged that so many years after the

11  killing of Eric Garner violent police tactics like

12  chokeholds still have not been criminalized in New

13  York City.

14      And this is just the tip of the iceberg.  We need

15  serious discipline and oversight.  Any transparency

16  about police activity and how it is impacting

17  communities of color.  We need police training and

18  racial justice and de-escalation and so much more.

19      It is unacceptable that for many Black New

20  Yorkers, the NYPD feels more like a threat then a

21  source of protection.  We are forced to learn this

22  lesson early and often and the COVID-19 crisis has

23  only continued to hit home just how much Black

24  residents of our city have to fear from the police.

25

```
 1              COMMITTEE ON PUBLIC SAFETY        226

 2        Going for a walk in the park during the pandemic

 3   has meant taking a risk of being targeted by officers

 4   during racially bias enforcement of social distancing

 5   rules.

 6        Traveling to and from the central jobs during the

 7   recent curfew as we are having to agonize about what

 8   would happened if were stopped, questioned, or worse.

 9        Throughout communities in New York City are

10   hurting deeply from longstanding injustices that have

11   been made even worse by coronavirus.  My

12   neighborhood, central Harlem has been among the

13   hardest hit in Manhattan by COVID cases and deaths.

14        Like many of my neighbors and my 32BJ brothers

15   and sisters, I am an essential service worker through

16   the coronavirus pandemic.  I am risking my health to

17   do a critical job while others stay inside.

18        It is a sad state of affairs that on top of

19   worrying about being infected, I have to worry about

20   what could happen to me if I encounter the police.

21        SERGEANT AT ARMS:  Time.

22        DAVID COLLIER:  It is exhausting to always be

23   looking over your shoulder in fear of those who are

24   charged with keeping New Yorkers safe.

25
```

COMMITTEE ON PUBLIC SAFETY        227

1

2      It is time for our city government to take

3  drastic steps to stop police violence against Black

4  citizens and to hold police accountable.  There is

5  work to do but the bills you are hearing in this

6  Committee today, I urge you to approve them.

7      Thank you.

8      COMMITTEE COUNSEL:  Thank you for your testimony.

9      DAVID COLLIER:  You are welcome.

10     COMMITTEE COUNSEL:  Next up will be Amy followed

11  by Carla Rabinowitz followed by Samantha Hancox-Li

12  Lee.

13     SERGEANT AT ARMS:  Time starts now.

14     AMY BREEN:  Hi everyone.  I just want to thank

15  the Chairman and all the Council Members still

16  listening.  My name is Amy Breen, I live in Brooklyn

17  New York and I wanted to share what I experienced

18  this week besides outrage and utter disgust for how

19  things have been handled.

20     I went to a peaceful protest on Wednesday night,

21  walked in to Cadman Plaza 8:45 where the organizers

22  of the protest agreed with the police to peacefully

23  leave for no conflict and upon leaving, we were

24  completely kettled by the police department, probably

25  100 plus officers in riot gear where they wasted no

COMMITTEE ON PUBLIC SAFETY          228

1

2  time in immediately attacking.  It was down pouring

3  raining.  People were slipping, falling, hit with

4  batons, pepper spray, forcefully shoved to the

5  ground.

6      I've never witnessed anything like that before.

7  I also saw them target Black and Brown people over me

8  as being White.  In my privilege, I was left

9  untouched until the very end but the woman, the Black

10 woman next to me was repeatedly shoved until I was

11 able to move her over in front of me.

12     Walking out with my hands held up high, I was hit

13 with a baton.  I was also called sweetheart upon

14 walking out.  And I think to myself, I am one witness

15 to one account in one night and how many 30 minutes

16 like this happen over the course of this week, this

17 month, this entire year.  I didn't feel protected, I

18 felt completely attacked and frankly it is an issue

19 where action is long overdue.

20     So, I thank all the Council Members for speaking

21 up today and using their voice to take action.

22     Thank you.

23     COMMITTEE COUNSEL:  Thank you for your testimony.

24 Next up will be Carla Rabinowitz followed by Samantha

25 Hancox-Li followed by Micaela E. Martinez.

```
 1              COMMITTEE ON PUBLIC SAFETY          229

 2        SERGEANT AT ARMS:  Time starts now.

 3        COMMITTEE COUNSEL:  Carla, we can't hear you,

 4   we'll have to come back to you.  Next up will be

 5   Samantha Hancox-Li followed by Micaela E. Martinez.

 6        SERGEANT AT ARMS:  Time starts now.

 7        COMMITTEE COUNSEL:  Next up will be Makala E.

 8   Martinez followed by Ruth Lowenkron followed by Ben

 9   Batchelder.  We will try to come back to Carla

10   Rabinowitz and Samantha Hancox-Li.  Micaela E.

11   Martinez?

12        SERGEANT AT ARMS:  Time starts now.

13        MICAELA E. MARTINEZ:  Thank you.  My name is

14   Micaela E. Martinez and I am an Assistant Professor

15   at Columbia University in public health.  This photo

16   behind me is something that I witnessed on Thursday

17   night in the South Bronx.  When myself and my

18   colleagues, my brothers and sisters who were out in a

19   peaceful protest under the banner of indigenous Black

20   and Brown unity were preemptively attacked by the

21   NYPD.  The NYPD's preemptive attack on our people

22   just further entrenches the racial hatred that this

23   country is built upon.  And I would like to, as a

24   scientist, I would like to say that that Deputy

25
```

COMMITTEE ON PUBLIC SAFETY         230

1

2  Police Commissioner can have his own opinions but he

3  cannot have his own facts.

4      So, as we were sitting here and he said, there is

5  no evidence to suggest that NYPD is racist, I pulled

6  up the numbers from the ACLU and the US Census and

7  calculated based on data from 2014 to 2017 that Black

8  and Latino New Yorkers are 7.8 times more likely to

9  face force by the NYPD compared to our White

10  counterparts.  That is absolutely unacceptable.

11     Now, I also witnessed there on June 4th, I

12  witnessed people being hit in the head with wooden

13  clubs, things that were reminiscent of what you would

14  see like in the early part of this century.  It was

15  so inhumane and I say this, I saw people with their

16  backs turned being hit like they were seals.  And I

17  used to work in the Arctic as a biologist, I have

18  seen marine mammals be killed before in person with

19  my own eyes with more humanity then was given to my

20  Black and Brown indigenous colleagues in the Bronx.

21     So, I would like to challenge the Deputy Police

22  Commissioner that he needs to learn how to analyze

23  data because he clearly is unaware.

24     Now, also, the NYPD used excessive kettling to

25  the extent that individuals were unable to breathe to

```
1              COMMITTEE ON PUBLIC SAFETY        231

2    the full extent.  I saw women go into panic attacks

3    because they couldn't breath and they thought that

4    you know, they were going to die.  Literally, that

5    they were going to die.  It was so extreme and

6    excessive.  And with absolutely no reason.  It was

7    unnecessary.

8         We were walking through the streets chanting,

9    playing drums and the last I checked, saying fuck the

10   police is not illegal and is not any reason to be

11   able to have force used against you.  And although, I

12   saw on the news in Michigan, where White protestors

13   went to the Capital building armed, fully armed

14   yelled in police officers faces and weren't arrested

15   but when Black, Brown and indigenous people go

16   outside and say, fuck the police, all of a sudden we

17   have snipers on top of buildings waiting for us and

18   outnumbered by police officers or probably 200 of us

19   and more of them.

20        That just shows that racial hatred —

21        SERGEANT AT ARMS:  Time expired.

22        MICAELA E. MARTINEZ:  Is excepted in this country

23   and is propagated by the NYPD.

24

25
```

```
 1                  COMMITTEE ON PUBLIC SAFETY           232

 2         COMMITTEE COUNSEL:  Thank you for your testimony.

 3    Next up will be Ruth Lowenkron followed by Ben

 4    Batchelder.

 5         SERGEANT AT ARMS:  Time starts now.

 6         RUTH LOWENKRON:  Good morning everyone, can you

 7    hear me?

 8         COMMITTEE COUNSEL:  Yes.

 9         RUTH LOWENKRON:  Good morning, this is Ruth

10    Lowenkron, I am the Director of the Disability

11    Justice Project at New York Lawyers for the Public

12    Interest.

13         As you probably know our organization is involved

14    in many aspects dealing with combating police

15    brutality and racial violence and not the least of

16    which is the work that we do on behalf of immigrants.

17    We fight environmental racism but I'm going to

18    concentrate on the work that we are involved in on

19    behalf of individuals who experience mental health

20    crisis and who have been brutalized by the police in

21    our city.

22         You heard my colleagues talk about this.  We have

23    had in the past few years; this is really a microcosm

24    of what we're talking about generally about Blacks

25    and other people of color being abused.  We see this
```

COMMITTEE ON PUBLIC SAFETY          233

1

2   in full force with people who experience mental

3   health crisis.  They reach out, their family members

4   reach out, their friends reach out to the police for

5   help and they end up shot and killed.

6       We too, have our list of names.  They are

7   primarily Blacks and other people of color who have

8   been shot and killed and this must end.  I am part of

9   the same Correct Crisis Intervention Today New York

10  City Coalition that others had spoken about and we

11  are out in force.  We are over 80 organizations, 400

12  individuals in addition to all of the organizations

13  membership who are fighting this very strongly.

14      And we bring to the floor a specific proposal.

15  We have all been talking about the need to defund the

16  police.  To change where money is spent.  We have an

17  exact proposal.  We cannot be using the police who

18  are not well equipped, who are not well trained, who

19  themselves do not want to be involved in responding

20  to people with mental health crisis.

21      We cannot have them continue to be the

22  responders.  So, we have a proposal, I've included it

23  with our testimony.  We even have a budget; we would

24  like to see that included right away.  We will talk

25

```
                    COMMITTEE ON PUBLIC SAFETY              234
 1

 2   with any and all of the Council Members to get this

 3   going.

 4       I can't help but comment on something that my

 5   office is doing that is absolutely related to this

 6   mental health work and that is, we are trying to get

 7   the body worn camera footage of the police officers

 8   who shoot and kill people who are experiencing mental

 9   health crisis.  We are entitled to that information.

10   We as citizens are entitled to that information.  But

11   nonetheless the police refuse to bring it and we have

12   successfully litigated against them.  Not once but

13   twice and have had two courts order them to provide

14   that.

15       I would like to see more done to ensure that that

16   body worn camera footage is available to the public

17   as was intended.  It's a matter of getting the public

18   to know what is going on and for us, this is part of

19   our bigger struggle to ensure that the police are not

20   brutalizing people who are experiencing mental health

21   crisis.

22       So, anyone who wants to talk about that, I can

23   share the footage, I can share the pleadings and I

24   would be glad to see more done on that front and

25   thank you very much.
```

COMMITTEE ON PUBLIC SAFETY          235

1

2    COMMITTEE COUNSEL:  Thank you very much for your

3    testimony.  I will turn to Council Member Adams in a

4    moment who has a question and I will just remind

5    other Council Members if you do have a question to

6    please use the Zoom raise hand function and we will

7    go to you as soon as you do.

8        Council Member Adams?

9        SERGEANT AT ARMS:  Time starts now.

10       COUNCIL MEMBER ADAMS:  Thank you.  Thank you,

11   Committee Council.  I'm not going to be before you

12   very long.  I don't have a question; I do have a

13   comment.

14       For those of you here, had we been in chambers,

15   we would be able to interject freely as Council

16   Members, so this is a little difficult.

17       Your testimony and for those of you that are

18   listening and watching, I would say maybe ten plus of

19   our last speakers have been women.  Hira, Jessica,

20   Amy, Jillian, Naqiya, Micaela and now Ruth, I would

21   like for my colleagues to pay special note to those

22   who are out in the street protesting peacefully that

23   have shared passionately instances of brutality

24   impacted and inflicted on themselves or people of

25   color standing next to them.  Look at the faces of

1

2   those who are testifying before you.  Some of my

3   colleagues who wanted to bring in the National Guard

4   a disgrace.  Wanted to bring in the National Guard

5   into our city, to what, mow down these beautiful

6   women?

7       No, I couldn't be silent anymore.  I just had to

8   make a comment and thank and commend my sisters out

9   there for speaking loud, for being proud, for

10  standing up, for being in the streets, for being

11  champions for New York City and speaking out and

12  speaking your truth right now.  God Bless you.

13      COMMITTEE COUNSEL:  Thank you very, very much

14  Council Member Adams.  I believe we have Samantha

15  Hancox-Li followed by Ben Batchelder followed by

16  Jonathan Quairtere.  Samantha Hancox-Li are you

17  there?

18      SAMANTHA HANCOX-LI:  Yeah, I'm here.  Sorry, I'm

19  having some technical difficulties.  I guess, I'd

20  like to start by saying that the violence and the

21  lawlessness and the lying that we have all seen today

22  from police is outrageous and unacceptable.  And what

23  I want to talk about is specifically what to do about

24  it.  I want to talk about the bills that we've seen

25  from those by Council Members today.

1

2    That they are a good first step but they are not

3   going to fix anything.  The chokehold that killed

4   Eric Garner, was already in policy.  The warrant that

5   killed Breonna Taylor was already illegal.  The

6   officers who stood by as George Floyd was murdered

7   were already required to intervene.  There is already

8   a right to record police officers in the street but

9   none of this has changed anything because these are

10  rules without consequences.

11    You know, another new department policy, another

12  law, another whatever, none of this is going to

13  matter if it is not paired with real accountability

14  for police officers who violate public trust.  Who

15  commit crimes while in uniform.

16    As another person has said, it starts with money.

17  In the world we live in, money talks really loud.

18  Right, you know, and if we're just giving the police

19  more and more and more money to buy more tanks and

20  more guns and more tear gas, that's not

21  accountability.  Accountability says we don't need

22  more cops in schools.  We're going to take that money

23  and we're going to spend it on the schools

24  themselves.

25

1

2      Right, I support taking a $1 billion, $1 billion

3   a year from the $6 billion police budget and spending

4   it on the communities that have been brutalized by

5   police.  I support giving real civilian oversight

6   powers to the civilian oversight.  That fact that the

7   Commissioner has to approve every punishments for

8   officers or defends it completely.  We need to — as

9   people have talked about it you want to reform the

10  department; we need real consequences for cops who

11  are egregiously racist who display White power

12  symbols to protestors who beat people for no reason.

13  And that starts with, well, you know, you can't have

14  the foxes overseeing the foxes anymore, right.  I

15  mean they are all just foxes out there so to speak.

16     So, we need to reform the police union contract.

17  We need to give stronger powers to Civilian Oversight

18  Board and I know this is out of your power, but we

19  need to end qualified immunity that allows police

20  officers to get away with murder, with death, with

21  reality.

22     So, all of these reforms that we're talking about

23  today, they are a good first step but it's a small

24  step.  And I'm worried that we are going to use this

25

COMMITTEE ON PUBLIC SAFETY                239

1

2   an excuse not to go further.  Not to make real

3   material changes in the funding and the power —

4       SERGEANT AT ARMS:  Time is expired.

5       SAMANTHA HANCOX-LI:  Thank you and have a nice

6   day.

7       COMMITTEE COUNSEL:  Thank you for your testimony.

8   Next up will be Ben Batchelder followed by Jonathan

9   Qualtere followed by Marti Cummings.

10      SERGEANT AT ARMS:  Time starts now.

11      BEN BATCHELDER:  Thank you Council Members and

12  thank you to everyone who has spoken.  I was arrested

13  at a protest a few nights ago.  The protest was

14  completely peaceful.  After hours of nonviolent

15  protesting, I saw a female protester getting arrested

16  for what looked like no reason.  I pulled out my

17  phone and started filming.

18      Seeing this, an officer started striding towards

19  me.  He didn't issue any verbal warnings.  His

20  walking turned into running.  I have this all on

21  video.

22      As he runs, he starts swinging his baton at me.

23  He lunches at me, starts grabbing me.  What are you

24  doing, stop, I can be heard screaming in fear.  Two

25  other officers surround me, they rip my phone out of

COMMITTEE ON PUBLIC SAFETY          240

1

2   my hands.  They steal the sign that I am holding that

3   says demilitarize and they snap it in half.

4       As the pin me to the ground putting pressure on

5   my back, they put me in a hold position, while at the

6   same time giving me the impossible command, put your

7   f-ing hands behind your back.  They arrested me

8   without mirandizing me or telling me while I was

9   being arrested.

10      The police station was an absolute chaos as they

11  struggle to process all of the arrests taking place.

12  While I was in custody, they mocked me for being gay

13  with hand gestures and snide remarks.  The females

14  who were arrested were flirted with but this is a

15  separate issue.

16      I left the police station several hours later

17  covered in bruises holding a court summons that said

18  I had been charged with resisting arrest, when in

19  reality, all I was doing was silently filming from a

20  distance.  Growing up, I always had the privilege of

21  being able to trust the police but I have sense lost

22  faith that this organization is capable of

23  effectively carrying out its staged admission of

24  protection and service.

25

COMMITTEE ON PUBLIC SAFETY          241

1

2      Despite its best efforts, a unit that operates

3   with all the ranks insignia tactics and weaponry of

4   the military is not capable of creating safety in a

5   community, only escalating existing tension.

6      A unit that brings weapons into every situation,

7   no matter the scope will inevitably respond with

8   violence when the going gets tough and no amount of

9   good apples can counteract what, at the top of the

10  sessions Public Safety Chair Richards referred to as

11  the sickness in the culture of the Department.

12     A sickness which has hindered the ability of the

13  NYPD to act as an impartial arbiter of community

14  affairs and warps the split second decisions

15  necessary in police work towards the direction of

16  violence, a sickness which has turned our police

17  department into a national disgrace.

18     I hope this Council finds a way to improve this

19  problem from the source, finds a way to hold the NYPD

20  accountable since they are so clearly incapable of

21  policing themselves and in fact, tend to air on the

22  side of defending officers at the taxpayers expense.

23     And finally, I would like to voice my support for

24  all bills that increase accountability,

25  demilitarization, and broad scale reforms of the

COMMITTEE ON PUBLIC SAFETY                242

1

2   police department and especially Public Advocate

3   Williams Introduction 721 defending the right to

4   record police activities, especially since video

5   evidence is so pivotal to this entire movement.

6       Thank you and I yield the rest of my time.

7       COMMITTEE COUNSEL:  Thank you for your testimony.

8   Next up will be Jonathan Qualtere followed by Marti

9   Cummings followed by Ru Von.

10      SERGEANT AT ARMS:  Time starts now.

11      JONATHAN QUALTERE:  Hi, my name is Jonathan

12  Qualtere.  I want to start by saying, I love New York

13  City.  I think it's the best city in the world.  I'm

14  very proud to be a New Yorker.  I love New York but

15  I'm so embarrassed and ashamed of the NYPD, as well

16  as our spineless elected officials who won't stand up

17  to them on behalf of the people.

18      The answers during this meeting have only

19  deepened my embarrassment but have also pretty

20  flawlessly proved the public's point, the police are

21  incompetent and can't be trusted.

22      Shea couldn't be bothered to show up and they are

23  literally lying to our faces under oath.  I see no

24  reason why any of them should have their jobs.

25

COMMITTEE ON PUBLIC SAFETY          243

1

2      Over the past eleven days, I've personally

3  witnessed and filmed the NYPD and siting escalate

4  violence like clockwork.  I witnessed a coordinated

5  effort by the NYPD to violently harass peaceful

6  protesters, exercising their first amendment rights.

7  I saw cops beat peaceful protesters, men, women,

8  children, on a daily basis, no provocation.

9      I watched cops pepper spray protesters at point

10  blank range when their safety was not threatened.

11  What I never witnessed even once was a single police

12  officer attempt to peacefully de-escalate a

13  situation.

14      Plain and simple, police officers prove to be bad

15  at their jobs.  Many prove they are not smart or

16  mature enough to be walking around our streets with

17  guns, literal lethal weapons.  It takes a special

18  degree of stupidity for police officers to use police

19  brutality against citizens peacefully protesting

20  police brutality.  In fact, it seems like that was

21  the only skill they possessed.

22      We'd be crazy to think that banning chokeholds

23  would prevent police brutality.  What we are facing

24  is a systemic problem and systemic problems require

25  systemic solutions.  It's not about changing one law

1
2    or another, it's about seizing this moment to

3    completely overturn a broken system that cannot be

4    fixed because the system itself is the problem.

5        The NYPD is over militarized and needs to be

6    defunded.  It's become nothing more than a gross

7    symptom of White supremacy and racism that

8    politicians refuse to hold accountable because they

9    are terrified of the police unions and they are rich

10   White campaign donors.

11       What we're left with is an institution wholly

12   incompetent and incapable of protecting the most

13   vulnerable among us.  Defunding the NYPD is now a

14   matter of public safety.  Defund the police and take

15   the NYPD out of our schools.  Let's invest in actual

16   public safety in the forms of healthcare.  Mental

17   health resources, housing, education.  We don't need

18   armed undertrained violent thugs.  We need social

19   workers and mental health experts.

20       Let me finish by saying none of you are brave for

21   addressing this issue, you have known about it for

22   years and you let it flourish.  You are only

23   listening now because your own constituents have

24   humiliated you and ground your city to a halt.  You

25   should be ashamed.

```
                   COMMITTEE ON PUBLIC SAFETY        245
 1

 2    The NYPD is an embarrassment to New Yorkers.

 3    Commissioner Shea is a known racist and should be

 4    fired immediately.  De Blasio is a terrified nothing

 5    who has betrayed his city.  This legislation is

 6    useless and we are so far beyond it.  It is exposing

 7    the governments inability to adapt or forward think.

 8    You are our City Council; you have the ability to

 9    bypass our pathetic Mayor.  This is New York City; we

10    have the ability to insight change throughout the

11    entire country.  You can insight this change, you can

12    change the status quo upheld by our feeble —

13    SERGEANT AT ARMS:  Time expired.

14    JONATHAN QUALTERE:  Stand up, be brave, be

15    accountable, make New York City proud.  Black lives

16    matter, Black trans lives matters, fire Shea, defund

17    the police.

18    Thank you.

19    COMMITTEE COUNSEL:  Thank you for your testimony.

20    Next up will be Marti Cummings followed by Ruvan

21    followed by Carla Rabinowitz.

22    SERGEANT AT ARMS:  Time starts now.

23    MARTI CUMMINGS:  Hi, my name is Marty Cummings

24    and my pronouns are they, them.  I'd like to thank

25    Chair Richards for your leadership and thank the
```

COMMITTEE ON PUBLIC SAFETY          246

1

2  Council Members who have shown up to hold the NYPD

3  accountable and for calling out the lies that they

4  told us and the gaslighting that was presented here

5  today.

6      It is a shame that the NYPD has taken this

7  hearing as an opportunity to lie to the City of New

8  York and it is a shame that Council Member Holden has

9  decided to defend their actions.

10     Because of protesting, I have been to the doctor

11 four times, have suffered a concussion and nerve

12 damage and have two other appointments scheduled in

13 the coming weeks.  And as we sit here during this

14 hearing, Breonna Taylor's murderers have not been

15 arrested or held accountable.

16     During these protests, in the Brooklyn Federal

17 Lockup, somebody died due to pepper spray.  The

18 actions of the police are ongoing racist and overly

19 problematic.

20     We have a Mayor who incited a curfew that in

21 itself is an act of racism and a Mayor who allowed

22 Eric Garner's murder to stay on the police force for

23 five years.

24     My experience of this protest is completely

25 counter to what the NYPD has shared today.  We

1

2     peacefully marched from a service that was to

3     remember trans Black women who have been murdered by

4     police and who have been murdered by injustices and

5     we peacefully marched the west side highway.  Upon

6     getting to the west side highway, we are kettled in

7     and the police came swinging with batons.  I was hit

8     in the head and tackled by four officers, taken to

9     the Brooklyn lockup, after having our masks removed

10    with no access to having them put back up.

11        Throughout this experience, I was held in cuffs

12    for four hours in a 5x12 cell, denied water and

13    denied a bathroom.  Denied a phone call, denied being

14    read my rights.

15        Throughout this process multiple people needed

16    medical attention that was denied even though people

17    were demanding that people get that attention.  Only

18    after 40 minutes of begging and banging on the cages

19    of this cell did the police come to the aid of

20    somebody who was riding in pain due to pepper spray.

21        Only after demanding for up to 30 to 40 minutes

22    somebody get medical attention for somebody with a

23    concussion, she was taken to the hospital.

24    Throughout this process, people had their masks on

25    their chins filled with blood from wounds, blood

COMMITTEE ON PUBLIC SAFETY        248

1

2  coming out of their heads, clearly broken parts of

3  their body, bone of their body that were denied.  And

4  throughout this process, the police openly spoke

5  about how much money they are making on overtime.

6  How much they are getting for doing this.  How happy

7  they are to see so many people arrested and speaking

8  about how they were given orders to keep us there as

9  long as possible to make us as uncomfortable as

10  possible, so we don't go back out again.

11      Our request for phone calls, legal aid, and masks

12  were denied and the police that were holding us were

13  not wearing masks.  I counted three, only three

14  police officers wearing masks and my officers name is

15  Officer Connally and I will never forget him.  I will

16  never forget him and the actions that he did.

17      After being held in these cells, we were then

18  taken to a hallway where we had to be shoulder to

19  shoulder.  No social distancing, no masks to have our

20  picture taken and then, an officer came by and said,

21  this is taking — this is now our 9 of my 12 hour

22  arrests.  This is taking too long.  Take their

23  pictures with your cell phone.

24      SERGEANT AT ARMS:  Time is expired.

25

COMMITTEE ON PUBLIC SAFETY          249

1

2     MARTI CUMMINGS:  I will not yield my time, I sat

3  here for six hours.  They then took the pictures with

4  their cell phones; I don't think it's safe for

5  protestors to have their photographs on police cell

6  phones.  This is atrocious and the fact that the

7  police lied here today, to this city is abhorrent and

8  wrong.  It is immoral.  The Mayor must resign, the

9  Commissioner must resign and every City Council

10  member must vote to defund the police.  We have

11  homeless services, housing preservation development,

12  youth and community development, health and hospitals

13  and parks.  The total budget doesn't even match the

14  NYPD budget.

15     Enough is enough.  How many innocent Black people

16  do we have to see murdered before people wake the

17  fuck up.  Wake up.  The NYPD is abhorrent and

18  immoral.

19     I yield my time.

20     COMMITTEE COUNSEL:  Thank you very much for your

21  testimony.  It looks like Council Member Menchaca may

22  have a question.  Council Member Menchaca?

23     COUNCIL MEMBER MENCHACA:  Thank you Marti for

24  your words and your calls to action and I'm with you

25  on every single piece.  My question is, are NYPD

COMMITTEE ON PUBLIC SAFETY          250

1

2   officials on this call and can you just say hello

3   right now.  I want to make sure that you just listen

4   to the last 20 minutes.  Can you just say you are

5   here and make sure that your camera is on.

6       Who is here from the NYPD representing?  Is there

7   anyone?

8       MARTI CUMMINGS:  Saying to me that the NYPD has

9   chosen to gaslight this city and the protestors who

10  were peacefully demonstrating the unjust murders of

11  Black people and they decide to leave because they

12  don't want to hear our voices.  Every single officer

13  who was here, who left, should be put up for firing

14  from their positions immediately.  It is wrong.  It

15  is wrong.

16      COUNCIL MEMBER MENCHACA:  Well, we're trying to

17  find out who is here right now.  Who is here from the

18  NYPD listening to this testimony?  Who is here from

19  the Administration, is the Mayor's Officer

20  represented?  Who is here from the Administration?

21      Chair, I'll hand it back to you for any follow up

22  on that.  That's pretty, that's BS.  Thank you.

23      COMMITTEE COUNSEL:  Thank you very much for your

24  testimony.  Next up will be Ruvan followed by Carla

25  Rabinowitz, followed by Vanessa Farrell.

COMMITTEE ON PUBLIC SAFETY          251

1

2      SERGEANT AT ARMS:  Time starts now.

3      RUVAN: Hi there, my name is Ruvan, I'm an

4  independent journalist.  I went out and thank you so

5  much for hearing me out everyone.  I went out on the

6  very first protest on Friday and I saw, basically

7  what I saw was the first punches made in New York,

8  where people wanted to pass through Canal Street from

9  Center and march north and they weren't allowed to.

10      The police had already had a van there.  I have

11  had experience in war zones and in like terrorism

12  training before and so, I was very aware of what was

13  going on.  Very quickly I noticed that they first of

14  all hit everyone down, like the whole line kind of

15  went to the floor and then they started shoving

16  people onto the sidewalk and saying they were going

17  to arrest us for exercising our right.

18      What I noticed is a systematic situation where

19  the guys in the white shirts were grabbing people off

20  of the sidewalk to arrest them in the street.  I

21  noticed this in Manhattan and then I noticed it later

22  in Brooklyn.

23      I can go on about the police brutality and like

24  them covering their shirts and them using crazy

25  cameras that are like 20 different facial recognition

COMMITTEE ON PUBLIC SAFETY          252

1

2     patterns built into the Sony camera or got video of

3     police trying to back up into protestors as they were

4     walking up Broadway and 69th Street on Monday.

5          I've got pictures of police sitting on their

6     asses doing nothing while people were looting.  I

7     want to take picture of like the various cars with

8     undercover officers that were sitting around on 14th

9     Street doing nothing.

10         I need everyone who is on this call to understand

11    that the police are acting like a gang.  They are not

12    answerable to anyone.  They don't care.  They don't

13    want to know about the truth.  They are here, we need

14    to change the narrative from people going onto the

15    street to protest to the NYPD and different police

16    departments going to the streets to defend their

17    status of being above the law.  This is no longer

18    about protest, it's about them going, fucking up

19    normal citizens, excuse my language, and beating

20    people up.

21         I've seen so many people beat up.  If anyone

22    needs picture of any of this stuff, we've got all

23    sorts of proof.  You can email me at ruvan@ravan.com.

24    I am disgusted, I can't believe it.  Amadou Diallo's

25    murder, one of the three guys who murdered him, is on

COMMITTEE ON PUBLIC SAFETY          253

1

2   the street with these police officers holding a gun.

3   This is unacceptable.  I believe that City Council

4   members really need to figure this out.  Look to

5   Minneapolis to see what they are doing.  Talk to some

6   of the groups, that police our neighborhoods and

7   figure out what you are going to do for the citizens

8   because it's very, very clear, the Mayor's Office and

9   the NYPD has made it very clear that they do not work

10  for us.  They are on the streets to maintain their

11  power.  Start to think of them as narcissistic

12  abusers.  Look that term up and you will understand

13  what's going onto us right now.

14      Thank you so much.

15      SERGEANT AT ARMS:  Time expired.

16      COMMITTEE COUNSEL:  Thank you for your testimony.

17  We will now go to Speaker Corey Johnson.

18      SPEAKER COREY JOHNSON:  I just wanted to say, I'm

19  glad Council Member Menchaca raised that question a

20  few minutes ago, related to the NYPD and the Mayor's

21  Office.  They need to be here.  It is unacceptable

22  that they are not here, so I'm going to ask the

23  Committee Staff who are on this call, not Daniel who

24  is moderating but the other Committee Staff that is

25  on this call to reach out to the Mayor's Office and

```
                      COMMITTEE ON PUBLIC SAFETY          254
 1

 2    NYPD right now, this moment and ask them to come back

 3    on because they have to hear the voices of New

 4    Yorkers who were brutalized over the last two weeks.

 5        So, Daniel, if you could communicate with your

 6    other Committee Counsel's or Policy Analysts to let

 7    the Mayor's Office and the NYPD that it is always

 8    their obligation to stay until the end of our

 9    hearings.  Every city agency is required to do that

10    and we need them to be here to listen to New Yorkers

11    who have taken time out of their day to be here

12    today.  We need to make sure they are here.

13        So, I'm glad that Council Member Menchaca raised

14    it.  I hadn't thought of it, I assumed they were here

15    and we have to make sure that both of them, the

16    Mayor's Office and the NYPD get back on this Zoom

17    hearing.

18        And Council Member Menchaca saying, with the

19    cameras on.  Yes, with the cameras on definitely.

20        COMMITTEE COUNSEL:  Speaker, we have already

21    reached out to the Administration.

22        SPEAKER COREY JOHNSON:  Thank you Daniel.

23        COMMITTEE COUNSEL:  Do any other Council Members

24    have questions at this time?

25
```

COMMITTEE ON PUBLIC SAFETY          255

1

2      Okay, seeing none, we will turn to the next

3  panelist.  We are going to try Carla Rabinowitz one

4  more time followed by Vanessa Farrell, followed by

5  Michelle Ling.

6      SERGEANT AT AMRS:  Time starts now.

7      CARLA RABINOWITZ:  My name is Carla; the bills

8  are good but not enough.  I am the Project

9  Coordinator of CCIT NYC.  A Coalition of 80

10  organizations and 400 stakeholder seeking to

11  transform how the city responds to mental health

12  crisis.

13      CCIT NYC and my organization I work for thank

14  Councilman Richards for his role in reforming the

15  Mayor's taskforce and crisis calls.  Our

16  recommendations are that task force do not match the

17  current thinking.

18      CCIT NYC is now at the view that resources need

19  to be diverted away from NYPD to mental health teams

20  to respond to 200,000 911 calls the city receives.

21  CCIT supports redirection of funds away from NYPD, so

22  the city will have money to fund and create mental

23  health response teams and this work will no longer be

24  part of the NYPD.

25

COMMITTEE ON PUBLIC SAFETY          256

1

2    We ask you to carve out $16.5 million, $3.3

3    million a year for our project.  CCIT developed a

4    detailed plan, a detailed budget for a pilot project

5    in two heavily impacted precincts after consulting

6    with [INAUDIBLE 3:16:07] and other mental health

7    community leaders.

8    The pilot paired the escalators with the EMT's to

9    respond to crisis calls.  CCIT NYC believes it is

10   essential that the response to these 200,000 calls be

11   peer driven.  The proposal much like the HEAT teams

12   in New York City consist of a peer and a clinician.

13   However, the city's HEAT teams are minimal and they

14   cannot respond to any calls involving urgency needs.

15   Nor can the HEAT team today be selected, no general

16   public person can get HEAT teams, not even from New

17   York City WELL.

18   We would you know, make a change to that model,

19   much like the [INAUDIBLE 3:16:27] model.  Even with

20   additional training for police, the city will not be

21   able to prevent the recurring injuries and deaths we

22   have seen.  The response we have seen from the police

23   of today's protestors is what CCIT has been

24   documenting for years when police respond to people

25   in emotional distress.

COMMITTEE ON PUBLIC SAFETY          257

1

2      Police do not deescalate crisis.  Many mental

3  health recipients never get mental health care.  They

4  never get a second or third change at life.  They

5  were killed by police who did not want to and can

6  never be asked to respond to people who are sick.

7      Since NYPD started their training, at least 17

8  mental health recipients in New York City have died

9  or have been seriously shot.  That's what we know.

10  We need a new peer driven healthcare response similar

11  to the one that worked in Eugene Oregon, for the

12  justice to sit within the current New York City

13  models of the HEAT team.

14      We urge you to examine our proposal and reserve

15  $16.5 million over five years for a peer driven

16  crisis program.  The program pays for itself and less

17  lawsuits.  One colleague on our committee said the

18  city has paid her firm $3 million to her clients in

19  one year and she is a practitioner.  We need to stop

20  the dept in paying to mental health recipients and

21  their families.  Get the police out of their

22  healthcare jobs.  They were never designed for that

23  and bring mental health teams in —

24      SERGEANT AT ARMS:  Time expired.

25

COMMITTEE ON PUBLIC SAFETY          258

1

2     COMMITTEE COUNSEL:  Carla, thank you for your

3  testimony.  Next up will be Vanessa Ferrell followed

4  by Michelle Ling followed by Charlie Monlouis

5  Anderie.

6     SERGEANT AT ARMS:  Time starts now.

7     VANESSA FERRELL:  Hi, good afternoon Council.  My

8  name is Vanessa Ferrell; I'm a medical doctor and a

9  public health professional.  I am also a Black person

10  who lives and works in the Bronx.

11     I just wanted to call out the NYPD, which has

12  been like really shamelessly lying to our faces all

13  morning and has been abusing Black and Brown people

14  since its inception.

15     I want to speak specifically to one particularly

16  terrifying incident that I witnessed last week.  So,

17  June 4th, hundreds of protestors assembled in the

18  Bronx for a demonstration led by a Black, Latinx and

19  indigenous people.  Bronx organizers that was

20  denouncing racist police violence and the institution

21  of policing.

22     From the beginning, police presence was heavy

23  with several officers spotted on roof tops, the

24  nearby buildings, many heavily armored officers on

25  bikes nearby.  We, as a crowd chanted, we rode

COMMITTEE ON PUBLIC SAFETY                259

1

2    through the streets in NYCHA complexes in the South

3    Bronx.  We visited a local restaurant who has

4    especially supported this community throughout the

5    COVID pandemic by distributing hundreds of free

6    meals.  It was peaceful and it was energizing until

7    the NYPD entrapped us and attacked us.

8        This was about ten minutes before curfew, they

9    kettled us in a half block area on 136th Street

10   between Brooke Avenue and Brown Place.  Hundreds of

11   people were kettled by armored cops on bikes on one

12   end and hundreds of cops like on foot on the other

13   end.  None of the cops were wearing masks, nearly all

14   of them had their badges covered.  Multiple people in

15   the crowd experienced medical emergencies as the

16   police started beating them with batons and fists.

17       We as medics were not allowed to assess members,

18   people with serious injuries who were being held on a

19   bus.  We were not allowed to assess people who were

20   cuffed in the street.  Some of them were visibly

21   losing circulation to their hands.

22       The NYPD very intentionally created this chaos.

23   These actions do not make our community safe.  This

24   was clearly a targeted attack on the Bronx and on

25   community organizers.  The institution of policing is

```
1                COMMITTEE ON PUBLIC SAFETY           260

2    inherently anti-Black.  They police property and

3    capital and not people.

4        As a doctor, it's very clear to me that the

5    racist institution of policing has no place in our

6    community.  As the A Can't Wait Campaign states,

7    abolition cannot wait.  We need to defund police

8    demilitarized communities, remove police from

9    schools, free people from jails and prisons, repeal

10   laws that criminalize survival, invest in community

11   self-governance, provide safe housing for everyone,

12   invest in care, and not cops.

13       Simply put, defund NYPD, all $6 billion.

14   Demilitarize and dismantle NYPD.  Do not replace the

15   police with the same system under a different name.

16   Abolish the police.

17       I yield my time, thank you.

18       COMMITTEE COUNSEL:  Thank you for your testimony.

19   One moment please.  Next up will be Michelle Ling

20   followed by Charlie Monlouis Anderie followed by

21   Ashley J.

22       SERGEANT AT ARMS:  Time starts now.

23       PARISA LYNN:  Hi, my name is actually Parisa

24   Lynn, my friend Michelle Ling is also on this call as

25   somebody who has been brutalized by the police.
```

1

2     First, I'd like to — Representative Holden who

3   took it upon himself to Tweet and congratulate in the

4   middle of these testimonies.  Congratulate himself

5   for remembering the names of two NYPD officers who

6   were killed six years ago, unrelated to protest.

7   Meanwhile, since then, 75 New Yorkers have been

8   murdered by the people who have sworn to protect and

9   serve us.  Who are paid by our fucking taxes and who

10  carry guns against unarmed civilians.

11     I am an educator, I am a researcher, I am a

12  fucking person of color in this fucking city and all

13  I have seen is pigs with power tripping problems and

14  no intent to keep anyone safe.  On May 29th, in the

15  evening, I was with a group of peaceful protestors

16  while the police attempted to drive their vans

17  through women, children, disabled people and elders

18  repeatedly on Lafayette, a block away from their

19  fucking precinct.

20     After my partners and two friends and I,

21  including Michelle, stood in front of the police car,

22  so that they would not drive through groups of

23  teenagers, I was tackled along with my partner by a

24  massive 200 pound NYPD and beaten all over the

25

```
                    COMMITTEE ON PUBLIC SAFETY        262
 1

 2   fucking place where I still had bruises all over my

 3   arms ten days ago.

 4       I was not given any kind of verbal warning; I was

 5   just attacked.  And when I yelled at them for

 6   attacking me, I was laughed at.  The next day,

 7   Michelle Ling who is also on this call, was pepper

 8   sprayed with absolutely no verbal warning at a

 9   standoff with the police in Flatbush which is already

10   an overpoliced neighborhood with lacking in resources

11   and affordable housing.

12       How can you possibly — how shame on you Council

13   Members, shame on you Holden for fucking coming here

14   and defending people who are armed to the fucking

15   teeth with military grade weapons, with military

16   grade strategy and using it against the people who

17   pay for them.

18       I have seen cops even leading up to this point,

19   before the protest started, in the pandemic thinking

20   they were the targets of the pandemic.  I've seen

21   groups of 20 to 30 cops arresting teenagers with no

22   warning and then laughing in my face when I record

23   them and tell them to take their hands off of people.

24       I have seen cops calling people bitch while on

25   the job.  Can you imagine any other fucking
```

COMMITTEE ON PUBLIC SAFETY          263

1

2  professional where you could call someone a bitch.

3  You can't work at a coffee shop and call someone a

4  bitch and still have your job.  And this was right

5  before one of them struck a New York City public

6  school teacher in the head with a baton.  The only

7  reason that she was not arrested is because this

8  officers supervisor realized that she would be taken

9  and it would be filmed and it would go viral and so,

10 they let my friend go, so that she could not get a

11 badge number.

12     Every single officer I have seen has had their

13 badge number covered. I have seen body cameras turned

14 off and removed.  I have seen cops being begged to

15 put on masks while they are standing within inches of

16 elders and children and laughing in our faces and

17 refusing to put on PPE.

18     Meanwhile, all of this money is going to people

19 who murder.  While nurses and doctors and public

20 school teachers are dying from lack of PPE.  To all

21 of the NYPD who are here, fucking shame on you for

22 choosing this profession and to all the Council

23 Members who decide to sit up here and defend people

24 who take our money to protect us and then arm

25 themselves with guns, please explain to me why the

COMMITTEE ON PUBLIC SAFETY          264

1

2   people protecting us need guns.  Nothing about their

3   job is dangerous and you look in the history of NYPD

4   deaths, 30 percent of them are from friendly fire.

5   It's not our fault you can't train your fucking

6   people.

7       SERGEANT AT ARMS:  Time expired.

8       PARISA LYNN:  Because you are harming us, because

9   you are murdering us and because you are taking our

10  money in the middle of a pandemic where 60 percent of

11  people are unemployed and hitting us over the fucking

12  heads with your fucking batons.  Shame on you Holden,

13  shame on you fucking cops and shame on any of you who

14  fucking defend them.

15      I yield my fucking time.

16      COMMITTEE COUNSEL:  Thank you for your testimony.

17  We will go to the other account Michelle Ling

18  followed by Charlie Monlouis Anderie followed by

19  Ashley J.

20      SERGEANT AT ARMS:  Time starts now.

21       PARISA LYNN:  It's the wrong Michelle Ling,

22  unmute the other Michelle Ling.

23      MICHELLE LING:  Hello, my name is Michelle Ling.

24  I am sharing instances of White supremacist violence

25  against the bodies of my friends and comrades by

COMMITTEE ON PUBLIC SAFETY                265

1

2   armed NYPD officers.  I'm implicating all officers in

3   their violence as they stood by and watched, as they

4   participated in the beating, gasing, spaying and

5   mowing down of other protestors.  I want to affirm

6   that there were thousands of police officers out this

7   past week who were not wearing PPE.  When we asked

8   them why they weren't wearing masks, they told us to

9   shut up.

10      Some laughed and thanked us for the overtime,

11  others spit at our feet.  The NYPD are a plague on

12  this city.  The origins of police in this country

13  come from slave patrols, started in the Carolinas.

14  Meant to uphold a racist feeding a completely illegal

15  system of anti-Blackness and White supremacy.

16  Slavery was illegal and so is the fucking NYPD.

17      On May 29th Friday around 8 p.m., a group of

18  friends and I went to attend the protest in front of

19  the Barclay Center in Brooklyn and demanding

20  accountability for police brutality and systemic

21  racism that the NYPD and all police uphold.

22      We want justice for George Floyd, Breonna Taylor,

23  Tony McDade, Nina Pop, Akai Gurley, Sandra Bland.

24  The list goes fucking on.  While we were walking on

25  Layfette, two police cars drove up behind us and

COMMITTEE ON PUBLIC SAFETY                266

1

2  started to run at us.  The four of us who were in the

3  street, linked arms to protect each other and to stop

4  the police from kettling the protestors they were

5  driving towards.   The cars continued to drive into

6  our legs, pushing us and honking.

7      After a few minutes, they got out, two to three

8  cops came out of each vehicle and ran at us with

9  their batons, punching and shoving us.

10     They — excuse me.  To my right, three officers

11 did the same thing to my other friends.  They started

12 to punch and push me and the white from the side so

13 they could continue to beat my Black and Brown

14 friends with their batons.  One Black friend twisted

15 their ankle and fell to the ground and the officer

16 continued to beat them.

17     Once we got to the intersection, one officer

18 grabbed a person's bike who was using it as shield to

19 protect others and threw it across the crowd.  Some

20 people were screaming the names of a small child who

21 had been lost in the chaos.  I never figured out if

22 that child was found.

23     The next day, Saturday May 30th, I attended

24 protests in Flatbush.  On my home that night, we were

25 at the intersection of Rodgers and [INAUDIBLE

COMMITTEE ON PUBLIC SAFETY                267

1

2   3:23:16] and there were hundreds of cops who

3   outnumbered protestors there in riot gear and had

4   formed a ring around protestors.

5       They were pushing people with their batons and

6   running after folks, beating, and arresting them.

7   Many in the crowd were tear gassed, pepper sprayed

8   and beaten.  As I watched the ring push against

9   protestors, I saw an officer push a protestor who

10  only had a sign on them from.  From at least six feet

11  away, I screamed at him to stop and from his left, an

12  officer that I did not see and I had no interaction

13  with, reached across the barricade and pepper sprayed

14  me in the face.  My eyes and face were seared and I

15  was temporary blinded.  I had to be carried away by

16  friends.  For the next day, my skin was on fire and

17  showered and spread the pepper spray across my body,

18  making it difficult to move or lay down.

19      I will never be able to hold that officer

20  accountable for his violent actions under this

21  corrupt system which prioritizes the safety and

22  wellbeing of people's property over the material

23  bodies and lives of Black people and other people of

24  color.  I will never fucking receive justice.  As

25  long as the NYPD is intact, I will never know justice

COMMITTEE ON PUBLIC SAFETY          268

1

2   and calling on you to abolish the police, they do not

3   keep us safe.

4      SERGEANT AT ARMS:  Time expired.

5      MICHELLE LING:  30,000 officers on the force and

6   not a single person that day cared for the safety and

7   wellbeing of the people of New York City that they

8   are paid to defend.  They armed themselves against

9   us, they refused to wear masks.  The NYPD is a

10  plague.  The NYPD does not protect us.  Abolish the

11  police and power to the people.

12     COMMITTEE COUNSEL:  Thank you for your testimony.

13  Next up will be Charlie Monlouis Anderie followed by

14  Ashley J followed by Paulina Ramos.

15     SERGEANT AT ARMS:  Time starts now.

16     CHARLIE MONLOUIS ANDERIE:  Hello, my name is

17  Charlie Monlouis Anderie.  I am 25 years old and I am

18  certified breastfeeding counselor and professional

19  chef based in Crown Heights Brooklyn.

20     My pronouns are they and them and I'm going to

21  read my testimony because I am on around the clock

22  pain medication to manage from what I experienced.

23     My arm was broken by the police on Wednesday

24  night during a peaceful protest.  Around 8 p.m., the

25  time of curfew, me and my fellow protestors were in

COMMITTEE ON PUBLIC SAFETY          269

1

2  Kaplan Plaza in front of Borough Hall when the police

3  circled kettling us leading the exit at southeast

4  corner of the plaza.

5     We peacefully chanted and waited with thunder and

6  lightning.  The instant that it began to rain, the

7  barricaded police began sprinting at the crowd of

8  protestors.  I, closest to their ranks witnessed

9  several officers raise their batons to beat two

10 smaller protestors to my right who were trapped

11 against the fountain.

12    I reacted instinctively using my bike to shield

13 myself from their batons.  They were kicking my back

14 and I tried to pull it free of their kicks.  I fell

15 as they tackled me, battering me with their batons.

16 As they pinned my arms, legs and head to ground, my

17 whole body went limp and my bladder released.

18    I felt grateful that my backpack held my bike

19 helmet and shielded my spine from their blows. They

20 pulled my arms back and zip tied my wrist and tightly

21 bound the straps of my backpack, so that it swung

22 upside down behind me as they lifted me from the

23 ground.  I yelled feeling a sharp pain in my right

24 arm.  Then I had the acute sensation that my right

25 arm was detached from my body.  I yelled out in shock

COMMITTEE ON PUBLIC SAFETY          270

1

2  from this moment for the next hour and a half.  I

3  repeatedly expressed pain in my right arm and begged

4  for medical attention to no avail.

5      Two officers marched me to the bus, the officer

6  to my right badge number 5130 was a White female

7  officer, she yanked my right arm and yelled at me to

8  walk.  My mask hung around my neck and I asked the

9  officers around me to lift it above my mouth.  They

10 told me; you don't need that.

11     I was glad that the rain soaked my body, so that

12 no one could see the urine running down my legs.

13 From the moment they had lifted me from the ground, I

14 felt my right arm was no longer there.  I couldn't

15 feel it, I was numb from the right side of my neck to

16 my right fingertips and pain radiated through my

17 whole body.

18     The officer on my right, badge number 5130 yelled

19 at me to walk.  I begged her not to pull on my arm.

20 The more that I begged her, the more that she yelled

21 at me to move towards the bus.  I could not see any

22 protestors as I looked around, only police.  Everyone

23 had disappeared.  I felt so weak and nauseated and

24 was about to clear my mouth.  While officer on my

25 right snarled in disgust.  Tears had streamed from my

COMMITTEE ON PUBLIC SAFETY          271

1

2   face while I begged her not to pull on my right arm.

3   Then she pulled back on my right arm and brought it

4   above my head behind me, so that I doubled over

5   forward.  I heard a snapping sound come from my arm

6   as she did this and I screamed out.

7       I began screaming and insulting her.  I told her

8   that she should —

9       SERGEANT AT ARMS:  Time expired.

10      CHARLIE MONLOUIS ANDERIE:  She said, no, you

11  should be ashamed you are an embarrassment.  I asked

12  her why, is it because I'm trans?  Is it because I'm

13  a freak to you?  Is it because I'm a faggot?

14      To which she snarled in disgust again.  I asked

15  her, what is your badge number and she moved to cover

16  her badge.  I read her number off her helmet 5130.

17      We reached the bus and she threw me onto the bus.

18  There were two male officers on the bus watching us.

19  I tried to look at my arm and saw a large deformity.

20  The fracture in my bone created a swollen lump the

21  size of my fist in the lower part of my arm in the

22  middle of my femoral bone.  I had no control over my

23  arm, wrist, hand, and fingers.

24      At first, the cops ignored my request for medical

25  help.  There was an older White man next to me, who

COMMITTEE ON PUBLIC SAFETY                    272

1

2   identified himself as a doctor from Seattle.  He

3   examined my arm and confirmed that it was most likely

4   broken.  He joined in my cries for help and demanded

5   they cut the zip ties on my wrists.  My hands had

6   started turning blue.  Other protestors on the bus

7   were asking for their zip ties to also be cut as they

8   were experiencing loss of circulation.

9       All along, the cops were telling us, they did not

10  have the tool to cut our zip ties.  We asked how long

11  it would take for the paramedics to get to all of us.

12  They retorted; a lot of people are hurt right now.

13  And I said, you hurt a lot of people.  There was so

14  much yelling.  No one was listening to me as I was

15  just begging for them to make the pain stop.  The

16  whole time I was focusing on my breath to prevent me

17  from going into a panic attack.  There was so much

18  pain.

19      One of the officers told me they called an

20  ambulance and it was on its way.  I asked how long,

21  he said a few minutes.  Time just kept moving on by.

22  Eventually I saw what looked like the fire department

23  arrive.  I raised the volume of my screaming to try

24  to get their attention.  They stood by the bus and

25  blankly stared at me doing nothing.

COMMITTEE ON PUBLIC SAFETY          273

1

2     I asked the officer how soon the paramedics would

3     help me.  He said, they are still coming.

4     Eventually, two paramedics got to me on the bus.  A

5     white woman and a white man with glasses.  It was

6     only then that the cops supposedly had the shears to

7     cut all of our zip ties on demand.  The paramedics

8     asked me if I could feel my fingers on my right arm

9     while they touched them.  I barely could.  They asked

10    me to move my fingers, I could not.  The paramedics

11    cut the zips; they were so tight that they had to cut

12    my backpack to finally be able to do so.

13    Once the zip ties came off, they repositioned my

14    arm.  They ordered pain medication and we waited for

15    the same faceless authority to figure to okay the

16    medicine.  The two paramedics debated the dosage and

17    opted for the smaller one.  Just enough they said to

18    get me onto a stretcher without causing too much

19    pain, just enough to stabilize me.  They gave me

20    fentanyl.  I was in so much pain that I barely felt a

21    difference, just tingling sensation in my face.  But

22    still all I could feel was pain.  They got me in the

23    ambulance, I asked Liz if she could give me more pain

24    medication, she replied that they would have to get

25

```
                    COMMITTEE ON PUBLIC SAFETY              274
```

1

2     authorization again.  There were police cars

3     following the ambulance to the hospital.

4         When I arrived at the hospital, the police

5     followed me into a trauma room.  I disclosed my trans

6     identity to the hospital staff and begged them to

7     respect my pronouns and not to expose my body.  They

8     cut my clothes away from my body until I was naked

9     with the police in the room.

10        As many of the hospital staff asked me questions,

11    I began unfolding the story of what had happened to

12    me and insisted that I do not feel safe with the

13    police who were in the room.  The police rolled their

14    eyes at my request to the staff.  I continued asked

15    for more medication and again, was told that we were

16    waiting for some faceless authority figure to approve

17    the rights of pain relief.

18        There was a moment where the hospital staff left

19    me and the police in the room alone and when the

20    doctor returned, I couldn't breathe from an anxiety

21    attack and begged him not to leave me alone in the

22    room with them again.

23        Throughout this entire experience, I struggled to

24    maintain even breath and fight from the intensity of

25    my pain.  At that point, the cops turned to face away

COMMITTEE ON PUBLIC SAFETY          275

1

2  from me but none of the doctors would speak directly

3  to them or even so much as ask them to leave.  A

4  resident asked me to repeat the story of how I had

5  come to be injured.  It was only me, the resident and

6  the two cops in the room.  I saw the resident

7  glancing at the police as he was filling out the

8  chart.  In the discharge papers that the resident

9  chartered.  My closest injury was listed as a bicycle

10  accident.  I never left police until the moment that

11  the trauma had confirmed a fracture on my bone in the

12  x-ray and the officers immediately wrote me a summons

13  for disorderly misconduct and left without an

14  explanation.

15      Fuck the pigs.

16      COMMITTEE COUNSEL:  Thank you so much for your

17  testimony.  Next up will be Ashley J. followed by

18  Paulina Ramos, followed my Maria Ordonez.

19      SERGEANT AT ARMS:  Time starts now.

20      ASHLEY J:  Thank you so much Charlie.  Can you

21  hear me?

22      COMMITTEE COUNSEL:  Yes, we can hear you.

23      ASHLEY J:  Okay, first Council Member Holden I

24  hope the people in Middle Village step up to vote you

25  out on the chokehold.  The NYPD can play it down as a

COMMITTEE ON PUBLIC SAFETY                    276

1

2    simple addition and we all know that there suggested

3    addition of intention is a way of so far shifting the

4    burden of proof as to render the bill completely

5    useless.

6       If they already lie about what is caught on

7    camera, you know that you then want us to

8    additionally prove what an officer intended as though

9    they won't simply lie.  So, please no addition of

10   intention within this bill.

11      The NYPD has shown itself to be in business of

12   extinguishing life.  Whether that be the cold blooded

13   murder of Black and Brown people including women and

14   children in the streets or in their homes or the

15   every day terror of stop and frisk making public

16   space a site of anxiety and trauma, the school to

17   prison pipeline that can sooner imagine an life of

18   confinement for a Black child in one of health,

19   prosperity intellectual endeavor.  Indeed, the

20   looting of the budget or by the police, provided

21   policing receives a whopping $6 billion while there

22   is a hiring freeze in the DOE and proposed cuts of

23   have a billion dollars.

24      It is for these reasons and more that what I am

25   hearing and what I want to insist upon, there is no

COMMITTEE ON PUBLIC SAFETY              277

1

2  procedure or system that can fix what is by many, in

3  the Council's own words, a systemic problem down to

4  the very root and core.

5       Even as I wish that these bills do pass, the

6  absurdity of reform is evident in the bills that are

7  being proposed right now.  So, even as a police

8  budget is in its billions, you are proposing more

9  training and more systems to ensure the officers are

10 murderess.  It's a waste of resources.

11      If this kind of information, how to stop people

12 from murdering, from being biased and racist can not

13 be understood from basic training of an officer, you

14 know let alone a human being, there is something

15 deeply wrong here and the whole practice must go.

16      Even worse, a bill to record the police, what you

17 are proposing is that not only are we paying for

18 people to kill us, but that people must also do the

19 additional labor of recording our murders for any

20 hope of justice and not only that, that there has to

21 be a bill to allow us to report our murders unless we

22 get locked up for doing so.

23      Which is in fact admittance that the NYPD is so

24 out of control that disciplinary functions must be

25 outsourced for people who are being brutalized

COMMITTEE ON PUBLIC SAFETY            278

1

2   themselves.  And I just want to pause for a moment

3   and think about the fact that we are sitting here

4   thinking of ways to rain in the NYPD through all of

5   these additional bills but we cannot legislate

6   humanity.

7      I offer that the very fact that we are sitting

8   here attempting to legislate the police to some kind

9   of humanity means that these issues are deeper than

10  we could ever, ever account for.  We need to pass

11  these bills but with it's roots in slave patrols,

12  White supremacy, and allegiance to white property

13  over Black people, it is clear more than ever that

14  the police must be defunded and must be abolished.

15     Thank you.

16     COMMITTEE COUNSEL:  Thank you for your testimony.

17  Next up will be Paulina Ramos followed by Maria

18  Ordonez followed by Andre Richardson.

19     SERGEANT AT ARMS:  Time starts now.

20     PAULINA RAMOS:  My name is Paulina Ramos, I'm a

21  resident of Brooklyn.  On Tuesday June 2nd at

22  approximately 8 p.m., my friend and I were walking

23  from the west end highway toward Battery Place to

24  find a bathroom after hours of marching in peaceful

25  protesting in Manhattan.

COMMITTEE ON PUBLIC SAFETY          279

1

2      Suddenly, we heard screaming just a few yards

3   behind us and we turned around to look back at the

4   west end highway and saw a large group of police

5   officers tackle protestors to the ground and beat

6   them violently, including bystanders who were filming

7   the scene with their phones.  The police were not

8   wearing PPE.  People were screaming for help

9   including a young woman who was getting attacked in

10  hair, her ponytail violently pulled.  You can find a

11  video of this incident on Twitter under the account

12  protest NYC along with countless of other footage

13  posted by witnesses of police brutality that has

14  taken place during these peaceful protests.

15      And I urge you to look at all of this footage and

16  hold these police officers accountable and it makes

17  me really sick that the first four hours of this

18  public hearing was giving space to defend NYPD for

19  these atrocious acts.

20      That's all I have, thank you.

21      COMMITTEE COUNSEL:  Thank you for your testimony.

22  Next up will be Maria Ordonez followed by Andre

23  Richardson, followed by Branden Nygaard.

24      SERGEANT AT ARMS:  Time starts now.

25      MARIA ORDONEZ:  Hi, can you hear me?

COMMITTEE ON PUBLIC SAFETY                280

1

2    COMMITTEE COUNSEL:  Yes, we can.

3    MARIA ORDONEZ:  Alright, hello and thank you for

4    the opportunity to speak today.  My name is Maria

5    Ordonez and I am an activist born and raised in West

6    Harlem.  I've been in the frontlines protesting the

7    streets demanding justice with thousands of other New

8    Yorkers and it is now clear than ever that we must

9    end the racial injustices that we are witnessing on a

10   daily basis.  These are all issues that existed

11   before.

12       They existed before COVID-19 and they most

13   definitely existed even before all of you in the City

14   Council took office.  But what have many of our

15   elected officials actually done for Black and Brown

16   communities?  Many elected officials in the City

17   Council have taken money from the NYPD, even after

18   the tragic death of Eric Garner and now, I know some

19   of you are turning that money but that doesn't erase

20   the fact that you caused harm in our communities of

21   color.  And still have a racist and corrupt police

22   system that threatens Black and Brown peoples lives.

23       Shame on our elected officials that have in the

24   past years taken money and taken the side of the

25   NYPD.  Shame on you and shame on the NYPD now.  A

```
                    COMMITTEE ON PUBLIC SAFETY          281
 1

 2   person had to be murdered in the hands of the police

 3   in order for our City Council to begin to open their

 4   eyes to the systematic racism people of color have

 5   been facing for years.

 6       And to begin to have conversations about this

 7   with the people.  But that is not enough.  The City

 8   Council needs to get their act together and for the

 9   first time begin to listen to the people who vote

10   them in and must defund and disarm the NYPD now.  Why

11   is defunding the NYPD not even indigent in the first

12   place?  I know we mentioned it in the meeting, but it

13   wasn't in the agenda.  What we demand is that we use

14   the money from the NYPD budget to invest in our Black

15   and Brown communities which are disproportionately

16   effected by police brutality.  We should do it by

17   investing in schools, public housing, health services

18   and a just recovery from COVID-19 and our communities

19   of color.

20       As a woman of color, born and raised in West

21   Harlem, I have witnessed friends and family be

22   targeted by police for the color of your skin and

23   there is no reason why the color of your skin should

24   be a crime.  This is a result of the systematic

25   racism of this country and issues like having NYPD
```

1

2  officers in schools.  This is why we demand that we

3  remove the NYPD from schools and invest in ensuring

4  that every school has a social worker.  We need to

5  end this serious abuse of children of color as

6  criminals.  The rallies and protests that we are

7  seeing in the streets are evident of a movement, a

8  peoples movement.  Where the people are demanding

9  that we end over policing, police violence and begin

10  to have elected officials that truly serve the people

11  and if you, the elected officials in City Council do

12  not want to take action and listen to the people,

13  then we, the people demand that you step down because

14  you are not doing your job and protecting the people.

15      We must defund the NYPD, this armed NYPD.  Take

16  the NYPD out of schools and abolish the NYPD now.

17  And these demands go to the Mayor Bill de Blasio as

18  well and if he is not going to listen, then he should

19  resign as well.  And to Commissioner Shea, you must

20  resign too.

21      Thank you for your time and I hope something can

22  get done soon.  Thank you.

23      COMMITTEE COUNSEL:  Thank you for your testimony.

24  We will now go back to Chair Richards.

25

1

2    CHAIRPERSON RICHARDS:  Thank you and I just want

3    to respond to — because I've heard this you know

4    several times today and you know, the City Council

5    meets on these issues.  I mean, I think we do

6    hearings twice a month and you know, I don't want to

7    come off defensive but you know, when you are

8    addressing a Black Chair who lives in South East

9    Queens and Far Rockaway, you know, we don't need to

10   be lectured.  I don't need to be lectured certainly

11   on the dangers of policing.  But what I will say is

12   that you know, this Committee has done a lot of work

13   around the gang database, the DNA database, the

14   marijuana reforms, those are all things we pushed the

15   Mayor and the Police Commissioner on when no one was

16   looking.  So, we welcome people to this conversation

17   now but this is work that has been being done

18   continuously for two and a half years, at least since

19   I've been Chair and it's not enough.  No one is

20   saying you can't destroy a system.  Listen, Black

21   folks like me have dealt with these issues for 400

22   years.  You can't dismantle a system in two and a

23   half years.

24   However, I think it's incumbent upon us now that

25   we have this momentum to work on these issues

COMMITTEE ON PUBLIC SAFETY                 284

1

2  collectively and to push the needle but these are not

3  new conversations.  I know everybody has arrived now

4  but these are not new conversations in the Council.

5  So, I just had to put that on the record and I also

6  wanted to just add that you know because I've heard a

7  lot around discipline, we pushed this Police

8  Commissioner back then Commissioner O'Neil to form a

9  blue ribbon panel around discipline.  Although my

10  bill today is not being heard on the disciplinary

11  matrix which is a big bill, which is now going to

12  mandate a standard around discipline in the police

13  department because right now, there is no

14  disciplinary framework in the department.

15      But I just want to, just caution people you know,

16  to go back and look at history.  Everything you are

17  talking about cutting the budget, we were talking

18  about this two months ago.  But unfortunately, it

19  took the uprisings and the unrest in George Floyd's

20  who is a martyr in my opinion, to really get every

21  body else to pay attention but don't stop marching.

22  We need you to continuously attend these hearings.

23  We do these hearings once or twice a month.  We get

24  the same people.

25

1

2    So, now that you are aware that the Council does

3  these things, we need you to show up and be

4  consistent.  Not just during the time when passions

5  are high, but when the cameras aren't looking.  Once

6  again, I threw Sean Bell's daughter her first

7  birthday party.  Alright, when he was killed by the

8  police.  He lived across the street from me.

9    So, these are things we live.  You know, I mean,

10 my dad and I, you don't think we got stopped by

11 detectives?  Of course, we did as well in our own

12 yard, asked why are we here.  So, we don't, you know,

13 I just want to caution people that we've been doing

14 this work and I'm not here to defend the Council and

15 say it's been enough but we've been doing this work

16 and now it's incumbent upon all of us to keep this

17 work going on the — carry this momentum as the city

18 reopens as well.

19    So, I just wanted to put that out there and I

20 appreciate your comments and we are certainly going

21 to take all suggestions and any suggestions but these

22 are things we have certainly been working on for a

23 few years.

24    Thank you.  Thank you, Dan.

25

COMMITTEE ON PUBLIC SAFETY          286

1

2   COMMITTEE COUNSEL:  Thank you Chair and thank you

3   for your testimony.  Next up will be Andre

4   Richardson, Brandon Nygard followed by Eric Yue.

5   SERGEANT AT ARMS:  Time starts now.

6   ANDRE RICHARDSON:  Thank you Mr. Chair.  Thank

7   you for the Council Members that are still here.  So,

8   just at the very baseline, the foundational document

9   that this country was founded on is not being

10  followed.  Hundreds if not thousands of New Yorkers

11  specifically Black New Yorkers have had their

12  constitutional rights repeatedly violated over the

13  last 16 days.  With little to no repercussions for

14  the NYPD and other law enforcement agencies that were

15  involved.

16  So, let me tell you what it's like to be a Black

17  man in New York.  So, being a Black man in New York

18  means in certain situations when the son goes down,

19  you are going to share your location with friends, so

20  they know where you are at all times.

21  Being a Black man in New York means, you are

22  going to avoid the NYPD at all costs, no matter what

23  that takes.  Being a Black man in New York means if

24  by chance you are pulled over by the NYPD, and you

25  are and you have the privilege I would say, to have

COMMITTEE ON PUBLIC SAFETY          287

1

2    some good attorney friends who will answer your call

3    at 12:00 in the morning.  You are going to call them

4    but you are already going to preempt them to say if I

5    ever call and you don't hear anything, just listen

6    and record if you can.

7         So, those are just three things because I know I

8    don't have a lot of time, but that's what it's like

9    to be a Black man in New York City, specifically in

10   Brownsville Brooklyn.  We know this country was not

11   designed with Black people in mind.  We are now

12   playing catch up to raise the awareness and the

13   attention of all people to say, yeah, we are actually

14   here and exist.  And folks think we're out here

15   fighting for equality.  We're not fighting for

16   equality.  We're fighting to stay alive.  Literally,

17   baseline, full stop.

18        The New York City Council and the Mayor has a

19   unique opportunity to do what America could not for

20   the last 244 years.  You can show Black America that

21   you care.  These reforms are a first step but we are

22   in a moment where we cannot afford steps.  We need to

23   be taking leaps and bounds.  We need to legislate;

24   you all need to legislate radically.  We need to be

25

```
                    COMMITTEE ON PUBLIC SAFETY          288
 1

 2   radically imaginative right now and do things that we

 3   thought were not possible.

 4       Because I can tell you, I'm in board rooms, I'm

 5   in meetings, and I'm also in the streets.  And there

 6   is an energy right now that I have never seen before

 7   in New York City.  And I can promise you that is

 8   going to be transferable to elections.  There are

 9   activists being grown by the hour.  These

10   conversations are happening by the hour.  I'm on the

11   phone with 80 year old's. I'm on the phone with 16

12   year old's.

13       And my mind is blown and they have raised my

14   level —

15       SERGEANT AT ARMS:  Time expired.

16       ANDRE RICHARDSON:  Enthusiasm and activism into a

17   way that I can promise you next year, we are all

18   going to see something for those of you who are

19   coming back.  We are going to see something that we

20   have never seen before in New York City elections.

21       Thank you.

22       COMMITTEE COUNSEL:  Thank you for your testimony.

23   Next up will be Brandon Nygard followed by Eric Yue,

24   followed by Tonya Finder.

25       SERGEANT AT ARMS:  Time starts now.
```

COMMITTEE ON PUBLIC SAFETY          289

1

2    BRANDON NYGARD:  Thanks Andre.  You may hear a

3    lot of these, their correlation leads to the truth.

4    So, I ask for fresh ears.

5    May 30th I was arrested, it's 9 pm on Bowery

6    behind the protest.  I was ripped from my bike and

7    pushed to the pavement.  I was punched in the face

8    until I was zip tied.  I had broken no laws, no

9    curfew was in effect, no warning, no rights read.  My

10   bike, not anymore, they replied.

11   Then a young Black man next to me was slammed to

12   the sidewalk.  Head bloody yelling, I'm done with

13   this country.  Placed onto a correction bus, masked

14   to wear taking from the prisoners, knowing all police

15   had no masks, two hours went by, the police checked

16   Facebook, played gambling games.  They asked each

17   other, whose body was whose.  Police mentioned, my

18   body cam is dead.  The other one said, mines dead at

19   7.  The bloody man next to me was losing

20   consciousness and the prison nurse said, it's a

21   concussion.  The police ignored her.  Ten minutes

22   later, he passed out and began shaking.  He was in a

23   seizure, pissed himself, body convulsing.  He was

24   carried out.  An officer said to a prisoner, he would

25   play call of duty later and shoot it out.

COMMITTEE ON PUBLIC SAFETY          290

1

2     In the packed cell, more than 70 people, people

3  repeating again and again, water, water.  It began to

4  smell like spaghetti.  A trans woman was on the

5  correction bus is now placed in the male cell.  When

6  they finally called her, she darted out of the cell

7  shaking.  For 4.5 hours I stood, I watched bloody

8  maced kids, elders, using toilet paper to appendage

9  their arms.  Police laughed when we asked, the phone

10 doesn't work.

11    Three hours into that, the man who experienced

12 the seizure was brought in half conscious.  5:05 my

13 name was called the arrest boy.  Nothing is on the

14 paper; they didn't even sign it.  These layers of

15 casual cruelty and form of brutality are

16 demoralizing, dangerous and predatory, these are

17 imperatives not suggestions.

18    You are civil servants.  We are your boss.  The

19 boss is where the money comes from.  We are charging

20 you.  Change is coming, you just multiplied your

21 opponents.

22    I yield my time.

23    COMMITTEE COUNSEL:  Thank you for your testimony.

24 Next up will be Eric Yue followed by Tonya Finder

25 followed by P Jenney Marashi.

COMMITTEE ON PUBLIC SAFETY           291

1

2      SERGEANT AT ARMS:  Time starts now.

3      ERIC YUE:  Hi, my name is Eric Yue, a born and

4   raised New Yorkers.  I have lived here all my life

5   and I have come here as someone who has witnessed and

6   been victim to the aggressive and violent use of

7   force by the NYPD this past week during the protest

8   in Manhattan.  As many of the people have already

9   spoken about.

10      In Midtown on June 3rd, the police had begun to

11   tail the peaceful protest walking south and began

12   violently arresting and tackling people to the ground

13   unprovoked.

14      Once I felt the wave of progression being enacted

15   by the police, I backed away fearing for my safety.

16   As I arrived at the end of the block, three officers

17   came from around the corner and tackled me off my

18   bike.  One using their baton on leg.  No warning was

19   issued just a complete tactic to enact brutality.

20      Upon being zip tied, I heard an officer order,

21   make it extra tight and the zip ties were then

22   tighten to the point where I couldn't feel my hands.

23   After pleading with the officers that I couldn't feel

24   my hands to which no one had scissors nearby, they

25

COMMITTEE ON PUBLIC SAFETY          292

1

2   let me suffer and I heard an officer say, look at him

3   shaking like a little bitch.  Who is shaking now?

4      After scissors were finally found, the zip ties

5   were on so tight that the blades began to dig into

6   nerves causing deep bruising and damage in my wrists.

7   We were then put in a windowless van for three to

8   four hours with no rights read and finally put in a

9   crowded jail cell with 20-25 people.  I left the

10  police station with numbness in my right leg and in

11  both of my hands and various bruises and scrapes

12  around my body.  To this day, you can still see the

13  scabbing in a zip tie pattern on my wrists.

14     As a born and raised New Yorker, this city is my

15  community.  What does the NYPD think will happen when

16  they continuously betray the communities trust?  I

17  remember Amadou Diallo as a kid, Eric Garners as a

18  young adult.  The story of police brutality,

19  violence, and systemic racism against Black and Brown

20  people in this city alone has been a disgusting story

21  at every single stage in my life.

22     But these aren't just new stories and news, these

23  are abstract individuated stories to be consumed and

24  refreshed every new cycle.  These are people's lives

25  violently ended and there are people that can be held

COMMITTEE ON PUBLIC SAFETY          293

1

2    accountable to their violent actions.  Listen to our

3    voices, the community has spoken and will not stop

4    speaking until we defund the police and actively hold

5    the police and politicians accountable.

6        To hear the Mayor, the Governor all lie through

7    their teeth, denying any wrongdoing by the NYPD is a

8    major betrayal of the public trust.  Listen to these

9    protestors stories, listen to the countless stories

10   of Black and Brown people in the city, in this

11   country and make a change.

12       Thank you.

13       COMMITTEE COUNSEL:  Thank you for your testimony.

14   Next up will be Tonya Finder followed by P. Jennie

15   Marashi, followed by Viveca K. Licata.

16       SERGEANT AT ARMS:  Time starts now.

17       TONYA FINDER:  Alright, first of all, I want to

18   give a shout out to the Council who has effectively

19   made this is a filibuster by overstepping their time

20   by three hours today.  We were supposed to be on at

21   noon and I also want to give a shout out to the NYPD

22   in the meeting who will not see this because they are

23   still not listening and I know this because I

24   checked.  I'm a little upset.

25

COMMITTEE ON PUBLIC SAFETY          294

On Friday May 29th, I attended a protest that
began at Barclay Center.  We peacefully marched
toward Bed Stuy when NYPD blocked off the street.
Officer seemed to be making arrests for no apparent
reason.  As I was standing in the road, I was bashed
in the head by an officer with a shield.  I have a
video of this moment though not of what is ensued.
50 or so officers formed a line across the road and
although there were hundreds of people behind us,
they moved forward in formation and violently hit us
back with their shields.  There was no way to
retreat; all 50 or so officers were using their baton
in a thrusting motion as in a stabbing motion aimed
at our internal organs in a line.

    I don't know if that is standard, but if it is, I
don't know what to say about that.  I've seen that
used multiple times.  At one point, I was nearly
pushed over ten feet into a stairwell.  The officers
attacking me, saw that I being pushed over, begged
them not to push me into it and continued to push me.
I luckily was pushed out of the way by fellow
protestors.

    Protestors were literally put together like
sardines.  NYPD wore no face masks, we were pepper

COMMITTEE ON PUBLIC SAFETY                295

1

2   sprayed and while my friend was leaning against a

3   wall, blinded by mace, a male officer ran up and

4   cracked her rib with a baton while she was blinded

5   and officers again, lined up ten feet from us after

6   we had been subdued and push back and after a few

7   minutes, they again ran at us without warning at full

8   speed, swinging batons.  I still cannot believe that

9   this was real life.  Unfortunately, this was just the

10  first of many assaults that I've experienced this

11  week.  I have not damaged any property.  I have not

12  broken any laws.  I have not hurt anyone or done

13  anything beside peacefully occupy the streets of my

14  city that I paid for dearly and this all took place

15  before 9 p.m. on Friday March 29th.

16      This has been the most horrific week of my life.

17  The events I experienced were not the acts of a few

18  bad cops but as an over armed and under trained

19  militia funded by our taxes to the tune of $6

20  billion.

21      Over and over while marching in many orderly

22  peaceful protests, I have seen NYPD take a calm crowd

23  and violently escalate the situation using

24  intimidation, pepper spray, batons, shields, and

25  bicycles to beat unarmed citizens, simply for

COMMITTEE ON PUBLIC SAFETY          296

1

2   occupying our own streets.  I have ministered first

3   aid to a man who was bleeding from multiple wounds

4   after being bludgeoned and thrown against the wall

5   and the pavement.  I have sheltered in the lobby of a

6   building with 20 other New Yorkers after our peaceful

7   protest was violently disbursed by the NYPD.

8       I personally saw those squad cars —

9       SERGEANT AT ARMS:  Time expired.

10       TONYA FINDER:  You know the one's.  Shout up

11   Sergeant Polite.  Over 40 people in my community were

12   arrested in one night and two were hospitalized.  I

13   have video of friends being kettled and beaten in the

14   head repeatedly while other officers blocked my means

15   of escape.  NYPD has no place in our city.  They

16   cannot alleviate the social problems that make up the

17   greater part of their job.  They can only respond

18   with force.  This force does not answer to anyone but

19   the police union itself.

20       I will never again feel safe on the streets of

21   New York or any other American city while this

22   violent fascist racist gang is loose on the public.

23   We need reparations now, first to the Black community

24   and to the city who has been bleeding for the NYPD

25   and we have returned nothing.  I have also been

COMMITTEE ON PUBLIC SAFETY                    297

1

2     working with jail support to outside of police

3     precincts to support the injured battered bruised

4     people who are coming out.  Their funds are being

5     detained.  Their funds are not being given back to

6     them.  They are being questioned by the FBI and the

7     DA and I'm not done yet, but I'll be done in a

8     second, so don't fucking cut me off, please officer

9     Sergeant Polite.  Because you are the only officer

10    that is still listening to this.  I have been since 7

11    a.m.  I logged in at 9 a.m. and every officer was off

12    of this call by 10:30 in the morning.

13        And during my time in jail support I have seen

14    the needs of the community.  Mental crisis, people on

15    the streets, the street population who need

16    toothpaste, food, water, just basic bottled water and

17    we as a community are giving that to them the best we

18    can through mutual aid, meanwhile $6 billion plus of

19    our money is going to the NYPD who is taunting us,

20    intimidating us even while were administering aid to

21    the community and they are just watching, sitting by

22    and watching.

23        So, that's where our money is going meanwhile,

24    New Yorkers who have already been hit hard by this

25    plague, not to mention the plague of the NYPD are

1

2  looking after each other for free.  So, I just want

3  to say a big fuck 12 and we are not going to stop

4  until you are gone forever and it might now happen

5  now and it might not happen in this decade, decade or

6  in my lifetime but your time is coming and you have

7  no place in our community and you are over.  You are

8  canceled.  I am done.

9     COMMITTEE COUNSEL:  Thank you for your testimony.

10 Next up will be P. Jenny Marashi followed by Viveca

11 K. Licata followed by Ximena Flores.

12    SERGEANT AT ARMS:  Time starts now.

13    P. JENNY MARASHI:  Chair Richards, everyone that

14 is here today, thank you so much for listening to my

15 testimony.  My name is Jenny Marashi; I am a Lawyer

16 with the Civil Rights Practice in the Bronx.

17    I am here because I represent victims of police

18 misconduct.  Thank you for hearing my testimony in

19 support of CCIT NYC's proposal.  The proposal was

20 created over the period of two years.  It was created

21 with the input of a steering committee of over a

22 dozen organizations and people each serving

23 communities impacted by the current NYPD response to

24 mental health issues.

25

```
                    COMMITTEE ON PUBLIC SAFETY          299

 1

 2        The massive energy effort and time of those

 3   involved in creating the proposal alone would have

 4   cost the city over $3 million.  And yet, just $3

 5   million is the entire cost per year to implement this

 6   project that provide 24/7 access to mental health

 7   teams in two of the most saturated precincts.

 8        $3 million is also the approximate amount the

 9   City of New York has paid in litigations brought by

10   me in representing my clients against the NYPD.  It

11   is not because of any strength or weakness in my or

12   opposing councils litigation strategy or the city's

13   hard stance in a no pay position on some civil rights

14   cases.  It is because officers in a majority of cases

15   are called to do something they have not been

16   properly trained to do.

17        About on third of my cases involve NYPD

18   interactions with people undergoing a mental health

19   crisis.  The NYPD policy for interacting with the

20   mentally ill is so fundamentally flawed, it leads to

21   devastating outcomes.  While I anticipated my

22   heartbreak overhearing my clients experiences and

23   everyone here today, something I had not anticipated

24   was just how sad I was becoming taking money from the

25   City of New York for these preventable cases.
```

COMMITTEE ON PUBLIC SAFETY          300

1

2      I wanted to find a solution to end the tragedy

3  occurring after NYPD responses.  I wanted to actually

4  help our city and its cycle of bleeding victims and

5  money, not just holding a cup under the leak.  And

6  that is why I got involved in the work of CCIT NYC.

7  I strongly believe that this proposal is a solution

8  for redirecting funds to a place where experts can

9  take on this public health issue.  To call in a

10  police force while someone is undergoing a mental

11  health crisis is shocking, it's reckless and it's

12  deliberately indifferent.  The City of New York and

13  its officers will continued to be sued and people

14  will continue to be arrested, get into the prison

15  system ill-equipped with mental health care, denied

16  medical treatment and even killed, 16 people in the

17  past four years alone.  Thousands of others have been

18  falsely arrested and beaten to a pulp.  Dozens have

19  committed suicide in precincts and prisons.

20      I know this because my colleagues and I have

21  represented them.  Even sitting across from my

22  adversaries from the corporation counsel to the

23  Comptrollers Bureau of Law and Adjustment, we have

24  had conversations wondering why isn't the city doing

25  something about NYPD's mental health response.

COMMITTEE ON PUBLIC SAFETY          301

1

2      Judges in federal and state courts have questions

3   this practice numerous time.  One even agreeing that

4   it sounds unconstitutional but here we still are.

5   You all have the power to actually make the change

6   that is needed here.  The CCIT NYC proposal

7   rightfully takes the responsibility —

8      SERGEANT AT ARMS:  Time expired.

9      P. JENNY MARASHI:  Away from the NYPD and places

10  it within the mental health community.  In turn, it

11  serves all New Yorkers including our young officers

12  who are not mental health professionals.  The CCIT

13  NYC proposal has been created by a dozen experts with

14  input from about 80 organizations, each with members

15  who live and work in our communities.

16     This proposal will provide those undergoing and

17  mental health crisis with a two percent to de-

18  escalate and to administer professional healthcare

19  and peer support.

20     Thank you.

21     COMMITTEE COUNSEL:  Thank you for your testimony.

22  Next up will be Viveca K. Licata followed by Ximena

23  Flores followed by Dereck Means.

24     SERGEANT AT ARMS:  Time starts now.

25

COMMITTEE ON PUBLIC SAFETY                302

1

2       VIVECA K. LICATA:  Hi, I'm Viveca; I'm a

3   transgender New Yorker.  I was at a protest on

4   Saturday May 30th and this was before the curfew had

5   been instilled.  We were in union square and around

6   4th Avenue and 14th Street and at some point, officers

7   began directing the crowd to move on to the

8   sidewalks, so we did do that.  We were then

9   barricaded onto the sidewalks.  After a few minutes,

10  officers passed the barricade and began chasing

11  people eastward on 14th street.  With no commands as

12  to why we were being moved off the sidewalk where we

13  were legally allowed to protest.  I witnessed people

14  being chased, crowds being chased down the subway

15  stairs by groups of police officers.

16      I witnessed people being beaten.  I personally

17  was being shoved in the back by an officer who told

18  me that I should be walking and I was walking, which

19  I responded to him.  He told me to walk faster.

20  After about a few minutes, there was space between

21  the wall of the officers and the group of protesters

22  who was walking away.  So, I turned around to face my

23  cardboard sign towards the cops.  I was still walking

24  away.

25

COMMITTEE ON PUBLIC SAFETY          303

1

2      After about 5 or 10 seconds, the same officer who

3   had been shoving me, grabbed his baton with both

4   hands like this and ran forward to charge me.  Hit me

5   in the chest, I fell backward onto the ground and my

6   head hit the cement.  I had minutes earlier decided

7   to put my bicycle helmet in the side of my backpack

8   and I believe that that's the only reason that I'm

9   able to be here speaking at this meeting today.

10      As I was leaning to get up from the ground, that

11   officer planted his foot onto my crotch.  I

12   especially after hearing Charlie's testimony earlier,

13   it is extremely infuriating to hear Council Member

14   Holden and the representatives of the NYPD who were

15   here previously referring to self defense against the

16   NYPD as a hate crime against the NYPD.  It shows you

17   how they feel about transgender New Yorkers and

18   obviously about people of color, about all New

19   Yorkers in general who don't just support them.

20      Yeah, I don't know what to say.  I am feeling

21   kind of emotional, so I would like to yield the rest

22   of my time.

23      Thank you everyone from the public who testified.

24

25

```
 1                COMMITTEE ON PUBLIC SAFETY        304

 2        COMMITTEE COUNSEL:  Thank you for your testimony.

 3   Next up will be Ximena Flores followed by Derek Means

 4   followed by Hallie rachilla Kendrick.

 5        SERGEANT AT ARMS:  Time starts now.

 6        XIMENA FLORES:  Hi, I am a Lawyer, a New Yorkers

 7   and completely repulsed by the militarization of my

 8   city.  I'm disgusted that the New York PD has left

 9   and side stepped accountability.

10        I have been here for close to seven hours and it

11   is not my job, nor do I get paid.  Chairman with all

12   due respect chastising us for not being here more

13   frequently, it does not mean that we don't care or

14   put in the work.  People are frustrated and they are

15   so for a reason.

16        I hope the NYPD and the Mayor's Office is further

17   admonished for leaving.  It is evident that they do

18   not care.  Going forward, I also implore the

19   committee to let the public go first.  These policies

20   are for us.

21        Thank you to the brave New Yorkers who have

22   spoken today.  I am appalled that the New York Police

23   Department continues to gaslight us and pretend that

24   the root of the problem is the public and not the

25   other way around.
```

COMMITTEE ON PUBLIC SAFETY          305

1

2    It is mindboggling that the NYPD thinks that

3  countering frustrations about police brutality should

4  be met with additional brutality.  If this is how

5  they act when the worlds eyes are on them, I shutter

6  to think how they act when the cameras are off.

7    The NYPD poses one of the most serious threats to

8  public safety.  So much so that millions have been

9  marching against them in the middle of a pandemic.

10  Over the past week, I've marched close to 50 miles

11  across the city and didn't see one act of violence

12  except at the hands of NYPD who came outfitted as

13  invading army and seemed excited to fight.

14    The NYPD does not respect its citizens.  I have

15  seen evil in their eyes and utter contempt for the

16  public.  I saw thousands of officers without masks,

17  to the point where I started video taping them and

18  asking them to put their mask on.  I'd say less than

19  5 percent wore them and it was abundantly clear that

20  this was not a shear coincidence.  This was a protest

21  of their own, an F-you to the public and additional

22  proof that the NYPD believes that they are above the

23  law and beyond reproach.

24    One officer came of the 13th precinct, responded

25  to my request to put on the mask that the coronavirus

COMMITTEE ON PUBLIC SAFETY                306

1

2   is a SYOPS and not to worry, we protect our own and

3   don't you forget it.

4       These six officers who were all together on a

5   corner while people kept on coming by, ridiculed me

6   as they told me to leave.  How is this serving and

7   protecting?  If the Department expects respect and

8   citizens to abide by rules and regulations, they must

9   be the first to do so, not the last.

10      I saw cops stealing bikes from unarmed peaceful

11  protestors with no reason or warrant.  One officer

12  shouted, your bike's mine now.  Most disturbingly, is

13  the violence and threats of violence.  These peaceful

14  marches were repeatedly kettled and attacked for no

15  reason, causing widespread panic stampede and

16  countless stories that you've heard today.  Time and

17  again, the NYPD turned completely peaceful situations

18  into war zones.

19      The first amendment protects freedom of speech,

20  assembly, and the right to petition the government

21  for redressing grievances which for avoidance of

22  death does not have a carve out, including time limit

23  or curfews.  This government should have a minimum —

24  rights are inalienable and not criminalize the public

25  with curfews and menacing actions and violence.

1

2    I saw hundreds of cops swirling batons.  At one

3    point —

4    SERGEANT AT ARMS:  Time expired.

5    XIMENA FLORES:  He was slapping his baton over

6    and over.  I asked him, what are you going to do, hit

7    me?  He laughed and shrugged his shoulders.  The

8    NYPD's comments and continued protections that

9    condone impunity and systemic abuse and racism are

10   reprehensible.  I've lost my trust in the police.

11   I literally hopped into a strangers car; against

12   all cautions I've ever been given to get a ride home

13   from a protest because of my fear for the police.  I

14   implore this committee to do more.  Think outside the

15   box, defund the police.

16   Camden was able to clean house because they know

17   that one bad apple rots the bunch.  The Commissioner

18   said he welcomes scrutiny on oversight, yet time and

19   again, we are here.  Why?  The NYPD self-policing and

20   surface level reforms are insufficient.  The

21   Commissioner stated that offices must be trusted to

22   use their training, yet that is the problem.  The New

23   York Police Department has lost public trust.  The

24   subjective amendments that are proposed, including

25   reasonableness and intentionality are the very thing

COMMITTEE ON PUBLIC SAFETY          308

1

2  that let criminal cops go.  They are not above the

3  law.  Stop drafting legislation that convinces them

4  they are.

5      Councilman Holden, you are attempt to shift the

6  focus and gaslight demonstrates that fail to see the

7  systemic problems that Black and Brown communities

8  face and undermines the pain and harm that these

9  communities feel.  You should be ashamed of yourself.

10  The government of New York City has failed its

11  people.  Black lives matter.

12      COMMITTEE COUNSEL:  Thank you for your testimony.

13      DEREK MEANS:  What happened?  Uh, oh, did you

14  freeze me?

15      COMMITTEE COUNSEL:  You may continue.  You may

16  begin.

17      DEREK MEANS:  Okay, oh, sorry.  Hi, I'm Derek.

18  There is a lot to say about the gaslighting and the

19  blatant lying by the NYPD representatives today. I

20  think it is disgusting, I am almost speechless.  The

21  stories from the Black and Brown people of the

22  treatment of the police have been horrifying and the

23  proposed $1 billion cuts over four years is

24  absolutely not enough.  That should be cut in half

25  today minimum and I'm going to talk about — I've been

COMMITTEE ON PUBLIC SAFETY          309

1

2   to six or seven protests over the past ten days and

3   every single one was peaceful until the police showed

4   up with their intimidation tactics and started to

5   attack us.  June 29th I was at Barclay center, the

6   crowd was in the streets, someone yelled allies to

7   the front and as I walked to the front of the line, I

8   witnessed police hitting a young Black woman with a

9   bike and batons over and over again as she fell to

10  the ground.  They were beating her on the ground and

11  then me and several other people around me, tried to

12  be body shields for her and one of the body shields

13  was a young Black man who then a cop in the back,

14  walked up with a baton and started beating him over

15  the back while screaming fuck you, so hard that the

16  baton snapped in half.  At which point, he continued

17  to beat this young man.

18      I eventually got peppers sprayed and got punched

19  in the face by another white cop from behind and got

20  let out of the crowd.

21      June 31st, I was again at Barclay Center, a group

22  marched across the Brooklyn bridge. As we got across

23  the bridge, the police started to trail about 3 feet

24  — 100 cops started to walk three feet from us,

25  rubbing their batons and looking out at us.  A young

```
                    COMMITTEE ON PUBLIC SAFETY          310
```

1

2   Black man stepped a little bit outside of group and

3   immediately got grabbed by the police, thrown on the

4   ground and started getting beaten.  He had done

5   nothing wrong; this was before the curfew happened,

6   he was just doing peaceful protests.  That night was

7   a mess.

8       Later in the night our large peaceful protest was

9   on our knees in the street, hands up saying hands up

10  don't shoot and the police rushed over the barricades

11  and started punching people in the face and the

12  batons military style assault.  I have several angles

13  of video; I've gathered this from Instagram accounts.

14  I, myself, got struck with a baton about 12 times and

15  about half those were while I was on the sidewalk.

16  This was also before curfew.  One of the cops struck

17  me with the baton screaming at me, did I want more of

18  that?  And that night ended for me when FDNY ladder

19  truck three tried to run over the crowd of protestors

20  three different occasions.

21      They nicknamed themselves RECON which says

22  enough.  June 2nd,I was at Stonewall vigil for Black

23  transwoman, after the vigil a march was led to Union

24  Square and at which point a large part of the group

25  went to the west side highway and marched south.

```
                    COMMITTEE ON PUBLIC SAFETY          311
```

1

2  With the intent to walk back to the Brooklyn bridge.

3  This was about —

4       SERGEANT AT ARMS:  Time expired.

5       DEREK MEANS:  Give me another minute because I

6  waited all day.

7       As we were marching south, the police started

8  blocking every single side of the west side highway

9  just before curfew and then our group got

10  notification that the MTA had been shut down.  There

11  was on subways and no cars out of the city and the

12  police kettled us on the west side highway and then

13  started to just grab people in the barricades and

14  attacking people.  This is the same group that then

15  got kettled again over the Brooklyn Bridge trying to

16  get home.

17      For the police to sit on this Council and lie to

18  your face and say that no kettling happened, that

19  it's never happened that the Brooklyn side was open

20  was a lie.  I was on the bridge; I saw the police on

21  both sides.  They are lying, they cannot be trusted

22  and they need to be defunded and abolished now, not

23  tomorrow but now.

24      Thank you.

25

COMMITTEE ON PUBLIC SAFETY          312

1

2    COMMITTEE COUNSEL:  Thank you for your testimony.

3    Next up will be Hallie Rachael Kendra — oh, I'm

4    sorry, next up will be Mattie Barber-Bockelman

5    followed by Josh Goldberg followed by Holly Gunder.

6        SERGEANT AT ARMS:  Time starts now.

7        MATTIE BARBER-BOCKELMAN:  Okay, I think — thank

8    you so much for allowing me the time to speak.  I

9    think that everything that has been said already is

10   more than enough and everybody has spoken so

11   passionately and beautifully and I am so grateful for

12   that.

13       I happened to appear in photo on the cover of the

14   New York Times on Saturday June 6th.  When I went out

15   to protest that day of the photograph, I had no idea

16   or intention of doing anything newsworthy.  I kept on

17   after the fact trying to tell people what happened

18   but didn't have the language to describe what the

19   cops did because it seemed so evil.  Trapping us in

20   and then beating us, kettling.  Now I know.

21       On June 3rd, I marched peacefully from Barclay

22   Center to Cadman Plaza as the city's curfew went into

23   effect.  At around 8:38 p.m., we were stopped in our

24   tracks as police in riot gear rushed in to bar us

25

COMMITTEE ON PUBLIC SAFETY          313

1

2   from walking any further.  Batons out, shields up,

3   helmets on, no masks though.

4       After cheering and standing and kneeling for

5   about 15 minutes, the crowd collectively decided to

6   turn around, go home, or at least away from the cops.

7   At that point, we realized we were surrounded.  Cops

8   had filed in behind and around us, there was no where

9   to go.  At this point, the cops who had first filed

10  in, started advancing on us moving us backwards

11  causing some of us to trip and fall and be at risk of

12  getting trampled.  Some people tried to run but only

13  to realize we were trapped.

14      At 9 p.m., something changed.  All of a sudden,

15  the rules were not the same and they began to beat

16  us.  I have video of the exact moment pictured on the

17  cover of the New York Times on Saturday June 6th.

18      That cop with the yellow sunglasses laid out the

19  guy who was on his knees with his hands up.  He used

20  his baton to push him forcefully in the face.  I

21  couldn't take it.  At that point I just started

22  screaming, stop it.  Stop hurting people.

23      We did nothing to provoke the violence, aside

24  from protesting the police violence.

25

COMMITTEE ON PUBLIC SAFETY          314

1

2      Other notes from this encounter, there was a

3  woman with a walker who could not move as fast as the

4  cops wanted her and who we tried to protect as she

5  found her daughter.  People were getting pushed to

6  the ground, including a cop who maybe was of the 300

7  you mentioned who were injured.  He was then helped

8  up by a group of protestors.

9      Some cops during the encounter were yelling hold

10  the line, hold the line.  Other cops were doing

11  absolutely nothing and some cops were not holding the

12  line, beating people, and pushing them on their

13  backs.

14      At one point, it was clear that the hold the line

15  order ended and they just went at us.  There were

16  also two White dudes specifically provoking cops

17  which didn't feel right to me.

18      When some of us finally escaped and they stopped

19  going after us, the skies were opening up.

20      SERGEANT AT ARMS:  Time expired.

21      MATTIE BARBER-BOCKELMAN:  Everyone was screaming

22  and yelling and asking if each other was okay.  Also,

23  later on that night, we did get stalked by the cops

24  while we were trying to return home safely but that's

25  another story.

COMMITTEE ON PUBLIC SAFETY        315

1

2    I had one more short thing to say.  I walked

3  away, I walked away free and largely unharmed.  I had

4  a tiny bruise on my ear.  I did not go out expecting

5  any of this.  I went out as a White person trying to

6  use my privilege to get in between cops and the Black

7  activists were doing the work right now.

8    I was also curious to see how they were going to

9  enforce curfew but could not have predicted this.  I

10  was fully in shock.  But again, I walked away free

11  and unharmed and that is not the daily reality of

12  Black people in this country and that is why I was

13  there in the first place.

14    Finally, again, almost no cops were wearing masks

15  and almost all protestors were.  Mine came down as I

16  screamed and I quickly pulled it back up.  We were

17  all being vigilant but the cops were not and these is

18  not excuse for not wearing a mask right now when you

19  are going out to protect people.

20    Thank you everybody especially the Admin person

21  who is doing all of this.

22    COMMITTEE COUNSEL:  Thank you very much for your

23  testimony.  Next up will be Josh Goldberg followed by

24  Holly Gunder followed by Sarah McEneaney.

25    SERGEANT AT ARMS:  Time starts now.

COMMITTEE ON PUBLIC SAFETY                316

1

2     JOSH GOLDBERG:  Hi, thanks to the Council for

3  having us and particularly to the people who already

4  spoken about the blatant violations of public trust

5  by the NYPD.  I've seen some of these beatings in

6  person and they are horrifying just to witness, let

7  alone to be a part of what was described.

8     The police officers action today, years of

9  systemic racism, heightened beatings the last few

10  weeks, completely ignoring public safety for

11  coronavirus, blatant gaslighting through this very

12  meeting, are absolutely unacceptable for public

13  servants of the law.

14     Officers need to be held accountable for their

15  actions.  This is not the kind of America we're

16  supposed to be trying to uphold.  The NYPD needs

17  public oversight and accountability, so that these

18  actions get prevented and stopped in the future.

19     Furthermore, I respectfully question the

20  effectiveness of this Council in enforcing it's one

21  time operations given that multiple members of the

22  NYPD have clearly and repeatedly lied to the Council

23  when asked direct questions.  Are they not under some

24  kind of oath?  Was that not some kind of perjury?

25

COMMITTEE ON PUBLIC SAFETY          317

1

2     I would have thought that when someone who is a

3   public servant lies to the New York City Council,

4   there is some kind of penalty for it, some sort of

5   penalization.  This is not some idiot racist

6   politicians Twitter feed.  If we can't work with

7   officers in good faith, we can't work with them

8   period.  There is no way that we can expect them to

9   improve their racist tactics over time if they can't

10   even negotiate or discuss with us like reasonable

11   human beings.

12     I would also like to remind Council Member Holden

13   and other supporters of the NYPD what the origin of

14   the phrase gaslighting is.  It's on a play in which

15   an abusive husband runs psychological manipulation on

16   his wife, to trick her into thinking that what is

17   real, isn't real.  It's an incredibly rude thing to

18   do and incredibly destructive way to act as a

19   politician.  You should be ashamed of yourself.  The

20   goal of your job is to uphold the laws of America to

21   prevent things like racism and inequalities and for

22   what?  Personal gain, you are trying to gain some

23   votes from cop supporters during now.  It is

24   ridiculous, you should be ashamed of yourself.

25

COMMITTEE ON PUBLIC SAFETY          318

1

2      That's all I have.  Thank you.  I seize the rest

3  of my time.

4      COMMITTEE COUNSEL:  Thank you for your testimony.

5  Next up will be Holly Gunder followed by Sarah

6  McEneaney followed by Jay Cologne.

7      SERGEANT AT ARMS:  Time starts now.

8      HOLLY GUNDER:  Hello, my name is Holly Gunder and

9  I am a resident of District 1 in Manhattan and first,

10  I'd like to personally apologize to all of my Black

11  and Brown neighbors here and everywhere for not

12  fighting personally this hard for you my whole life,

13  I am sorry.  And you have put in this fight, it is

14  time for all of us, every color, to join you in this

15  fight and I am sorry.

16      But now, I am here to share my personal

17  experiences and refute many of the statements

18  provided by the NYPD on this very call.  The NYPD,

19  who is no longer here on this call, to give us more

20  of their lies in defense.  With regards to the

21  Manhattan Bridge protest on Tuesday June 2nd, they

22  barricaded what several news stations estimated to be

23  thousands of protestors on the Manhattan bridge.  I

24  watched as they refused to allow them to cross on to

25  Canal Street.  According to my contacts on the

COMMITTEE ON PUBLIC SAFETY          319

1

2   Brooklyn side, there were police there as well.  How

3   were these peaceful protestors to know that the other

4   side on Brooklyn, would allow them to leave safely

5   since the Manhattan side had not.  They were given no

6   indication of this and the majority of officers were

7   not wearing masks and at least two of the officers

8   that I personally faced had their names and numbers

9   covered by their hand held transceivers.  A common

10  site in all nine protests in which I participated in

11  this far.

12      On Wednesday June 3rd, the next day, I was one of

13  about 200 peaceful protestors in New York City who

14  were arrested for violating curfew that night.  After

15  five hours of marching with no violence and no NYPD

16  reports of destruction of property, our group of

17  approximately 2,000 according to the NBC New York

18  estimate was broken apart and surrounded by police

19  between 50th and 51st streets on 3rd Avenue.  This

20  occurred at 9:02 p.m. according to my watch.  We

21  walked in peace, we kneeled in peace and despite all

22  of this, I still am a personal witness to police

23  brutality against my cooperative peers for violating

24  curfew by one hour.

25

COMMITTEE ON PUBLIC SAFETY          320

1

2      Immediately upon my arrest, I asked my officer

3  what I was being charged with and he stated

4  disorderly conduct and breaking curfew which was

5  later changed to just violation of the Mayor's

6  Executive order.

7      When police rushed us after 9 p.m. from both

8  sides of 3rd Avenue, I knelt with most others and we

9  all put our hands up and said, don't shoot.  I was

10  facing north on 3rd Avenue and a line of police in

11  riot gear on bikes formed a barricade in front of the

12  officers behind them in front of the protestors.

13      Again, there was no violence and no destruction

14  proceeding this.  I confirmed this with my arresting

15  officer immediately after being apprehended.  I also

16  asked him if he believed there was an issue in his

17  own institution.  If he saw the validity of these

18  protests and he said, I really can't answer that with

19  my camera on.

20      Though I was not physically harmed by my

21  arresting officer, and my heart aches for all of you

22  who have said that you have been, I witnessed police

23  shoving my fellow protestors that night and others.

24  This occurred during these arrests and in the rush

25  proceeding.  People on bikes were knocked over

COMMITTEE ON PUBLIC SAFETY                321

1

2   without being told to stop and my peers were

3   violently —

4        SERGEANT AT ARMS:  Time expired.

5        HOLLY GUNDER:  Thank you.

6        COMMITTEE COUNSEL:  Thank you for your testimony.

7   next up will be Sarah McEneaney followed by jay

8   Pallone followed by Miguel Rayos.

9        SERGEANT AT ARMS:  Time starts now.

10        SARAH MCENEANEY:  Hi, I am Sarah McEneaney; I

11   live in Brooklyn.  Thank you so much to all of the

12   Council Members who are still listening and thank you

13   to the Admin who is running this insane Zoom call.

14        So, over the past two weeks, I have witnessed the

15   NYPD treat unarmed protestors as if we are enemies in

16   a ground war.  I have witnessed my neighbors beaten,

17   pepper sprayed, arrested, and harassed without cause.

18        On Friday May 29th, the NYPD terrorized my block

19   in Clinton Hill Brooklyn.  They chased down and beat

20   my neighbors.  I was shoved to the ground by an

21   officer as I complied with his order to move off my

22   own sidewalk.  I was shoved so violently that I still

23   have a large bruise on my leg eleven days later.  And

24   that was mild compared to the treatment of my

25

COMMITTEE ON PUBLIC SAFETY          322

1

2   neighbors.  The officer did this one, without a mask

3   and two, as I filmed him.

4       On Wednesday June 3rd, I was at Cadman Plaza and

5   I also witnessed the NYPD beat and pepper spray

6   protestors as we retreated and ran away from them.

7   We were met by a wall of officers on the other side

8   of the plaza also primed to brutalize us.

9       Just last night at the Barclay Center I witnessed

10  NYPD violently arrest a young woman seemingly out of

11  nowhere and throw her to the ground.  This is how the

12  NYPD behaves when they know the world is watching.

13  They beat us with a smile on their faces.  They act

14  with impunity because our Governor, our Mayor, our

15  City Council allows them to.  How will any of your

16  proposed legislation change the behavior of a police

17  force that violently hates the citizens it supposedly

18  serves?  That gets off on terrorizing us.  That

19  admitted today in this meeting that they view their

20  own rules as loose guidelines to be followed at will.

21      How do you stop the NYPD from killing and

22  terrorizing Black and Brown New Yorkers?  Not through

23  these toothless measures.  Many of which have already

24  been enacted with no results.  You stop them by

25  defunding and dismantling the police.

```
 1              COMMITTEE ON PUBLIC SAFETY          323

 2        As of today, only 9 City Council Members have

 3    said they will vote no on the proposed FY21 budget.

 4    Thank you to those who have said they will vote no.

 5    To those who have not, respectfully, take your

 6    tongues off the boots of the NYPD and help the

 7    citizens you serve.

 8        I yield my time.

 9        COMMITTEE COUNSEL:  Thank you.  We will now go to

10    Council Member Menchaca.

11        COUNCIL MEMBER MENCHACA:  Hi, everyone, it's

12    almost five o'clock and I'm going to ask the question

13    again, is the NYPD present and/or the Mayor's Office

14    present to be listening to this testimony?  And as a

15    member of this Committee and you heard the Speaker

16    and the Chair, where are they?  Where are they?

17    Cameras on, where are you?  Okay, thank you.

18        COMMITTEE COUNSEL:  Thank you Council Member and

19    again, thank you to the members of the public who are

20    still here and we will be here as long as you are.

21    Everyone will have an opportunity to be heard and we

22    thank you for your patience on behalf of the entire

23    Committee.

24        Next up will be Jay Cologne followed by Miguel

25    Rayos followed by Michael Herbig.
```

```
                    COMMITTEE ON PUBLIC SAFETY          324
 1

 2      SERGEANT AT ARMS:  Time starts now.

 3      COMMITTEE COUNSEL:  Jay Cologne, are you there?

 4  Okay, we will come back.  Let's go to Miguel Rayos

 5  followed by Michael Herbig.

 6      SERGEANT AT ARMS:  Time starts now.

 7      MIGUEL RAYOS:  Can you hear me?

 8      SERGEANT AT ARMS:  Yes.

 9      MIGUEL RAYOS:  Thank you.  Good afternoon Chair

10  and members of the Committee.  My name is Miguel

11  Rayos Velasquez and I am currently a resident of

12  Crown Heights Brooklyn.

13      First off, I would like to thank all of my fellow

14  New Yorkers who have shared their stories, gut

15  wrenching as they have been.  I would like to share

16  some of my thoughts on this.  I think for me, its

17  been really hard to see so much of the violence

18  perpetrated by the NYPD.  There mission statement is

19  "to enhance the quality of life in New York City by

20  working in partnership with the community.  To

21  enforce the law, preserve peace, protect the people,

22  reduce fear and maintain order."  And recent videos

23  show a very different face of the NYPD.  We see

24  police officers who arbitrarily enforce the law at

25  their convenience, cause chaos, attack people,
```

COMMITTEE ON PUBLIC SAFETY                325

1

2   instigate terror and escalate conference at every

3   turn.

4       Not only that but we have seen them lie during

5   this specific meeting to us and we have seen them lie

6   to our faces on many, many occasions.  On many

7   different media, whether that be the radio shows that

8   they call in.  Their statements, the TV, their social

9   media, everywhere, it's all construed to be something

10  different then what it is.

11      To me the most unacceptable aspect of what is

12  happening is the asymmetry of power we have set up

13  between the police officers and the citizens that

14  they police.  Council Member Holden mentioned today

15  that we ask not to characterize the protest movement

16  by a few violent cases and he tried to extend this

17  same logic to the NYPD.  But there is an inherent

18  asymmetry there between armed police officers with

19  military grade equipment and peaceful citizens.  It

20  is not — it's a false equivalency and it is not

21  correct to say that it's the same kind of painting of

22  the situation.

23      I am here to urge you to decrease the budget of

24  the NYPD by at least $1 billion in this year and to

25  continue doing so every year.  Focusing on

COMMITTEE ON PUBLIC SAFETY            326

1

2   establishing civilian oversight structures, removing

3   barriers to reporting police misconduct, ending

4   police to minor broken windows offenses, ending

5   policing and stop or frisk and establishing

6   alternative approaches to mental health crisis.

7   Lowering the standard of proof for the Department of

8   Justice Civil Rights investigations of police

9   officers.  Establish standards and reporting of

10  police use of deadly force, and traffic related

11  police killings and dangerous high speed police

12  chases.  Monitor how police use force and proactively

13  hold officers accountable for excessive use of force.

14  And also, use federal funds to encourage independent

15  investigations and prosecutions.

16      SERGEANT AT ARMS:  Time expired.

17      MIGUEL RAYOS:  I will yield the rest of my time

18  but I would like to thank all of the previous New

19  Yorkers who have shared their stories.

20      COMMITTEE COUNSEL:  Thank you for your testimony.

21  We'll go to Michael Herbig followed by Jess La

22  Bombalera followed by Alexandria L. Lockhart.

23      SERGEANT AT ARMS:  Time starts now.

24      MICHAEL HERBIG:  Hi, my name is Michael Herbig.

25  I live in East Flatbush.  I just wanted to talk about

COMMITTEE ON PUBLIC SAFETY          327

1

2    pretty much more of the same.  I was at the Cadman

3    Plaza protests and you know, we've heard already what

4    happened there but basically while in the rain, after

5    the police attacked us and was completely surrounded

6    by multiple officers who continued beating me, while

7    I was in a fetal position screaming for them to stop.

8        And all of the other things that above been

9    described you know, of course they are not wearing

10   masks.  You know, of course they are covering their

11   badges, like that's not in question, only an idiot

12   would say otherwise.

13       And yeah, I'd just like to say that no one gives

14   a shit about these anti-chokehold measures and these

15   bills are ridiculous.  Any officer who is still today

16   an officer after seeing and participating in this, is

17   the type of officer we don't want on the streets.

18   They are all terrible and I think through defunding

19   the officers and representatives will see just how

20   unnecessary they really are and what a detriment

21   their entire life and career has been to real

22   progress.

23       So, thank you.  I yield my time.

24

25

COMMITTEE ON PUBLIC SAFETY          328

1

2     COMMITTEE COUNSEL:  Thank you for your testimony.

3  Next up will be Jess La Bombalera followed by

4  Alexandria L. Lockhart followed by Ben Goldfarb.

5     SERGEANT AT ARMS:  Time starts now.

6     JESS LA BOMBALERA:  Hey, can you all hear me?

7  Hello.

8     COMMITTEE COUNSEL:  We can hear you.

9     JESS LA BOMBALERA:  Okay, hey, I'm Jess La

10  Bombalera.  I'm here in El Barrio, East Harlem.  You

11  probably know this neighborhood because the Melissa

12  Mark-Viverito used to be the Speaker of your City

13  Council, sold my fucking neighborhood to developers

14  in gentrifies.

15     So, I got a couple of things to say and when you

16  all come on and tell me my times stops, get the fuck

17  out of here.  It's been seven hours not only did I

18  have to listen to these cops and not just the cops,

19  but to be honest with you all City Council Members,

20  you pose in like you oppose in them for your sound,

21  for your social media, for your via election

22  campaigns.  Get the fuck out of here, you have been

23  supporting the cops and the pandemic.  When the MTA

24  was strapped and you supported putting more cops on

25  the MTA.  Fuck out of here, we know where you are

1

2  coming from and we know what these little photo

3  opportunity bullshits are.

4    I also want to call out all these White New

5  Yorkers who waited four hours with us to be able to

6  speak and then did not yield their time to Black and

7  Brown, indigenous New Yorkers who thought that there

8  sense of, I thought cops was here to protect us but I

9  guess they are not.

10    Boy, you think that this sort of like shock and

11  empathy thing is the move.  Okay, so a couple of

12  things, you was talking about, Chair, you was talking

13  about moving against the gang database, what's up

14  with that?  Because the last I check, that's still

15  operating.  Last I checked, that's still up.

16    You talk about us to show up, been showing up in

17  all these neighborhood council meetings trying to

18  fight gentrification ain't nothing changed.

19    And then real quick, I want to talk about some of

20  my experiences in the Bronx on Thursday, so you know

21  you all heard from a few people who were there and

22  thank you much power to all my siblings who were

23  standing, you all know what it was right?  It was

24  lead by a group called Decolonize This Place.  The

25  NYPD is a colonial occupation force.  Let's be real

1

2  honest, you all know they are being trained by the

3  IDF.  They are trained in counter insurgency methods.

4      It is not a surprise or shock that they are using

5  counter insurgency methods against us in the Bronx,

6  Black and Brown people.  Right, and what happened,

7  saying they have no masks, it goes beyond that, they

8  were spitting, coughing, and sneezing on us directly

9  and saying, I have COVID, right.

10     Kettled us before the curfew, beating and shoving

11 us, inducing panic attacks, old people, children,

12 people in the neighborhood, being gassed.  Gas is a

13 dispersal method.  How the fuck are you going to gas

14 people when they are hemmed in?  On top of cars,

15 beating down on people's heads, zip tying us to the

16 point where our hands was turning purple, having us

17 on the bus.

18     And guess what happens when we get in there even

19 you know, some of the White girls who do get

20 arrested, in and out like nothing.  Guess who is

21 staying, guess who is standing outside in the rain

22 for hours zip tied, no water, no access to anything.

23     So, you all want to act shocked.  We can reform,

24 we can do this, vote people in, vote people out.  OH,

25 it's been that the last time there was a curfew in

COMMITTEE ON PUBLIC SAFETY          331

1

2  New York City, it was because Black people in Harlem

3  were standing up for one of our own being killed by

4  the NYPD and I do not want my great grandchildren out

5  here having to protest this same shit.

6      So, you know what it is.  You got to defund the

7  NYPD.  Not just defund it, abolish it.  Abolish the

8  police, the police are a colonial occupation force.

9  If this city is for us, the NYPD can't stay.  If it's

10 to protect all there gentrifies, all these corporate

11 interests, then you know what it is and you go ahead

12 and stay doing what you are doing and how the fuck

13 you trying to pass a load of laws to tell people to

14 follow the laws that are already there?  Like, do you

15 not feel foolish as hell?

16     So, yeah, you know, we're talking about

17 decolonizing this place, we're not stuttering.  We

18 know what it is and we know why that's threatening

19 the cops in a way that all these little you know

20 photo op type shits that Jumaane Williams is not to

21 the cops right.  That's not threatening.

22     So, come on man, like you all know what it is.

23 You know what it's about.  Stop playing games with

24 us.  Stop playing in our face.  To all the White

25

COMMITTEE ON PUBLIC SAFETY          332

1

2  people after me, yield your time to Black and Brown

3  people right, and stop playing in our faces.

4      That's it.

5      COMMITTEE COUNSEL:  Thank you for your testimony.

6  Next up will be Alexandria Lockhart, followed by Ben

7  Goldfarb followed by Madison Gardner.

8      SERGEANT AT ARMS:  Time starts now.

9      ALEXANDRIA LOCKHART:  Hello, can you hear me?

10     COMMITTEE COUNSEL:  Yes.

11     ALEXANDRIA LOCKHART:  Okay, great, I just want to

12  say that we are not asking anymore, we are demanding

13  that the NYPD should be defunded and dismantled.

14  This entire time that I've been on this call since

15  the beginning, I heard nothing but fucking lies from

16  the NYPD Commissioners that have decided to

17  participate.  There will never be peace or cohesion

18  between the community when the NYPD continued to lie

19  and sit there and not condemn the brutality their men

20  and women unleashed on protestors and continued to

21  unleash in communities of Black and Brown people.

22      Okay, you say that you know, they have said that

23  they are willing to listen to us but they are not

24  fucking listening.  They are not even on this call to

25  hear our grievances and our complaints.  This is not

1

2   the first time people have been speaking up against

3   police brutality.  We don't want fucking police.  We

4   don't want the NYPD.  We are against them.  We want

5   the NYPD to be defunded and then we want them to

6   eventually be dismantled.  It is absolutely

7   unnecessary and disgusting that the NYPD budget is $6

8   billion fucking.  We want police who engage in

9   excessive force and misconduct to be fired and then

10  prosecuted.

11      The only thing the NYPD and the people who

12  support the NYPD are committed to is continuing to

13  uphold racist policies and assist in the uphold White

14  supremacist values, especially when you consider the

15  origins of police and policing in America, which

16  stems from slavery.  The first police were slave

17  hunters.  Several billion dollars need to be removed

18  from the budget because I do not approve, nor am

19  comfortable that my tax dollars continue to go to

20  criminals who are disguised as police officers.

21      And let me just say, and I want to direct this to

22  Benjamin Tucker that I don't give a damn about police

23  cars being on fire that are paid with my fucking tax

24  dollars.  Okay, defund the police and get them out of

25  our schools and lastly, I would like address what

COMMITTEE ON PUBLIC SAFETY          334

1

2    Council Member Richards said to a previous caller.

3    You know, I understand where she was coming from.  I

4    understand where you were coming from but you know,

5    let's be honest here, okay, not all Black people in

6    political positions are in it for the betterment of

7    the Black community and Benjamin Tucker showed us

8    that today.  That you know, he is skin folk, he is

9    not keen folk and I yield my fucking time.

10   COMMITTEE COUNSEL:  Thank you for your testimony.

11   I believe Jay Cologne is back.  We will go to Jay

12   Cologne followed by Ben Goldfarb.

13   SERGEANT AT ARMS:  Starting time.

14   JAY COLOGNE:  Hello.  I want to keep this pretty

15   short.  Again, I want to echo the sentiments of other

16   people who have been on this call.  Where is the NYPD

17   and the Mayor's Office?  It's ridiculous they are not

18   here.  It's also ridiculous that we were forced to

19   listen to them before we listed to any of our public

20   testimonies.

21   For the Chairman who spoke earlier, I can

22   appreciate your personal experience and the work you

23   have done in the last two years but I find it

24   disrespectful to blame constituents for not showing

25   up.  People have been asking for change since Amadou

COMMITTEE ON PUBLIC SAFETY                335

1

2   Diallo and well before that.  What are you all doing

3   to raise visibility around these meetings?  It should

4   be way more than 100 or 200 folks who are in here.

5   Who has five plus, what are we eight hours now, who

6   has eight hours to sit in one of these meetings.

7       The communities who are most effected are most

8   likely at work all of these hours.  So, I would

9   pressure all of you to make these meetings much more

10  accessible.  Plan this on a weekend and give much

11  more notice to the communities that you want to show

12  up instead of blaming us for not being here.

13      Now, the real reason I'm on here is to ask, why

14  the use of the so-called lethal weapons are not part

15  of the legislation whether that's mace or gas

16  canisters during a pandemic which is attacking

17  respiratory systems.  The NYPD is using weapons that

18  cause permanent lung damage.

19      They are attacking people in highly vascular

20  areas, like the head causing bleeding, which is —

21  they were ripping masks off of protestors.  Why

22  weren't the precincts prepared with PPE for all these

23  mass arrests.  They had zip ties, they had all these

24  tanks, bikes, riot cops, but there were no masks, no

25  water, no supplies available.  Why were they taking

COMMITTEE ON PUBLIC SAFETY          336

1

2  30 to 40 minutes for the first ambulances to show up

3  on the scene?  And I'm speaking to what happened at

4  the Bronx.

5      The legislation that's being proposed here, I

6  think is kind of ridiculous.  This may have worked

7  years ago.  You guys are asking for the right to

8  record.  For more visibility on badges.  This may

9  have worked a few years ago, but I urge the New York

10  City Council to follow the steps of the Minneapolis

11  police, City Council, excuse me, in disbanding the

12  NYPD that $1 billion cut over four years is pretty

13  ridiculous, it should be half that budget this year

14  and continuing until it's completely disbanded.

15      That's all I have to say.  I yield the rest of my

16  time.

17      COMMITTEE COUNSEL:  Thank you for your testimony.

18  Next up will be Ben Goldfarb followed by Madison

19  Gardner followed by Marika Plater.

20      SERGEANT AT ARMS:  Starting time.

21      BEN GOLDFARB:  Hi, my name is Ben Goldfarb.  I am

22  just hear to report a very specific incident in which

23  the police violated my rights and also which they

24  used illegal force on two other people.  This

25  occurred June 1st at 12:15 a.m., so we were out on

```
                    COMMITTEE ON PUBLIC SAFETY          337
 1

 2   the night of May 31st and this occurred at June 1st.

 3   There was no curfew in effect yet at that time, so it

 4   was Sunday night slash early Monday morning.

 5       This occurred on 58th street between 5th and

 6   Madison Avenue right in front of the Apple store.  We

 7   had been following; my girlfriend and I had been

 8   following a march that we picked up around 34th

 9   Street and Harold Square and it had run up to 57th

10   Street and tried to go over by Trump Tower and was

11   forced up town and then east by police.  And we were

12   ready to go home because the marchers had passed 10

13   minutes before and we were on our way home and we

14   just noticed that a garbage can was on fire in front

15   of the apple store and we stopped to take a picture

16   of it.

17       The block was completely empty and quite other

18   than two other people who were doing the exact same

19   thing that we were doing, who happened to be a little

20   closer to the garbage can.  An African American and a

21   woman that he was with and they were just taking

22   picture of the garbage can, we were just talking.  We

23   stood there for 10 minutes.  You know, there was no

24   protests, there was nothing.  There was nobody on the

25   block, nothing was happening.  Right as we were about
```

1

2    to leave, we said good night.  Ironically, said be

3    safe and just seconds later, police then came

4    screaming down the block in the opposite, you know,

5    going against traffic.  Another unmarked police car

6    converged right on the spot where we were standing.

7        You know, it happened so fast, they just jumped

8    out of the car, yelled, get on the floor.  Not at me

9    but at the two other people.  Before they could even

10   move, they had already tackled them at least ten

11   cops, five cops each person without you know, without

12   saying anything about what they were supposedly doing

13   wrong.

14       Clearly, obviously, there was no weapons or

15   threat.  They just tackled them to the ground and I

16   started yelling.  They didn't do anything, they

17   didn't light this fire, we're just here taking

18   pictures.

19       The one police who was in a white shirt, turned

20   around looked at me, got up and started running

21   toward me with this baton out saying, also, I pulled

22   out my phone and I started to try to record and he

23   was running at me and he said, you got one second to

24   get out of here or you are next and you know, I

25   started backing away —

COMMITTEE ON PUBLIC SAFETY          339

1

2       SERGEANT AT ARMS:  I started backing away slowly

3   and he just, you know, he came at more, so I just ran

4   off.  I still don't know what happened to those two.

5   I really hope that they are okay and the only other

6   thing that I want to say is that Council Member

7   Holden was elected in 2017 and he is up for re-

8   election next year.

9       So, if anyone on this call in his district,

10  please run against him.  Obviously, we all know there

11  is no place for his kind of attitude on the New York

12  City Council in 2020 or ever.  And last thing is a

13  question for the Council Chair.  A lot of people

14  brought up the fact that all the police

15  representatives who were on this call in the

16  beginning don't seem to be listening or are gone, at

17  least ten plus that I counted that are still on the

18  call but not there.

19      Is there any mechanism by which the

20  representative of police are going to be forced to

21  witness this testimony or will this testimony be

22  released to the press?

23      In other words, are we just preaching to the

24  choir here or our testimony going to do anything?

25      Thank you.

COMMITTEE ON PUBLIC SAFETY          340

1

2      COMMITTEE COUNSEL:  We will now go to Sabrina

3  Zurkuhlen.

4      BEN GOLDFARB:  Answer my fucking question.

5      COMMITTEE COUNSEL:  Sabrina Zurkuhlen followed by

6  Helen Bolton followed by Anne Mattson.

7      SERGEANT AT ARMS:  Starting time.

8      SABRINA ZURKUHLEN:  Hi you all.  I have been

9  going back and forth to be honest about what I wanted

10 to share, as we all have been.  We've been sitting

11 for over five hours.  I missed the last day of school

12 of my students today because this shit is that

13 important.  And so, I have a sort of story to share

14 and I also want to echo Ben's question.  We're going

15 to keep literally sharing the stories about police

16 brutality and violence that's happened over this past

17 week and that has been happening literally forever.

18 What's the point of this if again, there is no

19 accountability in terms of actually listening,

20 actually sitting for this dialogue, having this

21 conversation.

22      So, anyways, I really appreciate and want to

23 thank everyone that stayed here for this whole time

24 and shared your truths and your stories.  And again,

25 mine is not really unique but I did want to make sure

COMMITTEE ON PUBLIC SAFETY            341

1

2   I was on the record as it's clear that the NYPD

3   intends to lie about the violence the police

4   inflicted on peaceful protestors this past week,

5   which is aligned with the normalized violence

6   inherent in the organizations that Black and

7   unmarginalized folks experience regularly.

8       NYPD turn your fucking cameras on.  Sergeants get

9   on the call.  You've been off all fucking day.  Shame

10  on you.

11      I was by at least two New York City Police

12  Officers last week on Tuesday June 2nd while I was

13  walking backwards with my hands up at a peaceful

14  protest on the west side high.  At about 7:55, we saw

15  a militarized unit of what looked like at least 100

16  officers start to march towards us.  You could hear

17  the officers saying hold, stay calm, they are not

18  doing anything.  The lack of control was tangible.

19  To my right, I saw a group of both white shirt and

20  blue shirt officers charge a group of peaceful

21  demonstrators without any provocation, two to three

22  officers literally per person beating everyone that

23  they caught with their batons, fists, feet.

24      As I continued to walk backwards, an officer

25  looked at me, pointed his baton at me and shouted,

```
 1              COMMITTEE ON PUBLIC SAFETY          342

 2   back the fuck up.  The tension, anger, violence,

 3   coming from the approaching line was honestly nothing

 4   I have every experienced before and I genuinely

 5   feared for my life in that moment.

 6       In a split second, the advancing officer charged

 7   at me forcefully knocked my phone out of my hands

 8   because I had the whole thing on video.  Hit me on

 9   the chest first with his baton and then beat me in my

10   arms and my upper body.  I don't know how many

11   officers attacked me as I was beaten by numerous

12   batons and violently thrown to the ground by more

13   than one man.

14       I ended up with one officer kneeling on my legs,

15   one officer sitting on my back and neck, trying to

16   cuff me and a white shirt officer yelling impossible

17   requests in my face.

18       Finally, I heard the officer in white say to his

19   men, okay, guys enough.

20       SERGEANT AT ARMS:  Time expired.

21       SABRINA ZURKUHLEN:  And I was dragged to the side

22   of the road.  I asked if I could have my phone back

23   and they said, yeah.  Yeah, right that shits gone.  I

24   honestly that's half of the fucking night.  That was

25   like 20 minutes of a 7½  hour ordeal.  It is just
```

COMMITTEE ON PUBLIC SAFETY          343

1

2  lies what we've been told in terms of the access to

3  PPE, the regard for human life.  Not only in terms of

4  violence but literally in terms of the global fucking

5  pandemic.

6      It is incredible to sit here and be lied to for

7  hours and hours and hours.  It is insulting.  It is

8  insulting.  I cannot tell you as a nurse, how

9  incredibly dangerous the Brooklyn detention was.  How

10  fucking false it was that any kind of PPE was

11  provided.  We were mocked at, laughed.  Officers

12  said, yeah right, COVID is fucking fake.

13      I can't tell you, the officers admitted to us how

14  ridiculous the entire situation was.  How they knew

15  nothing.  They kept saying over and over again, this

16  is a shit show.  They ran out of lockers to store

17  their firearms so they unloaded in a public space and

18  then piled their guns in the corner and then ushered

19  everybody out of this packed cell into then a process

20  that they knew nothing about.  It was incredible.

21      Again, I can go on as we all can but it's

22  insulting to sit here.  Everybody here knows that.

23  The problem is the people that don't got up and left

24  and that's okay.  So, again, I ask Ben's question,

25  who is going to hear this?  What is the

```
                    COMMITTEE ON PUBLIC SAFETY          344
```

1

2    accountability that we're going to actually get from

3    you all?

4       COMMITTEE COUNSEL:  Thank you for your testimony.

5    We're going to go back to Chair Richards who is going

6    to address that question.

7       CHAIRPERSON RICHARDS:  Thank you so much and

8    sorry to hear about your experience and sorry Ben,

9    prior to you I was muted.  I can't control my mute

10   function and anyway, we did not get to you but I'm

11   unmuted now and I just wanted to put out there that

12   you know, we don't put — and to you as well, I am so

13   sorry to hear of your experience, certainly.  We

14   don't have to depend on the NYPD.  We're the City

15   Council.  You know, we have the power to legislate,

16   we have a power to look at the budget and we can

17   respond that way.  Right, so I just want to put that

18   out there.  We don't have to get into tits for tats

19   with them for not being here.  We have the power to

20   do something about it, so we don't have to — I do

21   condemn them for not being here and listening,

22   certainly.  But my response would be through the

23   budget and through legislative measures.  And that's

24   the way we hold them accountable and that's the way

25   we'll continuously and continue to hold them

COMMITTEE ON PUBLIC SAFETY          345

1
2    accountable, even when they leave hearings.  This is
3    not the first time.  But you know, we — you know, I
4    can assure you, this Council will find a way to make
5    sure that they understand that your voices are heard.
6         So, I don't want anybody here today to think that
7    your voices are not being heard.  I committed to
8    being here all day.  You know, I think we're going on
9    hour eight.  We're here because we're committed.  I
10   can't speak for the NYPD but you should write the
11   Commissioner.  You should say, why didn't your people
12   stay for the Committee?
13        I don't work for the NYPD; I can't control the
14   NYPD but I can legislate them.  We can look at the
15   budget, so that's what we'll do.  so, I am sorry to
16   hear of your experience and I know that those
17   specific incidents never leave you, just like they
18   never leave us.
19        You know that fear becomes rampant forever, you
20   know, when you see a cop in your rearview mirror.
21   That fear is there.  So, we will use the power that
22   we have and that's the way we will respond for them
23   not being here as well.
24        COMMITTEE COUNSEL:  Thank you Chair.
25        CHAIRPERSON RICHARDS:  Thank you.

COMMITTEE ON PUBLIC SAFETY          346

1

2    COMMITTEE COUNSEL:  Next up will be Helen Bolton

3    followed by Anne Mattson followed by Sus Labowitz.

4    SERGEANT AT ARMS:  Starting time.

5    HELEN BOLTON:  Hello, my name is Helen Bolton and

6    I live in Brooklyn and we're a nonprofit.  In the

7    past few weeks, I, and thousands of other New Yorkers

8    have once again been in the streets engaging in

9    nonviolent civil disobedience to protest the racist

10   violence at the NYPD.

11   What I and other citizens have seen and

12   experienced consistently at these protests is that

13   the NYPD was engaging in a violent encounter protest

14   and police riot of its own.

15   What we saw consistently through over the past

16   couple weeks is that people engaging in their

17   protected first amendment rights to criticize the

18   police were beaten, kettled, and arrested in masked

19   while other New Yorkers were permitted to continue

20   going about their business that 8 p.m. as normal

21   provided that they were White and didn't say anything

22   to a cop.

23   On Friday May 29th, I, alongside thousands of

24   other New Yorkers just engaging in not and violent

25   civil disobedience.  Marching down Classen Avenue

COMMITTEE ON PUBLIC SAFETY          347

1

2     when NYPD began abruptly attempting to drive a police

3     van though the crowd to break it up.  An officer in

4     one of these vans, a class and equivalency rolled

5     down the window and sprayed the crowd

6     indiscriminately with pepper spray from inside.  When

7     I failed to move out of the way of another of these

8     vans, an NYPD officer suddenly charged me, screamed

9     at me to fucking move and shoved me to the ground so

10    hard that my shoe came off.  Neither he nor a single

11    one of the hundreds of other cops surrounding us

12    asked if I was okay which honestly thank God because

13    I wouldn't have wanted to be comforted by a cop then.

14    But neither of them criticized the officer which

15    shoved me either.  The only people I saw who did

16    either of those things were my fellow protestors.

17        Unfortunately, none of the bills put forward

18    today gives me confidence that the Council will be

19    ending this violent terror any time soon.  Look at

20    how this hearing has gone today.  All of them

21    directly lied to your faces, four hours about things

22    that you have seen with your own eyes and when the

23    their turn was done, they stayed dialed into the

24    call, so it looked like they were listening to us but

25

COMMITTEE ON PUBLIC SAFETY                 348

1

2   have clearly left as Council Member Menchaca has made

3   clear.

4        The people who would prefer to believe a

5   conspiracy theory that anarchies are traveling here

6   from California to attack the NYPD, rather than

7   except that the people of the city might have some

8   valid criticisms of their cops are not fringe actors.

9   I have now read the old segregation model that this

10  all just a bunch of outside — and the commissioner

11  and other leadership throughout the NYPD.  Even if

12  they did want to help, the Mayor and NYPD leadership

13  have also now repeatedly announced to the city that

14  they have told their officers to wear masks when they

15  are in public several times.

16       Making it incredibly obvious that they have no

17  real control over rank cops.  I'm in favor of

18  protecting citizens legal right to record the police

19  in public and am making police officers disciplinary

20  records public.

21       So, let's also not pretend that any of these

22  reforms will stop the police from being violent.  We

23  are here today because the police do not follow any

24  of these rules.  There is already an entire division

25  of the NYPD internal affairs, that exists just to

```
                    COMMITTEE ON PUBLIC SAFETY            349
```

1

2   police arrests of the NYPD.  Violence is the tools

3   that cops have violence is ultimately what they will

4   always turn to.

5       We don't want you to make it harder for the NYPD

6   to choke our neighbors by creating a new crime.

7   Ultimately redefining a system in which law

8   enforcement is still held up as the —

9       SERGEANT AT ARMS:  Time expired.

10      HELEN BOLTON:  And safety.  We don't want you to

11  tell cops that this time you really mean it.  When we

12  say defund the NYPD, we mean defund the NYPD.  Slash

13  their budget to zero, use the money to give

14  communities things they really need like housing,

15  healthcare, and education, not imagining friendlier

16  cops or sending out agencies like ACS to also

17  terrorize Black and Brown New Yorkers.  We want you

18  to defund and abolish the police and we mean it and

19  I'm done with my time.

20      COMMITTEE COUNSEL:  Thank you for your testimony.

21  Next up will be Anne Mattson followed by Sus Labowitz

22  followed by Alivia Levine.

23      SERGEANT AT ARMS:  Starting time.

24      ANNE MATTSON:  Hi, my name is Anne Mattson.  My

25  pronouns are she and her and I am a resident of

COMMITTEE ON PUBLIC SAFETY          350

1

2   Clinton Hill Brooklyn.  I don't have anything more

3   insightful or brilliant than the people who have come

4   before me, particularly the Black and Brown folks who

5   have spoken before me, so, so confidently and with

6   just so much power.  But I do want to discuss an

7   incident that I witnessed outside of my house on the

8   night of June 3rd at 10:30 p.m.

9       So, I was at home, I heard some chanting coming

10  from down the block and I opened my window, so that I

11  could chant along with the protestors.  They began to

12  turn right onto my block and suddenly some at the

13  back of the block began running.  It became quickly

14  apparent that the police were chasing the protestors

15  down the block, which has kind of a national choke

16  point to it.  Once the protestors reached that point,

17  the police started beating them with batons and

18  arrested at least three of them very, very violently.

19  There was a person on their fire escape who was

20  heckling the police.  Telling them that you know,

21  they really should get out of the neighborhood, they

22  should leave us alone.  And one of the police

23  officers said, come down here and see what happens to

24  you bitch.

25

COMMITTEE ON PUBLIC SAFETY          351

1

2      I really want to echo what everyone else has

3  said.  When we say defund the NYPD, we mean defund

4  the NYPD.  We should not take Comptroller Stringers

5  request for $1 billion over four years.  I think we

6  should take $1 billion or more now and I think that

7  we should, CM should vote against any budget that

8  does not significantly defund the NYPD.

9      That's all, I yield my time.

10      COMMITTEE COUNSEL:  Thank you for your testimony.

11  Next up will be Sus Labowitz followed by Olivia

12  Levine followed by Jesse Rose Krebs.

13      SERGEANT AT ARMS:  Starting time.

14      SUS LABOWITZ:  Hey, I'll be quick.  I think I had

15  more energy earlier but it's been — thank you for

16  everyone who has been speaking.  It's been really

17  awful to hear everyone's story and this has just been

18  such an awful couple of weeks and you know 400 years.

19      I was also at the Bronx on 64, it was horrific, I

20  have never seen anything like that before in my life.

21  That is going to live with me for a really, really

22  long time.  Something I want to address is the fact

23  that bike cops with their turtle shell uniforms, it

24  specifically covers their badges and there is no

25  accountability to those cops.

COMMITTEE ON PUBLIC SAFETY        352

1

2       If Chair Richards, if you want to do something

3   about this, make this illegal.  People who are armed

4   and have armor against unarmed civilians doesn't make

5   any sense.  It makes no sense whatsoever and we

6   should be going after Fox, Trek, Bell, for these

7   companies who are suppling these police officers with

8   these illegal armor.  It's completely outrageous.

9   Those cops who I have seen them over and over and

10  over again.  Every time they come out; they beat

11  civilians who have done nothing wrong.

12      There was no PPE in jail, there was no water,

13  there was no food.  They laughed at us when we talked

14  about COVID.  Everything everyone is saying is true.

15  I'm sorry, and then also to address the fact that

16  like as a trans person, the way that I was treated by

17  these officers, being called it.  Like not being able

18  to self-select with where I wanted to go.  It was

19  like, the fact that in New York you can have a third

20  gender options on your stupid ID but when it really

21  counts, like it doesn't fucking matter when you go

22  into a jail cell where you are not safe no matter

23  what.

24      The stories from my trans siblings today has been

25  so incredibly powerful, thank you to them.  It's just

COMMITTEE ON PUBLIC SAFETY        353

1

2  horrific what's been happening.  My family has been a

3  victim of a serious violent crime and I am for the

4  abolishment of the police and policing now.

5      I yield my time.

6      COMMITTEE COUNSEL:  Thank you for your testimony.

7  Next up will be Olivia Levine followed by Jesse Rose

8  Krebs followed by Andrea Ferguson.

9      SERGEANT AT ARMS:  Starting time.

10     OLIVIA LEVINE:  Hi there, my name is Olivia

11 Levine I am from Brooklyn New York.  I just want to

12 quickly speak to a specific experience I had on June

13 2nd.  My girlfriend and I were part of a protest that

14 moved from Bryant Park to Trump Tower where we were

15 not allowed to go.

16     So, then we moved further up town and at about

17 92nd and Madison it was 8:15, the police started

18 following us, then by 8:30, 8:40, so 30 minutes after

19 curfew, they began picking people off one by one from

20 the back of the crowd.  The gentleman to the right of

21 me was pulled by his backpack straps straight to the

22 ground, the gentlemen to the left of me was pulled

23 the ground and three cops started beating him.

24     So, the rest of us started kneeling peacefully

25 and one kid was cornered and was rammed into at full

```
                        COMMITTEE ON PUBLIC SAFETY        354
 1
 2    force by a police officer and then beaten by three
 3    others.  One gentleman who tried to speak out against
 4    this from happening, was then cornered by police
 5    officers.  Both of these gentleman were arrested,
 6    beaten by at least three to four cops with batons and
 7    walked away with their heads bleeding profusely.
 8        My partner and I along with many other folks
 9    remained kneeling and everyone was chanting peaceful
10    protests.  In fact, the leaders, the whole time had
11    made it a point to tell us not to ever agitate the
12    police, so we didn't and finally the police closed in
13    on us as we were kneeling and started pushing us all
14    back and they pushed us basically over a spiked tree
15    grate and we were so closely packed together that
16    thankfully none of us fell flat onto the grate.  But
17    all of us fell over the tree grate and we could have
18    been dangerously injured.  Thankfully, we weren't.
19    Then, as my partner and I walked away, I yelled to
20    the police to put on masks, which as everyone has
21    said, less than 5 percent of them were and a cop in a
22    white shirt yelled at me that I was an asshole and
23    told me to shut the fuck up.
24        So, again, this instance of police being really
25    brutal towards people, yeah, I think one last thing I
```

```
1              COMMITTEE ON PUBLIC SAFETY              355

2    want to mention is that other protests and when I

3    watched the news later that night were allowed to

4    last until 10:30 but I think that because of the

5    location and the fact that there was so little press,

6    on this protest we were attacked at 8:30.  And a

7    similar thing happed at Grand Army Plaza two days

8    later, when we got there because there was so much

9    press, the police allowed us to peacefully pass.  And

10   then about 20 minutes later, they started attacking

11   people and arresting people.

12        So, I think this is also a matter of like when

13   press covers things, it seems like the police want us

14   to peacefully pass and then when there is no press,

15   like all bets are off.

16        So, thank you.  I appreciate it.  Thank you so

17   much to everyone else that spoke.

18        COMMITTEE COUNSEL:  Thank you for your testimony.

19   Next up will be Jesse Rose Krebs followed by Andrea

20   Ferguson and Theodore    .

21        SERGEANT AT ARMS:  Starting time.

22        JESSE ROSE KREBS:  Hi, first of all, fuck the

23   police.  I just want to say, I'm a bartender.  I de-

24   escalate every single fucking day.  Like, huge fights

25   without violence.  If grown ass police officers can't
```

COMMITTEE ON PUBLIC SAFETY                356

1

2  do that, they are fucking useless.  The officer

3  earlier in this hearing and so many Councilman know

4  this, we were not given PPE when we were arrested.

5  Not at all.

6      I actually had my mask removed by my arresting

7  officer.  We were not given sanitizer or anything, we

8  were not even given soap to wash our hands at the

9  cells.  As for the peaceful protests, I will

10  reiterate, peaceful protests.  What is horrifying

11  about all of this is that nothing in this is

12  surprising.  The cops behaved exactly as they have

13  always been behaving.  It is fucking shameful that it

14  took a couple of white kids like me getting their

15  asses kicked for so many people to start taking

16  police brutality seriously, fucking shameful.

17      I could go on about happened.  I've been bruised

18  and bleed in the hands of police.  Friends who I have

19  that have been protesting have been bruised and bleed

20  in the hands of the police.  Black and Brown folks

21  have been murdered at the hands of the police.  I

22  watched officers drag a young Black man down the

23  street and beat him with batons for literally

24  nothing.  I have seen officers very literally target

25  Black and Brown protestors to the point of simply

```
1              COMMITTEE ON PUBLIC SAFETY          357

2    pushing White protestors out of the way to further

3    attack Black and Brown folks.

4        I have seen folks pepper sprayed and given no aid

5    until they are told to simply stand there and blink

6    it out while they were blinded, standing handcuffed.

7    I've had multiple officers beat me with bicycles and

8    batons.  They've picked me up and thrown me on the

9    pavement even when I was down, they continued to beat

10   me.

11       I've had the same officers make rude comments

12   about my body as I was being processed in jail.  I

13   have heard language of faggot and bitch used toward

14   us while standing for hours waiting for processing.

15   I saw my fellow protestors bleeding profusely from

16   head wounds, body wounds, receiving no care.  I've

17   seen them utilize zip ties as torture devices.

18   Tighten them so tight that several protestors almost

19   passed out and the police refused to cut them off.

20   There have been officers who have tried to brag White

21   protestors into not publishing videos of them

22   brutalizing Black and Brown bodies.

23       In all of these instances — the protestors were

24   peaceful.  We were placed in our society.  Defunding

25   is an excellent first step but let me make it very
```

COMMITTEE ON PUBLIC SAFETY          358

1

2  clear it is only the first step.  The resources of

3  this nation should be going to social work, de-

4  escalators, Black and Brown organizers, healthcare,

5  and mental health care.

6      I would like to finish off my statement by saying

7  disarm, defund, and abolish the police.

8      Thank you.

9  COMMITTEE COUNSEL:  Thank you.  Next up will be

10  Andrea Ferguson followed by Theodore Hanna followed

11  by Eamon O'Connor.

12      SERGEANT AT ARMS:  Starting time.

13      ANDREA FERGUSON:  Hi, my name is Andrea Ferguson;

14  I'm a resident of Brooklyn.  I just want to repeat

15  that it's ridiculous that the NYPD and the Mayor's

16  Office refused to be here while so many of us have

17  spent our entire day listening to what we already

18  know is true.  Like many others, I'd like to call out

19  Council Member Holden for somehow defending the NYPD

20  and trying to justify their brutality against us and

21  denying that racism exists in the NYPD.  I think that

22  was shameful and hope that he is aware that we are

23  all watching and he clearly doesn't speak for us.

24  And any other Council Members who don't stand up on

25  this issue are going to be called out and voted out.

COMMITTEE ON PUBLIC SAFETY          359

1

2      I originally submitted a written testimony about

3   the brutality that I faced in multiple peaceful

4   protests but after hearing all of the testimony

5   today, I feel really lucky that worse wasn't done to

6   me.  Which is a terrible sign about the state of our

7   public safety right now.

8      I'll just quickly echo I've been beaten on three

9   different incidents when officers trapped us as

10  peaceful protestors.  I was attacked with batons and

11  fists, they shoved me into the concrete, they pepper

12  sprayed me for no reason, like so many others in this

13  protest.  I still have bruises and scars but I can't

14  file a complaint because the cops hid their badge

15  numbers knowing that they can evade accountability

16  whenever they want to and it was being done from so

17  many officers at once that I wouldn't even know who

18  to complain about.  I'd like to acknowledge that

19  because I'm White and cisgender, I got off a lot

20  easier than many other folks and my heart goes out to

21  all of the people who are speaking today who have

22  gone through so much worse and have been dealing with

23  this system of brutality and hatred for so much

24  longer than I have.

25

COMMITTEE ON PUBLIC SAFETY          360

1

2    I saw the police laughing and rolling their eyes

3   when we chanted Black lives matter.  I saw them

4   specifically target Black and Brown people in the

5   crowds.  When I asked one officer, why are you

6   hurting us, his answer was because I fucking can.

7    I heard the cops calling women bitch and stupid

8   fucking bitch.  These officers are obviously not

9   equipped or motivated to handle all of these

10   situations that we put them in.  And all they know

11   how to do is use force on us and we are the people

12   who pay their salaries and we're not going to put up

13   with it.

14    I think all of the testimony that we've heard

15   today and the fact that the NYPD lied to our faces

16   earlier and then refused to listen to our concerns is

17   just more evidence on top of all the other ones we

18   have, that this system is inherently corrupt and it's

19   racist and I hope that you Council Members will hold

20   them accountable by taking the first step to

21   dismantle the NYPD.

22    While I thank you for the bills introduced today,

23   I don't think they are going to make much difference

24   in public safety. If all those officers are allowed

25   to keep their jobs and these attitudes continue in

COMMITTEE ON PUBLIC SAFETY          361

1

2   the department, they already have rules and they are

3   already supposed to hold themselves accountable and

4   they don't.

5       So, we need to dismantle the entire NYPD system

6   for any sort of real change to happen.  I'm asking

7   that every Council Member use your power —

8       SERGEANT AT ARMS:  Time expired.

9       ANDREA FERGUSON:  To vote no on any city budget

10  that does not very significantly cut the budget of

11  NYPD by at least $1 billion this year and use those

12  funds to support Black and Brown communities.

13      Thank you.

14      COMMITTEE COUNSEL:  Thank you.  Next up will be

15  Eamon O'Connor followed by Tim Race.

16      SERGEANT AT ARMS:  Starting time.

17      EAMON O'CONNOR:  My name is Eamon O'Connor he,

18  him and I am a White queer Brooklyn resident.  To the

19  Committee, I'll direct you to my written testimony

20  and footage from just two nights of violence I was

21  part of in Cadman Plaza in Williamsburg.  In the

22  meantime, I demand of you believe those of us on this

23  call today who have witnessed violence and protests.

24  Believe Black and Brown people who live in fear under

25  the eye and fist and gun of the police, not just this

COMMITTEE ON PUBLIC SAFETY          362

1

2    past week but every day in this city and every other

3    community across the country.

4        Be brave enough to defund and dismantle the NYPD

5    and be bold enough to reimagine.

6        I yield my time.

7        COMMITTEE COUNSEL:  Thank you for your testimony.

8    Next up will be Tim Race followed by Uriel Shlush-

9    Reyna followed by Michael Zurkuhlen.

10       SERGEANT AT ARMS:  Starting time.

11       TIM RACE:  Okay, thanks.  Hey guys, I'm Tim Race.

12   I'm going to keep it quick as well.  This hearing is

13   a farce.  Eight hours and the most important half of

14   it, we're only speaking to ourselves at this point.

15   That's a fucking disgrace.  Thank you to those who

16   have testified with your stories.  I wrote a whole

17   thing but it's all redundant.

18       So, I just want to say, I'm the son of police and

19   I think the police need to be defunded, dismantled.

20   Protect and serve is a fantasy.  I just want to

21   quickly say that the Atlantic Terminal Target was not

22   protected by police, it was protected by the

23   protestors themselves and I was on a bike that

24   cleared the traffic to the Manhattan Bridge incident

25   and one specific thing I want to point out about it

COMMITTEE ON PUBLIC SAFETY          363

1

2  is that the police that spoke to the people that were

3  leading the group, told us over and over again, they

4  were going to let us through.  It was psychological

5  and emotional abuse.  It's absolutely fucking, it's

6  fucking ridiculous.  I am so angry as all of us are.

7  I just want — here is my contact if any of you run

8  organizations that need a body, I have a car,

9  whatever if you need help with moving stuff.  Yeah, I

10  think that's it.  I yield my time.

11      Thank you.

12      COMMITTEE COUNSEL:  Thank you for your testimony.

13  Next up will be Tim Race followed by Uriel Shlush-

14  Reyna.  I'm sorry, next up will be Uriel Shlush-Reyna

15  followed by Michael Zurkuhlen followed by Daniel

16  Johnson.

17      URIEL SHLUSH-REYNA:  Can you hear me?

18      SERGEANT AT ARMS:  Starting time.

19      URIEL SHLUSH-REYNA:  My name is Uriel Shlush-

20  Reyna. I am indigenous, I am Hispanic.  First off,

21  I'd like to say how proud I am of everybody that's

22  been coming out and showing who we really are.  And

23  I'd also like to say I'm appalled at the volatile

24  lies we witnessed today from the NYPD regarding the

25  lack of knowledge and unaccountability.  I'm

COMMITTEE ON PUBLIC SAFETY          364

1

2    disgusted with their decision to not stick around and

3    hear us right now.

4        I'm here to testify what I witnessed and

5    experienced on June 4th in the Bronx.  We were

6    marching, chanting together.  We were trapped, we

7    were distracted so we couldn't see what was going on.

8    We were pushed.  As soon as eight o'clock hit, batons

9    and shield started knocking us over from the front

10   and sides.  We were knocked from the back, so we

11   would fall on top of each other while we were being

12   pepper sprayed.  Trying to save each other while we

13   were being attacked.  We were herded like lambs, no

14   where to go, even if we wanted to because we were

15   boxed in 15 minutes before curfew.  We could not

16   leave.  To the front to protect everyone.  They

17   grabbed everyone.  People were bleeding, beaten over

18   the heads for no reason.  They laughed, fist bumping

19   each other, sticking their tongues out at each other.

20       We were peaceful.  The NYPD is only proving us

21   right by continuing to respond to our pleas of

22   nonviolence with more violence.  We are outraged and

23   we've had enough.  You will not silence us.  We will

24   see change.  Black lives matter, Black trans lives

25   matter.  They are trying to scare and intimidate us

1
2   out of our rights and we won't let it happen anymore.
3   You must defund the police, demilitarize, dismantle,
4   $1 billion is not enough.  $6 billion is a place to
5   start.  Put it back into the communities.
6       Thank you.  Also, I want to add, that when I
7   received all of my — my backpack with my medical
8   supplies and water, my rape whistle was taken off of
9   my keys.  My rape whistle was taken from my keys.  I
10  was given to that by my father when I was 16 years
11  old.  That wasn't going anywhere.
12      Thank you.  We have to protect each other because
13  the NYPD is not here to protect us.
14      COMMITTEE COUNSEL:  Thank you for your testimony.
15  Next up will be Michael Zurkuhlen followed by Daniel
16  Johnson followed by Nadja Oerteit.
17      SERGEANT AT ARMS:  Starting time.
18      MICHAEL ZURKUHLEN:  I just want to say you all
19  are the New York.  You are New York.  I was with
20  Sabrina who spoke before.  I can confirm everything
21  she said.  For the record, I want to state two things
22  very specifically, three things.  I grabbed her phone
23  after she was tackled and it was intentionally ripped
24  out of my fingers while being detained.  There were
25  no badge numbers visible and body cameras worn by the

```
                  COMMITTEE ON PUBLIC SAFETY          366
```

 1

 2   police who were charging us and everything everyone

 3   has said about PPE is accurate.  There was none of it

 4   and no regard for public health.

 5       I yield my time.

 6       COMMITTEE COUNSEL:  Thank you for your testimony.

 7   Next up will be Daniel Johnson followed by Nadja

 8   Oerteit followed by Andrea Sofia Parejo.

 9       SERGEANT AT ARMS:  Starting time.

10       DANIEL JOHNSON:  Hello, can everyone hear me?

11   Okay, I'm going to start off by addressing Holden who

12   is ridiculous, you fucking boot licking sack of shit.

13   The mad man who murdered Ramos and Liu had no

14   affiliation with peaceful protestors or Black lives

15   matter.  To use your position of power to insinuate

16   that people peacefully protesting and telling the

17   truth about what the NYPD fucking did to them who

18   result in people murdering cops is a sick fear tactic

19   and is not going to silence people who just want to

20   say what fucking happened to them.  You piece of

21   shit.

22       Also, how many of the NYPD and the Council

23   Members have had their cameras turned off or left

24   when citizens started testifying?  We listened to

25   your fucking lies and your political pontificating

COMMITTEE ON PUBLIC SAFETY          367

1

2    and we fucking listen to you, why don't you listen to

3    us.  The citizens that got brutalized and beat up by

4    your fucking cops, you pieces of shit.  Are you such

5    spineless incompetent idiots that you won't even turn

6    on a fucking webcam and listen to your constituents.

7        A lot has been said about the NYPD ridiculous

8    actions of beating, attacking and brutally detaining

9    peaceful protestors and their regular racist action

10   in use of illegal maneuvers to murder or hurt New

11   Yorkers regularly for years.  I would like to use my

12   time to also call out the NYPD's ridiculous treatment

13   of national and local journalists who were fucking

14   reporting on this story.  We saw video after video

15   after video of police arresting and beating

16   journalists with their press passes clearly visible.

17   The NYPD doesn't seem to give two shits about the

18   firs amendment right of the free media and they

19   certainly don't give any shits about people's fucking

20   first amendment right to peacefully assemble and

21   speak truth of power.  Do the police even know the

22   fucking laws they are asked to enforce?  These

23   actions were an abusive of power and attack on the

24   free press and the people that we supposedly value in

25   our country and our fucking city.

COMMITTEE ON PUBLIC SAFETY          368

1

2      Even though local journalists are asked to cover

3   the city while their staff and resources are

4   depleted, I guess the NYPD and the Mayor think it's

5   appropriate to beat and arrest and prevent them from

6   doing their fucking jobs.

7      Without the hard work of our brave and local

8   reporters and local news organizations, many corrupt,

9   racist, and illegal actions by so-called fucking

10  public servants would go unchecked and unreported.

11  They do not deserve to be beaten and arrested for

12  doing their fucking job and people don't deserve to

13  beaten and arrested for fucking using their first

14  amendment fucking right.

15     What are you doing about this?  Members of the

16  Committee, what are you doing about this?  NYPD

17  representative, if you are still there, you've been

18  on mute and haven't had your cameras on the whole

19  fucking time.  Why are you allowing your cops to

20  attack journalists and peaceful protestors?  Mayor de

21  Blasio and Commissioner Shea, the two fucking cowards

22  who didn't even show up to defend themselves are a

23  disgrace and should resign immediately.  And we're

24  not even talking about Ramsey Orta who committed the

25  crime of taking video of cops killing Eric Garner and

COMMITTEE ON PUBLIC SAFETY          369

1

2   then harassed him for fucking years.  They put him in

3   prison.  For what?  For what?  For doing the right

4   thing and telling people that the cops fucking killed

5   an innocent man.

6       I yield my fucking time, go fuck yourselves.

7       COMMITTEE COUNSEL:  Thank you for your testimony.

8   next up will be Nadja Oerteit followed by sorry, one

9   moment, followed by Andrea Sophia  followed by john

10  mouth.

11      SERGEANT AT ARMS:  Starting time.

12      NADJA OERTEIT:  I want to thank all of the folks

13  who have testified.  This is traumatic for everyone

14  and I appreciate all of your voices and experiences.

15  I just want to have my testimony on the record for a

16  series of events that I witnessed and experienced.

17      On June 2nd, at 11:09 in Manhattan at the corner

18  of Wanamaker and Broadway, a peaceful procession of

19  protestors was making its way down Broadway.  We had

20  been attacked at the rear of the procession.  15

21  minutes earlier at 25th and Broadway where I was

22  beaten by police officer took my hands up and holding

23  my bike trying to walk and protect protestors walking

24  in front of me.  I witnessed them beat other

25  protestors and pull them from the back of the

COMMITTEE ON PUBLIC SAFETY        370

1

2  procession unprovoked.  They then attacked protestors

3  trying to record those arrests and get the names of

4  those who were arrested.

5      They hunted and tracked us to Wanamaker and

6  Broadway in gangs and in vans where the organizer of

7  the protest felt it was then safe to end the march,

8  so protestors could leave safely as we were near a

9  subway station.  We were at the train station and as

10  the organizer told folks to go home, the police

11  descended literally on the protestors and started to

12  shove them to the ground, beat them with clubs and

13  arrest those attempting to go to the subway station.

14  Teenagers, young people, all peaceful protestors had

15  their hands up, were trying to leave and were

16  arrested.

17      An undercover cop filmed the arrests of two young

18  Latino girls and turned to us four White people and

19  laughed and told us that it would be good experience

20  for them and that they would meet their husbands in

21  there.

22      As I called a lawyer to report their arrests,

23  police beat me and threw a small woman I was with to

24  the ground and shoved and beat many other protestors

25  with clubs.  This was while I was on the phone with

COMMITTEE ON PUBLIC SAFETY                371

1

2  legal assistance who heard and recorded the entire

3  incident.

4      I saw people bloody, bruised and shielding

5  themselves with their arms as police descended on

6  them with abandon.  Taunting and screaming at them

7  unmarked or poorly marked Kevlar wearing bike cops

8  threw their bikes at us and other protestors.  I

9  thought they were White nationalists because they had

10 no markings on them stating they were police or NYPD

11 and seemed to be working on their own accord.

12     I have bruises on my elbows and arms, torso and

13 legs from cops beating me as I was trying to leave

14 shielding myself and other protestors.  My bike was

15 broken as it was ripped from my hands and thrown into

16 the street as I was stating that I was leaving.  They

17 arrested anyone who was Brown or Black and left those

18 of us who were White aside.

19     They beat their batons on scaffolding threatening

20 and taunting protestors as they attempted to leave

21 the may lay.

22     I had witnessed this behavior by police on two

23 prior occasions before Tuesday June 2nd including

24 Friday May 29th at Barclays where police pepper

25 sprayed peaceful protestors and beat us for simply

```
                    COMMITTEE ON PUBLIC SAFETY           372

 1

 2    standing and protesting and on Saturday May 20th, in

 3    SoHo when police threw me to the ground and beat me

 4    for trying to film a violent arrest of an individual.

 5         After June 2nd at every demonstration I attended,

 6    I observed NYPD beating protestors with batons, night

 7    sticks or Billy clubs until they were bloody, thrown

 8    to the ground or fled from the police.

 9         In every instance, protestors had their hands up

10    and were pleading to be allowed to leave.  NYPD

11    understands very clearly what their role is, to

12    violently oppress.  They enjoy this role.  They know

13    that prosecution is impossible.

14         SERGEANT AT ARMS:  Time expired.

15         NADJA OERTEIT:  So that reforms are lip service

16    and thus they break laws with impunity.  They enjoy

17    what they do.  It's your moral responsibility as

18    Council Members to disarm, defund and abolish the

19    police.

20         Thank you.

21         COMMITTEE COUNSEL:  Thank you for your testimony.

22    Next up will be Andrea Sofia Parejo followed by John

23    Malf followed by David Moss.

24         SERGEANT AT ARMS:  Starting time.

25
```

COMMITTEE ON PUBLIC SAFETY          373

1

2      ANDREA SOFIA PAREJO:  What I witnessed was a

3   militarized response to a peaceful protest.  This was

4   on June 1st around 8:30 p.m. before the 11:00 p.m.

5   curfew in Midtown.  The NYPD attempted a trojan horse

6   strategy.  Then a cop car then an ambulance and a cop

7   car down towards the protestors and then driving

8   through their own barricades.  The protestors at this

9   point were on the sidewalk and following the NYPD

10  instructions.  The officers still poured out onto the

11  street and started charging at protestors while

12  swinging their batons.

13      I got hit in the face with one baton, no

14  instructions were given to me by the officer that hit

15  me.  This was 100 percent a premediating tact.  In

16  terms of PPE, the only officer I saw using a face

17  shield on this day was the one that pepper sprayed my

18  husband and I for asking for the badge number of the

19  assailant.  We were standing at least six feet away

20  from the sergeant on the scene.  We tried to approach

21  him and with my split lip and chipped tooth and he

22  pepper sprayed us.

23      To the City Council Members, the NYPD who so

24  charmingly walked away from this call, kept talking

25  about strict liability and the banning of chokeholds

COMMITTEE ON PUBLIC SAFETY                374

1

2   during the arrest when in the same call, they have

3   stated that the Patrol Guide is just a list of

4   recommendations.  We can no longer afford to

5   negotiate with this violent game.  They are

6   mercenaries with a for profit prison industry.  Not

7   only does the New York Penal Code already protect

8   police officers more than any other group, but the

9   procedure to hold police accountable is laughable at

10  best.

11      They have the audacity to ask the public to trust

12  them.  That the officers are being accountable for

13  police brutality while actively deploying war-like

14  strategies.  We must defund the police, as you have

15  consistently defunded public services.

16      I've worked in the human services sector of the

17  city and it is saddening to see that human services

18  are underfunded on the city's part.  These

19  organizations that you have been neglecting for years

20  are the exact organizations that should be equipped

21  and are well equipped to handle a response to mental

22  health housing, family, and countless other social

23  emergencies that multiple testimonials have already

24  identified.

25

COMMITTEE ON PUBLIC SAFETY          375

1

2     And also, this is bullshit that the public

3   hearing on police accountability, there is no one

4   from the NYPD.  They have been lying to us for hours

5   that the NYPD were not the aggressors and this so-

6   called democratic forum is a disgrace and yet,

7   perfect example of what is going on in the United

8   States.  Chair Richards, multiple people asked what

9   is going to come of our testimony, you suggested we

10  write letters to the Commissioners.  This is a joke.

11    Thank you, I yield my time.

12    COMMITTEE COUNSEL:  Thank you.  Next up will be

13  John Malf followed by David Moss followed by Dan —

14    SERGEANT AT ARMS:  Starting time.

15    JOHN MALF:  Yeah, thank you.  So, I've lived in

16  this city for over ten years and I really chose to

17  live here because we're supposed to be the leader of

18  this country and today, I am so disgusted and

19  embarrassed.  I had to sit here and listen to the

20  NYPD lie to us for over four hours today and they

21  obviously don't care about this issue.

22    Some of the Council Members here including

23  Council Member Holden, are on their side and that is

24  just absolutely outrageous.  As I watched the

25  Minneapolis City Council Committee to dismantle their

COMMITTEE ON PUBLIC SAFETY                 376

1

2  police department, we're just all simply asking these

3  Council Members here that we do so much more then pat

4  yourselves on the back for charging officers who

5  strangle people with misdemeanors.

6      First of all, I'd like to also thank and honor

7  the individuals who are sharing their traumatic

8  personal experiences with police brutality today.  I

9  have been out there every single day with the other

10 protestors for the past ten days and have watched our

11 men — look the other ways as our militarized police

12 force mace and beat peaceful protestors, arrest

13 essential workers doing their job — alongside ICE

14 agents in our streets and make BS statements to us

15 today.

16     I myself — the PD this last week but I probably

17 was left alone because I am White and was with a

18 group of White people.  It has become completely

19 clear that we need to defund our police force and

20 reallocate those resources to grossly underfunded

21 programs.  Divest money from policing in schools and

22 instead invest in schools.

23     Divest money from police in NYCHA and instead

24 invest in NYCHA.  Divest the money from police who

25

COMMITTEE ON PUBLIC SAFETY            377

1

2   are armed with assault weapons and invest in services

3   for our homeless population.

4       Instead, we spent all morning talking about table

5   stakes measures like banning chokeholds which won't

6   do anything to solve the issue and then listen for

7   hours while the NYPD lies to us.  We must defund and

8   disarm the NYPD and build a just society from the

9   ground up.

10      I yield my time.

11      COMMITTEE COUNSEL: Thank you for your testimony.

12  Next up will be Ricki Chapman followed by Jack Bruml

13  Norton, followed by Towaki Komatsu.

14      SERGEANT AT ARMS:  Starting time.

15      DAVID MOSS:  I believe you actually unmuted me

16  but I just wanted to say, as was said earlier, you

17  should really be taking the testimony of Black and

18  Brown people first.  So, I'm going to go ahead and

19  you know, ask you to call on me later on once you've

20  gotten that testimony from all of the people of color

21  here and also, please get rid of this insulting

22  timer.

23      Alright, I'll talk later.

24

25

COMMITTEE ON PUBLIC SAFETY          378

1

2    COMMITTEE COUNSEL:  Okay, my apologies.  We will

3    now go to Ricki Chatman followed by Jack Bruml Norton

4    followed by Towaki Komatsu followed by Aria Moller.

5    SERGEANT AT ARMS:  Starting time.

6    JACK BRUML NORTON:  This is me.  Okay, alright, I

7    didn't expect to be talking about this today but its

8    been a full day of emptiness from the other side

9    being City Council, being the NYPD.  It's pretty

10   horrifying to listen to a lot of it.  I am extremely

11   disappointed in the way that the webinar was

12   conducted.  This public discussion is supposed to be

13   about the people who have been brutalized by police

14   first and foremost.  Instead, you all spent four

15   hours and more asking self-fulfilling questions and

16   getting no real answers and in fact lies.

17   The NYPD, the NYPD, should have taken our

18   outcries and our experiences first before any City

19   Council Member.  They should have been forced to hear

20   us.  The fact that so many people already have been

21   absent when introduced, I'm talking about the

22   victims, absent went introduced, shows you that this

23   platform order has failed.

24   We the people have the energy and the firsthand

25   experience with these cops who have attacked us and I

COMMITTEE ON PUBLIC SAFETY                 379

1

2    believe you did all of us a disservice by selfishly

3    taking the platform first.

4        Even worse, you let the Deputy Commissioner leave

5    the discussion right when the public was about to

6    address them.  How could you let that happen?  We had

7    to listen to that disgusting representation of a City

8    Council Member name Robert Holden gaslight us.  You

9    gave him five minutes and gave us, the people, three

10   minutes.  Shame, shame, shame.  Your proposals so far

11   are anemic.  It you Council Members really care, the

12   first steps you should take is what we the people are

13   saying you should do.  I would out today and every

14   day peacefully protesting if I did not have a

15   concussion and told to stay home for at least ten

16   days to two weeks by the ER doctor at the Brooklyn

17   Hospital Center.

18       Deputy Commissioner Tucker was referring, this is

19   much earlier in the first hour or two, Deputy

20   Commissioner Tucker was referring to the death of

21   George Floyd as a shooting.  This just shows how

22   apathetic the police are in general, let alone the

23   Deputy Commissioner.

24       Amazingly, Commissioner Tucker topped that

25   disgusting comment by saying, "it's too hot for them

COMMITTEE ON PUBLIC SAFETY          380

1

2  or that they can't breathe" when asked why the cops

3  aren't wearing masks.  Unbelievable, laughable, and

4  disgusting.

5      Please City Council, take this advice to switch

6  the platform to the public first and not you.  Please

7  do better next time.  Let the people speak first.

8      SERGEANT AT ARMS:  Time expired.

9      JACK BRUML NORTON:  Force the cops to hear us, do

10  not let them off.  I came out here to discuss my

11  experience with a cop throwing me into the ground

12  headfirst, gushing blood from my head and then five

13  minutes later being arrested.

14      But this is more important because I believe

15  people have experienced so much more pain then I have

16  and that is all I have to say.

17      COMMITTEE COUNSEL:  Thank you for your testimony.

18  Next up will be Towaki Komatsu followed by Arial

19  Moller followed by Samantha G.

20      SERGEANT AT ARMS:  Starting time.

21      TOWAKI KOMATSU:  Okay, hi everyone.  I am Towaki

22  Komatsu, I have a federal lawsuit against the City

23  that dates back to April 2018.  I have testified

24  repeatedly in City Council hearings.  Donovan

25  Richards is totally useless.  So, with regards to all

COMMITTEE ON PUBLIC SAFETY               381

1

2  of the testimony that all of you have provided today,

3  I'm going to feed that into my federal lawsuit to

4  make sure that all of the testimony given today will

5  actually mean something.  I essentially have your

6  back.

7       In case you guys want to get involved, the case

8  number is 18CB3698.  My email address, I'll say it

9  slowly, towaki_komatsu@yahoo.com.  In the case

10 yesterday, fellow Judge Gabriel Gorenstein; he gave

11 me an extension until July 20th to further amend my

12 pleadings in the case.  So, with regards to what all

13 you guys have experienced over the last few weeks, if

14 you want to join my lawsuit as co-plaintiffs against

15 the city, against the NYPD, feel free.  I would be

16 glad to have you as part of the team.

17      With regards to the Mayor, he had a public

18 hearing on March 18, 2019.  I was illegally kicked

19 out of that public hearing by a member of NYPD

20 security detail.  One of the defense in my case is

21 head of security, Howard Redman, so Mr. Ades, there

22 was a public hearing on November 18th, last year by

23 Donovan Richards.  By law, the video of that hearing

24 was required to be on the internet three days

25 afterwards.  It took until January 7th of 2020 for it

COMMITTEE ON PUBLIC SAFETY          382

1

2   to be online.  In violation of New York City Charter

3   Session 1063.

4       So, I guess the message I have for all of you, is

5   if you can do me a favor, I'm a Navy Veteran, make

6   damn sure that Donovan Richards, he will never have

7   another job in politics after I guess he leaves the

8   City Council.  Make damn sure he is not going to be

9   the Queens Borough President.  Also, make damn sure

10  Richie Torres who kicked me out of the hearing on

11  November 13th last year, make damn sure he loses his

12  congressional race.

13      Again, my email address, anything you want,

14  videos, pleadings whatever, my email address is

15  towaki_komatsu@yahoo.com.  Also, Corey Johnson, I

16  testified to him on December 14th, 2017, twelve days

17  afterwards I was illegally stopped and frisked near

18  where I reside.  I kicked the shit out of the NYPD

19  mother fucker who stopped me on the streets.  I

20  exercise self-defense.  For all of you who don't know

21  it, self defense against the NYPD mob is legal.  So,

22  if a NYPD mother fucker touches you illegally, make

23  damn sure it is going to be his last touch.

24      And, so, yeah, in case whatever I guess question

25  you have just email me, I'll answer them fully,

COMMITTEE ON PUBLIC SAFETY          383

1

2   frankly.  And with regards to the press, don't trust

3   them.  I've reported all these issues to the press,

4   Laura Namios[SP?], Michael Garland, there were like

5   25.

6        SERGEANT AT ARMS:  Time expired.

7        TOWAKI KOMATSU:  There were 25 public forums, I

8   was illegally kept out of that while I was whistle

9   blower, while I had active litigation against the

10  city.  So, Donovan Richards, kiss my mother fucking

11  ass.

12       That's it.

13       COMMITTEE COUNSEL:  Thank you for your testimony.

14  Next up will be Samantha G., Kristina Coles[SP?],

15  Ziggy Leacock.

16       SERGEANT AT ARMS:  Starting time.

17       SAMANTHA G.:  Hi, first of all, I'd like to say

18  that I'm going to take my sweet ass time because I

19  actually have a diverse story.  First of all,

20  everyone who has spoken, especially people that have

21  been physically injured.  My heart is with you, that

22  is unacceptable.  That your live and your body was

23  harmed, not okay.  Alright, first of all, I owe no

24  thank you to any of you in power right now.  I'd also

25  like to say, if you are a Council Member and I see

COMMITTEE ON PUBLIC SAFETY                  384

1

2   you fucking smiling or yawning, I don't want to

3   fucking see it.  Show some endurance, it's your job.

4   Like every other fucking citizen right now showing

5   some stamina and endurance.  I've been here since

6   9:45 a.m., you don't think I have shit to do, you

7   don't think I have a life, it's your job.  I should

8   fucking run for a Council Member and show you how

9   it's fucking done.

10      I'm a fucking Brown woman living in New York

11   City.  I'm from Los Angeles, I've been here over ten

12   years.  You don't fuck with people like us, okay.

13   You are so lucky; the NYPD is so lucky Brown and

14   Black bodies don't want revenge right now.  You are

15   so lucky that we want justice, alright.  Chair

16   Richards, it is your job to listen to us.  It is your

17   job to let us speak first.

18      Today, we witnessed as a collective the voices of

19   blue bodies and voices still being the priority over

20   the fucking citizens of New York City and how dare

21   you give us two minutes.  The majority of the people

22   here have been waiting four plus hours alright.  Four

23   plus hours, and I witnessed the very definition of

24   white privilege.  You know who I want to thank?  I

25   want to thank Council Member Adams.  The only Black

```
                    COMMITTEE ON PUBLIC SAFETY          385
```

1

2  woman who gave up her time because she knew that

3  there were hundreds of people here to speak their

4  truth and our time and our voice was more important

5  than any of you White people telling us oh, racism

6  exists.  Yeah, it fucking exists.  What repetitive

7  conversation have I been listening to?  Unacceptable.

8      I was exhausted, I've been rewriting my testimony

9  over and over again and you know what, I'm fucking

10  fired up because I'm pissed off and it's not enough

11  to be angry.  Apparently, it's not enough to be

12  passionate, it's not enough to cry for fucking help.

13  Do your job, do better, it's not that fucking hard,

14  alright.  Here we go, I'm going to go with my

15  testimony.

16      On Saturday May 30th, Friday we saw at the

17  Barclay Center alright, what happened.  We saw people

18  come together.  The next day, Saturday, at 5 p.m.,

19  you want to tell me that the — you don't work for the

20  NYPD and you can't hold them accountable, I'm going

21  to give you some hard facts right now that you can

22  hold accountable.

23      5 p.m. on May 30th an NYPD helicopter used

24  military disperse type tactics on peaceful protestors

25  in the heart of Flatbush neighborhood Brooklyn.

1

2    Specifically, off the streets of Tilden and Bedford,

3    where the COVID testing site was being held in Sears

4    parking lot.  Our rally began around 1 p.m. closer to

5    the entrance of Prospect Park where we stood for a

6    few hours listening to speakers.  I was among the

7    crowd of hundreds of peaceful protesters and you know

8    what, I'm sick of fucking saying we're peaceful.  I'm

9    sick of it.  It should be implied that we've been

10   peaceful.

11       SERGEANT AT ARMS:  Time expired.

12       SAMANTHA G.:  It should be implied that people

13   are going out there.  No, I'm not done yet.  I'm not

14   done with this story because this is important.  This

15   is about an actual fucking helicopter that used

16   military things okay.

17       As one of this was the earlier protest taking

18   place in Brooklyn, we did not have specific Black

19   lives matter leaders leading the march.  I believe

20   the NYPD took advantage of the situation and

21   strategically led us down towards Tilden and Bedford,

22   where they quite literally heard and trapped us.

23   Now, we've seen across the nation what this strategy

24   is called, it's called kettling, alright.  I've heard

25

COMMITTEE ON PUBLIC SAFETY          387

1

2    many other protestors here; many other people here

3    speak about it.

4       The march attempted to move north of Bedford

5    where we were being blocked by the NYPD.  I then saw

6    with my own eyes, officers wearing blue riot gear

7    motioned to the marchers with their hands to turn

8    south on Bedford next to the Sears parking lot COVID

9    testing site.

10      Where again, there was no safe exit.  The crowd

11   began to fill in this space and put their hands up.

12   Suddenly an NYPD helicopter that had been tailing the

13   march began to come disturbingly close to the top of

14   the crowd.  We all assumed the helicopter was going

15   to possibly land in the Sears parking lot.  That's

16   how close it was to the top of these protestors

17   heads.  Instead, it came right above the crowd,

18   swooped down so low that the entire debris and trash

19   from the ground came rushing up on us so quickly and

20   violently, we had no idea what was happening.  The

21   helicopter then came down a second time and the crowd

22   collectively ducked.  Slowly protestors were able to

23   leave the area back north on Bedford, as did the

24   group I was with.  When we witnessed an

25   unidentifiable man with a purple backpack break a car

COMMITTEE ON PUBLIC SAFETY                388

1

2  window and run away.  What ensued next will forever

3  fucking haunt me.

4      We left the crowd and suddenly we counted

5  anywhere between 20 and 30 cop cars both marked and

6  unmarked begin flying down Bedford toward the crowd.

7  We knew of protestors that were then sprayed and

8  arrested.

9      I'd like to persistently state that this crowd

10  was peaceful.  But you know what, I'm just so fucking

11  sick of saying that we were peaceful and I will

12  repeat this, the NYPD is so lucky that people don't

13  want revenge because we are the better people.  We

14  are— love is greater than hate but people are tired.

15  People are so fucking tired.

16      I'm not done.  I've done my research on the very

17  fire and NYPD department codes.  There are actual

18  protocols and permits needed for a helicopter to

19  actually land.  So, please explain to me how

20  endangering a crowd is excusable.  Please explain to

21  me how the pilot lost control and dove into hundreds

22  of protestors, how that would have been excusable and

23  not viewed as attempted murder or murder or worse,

24  fucking bodies everywhere dead, if that helicopter

25  had crashed on us.  You don't deserve a thank you if

1

2    you are complicit or have done nothing but support

3    the NYPD lies.

4        We will vote you out and the people are stronger

5    than hate.  If you thought these protests were the

6    storm, that's just a fucking drizzle darlings, the

7    fucking storm is coming and we're not going to

8    fucking stop.  I'm not just here for the abolishment

9    of the police, I want their fucking toys taken away

10   from them.

11       Also, I've highlight, the fire department and

12   police department, these are their own rules, may

13   temporarily suspend or cancel the helicopter landing

14   operation if conditions exist that endanger public

15   safety.  They are breaking their own God damn rules.

16   You tell me how that makes sense.  You make the

17   change; I don't want to fucking hear excuses anymore

18   because we're coming fucking after you.

19       I yield my fucking time.

20       COMMITTEE COUNSEL:  Thank you for your testimony.

21   Next up is Ziggy Leacock followed by Tevin Grant

22   followed by Michael Nusbaum.  Ziggy Leacock.

23       SERGEANT AT ARMS:  Starting time.

24       ZIGGY LEACOCK:  Hello, my name is Ziggy Leacock;

25   I'm a lifelong resident of the South Bronx.  I live

1

2     in Mott Haven.  I attended the action on the 4th of

3     June that happened last weekend.  NYPD literally came

4     to that event to cause problems.  The entire action

5     went through the community and highlighted everyone

6     that was actually providing support to the people in

7     the neighborhood.  They tracked everyone 15 minutes

8     clear of 8:00 intentionally and then rained hell upon

9     them immediately at 8:00.  Immediately, there was no

10    delay, it was entirely a set up.  You had cops out

11    there beating people indiscriminately running up and

12    down the block calling people pussy's like they were

13    having a fight in high school.  It's entirely

14    unacceptable and this is par for the course.  I want

15    to know — there are no excuses for this, where it the

16    spine in the City Council.  It's not a new issue for

17    New York City, this is not knew.

18        Who does NYPD answer to?  They can't even hold

19    themselves accountable.  $1 billion over four years

20    is laughable.  $1 billion today is decent, 50-A being

21    repealed is decent.  We need to start clearing house

22    in that department.  The CCRB actually needs teeth to

23    remove officers by themselves. The NYPD cannot be

24    trusted to investigate themselves and there is

25

nothing else worth talking about for the rest of the
evening.

Find your spines or we will elect people from our
peer group to do the job for us.  Because everyone
that is currently in power is a joke.  You guys are a
joke.  I have never seen a group of adults that
didn't have any — my gosh you people are cowards.  My
God, de Blasio is a clown.  You let Shea and the SBA
and the police union get on TV in front of the public
and lie about the things that happen and you expect
people to trust you.  Get out of here, that's a joke.
That is a joke, but I'm glad that the peers that are
my age are activated now and maybe we'll actually
engage the system for real.  Because the people who
have been put before us to lead, clearly are unfit
for the job and that's all that needs to be said.

COMMITTEE COUNSEL:  Thank you very much.  Next up
will be Tevin Grant followed by Michael Nusbaum and
Matthew Gehring.

SERGEANT AT ARMS:  Starting time.

TEVIN GRANT:  Hello, I would like to say again
with Mr. Richard, Chair Richards, I'm surprised that
you asked the people where they've been and why they
aren't showing up for these hearings.  If this is the

COMMITTEE ON PUBLIC SAFETY          392

1

2    way the hearings are conducted, we've been here since

3    10:00, people have to go to work.  They have to feed

4    their families; they have to do other

5    responsibilities.  We can't take this time out of our

6    lives and come up to these hearings when we're not

7    even being heard by the people we're trying to speak

8    to.  I mean, it's disgraceful that the police walked

9    away but I'm not surprised.  I've been in this fight

10   for electric school buses and the same thing happened

11   with the DOE, they walked out right after they made

12   their speech and we gave them money to get electric

13   school buses and they didn't deliver.  Two years

14   later, you guys haven't passed the bill.  Why do we

15   expect you to pass the bill now?  I mean, these bills

16   are five years old, six years old, ten years old when

17   Garner was choked it was illegal to do chokeholds but

18   that didn't stop them.  You passed the bill and it

19   got watered down and now we're passing the bill

20   again.  Why should we believe that this bill is going

21   to make any difference?  We need some real action.

22       We had a clear example of what the blue line

23   means in Buffalo.  That incident in Buffalo where

24   that man got pushed down.  One officer did try to

25   help him up and another officer told him stop him and

COMMITTEE ON PUBLIC SAFETY          393

1

2    they just walked over the man as he was bleeding on

3    the ground and they went for the cameras.  They shut

4    the cameras down and moved the media out.  And what

5    happened, the public statement was that he tripped

6    and fell and this has happened over and over.  The

7    whole system protects the police.  You've seen it

8    from the top down today.  We heard all of the denials

9    about their wearing masks and the not corralling

10   people.  We've heard this from Abner Louima, there

11   were self-inflicted wounds.  Some people might not

12   know who he was but he was the guy that was assaulted

13   with a broom and while in police custody.  But you

14   know when the first events came out you know, sorry —

15       We all know that this has been going on.  This

16   has been going on when I was in high school.  We had

17   Rodney King and people took to the streets and

18   nothing happened.  And now again, we're taking to the

19   streets.  What do we expect to happen?  This is

20   known, I mean, the thing in Central Park with Ms.

21   Cooper, walking her dog.  You know, she threatened to

22   call the police because she knew what was going to

23   happen.  You guys know what is happening.  You guys

24   have not done anything.

25

COMMITTEE ON PUBLIC SAFETY          394

1

2    The police say they are there to protect and

3    serve but they have been proven to people of color to

4    punish and enslave.  That is their directive.  Their

5    training is how to control situations, not how to

6    diffuse it.  How many hours are they spending

7    learning tactics on how to take people down, how to

8    shoot people, how to restrain them, how to gas them?

9    Versus how many hours are they learning how to de-

10   escalate a situation.  I bet it's like three hours

11   maybe.

12       SERGEANT AT ARMS:  Time expired.

13       TEVIN GRANT:  One meeting.  There is no priority

14   on how to work with the people.  Their priority is

15   how to stop the people, control the people and no one

16   holds them accountable.  We're talking about the DA,

17   were talking about the Mayor, we're talking about

18   City Council, we're talking about everybody.  The

19   whole system has been corrupted and we have to break

20   the blue line.

21       If you don't, nothing is going to change.  We

22   need top down change.

23       Thank you.

24

25

COMMITTEE ON PUBLIC SAFETY          395

1

2      COMMITTEE COUNSEL:  Thank you very much for your

3  testimony.  Next up will be Michael Nusbaum followed

4  by Matthew Gehring followed by Johanna greasy.

5      SERGEANT AT ARMS:  Starting time.

6      MICHAEL NUSBAUM:  Hi, I'd like to go last please,

7  if that's okay.  I think there are other people that

8  need to speak more than me that should go first.

9      COMMITTEE COUNSEL:  That is fine we have another

10  person who has requested to go last as well but we

11  will move on.

12      Next up will be Matthew Gehring followed by

13  Johanna Griese followed by Jasmine S.

14      SERGEANT AT ARMS:  Starting time.

15      MATTHEW GEHRING:  Thank you. Thank you to

16  everyone who shared their powerful testimony here

17  today.  This is to the Sergeants on this Zoom who

18  still figured out a way to literally hide behind a

19  badge.

20      I'm Matthew Gehring of District 7 in Manhattan.

21  On Thursday June 4th, 2020, I was arrested while on

22  my own property.  Near 8:00 p.m. I was witness to six

23  kettled protestors being confronted by nearly 60

24  police officers.  As I stood on my front steps, I was

25  told I was being arrested for being outside past

COMMITTEE ON PUBLIC SAFETY                    396

1

2    curfew.  Again, I was on the steps of my

3    cooperatively owned building.  I was thrown over the

4    railing on my steps and was twice handcuffed even

5    though I did not resist arrest.

6        There is video of this arrest.  I was detained in

7    a police van alongside my wife, who was told to deal

8    with it snowflake by here arresting officer.  And a

9    delivery bike rider who is an essential worker

10   working at the time.

11       Not a single member of the police force was

12   wearing a mask.  I was placed in a cell with 15 men

13   with no provided PPE upon entry.  These are

14   unsanitary conditions.  The NYPD lied to you.  My

15   question to the NYPD is, who does this serve, who

16   does this protect?  What I experienced was

17   insignificant compared to the racialized

18   dehumanization of people of color in this city

19   happening still today and yet, I was still demeaned

20   and abused on the hands of a legalized mafia who act

21   with impunity, also known as the NYPD.

22       Do not talk about looting and rioting when your

23   actions are the same as criminals.  The only

24   difference is that you have military grade weapons

25   and a budget of $6 billion.

COMMITTEE ON PUBLIC SAFETY          397

1

2    The Commissioner said earlier in testimony that

3    it is unsafe to cut $1 billion off the budget.  We

4    say that it is unsafe for you to continue to

5    brutalize communities through our city and we will

6    cut your budget until you stop.  All we're saying is

7    stop killing our neighbors.  In your response, the

8    NYPD's response is ah, you know that's asking a lot.

9    The police need to be defunded.  I am privileged

10   and lucky.  I am a White man who is not concerned for

11   my life and my police encounter.  The same could not

12   be said about Eric Garner.  It takes the NYPD five

13   years to get a state sanction killer named Daniel

14   Pantaleo off your payroll.  What hope do we have that

15   you will reform yourself?  You won't.  The time for

16   adjustment and reform is over.  The time for excuses

17   is over.  The time for action is now.  Defund the

18   NYPD please.  De Blasio, you are a disappointment

19   moreover, a national embarrassment, please resign.

20   To reiterate my question, who do you serve?  Who

21   do you protect?  Because it sure as hell doesn't seem

22   like the people of New York City.  If you are scared

23   to face those who you oppress right now at this very

24   meeting, might I suggest that you heed your own

25   advice and deal with it snowflake.

COMMITTEE ON PUBLIC SAFETY          398

1

2    I yield my time.

3    COMMITTEE COUNSEL:  Thank you for your testimony.

4    Next up will be Johanna Griese followed by Jasmine S.

5    followed by Robert —

6    SERGEANT AT ARMS:  Starting time.

7    JOHANNA GRIESE:  Can you hear me?

8    COMMITTEE COUNSEL:  Yes.

9    JOHANNA GRIESE:  Well, hopefully you guys can

10   hear me.  I'm out and about because I promised to go

11   to a protest as well and since this is taking all

12   damn day —

13   I would agree, I appreciate all the Council

14   Members being here but I would agree that it would be

15   great if the public could speak first next time.

16   Just to add, obviously I haven't endured anything as

17   horrible as — thank you for sharing your stories but

18   the most shocking to me and obviously it's because of

19   my [INAUDIBLE 4:58:33] in a way but is the cops

20   without the masks people mentioned but I have gone up

21   to cops, a few of them and said, you know, very

22   politely, why aren't you wearing masks?  Is there a

23   reason for that and most ignored me.  One snickered

24   and then said, we're also doing social distancing.

25   And I'm like, I'm over six feet away from you.

COMMITTEE ON PUBLIC SAFETY                 399

1

2    Another said, I gave a mask to one of you.  And I

3    said, I have an extra, would you like it?  No.

4        This same cop I found out was an off duty retired

5    cop.  So, I don't even know why the NYPD is just

6    grabbing those people into this argument.  My friend

7    Laura Heywood asked the cops in the 10th precinct why

8    they don't wear a mask.  They said, they were over

9    it.  And I apologize, I'm not wearing a mask but I am

10   at least six feet away from people and I am being

11   very careful because I don't want to get anyone sick.

12       And basically, they said they are over it.  They

13   said as far as do you care about the protestors.

14   They said no, and the main reason I got into these

15   marching's.  I was afraid to considering COVID was

16   because of the fact that my friend told me she had to

17   stay in between cops and people of color from beating

18   them and that not, —it's got to stop already.

19       I don't know what else to say and I thank

20   everybody for speaking and especially thank you to

21   Carlos Menchaca for actually talking about Habeas

22   Corpus that nobody seems to really care about much.

23   It's very disturbing that it's been removed in this

24   city.  So, guys in the Council, please, please,

25   please, keep on that because that's so important.

COMMITTEE ON PUBLIC SAFETY          400

1

2      Thank you.  I yield my time.

3      COMMITTEE COUNSEL: Thank you for your testimony.

4  Next up will be Jasmine S. followed by Robert Chaney,

5  followed by Allie Holloway.

6      SERGEANT AT ARMS:  Starting time.

7      JASMINE S.:  Hi there.  I wish I had something

8  more to contribute then my rage and frustration.

9  Having to be on this call for over eight hours.

10     But unfortunately, I don't and unfortunately my

11  story is not unique to anyone else's.  Brutalized by

12  the police while being peaceful, pepper sprayed, in

13  jail in the most inhumane conditions.  I think

14  something that disturbed me most though are the

15  psychological assault that protestors have to deal

16  with both in the streets and while they are in jail.

17  And what's really unfortunate is that these assaults

18  come not only from officers who are White but they

19  come from officers of color who stand by and allow

20  these actions to happen.  And I think that that could

21  be something that's happening in the City Council

22  right now with the fact that you can't stand up and

23  do your job and protect people and defund the police

24  in the way that you should be if you have also

25  encountered these actions.

COMMITTEE ON PUBLIC SAFETY          401

1

2      Like, if you've gone through this in your own

3   life, I don't understand why you need to hear from

4   thousands of people year after year after year that

5   something needs to change.  We've already talked

6   about a lack of empathy.  It's your job to be

7   listening to us.

8      You shouldn't have to go through it in order to

9   make change.  We need to abolish the police.  You all

10   need to divest funds into the community where it

11   matters and you need to get your shit together.

12      That's all I have to say.  Thank you.

13      COMMITTEE COUNSEL:  Thank you and next up is

14   Jasmine S., followed by — I'm sorry, next up is

15   Robert Chaney followed by Allie Holloway followed by

16   Kathryn A. Parker.

17      SERGEANT AT ARMS:  Starting time.

18      ROBERT CHANEY:  I want to first thank and lift up

19   the fact that the trans and Black and Brown voices

20   that we've had so far.  I think what's very, very,

21   very, very clear from all of the testimony that's

22   happened here is that Black and Brown and Trans

23   bodies are being targeted by the NYPD for extra

24   brutalization.  I got brutalized too.

25

COMMITTEE ON PUBLIC SAFETY          402

1

2      On the night of June 4th, I was out with a group

3   of protestors in South Williamsburg.  We got kettled

4   at Pen and Wyatt and then I got beat up and I had a

5   whole story about how I got beat up.  But guess what,

6   I found out tonight, I got off easy.  Right, I had

7   cuts and bruises all over my body, I got off easy.

8      What is distinctively clear, is that the NYPD

9   based on the eight hours of, sorry, six hours of

10  stories we've been hearing now, because the first two

11  or so hours were taken up by the NYPD who doesn't

12  want to hear a word about anything else afterwards.

13     We've been sitting here for six and a half hours

14  listening to these stories that told us the same

15  thing over and over again.

16     The way the NYPD, I think Nadja was the first one

17  to say this, the way the NYPD operates is very clear.

18  They are not here to protect the people of New York.

19  It's not what they are here for.  They are here to

20  brutalize us when we stand up to say we want you to

21  be more accountable and that's all we've been — I

22  shouldn't say that's all we've — that's what people

23  have been asking.

24     We want to hold you guys accountable.  Why isn't

25  the NYPD allowed to be held accountable when they

COMMITTEE ON PUBLIC SAFETY          403

1

2    brutalize people?  And 50-A ain't shit.  Great, we

3    got passed that.  There is a billion other things we

4    got to do to make sure we can actually hold the —

5    sorry, there is not even a billion other things we

6    got to do, there is one thing.

7        Defund, disarm, and dismantle the police

8    apparatus as it operates today.  It is not there to

9    protect and serve.  It is there to batter and bruise

10   which is what this last six and a half hours has told

11   us.  It is there to batter and bruise, particularly

12   the bodies of people who don't look like me.

13       Yeah, I got a little taste, but it was just a

14   taste.  I was a White blip in a fucking ocean of dark

15   skin, bruises, blood, and death and that needs to

16   end.

17       I'm a teacher in Bushwick and it's a shame that

18   the NYPD isn't here anymore because really what I

19   wanted to do is I wanted to ask them these questions.

20   What do I tell them, my beautiful students, what do I

21   tell them when they ask me questions like, what is

22   going to happen to those officers who beat you up and

23   beat all the people, I'm going to be telling them

24   about.

25

COMMITTEE ON PUBLIC SAFETY          404

1

2      What is going to happen to those officers, they

3  are going to get in trouble aren't they?  What do I

4  tell my students?  When I have to tell them, no, they

5  are not gonna.  Nothing is going to happen to those

6  officers, even though they brutalize people.

7      What's going to happen when I tell my students

8  but mister, why do they always get away with this?

9  What am I going to tell my students?  Am I going to

10  tell them oh, don't worry about it, City Council is

11  working on it.

12      No, that's not what I'm going to tell them.  What

13  I am going to tell them is the hard truth of what

14  this Council —

15      SERGEANT AT ARMS:  Time expired.

16      ROBERT CHANEY:  Charade has shown.  And that hard

17  truth is, the world they want and the world that they

18  deserve, it doesn't exist yet.  They are going to

19  have to demand it.

20      Right, and it doesn't come easy.  It's called a

21  struggle because it's actually a struggle and all of

22  us are coming to make sure that world exists.

23      I yield my time.

24

25

COMMITTEE ON PUBLIC SAFETY          405

1

2    COMMITTEE COUNSEL:  Thank you.  Next up will be

3  Allie Holloway followed by Kathryn A. Parker followed

4  by Marie Deluca.

5    SERGEANT AT ARMS:  Time starts now.

6    ALLIE HOLLOWAY:  I will make this quick.  I was

7  arrested June 3rd, in downtown Brooklyn at Cadman

8  Plaza where the cops rush us while we were peacefully

9  protesting.  I was pushed down to the ground and I

10  was beat, bruised, I have shoulder injuries.  There

11  is a nice mark there for where a baton hit straight

12  on the shoulder.  That was last Wednesday, so however

13  many days and they are still there.

14    I didn't have an arresting officer because they

15  handed me off to two other officers while I was

16  handcuffed.  I asked a white shirt why I was able to

17  be arrested like that violently.  He called me a

18  bitch and shoved my face into the bus that I was

19  about to get on.

20    While I was waiting on that bus, Charlie, the

21  individual who testified earlier about a broken arm

22  was brough onto our bus.  And I can corroborate

23  everything they said.  The only reason why the

24  paramedics showed up for 20 minutes asking around, is

25  this the place with the person with the broken arm?

COMMITTEE ON PUBLIC SAFETY          406

1

2  Is this where we're supposed to be?  Until Charlie

3  screamed constantly for, I don't know, 10 minutes

4  before anyone paid attention.

5       They wouldn't remove their handcuffs the entire

6  time.  We could see the bone coming out of the skin.

7  And they said, they did not have the tool to get the

8  handcuffs off.  The tool, which is a wire cutter.

9  It's not a tool.

10      I went through the rest of it like everybody

11  else, went through processing blah blah blah, but

12  then I was taken into an interrogation room and

13  interviewed and I wasn't told why I was selected to

14  be interviewed and they told me that everyone was

15  being interviewed but everyone else in my group of

16  people who got arrested, there was only one other

17  girl that got interviewed and she was another

18  individual who had a large bump on the outside of her

19  head because she was slammed down to the ground when

20  she got arrested.

21      So, I don't know if they were just interviewing

22  the people who outwardly looked like they were

23  injured the most but there was no explanation as to

24  why I was interrogated for an hour.

25

COMMITTEE ON PUBLIC SAFETY          407

1

2      That's all I have to say.  This is a joke; we

3  should have been able to speak first and we're not

4  going to stop until this ends.

5      I yield my time.

6      COMMITTEE COUNSEL:  Thank you for your testimony.

7  Next up will be Kathryn A. Parker followed by Marie

8  Deluca followed by Alex Payne.

9      Oh, I'm sorry, one moment, before me move on, I

10  believe there is a Council Member — Council Member

11  Ampry-Samuel would you like to ask questions?

12      COUNCIL MEMBER AMPRY-SAMUEL:  Hi everyone.

13  Again, as I stated hours ago, when it was time for me

14  to ask a question that I stated then that I say what

15  I say and there was no reason for me to continue, let

16  the people speak.

17      But I do want to you know, just lend my voice.

18  The young woman just mentioned the experience of the

19  helicopters that came down and it kind of kicked up

20  some emotions in me because I will never forget

21  September of 1998 in Harlem being a young woman and

22  protesting police brutality and we had the million

23  youth march.  And at the end of that peaceful

24  protest, well again, we were protesting police

25  brutality against young Black people in New York

COMMITTEE ON PUBLIC SAFETY          408

1

2    City.  The cops decided under the order of Giuliani,

3    to harass us and then to attack us and this was in

4    September in Harlem of 1998 when the last speaker was

5    Khalid Muhammad.  And the helicopters came in and it

6    felt like if you put your hand up, it would get

7    snatched off.  And so, that was an experience like I

8    said in 1998 when I went and protested against police

9    brutality.  Oh, I see you.  I see you doctor; you was

10   there too.

11       And so, I just want to remind everyone that what

12   we've been experiencing over the past few weeks and

13   month is something that a lot of people have been

14   experiencing for decades.  And so, I am thankful for

15   the voices that are lending to what we've been

16   screaming about for a very long time.

17       And lastly, with the police officer Vincent

18   D'Andraia who was charged today.  The video of him

19   assaulting Dounya Zayer, that police officer that I

20   personally have had encounters with and have

21   complained against him to the Mayor and the Police

22   Commissioner and even as a Black educated elected

23   official in the New York City Council, even my voice

24   was pushed to the side.  And it was not until

25   everybody decided to raise up and protest and really

COMMITTEE ON PUBLIC SAFETY                409

1

2    light a fire in this city and for the video that we

3    all saw from last week, Friday, surfaced and went

4    viral is when we are hearing answers.  It is because

5    of what we're going through.

6        And so, I just wanted to mention that because I

7    don't want it to be lost that this is all of a

8    sudden.  You know I don't want it to be lost and I am

9    thankful for everybody's voice and we got to continue

10   to push.  I am elated and I am excited because now, I

11   feel like the voices who were not heard for the past

12   decades are finally being heard.

13       And so, I thank you for your energy and let's

14   continue this fight together because you do have some

15   serious fighters on the Council.

16       So, thank you so much for the time and keep

17   pushing and keep fighting and keep doing what you are

18   doing.

19       COMMITTEE COUNSEL:  Thank you Council Member.

20   Next up will be Kathryn A. Parker followed by Marie

21   Deluca followed by Alex Payne.

22       SERGEANT AT ARMS:  Time starts now.

23       KATHRYN A. PARKER:  Hi everyone.  My name is Kat

24   and I just wanted to relay two experiences and

25   neither of them are anywhere near as what so many of

COMMITTEE ON PUBLIC SAFETY          410

1

2    you have been experiencing and recounted.  And I just

3    — I am so grateful and thankful that everyone was so

4    brave to relay their experience and as painful as it

5    is, I think people need to hear.  I mean, I still

6    believe people need to hear things that happened to

7    Black people 100 year ago, 200 years ago, 300 years

8    ago, 400 years ago.  That's how long people have been

9    abused.

10        But basically, I wanted to make it very clear

11   that the protestors and the looters are not the same

12   people.  I live in SoHo; I've lived here for 12

13   years.  Last week, on Sunday night and Monday night,

14   I witnessed over ten hours of looting and I can say

15   definitively that these are not the same people.

16        So, that rhetoric I think is becoming tiresome.

17   It's used as a distraction as a way of intimidating

18   and I can tell you with my own eyes, I have

19   documentation that this is not the case.  The other

20   thing that I wanted to relay was the witness of three

21   extremely young Black individuals who could not have

22   been more than 13 or 14 years old who are arrested at

23   8:10 p.m. the night of the 8:00 p.m. curfew when so

24   many others were out at the same time.  They were not

25   given any opportunity to go home.  They were zip tied

COMMITTEE ON PUBLIC SAFETY          411

1

2    immediately.  The police officers who arrested them

3    were not wearing masks, where all these kids who had

4    skateboard with them were wearing masks.

5        I don't really have much more to say because I

6    feel like people have more important things to say

7    but I really am so deeply disturbed at a system that

8    would arrest who I observed as children when so many

9    other people were also out violating curfew.  I don't

10   even understand or begin to understand the reason why

11   these kids were taken away.

12       And the way that it happened was also very

13   aggressive.  This public hearing has basically just

14   supported every notion I have that the police are an

15   entity that is entirely out of control and exists to

16   terrorize those who are just trying to live and

17   exercise their constitutional rights.  And the

18   military tactics used are I think disgusting and I

19   believe that we have to do everything in our power to

20   stay informed, to talk to each other, to continue to

21   share these experiences.  Because I know that there

22   is a great amount of people out there in the world

23   who do not, are not paying attention and who believe

24   everything that is said to them.

25       Thank you.

COMMITTEE ON PUBLIC SAFETY          412

1

2    COMMITTEE COUNSEL:  Thank you for your testimony.

3  Next up will be Marie Deluca followed by Alex Payne,

4  followed by Mads Shiver.

5    SERGEANT AT ARMS:  Time starts now.

6    MARIE DELUCA:  Hi, I would also like to be moved

7  to the back of the list, so other folks can speak

8  before me.  Thank you.

9    COMMITTEE COUNSEL:  Okay, next up will be Alex

10  Payne followed by Mads Shiver followed by Cici Mayer.

11    SERGEANT AT ARMS:  Time starts now.

12    ALEX PAYNE:  I'll do the same and move to the end

13  of the list.

14    COMMITTEE COUNSEL:  Thank you to everyone who is

15  deferring to others.  I should let you know that we

16  are getting relatively close to the end.  So, we are

17  going to be coming back to you very soon.  We

18  probably have about ten names left and pretty soon we

19  will ask — I will read the list of the names that are

20  remaining and ask anyone who we don't have on our

21  list to raise their hand but for now, the next person

22  up will be Mads Shiver, Cici Mayer followed by Nina

23  Jang.

24    SERGEANT AT ARMS:  Time starts now.

25

COMMITTEE ON PUBLIC SAFETY          413

1

2    MADS SHIVER:  You can also move me to the end of

3    the list.  Can you hear me?

4    COMMITTEE COUNSEL:  Yes.  Next up will be Cici

5    Mayer.

6    SERGEANT AT ARMS:  Time starts now.

7    CICI MAYER:  Can you hear me?  Hello?  Yeah, okay

8    great.  My name is Crystal.  Most of my testimony

9    today is about my experience with the police before

10   the recent national attacks from them.  I have been

11   experiencing harassment and abuse from White

12   perpetrators in my neighborhood for the past four

13   years.  Calling the police for help during every

14   attack has only added further to my anxiety and

15   trauma to those already traumatic and frightening

16   instances that still continue.

17   For context, the type of abuse and harassment I

18   have experienced from my abusers have been but is not

19   limited to being surveilled, stalked, accosted by

20   multiple men at my buildings entrance, inside my

21   building in the hallway, sexually harassed, had a

22   feces left on my door, had my door jammed shut and

23   rendered unusable, had my mail stolen.  My trash gone

24   through, had men yell at me in the streets and in my

25   hallway.  Doors banged on and kicked throughout the

COMMITTEE ON PUBLIC SAFETY          414

1

2  day and night.  I've been called a spick, a whore, a

3  slut, threatened, told I was going to get what's

4  coming to me.  Told I shouldn't feel safe in my

5  neighborhood etc., etc.

6      In response to my 911 calls, I've been asked by

7  multiple police officers what I was wearing and what

8  I did to insight this harassment, sexual harassment.

9  I've been denied incident reports against my

10 harassers because my testimony and the testimony of

11 my witness "were not credible evidence."

12     When I began recording the constant abuse and

13 complaining for officers, they told me that it didn't

14 count because they themselves did not witness any

15 crimes taking place.  Keep in mind that they show up

16 anywhere between 45 minutes to six hours after I

17 called them for help and that's 911.  Many times,

18 they don't show up at all.

19     I've interacted with probably 100 officers that

20 I've reported this harassment to in the last four

21 years. I'd say about 96 percent of them spoke down to

22 me, treated me like a criminal, condescended me,

23 didn't believe my witnesses and I and/or refused to

24 review my evidence.

25

COMMITTEE ON PUBLIC SAFETY          415

1

2      I once asked to speak to a higher ranking

3  officer.  I was given that tip by a friend and a

4  lieutenant or sergeant came to my apartment, his name

5  was Lucas.  After he arrived, he told me that if I

6  called 911 again for help, that I was going to be

7  arrested, and I have a witness to that.

8      When this was brought up to the Captain of my

9  local precinct, Captain Fahey, she told me that he

10 had already moved to a different precinct.  All the

11 NYPD does is play musical chairs with their officers,

12 so that they continue working just somewhere else.

13     I met with Captain Fahey and she refused to admit

14 her many officers misconduct, reprimanded me for

15 recording my most recent attack and insinuated that I

16 was asking for continuous harassment from my abusers

17 because I chose to record them.  And I only did that

18 because officers for the past four years have told me

19 that they don't witness anything and they can't do

20 anything about my harassment and my abuse.

21     SERGEANT AT ARMS:  Time expired.

22     CICI MAYER:  I'm sorry?  Okay, to note, Captain

23 Fahey's father was in the NYPD.  That nepotism and

24 lifelong conditioning renders her unfit to protect

25

COMMITTEE ON PUBLIC SAFETY          416

1
2  civilians from the misconduct of her police officers
3  because of her conditioned bias.
4      The last time I called 911 for help, the police
5  arrived and wrote an incident report for my White
6  abusers against me that day, that night, it was 2
7  a.m.
8      A few days later, Captain Fahey at a community
9  precinct meeting that I attended, she watched her
10 Sergeant, Sergeant Frangoto[SP?] address me as my
11 dear over and over again as he smugly smiled at me.
12 Even after I specifically asked not to be addressed
13 like that and spoken to in such a demeaning and
14 inappropriate manner.
15     I'm a grown woman in my 30's.  Can you imagine if
16 you were a man and you were speaking to a police
17 officer and he calls you my dear over and over again.
18 Can you imagine, like that shit is crazy.  And she
19 just stood there and watched and then he walked her
20 to her car.
21     That night, I was finally told I was going to be
22 called by the 94th precinct in regards to what's been
23 happening these past four years.  That was March 4th,
24 right before the pandemic hit.  I have witnesses,
25 photos, damage repair receipts, audio video, a data

COMMITTEE ON PUBLIC SAFETY          417

1

2    timeline, names, detailed testimony, a doctors note

3    to attest to emotional and physiological trauma.

4        I've done all the work, all the work for four

5    years.  I have not received a single phone call or

6    email from the 94th Precinct since that day.

7        The NYPD should not be defunded, it should be

8    abolished.  Abolished; a new and unaffiliated moral

9    civilian protection agency needs to be created and

10   led my locally elected civilian leaders that

11   investigate crimes transparently and expeditiously.

12       The NYPD is a gang.  The brotherhood that was

13   formed is so deeply rooted in previous generations of

14   racism, sexism, homophobia, and that has instilled

15   immunity and corrupt loyalty to the brotherhood, not

16   civilians.

17       These unhinged power hungry people have been

18   mentally conditioned to protect each other at all

19   costs, even at the costs of innocent lives as we have

20   all seen.

21       A new citizen protection agency must have serious

22   restriction and regulations that make it nearly

23   impossible for nepotism to exist.  Every single

24   member of the citizen protection agency should be

25   required to undergo psychiatric evaluations

COMMITTEE ON PUBLIC SAFETY          418

1

2    periodically.  And sensitivity training in order to

3    appropriately be able to professionally interact with

4    victims of any kind of abuse, omen, people of color

5    and the LGBTQ community.

6        Also, I did go to protest.  I went to one of the

7    first big ones at Barclay's just like so many people

8    here.  Everybody's right, nobody was wearing masks. I

9    was in a group that was kettled and maced and all

10   these horrible things that everybody's already said.

11   I saw it with my own eyes.  Police blatantly lied to

12   all of us at the beginning of this meeting and it's

13   unacceptable.

14       There is one more thing that I wanted to mention.

15   Victims of violence, but especially sexual violence,

16   we're supposed to go to the police to report these

17   crimes.  How are supposed to go up to these gangs and

18   tell them that we need help and tell them the things

19   that have happened to us knowing that like, I can't

20   even say that someone sexually harassed me in my

21   hallway verbally and not get a response like, what

22   were you wearing to insight that type of comment?

23   Like, what were you doing?  Why did they say that to

24   you?  There must have been a reason.

25       I'm done.

COMMITTEE ON PUBLIC SAFETY          419

1

2    COMMITTEE COUNSEL:  Thank you for your testimony.

3    Council Member Rosenthal would like to ask you a

4    question.

5    COUNCIL MEMBER ROSENTHAL:  Oh, okay, thank you.

6    Crystal, your name comes up as Cici but you announced

7    yourself as Crystal Mayer, yeah?

8    CRYSTAL COLLORAN:  It's Crystal Colloran[SP?].

9    COUNCIL MEMBER ROSENTHAL:  Oh, sorry, your name

10   pops up weird.  Thank you so much for your truth and

11   sharing what you said tonight.  I've been hearing

12   about this, about the special victims division for

13   the last two years over and over and over again.

14   CRYSTAL COLLORAN:  I'm sorry, I don't mean to cut

15   you off but what do you mean special victims?

16   COUNCIL MEMBER ROSENTHAL:  Yeah, they have the

17   division within the NYPD that's responsible for

18   investigating sexual assaults.

19   CRYSTAL COLLORAN:  I've never been in contact

20   with them.  This is the regular police and Rosenthal;

21   I have been screaming at the top of my lungs from the

22   roof tops in my neighborhood about what's been going

23   on.  I've contacted senators, I'm not just now coming

24   out with every single thing, this has been going on

25   since before the pandemic, since before all of this

COMMITTEE ON PUBLIC SAFETY          420

1

2  unrest, recent unrest I mean, this shit has been

3  going on for a long time.

4      COUNCIL MEMBER ROSENTHAL:  Yeah, thank you.  Feel

5  free to reach out to my office.  I'm actually working

6  with some organizations that are shining a spotlight

7  on this issue and I'd love to follow up with you if

8  you would like to follow up with me.  You can reach

9  me at helen@helenrosenthal.com but I hear your

10  frustration.

11      CRYSTAL COLLORAN:  Thank you.

12      COUNCIL MEMBER ROSENTHAL:  Thank you Chair.

13      COMMITTEE COUNSEL:  Thank you Council Member and

14  thank you for your testimony.

15      Next up will be Nina Jang followed by Caitlin

16  O'Connell and Chantel Johnson.

17      SERGEANT AT ARMS:  Time starts now.

18      NINA JANG:  Hello everybody.  Can we hear?

19  Alright, all I have to say is I stand by everybody

20  and there are so many ways to show up, so I am on my

21  way to a protest.  This took way too long, again

22  people first, right.  So, hopefully there is

23  improvement for the next meeting.  But that's all I

24  have to say.  I'm going to yield my time because

25

```
                     COMMITTEE ON PUBLIC SAFETY          421
1

2    there is plenty of people that need to talk, so thank

3    you.

4         COMMITTEE COUNSEL:  Thank you.  Caitlin O'Connell

5    followed by Chantel Johnson followed by Ben Wolfson.

6         SERGEANT AT ARMS:  Time starts now.

7         CAITLIN O'CONNELL:  Hello Chair Richards, Council

8    Members and thank you for the opportunity to speak.

9    My name is Caitlin O'Connell and I live on Delancey

10   Street in the lower east side.  I would like to speak

11   about an arrest that was made in front of my

12   apartment one week prior to the death of George

13   Floyd, before these protests.

14        This incident shows that the New York Police

15   Department does not prioritize restraint and lacks

16   formal procedures for effectuating an arrest.

17        Hearing commotion and looking out my window a saw

18   a Black man on my sidewalk standing perfectly still

19   with his arms at his side as ten officers surrounded

20   him.  He had been tasered.  I could see the thread

21   from the taser twirling off of his chest.  He did not

22   appear armed; he did not appear to be resisting

23   arrest.  He was not running away; he was not moving.

24   He seemed scared, frozen in place with his arms at

25   his sides.  He said, why did you taser me several
```

COMMITTEE ON PUBLIC SAFETY          422

1

2    times.  To my view from above, a single officer could

3    have easily handcuffed him to effectuate an arrest.

4        Given the rampant COVID-19 pandemic, that would

5    have been safer from a health perspective and

6    appropriate from a force and police resource

7    perspective.  Instead, I saw at least 10 officer

8    descend upon this organized scrum pulling him

9    immediately to the ground, jumping on him and each

10   other and hitting him repeatedly.

11       One officer joined the scene swinging a baton,

12   trying to hit the man but from my vantage point

13   accidently hit fellow officers.  The officers

14   repeatedly shouted, stop resisting.  And to my view,

15   as an excuse for the use of excessive force, the man

16   was in no way resisting.

17       They pushed a riot shield into the huddle briefly

18   before discarding it to the side as clearly

19   unnecessary.  They did not all keep masks secured

20   over their noses and mouths.  It was humiliating for

21   the man and it was inappropriate for both him and the

22   multiple officers in light of social distancing

23   recommendations.  Bystanders on the street shouted

24   that the number of officers on this man was

25   excessive.  In the end, the man was taken away, not

COMMITTEE ON PUBLIC SAFETY          423

1

2  in a police car but in an ambulance on a gurney.  It

3  seems that there is little if any protocol to

4  nonviolently effectuate an arrest.

5       After the 2014 death of Eric Garner, police

6  conduct has not changed.  We are still have this

7  conversation.  The officers did not shout, we are

8  arresting you or put your hands together for

9  handcuffs.  They simply jumped on him like an animal

10 and it was wrong.

11      SERGEANT AT ARMS:  Times expired.

12      CAITIN O'CONNELL:  Thank you for the opportunity

13 to speak and I hope the City Council will work hard

14 to memorialize this progress.

15      COMMITTEE COUNSEL:  Thank you for your testimony.

16 Next up will be Chantel Johnson followed by Ben

17 Wolfson followed by Shara Ticku.

18      SERGEANT AT ARMS:  Time starts now.

19      CHANTEL JOHNSON:  Good afternoon everyone.  My

20 name is Chantel Johnson.  I am from the South Bronx.

21 I am an educator in the South Bronx. I was raised in

22 the South Bronx and I live here in the South Bronx.

23 Thank you to everyone who is still here.  I see that

24 we are down to 89 people that are here.

25

COMMITTEE ON PUBLIC SAFETY          424

1

2    I have been here since 10 a.m.…  Obviously, I

3    have missed a school day just to be here.  I am very

4    disappointed and I have so much anger and so much

5    hurt inside that it's hard for me right now to get

6    the words out.

7    I went peacefully protesting on Thursday on 149th

8    Street and 3rd Avenue where I saw police officers on

9    top of buildings with snipers as I walked to 3rd

10   Avenue, police were already guarding the train

11   stations.  It was a peaceful protest from beginning

12   to end.  We were trapped on 136th street and Brooke

13   Avenue, before the 8:00 curfew, where I saw police

14   officers that looked just like me.  I saw police

15   officers that I walk past every morning on my way to

16   work.  I walk to work.  I saw police officers there

17   that I see in the deli getting breakfast with me,

18   getting lunch with me.  I saw police officers that

19   have came to my school for career day to speak to our

20   children.  I was out there on Thursday speaking for

21   our children, Brown, and Black children.

22   So, I'm pretty sure some of my students saw me.

23   I'm pretty sure some of those families have saw me.

24   They look to me for support.  Who do I look for to

25   support me?  I have a three year old.  I stayed on

COMMITTEE ON PUBLIC SAFETY          425

1

2    this call since 10 a.m.  I have a three year old and

3    I've been here.  It broke my heart.  I yelled, I

4    screamed, begging for help.  I looked into the eyes

5    of those officers.  I will never forget the officer

6    that took his baton and busts me in my face.  I had a

7    split lip.  I will never forget his face.

8        I had tears in my eyes as I saw those police

9    officers that I see daily.  I had to hold a Black man

10   as he took his beatings.  Every time he got hit, I

11   felt his hits.  Every single hit I felt.  I saw

12   people putting their arms up and every time they put

13   their arms up, their arms were bent.  I heard bones

14   crack.  I saw people getting their heads bashed in.

15   Police officers jumping over parked cars.

16       We had nowhere to go, we were trapped.  Nowhere

17   to go and it breaks my heart that I have to sit here

18   today and speak on this.  That I have to defend

19   myself and that I have to scream why my life matters.

20   Why my children life matters, why my student life

21   matters.

22       SERGEANT AT ARMS:  Time expired.

23       CHANTEL JOHNSON:  And I have so much more to say,

24   but now it's not even enough time for me to say it.

25   I had to correct the Daily News.  They quoted me and

COMMITTEE ON PUBLIC SAFETY          426

1

2    I have to correct them on it.  June 5th, they were

3    trying to say that we broke curfew purposely and that

4    was why we got hit.  That was injustice.  We were

5    treated like animals.  Why do I have to scream that

6    my life matters?  We've been screaming before this

7    protest.

8        So, thank you to the individuals that are you

9    know now jumping on the band wagon and you are now

10   protesting with us.  I appreciate you but we've been

11   doing this long before.  I've been a little girl

12   doing this.  Hanging outside doing this.  I was

13   actually in the process of becoming NYPD.  I went to

14   school for criminal justice and forensic psychology.

15   I was in the process for becoming a US Marshal.  I

16   would never, after what I experienced.  I would

17   never.

18       And I'm just getting started and I am a Black

19   woman, I am a Black girl and you guys are going to

20   hear my voice until the end.  I am now just getting

21   started.  So, you need to remember my face and

22   remember my name, because this will not be the last

23   time you will be hearing from me.

24       And that's all I have to say.

25

COMMITTEE ON PUBLIC SAFETY          427

1

2     COMMITTEE COUNSEL:  Thank you for your testimony

3     and we'll go to the Chair.  Chair Richards.

4     CHAIRPERSON RICHARDS:  Thank you Chantel for your

5     story and you know, we share a very similar story,

6     very similar struggle.  You know, it's easy for

7     people to think that you know, as a 37 year old Black

8     man that you know, we were spoon fed and you know, we

9     came up with privilege but we came up in the

10    neighborhood.  And you know, you have a three year

11    old, I have a four year old young Black boy that I'm

12    raising and you know, even at four years old, he has

13    a fear to police already.

14        You know, I mean, that's the society we live in

15    and it's unfortunate that we both have to — all of us

16    have to fight to say that our lives matter every day.

17    Because we know that whether you are elected, whether

18    you are a teacher, if you're Black, you are targeted.

19    You are not exempt because you have a title.

20        I just want to thank you for sharing your story

21    and I want to tell you to keep fighting on.  You are

22    totally correct.  They should not forget your face;

23    they should not forget your story.

24        You know, one of the things that inspired me to

25    get involved at 18 years old at the Council was a

```
                    COMMITTEE ON PUBLIC SAFETY              428

1

2    police incident.  I had a friend who got murdered,

3    but right after my friend got murdered, there was an

4    incident very similar at a barbeque where the police

5    came around the corner and the knocked peoples phones

6    out of their hands and they locked them up for

7    recording them.  You know this is not new to us and I

8    appreciate everybody who has now felt the pain we

9    felt over the course of the last few weeks but this

10   is a lifetime struggle for folks in our community.

11       And don't get it twisted that we're exempt from

12   it being elected because guess what if I go outside

13   right now and get in my car.  I've been pulled over

14   as an elected official.  I mean, we're not exempt

15   from it.  So, we really appreciate everybody coming

16   out and speaking but I want to speak to you Ms.

17   Chantel for a second and just say, we got a lot of

18   work to do but you know what, I think this is a very

19   unique time in our history where the coalition is so

20   much broader and where it seems like, you know, I

21   could have a 100 people on a Zoom call, which would

22   be unheard of.  Even if we had a hearing at City Hall

23   on this, if this would have been last year, we maybe

24   would have had 30 people here.

25
```

COMMITTEE ON PUBLIC SAFETY          429

1

2       So, this is a really unique time and we got to

3    keep marching on.  We got to keep fighting.  And I

4    just appreciate this story, it really struck a nerve

5    with me because you know, we're raising kids in these

6    communities and we're not exempt from them.  So, I

7    want to thank you and I guess the best we can do is

8    keep on.  I mean, I got to legislate and keep

9    pushing.  You know there is no — you know folks on

10   this line think there is just this magic wand where

11   you destroy a system.  Systems weren't built over

12   night, right.  There is 400 years of a system for us,

13   right.  We've been in captivity for 400 years.  So,

14   we got to keep knocking this system down but I just

15   want to say, thank you for your story.  Thank you so

16   much for sharing it and I want you to know, you are

17   not in this alone and if you ever need to reach out

18   to me, my office number, if you have a pen or we

19   could put it in the chat.  I don't know, I'm not sure

20   we have a chat box but my office number is a 718

21   number 527-4356 and if you know who that officer is

22   you can certainly get me that information or which

23   precinct it was and I certainly will take a close

24   look into as well.

25

1              COMMITTEE ON PUBLIC SAFETY          430

2     So, please, and that's for anybody on the line.

3     You know, if you know who, if you have a badge

4     number, if you have a picture, if you are afraid,

5     please don't hesitate to reach out to us.

6     And I know that they covered their badges, I

7     know, that's not a new story.  I just want to say

8     this to folks.  You know, some folks have just

9     experienced this.  We've been experiencing this for a

10    long time, so we definitely understand the game of

11    them hiding their badge numbers.  But if you know the

12    location you were in and the place, that can be

13    helpful sort of in us also trying to track down who

14    ever the perpetrator was.  So, I just want to put

15    that out there.  Sorry, Chantel.

16    CHANTEL JOHNSON:  Can you repeat the number

17    please?

18    CHAIRPERSON RICHARDS:  My number is a 718 number.

19    527-4356 and take my email as well.  My email is

20    drichards@council.nyc.gov and that's for anybody on

21    this line who may have encountered an incident and is

22    afraid to go and that's my job, right.  That's what

23    we do on a daily basis, right.  So, please don't

24    hesitate to reach out to us and also the Civilian

25    Complaint Review Board is working very hard actually

COMMITTEE ON PUBLIC SAFETY              431

1

2    to — the Chair is texting me while we are on the

3    line, while we're doing this call.  So, we're trying

4    to get them and enhance more resources for them to be

5    able to investigate more of these incidents.

6        So, please make sure you file those complaints

7    with CCRB as well.  Alright, that's to everybody on

8    the line.  If you've encountered and you haven't

9    reported, even if you don't remember everything,

10   pleas file a complaint, alright.

11       CHANTEL JOHNSON:  Thank you.

12       CHAIRPERSON RICHARDS:  Thank you so much.  Thank

13   you for your story.

14       COMMITTEE COUNSEL:  Thank you Chair.  Thank you,

15   Ms. Johnson. Next up will be Ben Wolfson, Shara

16   Ticku, Alexander Langadakis.

17       SERGEANT AT ARMS:  Time starts now.

18       BEN WOLFSON:  Hi, so one of like many Ludacris

19   lies that the Deputy Commissioner told during his

20   remarks was, they give like even remote shit about

21   the badge numbers.  If that were remotely true, then

22   the fact that Shea sent a Tweet like six or seven

23   weeks ago basically bragging about officers covering

24   their badge numbers.  You know, people would maybe

25

COMMITTEE ON PUBLIC SAFETY                   432

1

2    have asked him to resign because that seems like he

3    shouldn't be actively promoting, right.

4       If that were true, I wouldn't have seen like

5    basically 90, 95 percent of the cops I've seen in the

6    past week and a half cover their badge numbers and

7    the remaining cops obviously did not care.

8       And I just want to make a point about the

9    potential legislation to introduce the right to sue.

10   If you ask to see a cops badge number and they do not

11   reveal it, right.  This basically require a

12   confrontation with the cops, right.  I have to go up

13   to someone who is obviously already breaking a law,

14   right.  I wouldn't be asking if he were not publicly

15   breaking a law and ask him to you know, with my phone

16   right and be like, hey can you show me your badge

17   number?  Like, I have to assume that if he has

18   already covered it up, like he is willing to break

19   more laws, right.  He's going to like; I'm going to

20   be subject to physical harm.  I'm going to be subject

21   to false arrest.  I'm going to be subject if I

22   actually do sue and like my name is revealed to

23   targeted harassment, I am going to subject to

24   property damage.  And like, when we asked the actual

25   cops, right to enforce rules and in so doing,

1

2  potentially you know, risk physical harm, we also

3  give them very broad latitude to employ force right.

4      If it's going to be the job of the citizens to

5  enforce the fucking like police rules against the

6  police, the lawless police, stands to reason that

7  citizens should be allowed to use force against the

8  police right.  Same kind of logic and if that seems

9  like a bad idea because it would obviously like lead

10 no where good.  Maybe the whole approach is a bad

11 idea and maybe like the entire corrupt organization

12 should just be destroyed root and branch, start over

13 something else, like, there is no point in like

14 trying to get the public to police the police when

15 the police have all the power and have no interest in

16 doing it themselves.

17     That's all I have to say.

18     COMMITTEE COUNSEL:  Thank you Mr. Wolfson.  Next

19 up will be Shara Ticku followed by Alexander

20 Langadakis.

21     SERGEANT AT ARMS:  Time starts now.

22     SHARA TICKU:  Hi, thank you to everyone holding

23 on at the tenth hour and thank you for your courage

24 and sharing your testimony today.

25

COMMITTEE ON PUBLIC SAFETY        434

1

2    I'm so sorry for the brutality you have suffered

3    at the hands of our own government.  My name is Shara

4    Ticku and I am the Founder of C16 Biosciences, a

5    company focused on stopping climate change.  I've

6    lived in New York City for the past ten years and I

7    have never been more ashamed to be a resident of this

8    city.

9        While most of the testimony today has been

10   focused on the violence of police against protestors

11   over the last couple of weeks, police violence within

12   the New York Police Department is systematic and has

13   been around of course for many years in many forms.

14       I want to talk about an incident less than a year

15   ago that I witnessed.  Last year, I was visiting my

16   tailor on Stanton Street in the lower east side, when

17   I witnessed just three feet in front of me the

18   unjustified use of police violence against a young

19   man named Ronald.

20       I was in the tailor waiting for a measurement.

21   Outside, we saw a woman who had been stabbed.  The

22   woman, it turned out, was a neighbor to the tailor.

23   She and her husband had lived upstairs for 42 years.

24   She had been stabbed in an act of domestic violence

25   just moments before.  Because she was friend and

COMMITTEE ON PUBLIC SAFETY        435

1

2  neighbor to the tailor, they quickly brought her

3  inside to rest while we called an ambulance.  The

4  ambulance arrived in addition to five to six police

5  crammed into the tiny shop.  They certainly took

6  their time attending to the woman who was bleeding

7  extraordinarily from her gut.

8      While they were delaying, the woman's son,

9  Ronald, ran into the store to tend to his mother.

10  Without a beat, the police immediately antagonized

11  him.  They threw him against the wall and they tased

12  him.  Then, without any valid reason, they cuffed him

13  and took him into the 7th precinct where he spent the

14  night in jail.

15      Over 100 people watched this happen through the

16  window of the tailor shop and they screamed for it to

17  stop.  I was still inside the tiny shop, and so, I

18  caught it all on camera.  The evidence is attached to

19  my written statement.  You can see the taser in the

20  White cops hand.  After this happened, I looked every

21  where to find a way to report this gross abuse of

22  power, but everywhere I looked was a dead end because

23  nobody polices the police.

24      I went by the precinct that night to check on

25  Ronald, but the cops told me that he was hysteric and

COMMITTEE ON PUBLIC SAFETY                436

1

2   refused visitors.  Even today, when I thought I would

3   have a platform to talk about this issue, the NYPD is

4   not present.  The Mayor's Office is not present and

5   only three Council Members still have their cameras

6   on.

7        Why do we allow police to antagonize young men

8   and women of color without reason?

9        Why do we allow them to use violence and force?

10  Why do we allow them to arrest people without

11  probable cause?  Why do we waste money as these poor

12  soles sit in jail?  Why aren't police held

13  accountable?  Why are police militarized?  Why

14  doesn't anybody police the police?

15       SERGEANT AT ARMS:  Time expired.

16       SHARA TICKU:  In addition to some of the measures

17  proposed by Council men and women today, I demand the

18  following:  Join forces with national congressman and

19  women to end qualified immunity and to raise up civil

20  plaintiff's whose rights have been violated.

21  Establish independent review of NYPD involved deaths

22  and NYPD violent cases through the creation of blue

23  ribbon commissions, civilian review boards, and

24  civilian auditors.

25

COMMITTEE ON PUBLIC SAFETY          437

1

2      I suggest we reallocate resources from the NYPD

3   to the Civilian Review Boards and auditors to ensure

4   they can successfully carry out their mission and

5   drive reform.  Make racial justice a core component

6   of NYPD training and education.  Change the laws

7   regarding the distribution of military equipment to

8   law enforcement agencies, specifically the NYPD.

9      Police brutality has a cost that is paid in lives

10  and it has a cost that is paid in dollars, mostly

11  born by taxpayers, many of whom have been sitting

12  here for ten hours waiting to tell their stories.

13  Neither cost is small and neither cost is justified.

14  Let's make police brutality financially

15  unsustainable, so that they cannot abuse or kill our

16  Black and Brown neighbors anymore.

17      Thank you.

18      COMMITTEE COUNSEL:  Thank you for your testimony.

19  Next up will be Alexandre Langadakis followed by the

20  individuals who deferred their testimony to the end.

21      SERGEANT AT ARMS:  Time starts now.

22      ALEXANDRE LANGADAKIS:  Hello, district 26

23  constituent here.  INT 5362018 ban on chokeholds was

24  prior on February 14, 2018 unanimously.  What's

25  different today?  Whether it's vetoed, I'm not 100

COMMITTEE ON PUBLIC SAFETY          438

1

2  percent sure, I apologize.  What action happened

3  between then and two weeks ago to undo its veto or

4  work on it.  Despite its passing, here we are today

5  over two years in the future and what has changed?

6      What hasn't changed is the police's inability to

7  self-regulate, no improvement of public safety that

8  I've seen has come from the police investigating from

9  wrongdoing and finding it has done no wrong.

10     It has come from City Council hearings and

11  complaints of the public and protests.  We have a

12  militarized psyched up police force ready to use

13  force as a means of de-escalation and force as a de-

14  escalation method does not serve public safety.

15     We have for years seen a pattern of self-

16  regulation and transferring the problem officers

17  around instead of firing that have led someone like

18  Ed Mullins, president of the SBA telling fellow

19  sergeants that the will win this war in New York City

20  and that they work for a higher authority.

21     I don't want to see someone liking discipline.  I

22  want to see that kind of attitude lead to a

23  discharge.  The police work for us, they are public

24  servants meant to serve us, not beat us, not to be

25  better than us in any fashion.  They need to have

1

2  humility and respect for the people they have sworn

3  to protect and serve that any social worker does.  I

4  do not trust anybody to self-regulate and I do not

5  trust any real change will come from these

6  administrative codes and these acts will occur again

7  and we will fight tooth, nail and eyebrow to make

8  sure that the officer is immune in some creative

9  interpretation of the law who will justify the

10  actions citing the officers safety.

11      I would rather see settlements for the police

12  misbehavior come out of pensions or salaries instead

13  of the taxpayers.  I do not want to see the police

14  force get a slap on the wrist for the history of a

15  pattern of aggression being above the law they are

16  sworn to protect and abide by.

17      Public servants need to be held to a strict

18  interpretation of the law, not looser.  What good did

19  the NYT Fair Dodging initiative do?  Why did we not

20  spend all that police salary and overtime when they

21  provide social programs that were so

22  disproportionately impacted by the program.  How much

23  serving of the community in taking it's funding away

24  and putting into arresting them do?  How much more

25  hate for the police did this program create?  Both

COMMITTEE ON PUBLIC SAFETY          440

1

2   victims and perpetrators of this initiative are

3   poisoned against each other. Causing the poor people

4   that are suffering from this initiative to hate the

5   police and the police so in turn view the people, the

6   poor people that they are administrating this

7   initiative against to start disliking them because

8   they are criminals and thugs.

9       When we approve such an inherently racists and

10  class initiative, these are the consequences we get

11  but they raise numbers.  Look how much more crime it

12  is.  Look how much more arrests we have.  It seems

13  like more adjusting is — funding is justified.

14      I'm going to wait 10 seconds for him to tell me

15  my time is up, one second.

16      SERGEANT AT ARM:  Time expired.

17      ALEXANDRE LANGADAKIS:  The police's job has been

18  gaming the system, the statistic.  Finding work for

19  themselves to do to justify their pay plus overtime

20  and further increasing their budget.  Giving them

21  less work will only reduce the crimes they stretch to

22  create to justify their budget.

23      I have paid over $1,100 in the last years in

24  taxes and I want to see the swapping of the police

25  budget and education and other social services

COMMITTEE ON PUBLIC SAFETY          441

1

2   budget.  I see City Council not getting defensive and

3   thinking instead of what they can do better.  We need

4   our other public servants, the NYPD to do the same.

5   Today, when criticized about the failures recorded in

6   the weeks past, the NYPD would become defensive

7   instead of apologetic and future thinking.  This is

8   exactly part of the reason we have the stress towards

9   the police force.

10      Knock your self off your pedestal and know that

11   you can be wrong.  Be accountable, admit your

12   mistakes and don't make excuses.  Regarding the

13   legality of recording police officers, who decides

14   what is intimidating of a recording party, the

15   police's union?  We're all painfully aware of

16   officers arresting first without giving a reason,

17   dodging the question of why they are being arrested

18   then when the party is sufficiently gaslighted the

19   charge comes with resisting arrest.

20      I don't want to see NYPD treat this more

21   seriously.  I want to see a zero tolerance policy

22   regarding an arrest without a reason.  In regards to

23   chokeholds, hold them accountable.  I cannot wait, I

24   can but it's going to happen.  To see a cop choke

25   someone out.  Be recorded on it, it not go viral and

COMMITTEE ON PUBLIC SAFETY          442

1

2  then the police union reviews it, arguing their best

3  that the force was reasonable and necessary at the

4  time and have the suspended officer be transferred

5  off to another county or city or state while they

6  continue to act how they have.

7       Add the word intentional to the bill, it sounds

8  like they just want to review any case that happens

9  and say, oh, this wasn't intentional and just let

10  your officers do it anyway.  I want to be clear, I am

11  scared to be here and talking and everyone should be.

12  Have we not seen the NYPD get vindictive and petty

13  and their revenge targeted harassment.  Threatening

14  inaction or increased time in responses to calls.  I

15  believe I, and anyone else that speaks in the

16  slightest against the police force are reasonable in

17  the fear that should they have a need for the public

18  service that the police is sworn to provide, that the

19  police will drag their feet as apathetically as they

20  can intentionally as retribution and grudge against

21  our attempts to regulate them.

22       Councilman, can you recount or at least be aware

23  of going forward any time when there is anything you

24  propose or champion that the police did not

25

COMMITTEE ON PUBLIC SAFETY          443

1

2    appreciate?  Was there any talk or hint that your

3    district is being assigned less resources in turn?

4         There needs to be an overhaul of how all this

5    works.  This is my first City Council meeting I have

6    attended and I would be remiss to think I have the

7    answer but given the history of the police and having

8    a conflict of interest in governing and policing

9    themselves, you would be remiss to think that the

10   police have the answer either.

11        Councilman Holden, I don't know what blackmail

12   the NYPD has on you, but it's probably not worth

13   having your grandchildren hate you.

14        Thank you.  I'm finished.

15        COMMITTEE COUNSEL:  Thank you.  We are now back

16   to the individuals who deferred.  Next up will be

17   David Moss followed by — I'm sorry one moment.

18        CHAIRPERSON RICHARDS:  Oh, Alexander, how are

19   you? How are you doing?  This is Donovan; I just

20   wanted to say thank you for attending and I don't

21   want this to ever be certainly your last City Council

22   hearing.  I really appreciate your words and just

23   wanted to let you know that.  And to say that, we

24   need you.  You know, a lot of you, this is your first

25   time attending a Council hearing.  You can attend

```
 1                COMMITTEE ON PUBLIC SAFETY          444

 2   them virtually too, I mean, I just want to put that

 3   information out there for everyone as well.  You

 4   don't even have to watch them during the day.  I mean

 5   channel 74 we have and then also everything is loaded

 6   up online, so you can always watch them in your spare

 7   time and also, you have the opportunity to submit

 8   testimony, even if you don't attend.  But I just

 9   wanted to let you know, I appreciate your words and I

10   appreciate you attending and for those of you, we

11   know that this has been a process now.  A lot of

12   people are now getting a peak into how government

13   operates somewhat, whether it's good or bad.  There

14   have been a lot of battles you wanted us to speak

15   about battles with the NYPD.  I mean, let's talk

16   about marijuana to start.  My community led the city

17   in marijuana for decades.  One in five arrests were

18   in my community and that was something we changed

19   coming in.  You know, once I became the Chair about

20   two and a half years ago, we looked at all of the

21   precincts and we got to see that they were

22   disproportionate impacts on communities of color and

23   we passed legislation back then to require every

24   precinct in New York City to report where the arrests

25   and summonses are.
```

```
1              COMMITTEE ON PUBLIC SAFETY        445

2         There were 20,000 arrests and summonses when I

3    became the Chairman.  I think last year we got down

4    to 300 but the disparity still exists.  So, we're

5    still working.  So, you know, one of the things I

6    want to say is that struggle is not an overnight

7    thing.  It's not going to be magic hearing and the

8    NYPD changes.

9         So, you know the conversations around dismantling

10   and reimaging policing in New York City, I thank all

11   of you.  I thank each and every one of you for

12   showing up because you are giving us the wings to be

13   able to do that as well.  So, I just wanted to say, I

14   appreciate that.  Please, don't let this be your last

15   time attending Mr. Alexander alright.  We need your

16   voice; we need all of your voices.

17        That's what's really going to drive the change as

18   well.  It's just not a magic wand for elected

19   officials.  It's really the people collectively with

20   elected officials who have your interests in moving

21   these sort of policies and when you do that, I'm

22   telling you, you'll get what you are seeing today.

23        So, I want to thank you for attending and just

24   want to say thank you.

25
```

```
                    COMMITTEE ON PUBLIC SAFETY            446
 1

 2         COMMITTEE COUNSEL:  Thank you Chair.  We will now

 3    go to Theo Chino before the individuals who deferred.

 4         SEREANT AT ARMS:  Time starts now.

 5         COMMITTEE COUNSEL:  Theo Chino, are you there?

 6    We can try that again in a minute.  I'm going to read

 7    the names of the individuals who deferred and I'm

 8    going to ask that everybody else who has not had an

 9    opportunity to testify —

10         I'm sorry, one moment Mr. Chino.  We'll be with

11    you in just one second, okay.

12         Everyone who has not yet had an opportunity to

13    testify but would like to testify, please use the

14    Zoom hand raise function to let us know and we will

15    add you to the list.

16         After Mr. Chino, we will return to the

17    individuals who deferred earlier, that's David Moss,

18    Michael Nusbaum, and several others.  Mr. Chino, you

19    may begin.

20         SERGEANT AT ARM:  Time starts now.

21         THEO CHINO:  Thank you very much.  Sorry for

22    that.  Yes, I just wanted to say the bill and

23    proposal are a first step.  I have lived in New York

24    for 47 years.  I came when I was three months old and

25    I've been checked, my ID has been checked at gunpoint
```

COMMITTEE ON PUBLIC SAFETY          447

1

2     in front of my apartment.  So, that's nothing new.

3     In the 90's that's how a Latino in the 30th precinct

4     used to be frisked before check and frisk was done.

5         I'm glad this happening and I realize over the

6     discourse that I am running a program called, red my

7     block to introduce everybody to politics in New York

8     City and I'm working with a candidate for congress,

9     Papers boy love, Prince and I realize he has been

10    receiving death threats as part of his campaign.

11        And he went to the NYPD and as a Black man, I

12    realized how difficult for him asking help to the

13    NYPD was and for me I've been a member of my

14    community board, I've been on the public safety.  I

15    deal with the NYPD.  I call 911, they come.  I fight

16    with them, they push back.  We go through the same

17    hurdle every time but they know the drill and here I

18    realize that for six months, I'm like dude, call 911.

19    You getting death threats as a candidate and nothing

20    until he went, he called, he couldn't file a report.

21    He received texts and still the NYPD is not doing

22    anything.

23        So, I heard all of the testimony previously, so

24    I'm not going to repeat it and it came from Black

25    people, Latino people, White people, and the degree

1

2  of intensity is completely different.  One thing I

3  heard and that was Alexander a little bit earlier

4  which was saying the PBA, and when I hear how the PBA

5  and Pat Lynch as a racist individual, put the NYPD at

6  war against us, the citizen, basically there is a

7  problem.  And we need to figure out how to help.

8      And as a citizen of New York, I'm a troublemaker,

9  as you some knows.  I want to put a disposal,

10 [INAUDIBLE 5:37:14] brave enough to run against Pat

11 Lynch as PBA President.  And I'm putting on my block

12 website at their disposal to those officers who feels

13 like they can't do a change but every time they want

14 to do a change, they feel the blue code.  I want to

15 have a way to get those officers and I know my time

16 is up, so I will go quickly.  But I want to know with

17 the help of the City Council, that those officers

18 will have the backing on the community —

19      SERGEANT AT ARMS:  Time expired.

20      THEO CHINO:  Promise not to be racist, they

21 promise to serve the community and if they can still

22 change, I'm available for that.

23      Another thing I didn't see in the bills today is

24 the Post Act.  Knowing what technology, the police

25 has is very important.  We need Councilman Johnson,

COMMITTEE ON PUBLIC SAFETY          449

1

2  Speaker Johnson to put it on the floor because we can

3  remember how in Baltimore the police bombed Baltimore

4  in the 80's.  the police chief has put Iraq

5  technology flying above Baltimore without telling the

6  Mayor or the City Council.  Things like that are not

7  unheard and when we hear how the police come to the

8  Council and are disrespectful to you, the Council

9  people, it makes me say what am I voting for?  Why am

10  I fighting to see something

11      democratic?  When the police is seeing us as an

12  enemy.  Enemy of the city we live in, we love.

13      So, this is what I'm doing with Red My Block.  Is

14  I want to educate everybody in New York City to run

15  for office, run for position, help you figure out how

16  we can fight the police in a way that is not as enemy

17  but work together and for that, we need the City

18  Council to call for Pat Lynch to resign and to move

19  on.

20      Thank you very much.  I yield the time of my time

21  and I put any explicative, even though I think about

22  them.

23      COMMITTEE COUNSEL:  Thank you very much. We will

24  turn to David Moss.

25      SERGAENT AT ARMS:  Time starts now.

COMMITTEE ON PUBLIC SAFETY          450

1

2      DAVID MOSS:  Hi, my name is David Moss, I'm a

3   lifelong resident of New York City and a former

4   member of Council Member Corey Johnson's staff from a

5   few years ago.  I'll speak first about what I

6   witnessed in Mott Haven in the South Bronx on June

7   4th.

8      I arrived there to attend a protest against state

9   violence against Black people, particularly NYPD

10   violence against Black New Yorkers.  These are the

11   names of just a few of the people who have been

12   killed and raped by New York City law enforcement

13   officers during my lifetime.  Basically, everything

14   that was said about the Bronx march is true.  The

15   cops has us already kettled in ten minutes before the

16   curfew.

17      Frankly, they looked like they were ready to beat

18   down protestors hours before we even started walking.

19   They were buzzing around.  They were there just ready

20   to bust heads.  At 8:00 sharp, they came in hot with

21   their batons and their pepper spray.  I saw an

22   officer get on top of a car with his Billy club just

23   beating downwards onto peoples heads.  Alright, they

24   were clubbing people, they were punching people, they

25   were pepper spraying people, they were throwing

COMMITTEE ON PUBLIC SAFETY          451

1

2  people into cars, they were throwing people into

3  fences, onto the street.

4      I never saw any of the protestors put a hand on a

5  cop or do anything like that.  All of the violence

6  was going one way.  It was just cops being violent on

7  peaceful protestors who just five minutes earlier

8  were just walking down the street chanting for some

9  justice.  Some people needed to be taken away on

10  stretcher's, people were crying, people were

11  expressing physical pain to officers who literally

12  were saying to them, stop faking it.  And they just

13  let them sit there.  I heard that so many times.  At

14  various times, I asked officers why the decided to

15  beat down protestors that night and many of them said

16  back to me, I was following orders.  How disturbing

17  is that?  How fucked up is that?  Should those people

18  have guns?  No.

19      Compared to many people there, as has been said

20  before, I was not physically harm for obvious

21  reasons.  Those cops were going really, really hard

22  against all the Black and Brown people there and they

23  treated me like a damn prince in comparison alright,

24  but I was handcuffed with those zip ties tightly

25  around my wrists, hands behind my back standing up

```
 1              COMMITTEE ON PUBLIC SAFETY          452

 2   for seven and a half hours, mostly on my feet in the

 3   rain.  No food, no water and yeah again, compared to

 4   everyone else, that was nothing.

 5       They took us to Queen Central Booking, just to

 6   make our lives more difficult because the subways

 7   weren't running that night.  So, they took us to some

 8   different borough, to Kew Gardens when we stared off

 9   in the South Bronx just to screw with people.

10       When I was in Queens Central Booking, in the

11   cell, they brought in this young kid who just had

12   blood all over his face and it started from right

13   here, that's where he got cracked over the head.  It

14   was right here and his blood was just over his face,

15   dried.  It has been there for hours.  He wasn't in

16   the hospital he was in —

17       SERGEANT AT ARMS:  Time expired.

18       DAVID MOSS:  Queens Central Booking at 3:30 a.m.

19   What the hell and this, it was all for this.  This is

20   what we ended up with.  A ticket for disobeying a

21   curfew.  You can go fuck your curfew, alright and

22   it's your curfew.  It's your curfew, Corey Johnson.

23   It took you five days to call out this curfew.  How

24   many thousands of people were beaten and arrested

25   before you called out this curfew.
```

COMMITTEE ON PUBLIC SAFETY          453

1

2      Earlier in your opening statement, you said it

3   doesn't matter what people did in the past, it's just

4   important that we do things in the future.  You know

5   what, it does matter.  It does matter.  It matters

6   that six months ago, you were so proud of yourself

7   for building new jails in every borough.   You know,

8   it matters that you weren't there for people.  It

9   matters that you've been putting your own interests

10  before Black lives.

11      Alright, that matters, alright.  So, when it

12  comes to these bills that are happening today,

13  chokehold ban, not covering badges, us being able to

14  take our cellphone videos on the street.  Great,

15  fine, pass it but please move it along to other

16  bigger, more important things because that won't cut

17  it.  It's not enough, alright.  You are the City

18  Council, you just throw around money, that's what you

19  do, you make budget.  Use it for some good.  Defund

20  the cops, put that money into communities alright.

21  The communities that have been getting looted since

22  the fucking beginning, alright.

23      You can use that money to create reparations in

24  the City of New York.  Why don't you use your money

25  towards that for Black and indigenous people,

1

2     alright.  You can make the choice as the City Council

3     not to build new jails in every borough.  You can

4     make that choice.  You can do something about

5     gentrification and how real estate mobiles are just

6     robbing Black communities away from them, alright.

7     These are the things you need to be worried about

8     alright.  Think bigger please, please, think bigger.

9     I've worked in the City Council, I've seen up close

10    and personal how City Council Members think about

11    their reelection, their campaigns for Mayor.  They

12    think about real estate interest, they think about

13    police unions before they think about Black lives.

14        And Council Member Richards, I'm not calling you

15    out personally, I don't have a basis for doing that

16    but I worked in the Council for two and a half years

17    alright, this is true.  I am calling out the City

18    Council as an institution and all of the Council

19    Members who put their interests first, okay.  Because

20    I've seen it alright, so think bigger.

21        Honestly, get with the real solutions or get out

22    of the way, please.

23        Thank you.

24

25

COMMITTEE ON PUBLIC SAFETY          455

1

2     COMMITTEE COUNSEL:  Thank you for your testimony.

3  Next up will be Michael Nusbaum followed by Marie

4  Deluca, Alex Payne, and Mads Shiver.

5     If I have not called your name, please raise your

6  hand using the Zoom hand raise function and we will

7  call you after.  Michael Nusbaum.

8     MICHAEL NUSBAUM:  Good evening, can you hear me?

9     SERGEANT AT ARMS:  Starting time.

10    COMMITTEE COUNSEL:  Yes.

11    MICHAEL NUSBAUM:  Thank you.  Thank you so much

12 to everyone who testified and briefly shared their

13 stories.  Thank you to everyone who stayed on this

14 long.  I'm a Brooklyn resident.  I'm a photographer

15 and a filmmaker.  I've been covering protests and

16 actions for the last nine years.  I want to speak on

17 the issues of badge numbers and the right to record.

18 Police need to be held accountable for violence and

19 misconduct.  And that can't happen unless we can

20 identify them.  I've been out marching and filming

21 and taking photos every day since Friday the 29th and

22 every day as recently as last night at 6:58 p.m., I

23 see officers with black sweat bands and even black

24 duct tape hiding their badge numbers.  I'm sure I

25

COMMITTEE ON PUBLIC SAFETY                456

1

2   would have seen more today if I weren't on this call

3   for nine and a half hours.

4       When I ask for their badge number, I'm either

5   ignored, given a smug remark or in some cases, they,

6   or their white shirt lieutenant next to them

7   immediately get physical with me, start shoving me

8   and swap my camera away.  How does this make us

9   safer?  How can we trust or expect justice if they

10  won't stand behind their own actions and identify

11  themselves?

12      And on that note, the police must also stop

13  interfering with our constitutional right to record

14  and take photos with our without a press pass.  That

15  means police must stop shining flashlights into our

16  camera lenses.  Stop with the L-RADS[SP?]. I've been

17  hit with a baton and repeatedly shoved to the ground

18  without warning all for holding up a camera.  I have

19  video to prove it and I still have bruises on my legs

20  over a week later.

21      If a public servant on a public street can't

22  handle having their actions documented, they have

23  business wearing a uniform.  Patrol Guide memos do

24  nothing for us.  The police do not effectively self-

25  regulate and honesty why even would they?  These

COMMITTEE ON PUBLIC SAFETY                457

1

2  bills, yeah, they are a nice start.  They would have

3  been a really good step maybe six or ten years ago,

4  but we know that reforms are not enough.

5     We have to defund and put that money where it can

6  help people who need it most.  We need money for

7  education, not incarceration.

8     Black lives matter, Black trans lives matter.  I

9  yield my time.

10    COMMITTEE COUNSEL:  Thank you.  Marie Deluca

11 followed by Alex Payne and Mads Shiver.

12    SERGEANT AT ARMS:  Time begins now.

13    MARIE DELUCA:  My name is Marie Deluca and I am

14 an emergency medicine doctor in New York City.  As a

15 doctor and a street medic, I have seen people and

16 treated people with baton injuries, concussions,

17 nerve injuries, lacerations, chemical weapons

18 injuries, and severe psychological trauma.

19    All inflicted by the NYPD in the last two weeks.

20 The most severe violence was inflicted by police

21 against Black and Brown people.  I have worked in

22 busy trauma centers and at many protests and I am

23 deeply disturbed by the violence I have witnessed by

24 the NYPD here on the streets of New York in the last

25 two weeks.

COMMITTEE ON PUBLIC SAFETY          458

1

2      I attended the protest in the Bronx on June 4th

3   as a street medic to render medical care to

4   protestors.  I was wearing these scrubs and I was

5   thrown on the ground by a police officer, forcibly

6   pinned down and arrested.  I also witnessed the

7   police violence described today by all the other

8   people who attended that protest.

9      As a doctor who has treated hundreds of patients

10   with COVID-19 at the height of the pandemic in New

11   York, I know that the crowding and lack of sanitation

12   in the jail cells they placed us in put us all at

13   risk of COVID-19.

14      In the small cell I was crammed in with twelve

15   other people, there was one toilet, which had blood

16   on the seat and feces on the floor.  There was a

17   dirty sink without soap and there was no hand

18   sanitizer.

19      When an arrested person asked for a mask, an

20   officer told her to take the mask from him with her

21   teeth.  After months of struggling to save people

22   from COVID-19, I am horrified by these conditions,

23   this violence, and the danger they put us all in.

24   I'm appalled to hear police compare CPR to a

25   chokehold.  That the NYPD conflates a medical

COMMITTEE ON PUBLIC SAFETY                459

1

2  procedure to save someone's life to a deadly act of

3  violence.  It tells us all that we need to know about

4  their understanding of public safety and public

5  health.

6      None of the resolutions the City Council

7  discussed today would have prevented the violence I

8  have experienced and witnessed from the NYPD.  The

9  police are a violent tool of White supremacy.  For

10  public health and safety, we must abolish the police

11  and abolish the prisons.

12      I yield my time.

13      COMMITTEE COUNSEL:  Thank you for your testimony.

14  Alex Payne followed by Mads Shiver.

15      SERGEANT AT ARMS:  Time begins now.

16      ALEX PAYNE:  Hello, my name is Alex Payne and I

17  am a Brooklyn resident.  Thank you to everyone who

18  stuck around.  I'm going to try and make this quick.

19      I'm here because of the ongoing unjust treatment

20  of Black communities and all oppressed people in our

21  city, especially at the hands of the racist and

22  murderous police force.  But I will limit my time to

23  attest to the police brutality and intimidation I've

24  seen firsthand and experienced at nonviolence

25  protests against systemic oppression.

COMMITTEE ON PUBLIC SAFETY          460

1

2    On June 1st, I participated in a nonviolent

3    protest at Barclay Center.  At one point the police

4    lined up across the street and told protestors to

5    move to the sidewalk.  Protestors obeyed and police

6    started marching forward in riot gear with their

7    batons out.  They continued onto the sidewalk and

8    started pushing people back even though they were

9    acting in accordance with the demands.

10    I did not see any protestors fight back or do

11    anything but stand on the sidewalk and still police

12    started knocking into people.  They began arresting a

13    man who was obeying this order.  I was asking the

14    arresting police what the man had done wrong, when an

15    officer to my right hit me with a baton and knocked

16    me into the street.

17    I fully recognize that these abuses are very

18    small in relation to a lot of the brutality that I

19    witnessed that night and in other days of protests

20    but I believe it speaks to the scale on which this

21    brutality is occurring.

22    On that same night, I also witnessed a police

23    officers turn a flare that was firing to side of the

24    street, turn it towards a group of protestors and

25    then run back to his line of police.  A protestor ran

COMMITTEE ON PUBLIC SAFETY          461

1

2  out to the flare and began to stomp it out when he

3  was thrown to the ground, swarmed by police, and

4  arrested for his heroic efforts.

5      I have video evidence of this occurring.  These

6  stories are now sounding familiar and that's exactly

7  the point.  I appreciate the efforts of many City

8  Council Members in reacting to these brutalities and

9  the racial oppression that we as protestors are

10 working to end but we need so much more.

11     You can count on me to continue to press you and

12 all elected officials to pass the strongest measures

13 including abolition.

14     Thank you.  I yield my time.

15     COMMITTEE COUNSEL:  Thank you.  And last up is

16 Mads Shiver.

17     SERGEANT AT ARMS:  Time begins now.

18     MADS SHIVER:  Hello, thank you to everyone still

19 here.  I will make this brief.  I want to use the

20 majority of my time to also talk about the protest

21 that happened in the Bronx on June 4th.  I want to

22 confirm everything that everyone already said about

23 that protest and just add a couple extra points.

24 Noting that although I've been to a number of

25 protests across the boroughs, the Bronx protest was

COMMITTEE ON PUBLIC SAFETY          462

1

2    the only one where I saw police in such extensive

3    undercover riot gear with their little lime green arm

4    badges or whatever those are called.  I have no words

5    to describe the Bronx protest other than a peaceful

6    and educational stroll through the neighborhood.  It

7    was one of the smallest groups that I've been a part

8    of and it was the shortest march that I have been a

9    part of and I have been out almost every single night

10   for the last week and a half.

11        It certainly was a coordinated attack on the

12   Bronx without a doubt.  I mean, it wouldn't be an

13   exaggeration to say they probably had three cops per

14   each person that was demonstrating and marching that

15   night.  I was at the back of the crowd, but I'm told

16   that at the time that the police started kettling us

17   at the site of mass arrests which happened on East

18   136 and Brooke Ave intersection, the front of the

19   crowd was paying their respects to a restaurant in

20   the neighborhood that's been a strong hold for years

21   and has also been providing mutual aid food support

22   to the community during the time of the pandemic.

23        The kettling started happening long before curfew

24   and once they started to get us on the intersection

25   that I just named earlier, the cops in undercover

COMMITTEE ON PUBLIC SAFETY                  463

1

2  riot gear started rushing down the sidewalk to catch

3  people on the other end.

4       They held us there, they grabbed at least one if

5  not two people at around 7:55, so prior to the

6  curfew.  At which point, we had already been on that

7  intersection blocked by police on both ends for some

8  time.  The crowd started asking for us to be able to

9  leave.  There was no orders to disperse prior to them

10  kettling us and there was no person allowed to leave

11  the group.

12       From the back of the crowd, the second the clock

13  struck 8:00, I have a photo of the police presence at

14  the front of the crowd at 7:59 p.m.  The second the

15  clock struck 8:00 cops at the back of the group in

16  undercover riot gear with bicycles started plunging

17  their bicycles into the back of the crowd, so that

18  the front of the crowd was pushed forward towards the

19  army of police in front of us.  Cops came up, a cop

20  grabbed me by my left wrist while the other one

21  reached for my neck.  I almost saw, I felt like I saw

22  the moment in his eyes where I think he, I assume

23  could only have realized that it was probably not the

24  right idea to grab people by the neck.  So, he let go

25  — indeed, the videos on Instagram, you should

COMMITTEE ON PUBLIC SAFETY                464

1

2   definitely all check them out because they are

3   circulating wide.

4       The second he let go of my neck, he started

5   punching me in the rib cage.  At which point another

6   officer, this is all while an additional officer is

7   still holding my left wrist.  Another officer grabbed

8   me by the back of my head by my hair and pulled me

9   forward and threw me to the ground.  Once I was face

10  down on the ground, someone pushed my face into

11  cement.

12      SERGEANT AT ARMS:  Time is expired.

13      MADS SHIVER:  People were still hitting me from

14  the back and I have bruises.  In addition to that,

15  all I can say is that what I saw that night was a

16  blood lust from the cops to get towards the people in

17  the crowd which were mostly Bronx residence.  And

18  they also terrorized people in an apartment housing

19  complex that was right across the street from us.  Of

20  which most of the people were just coming out to

21  videotape the brutality that was happening.

22      I know I'm over time and I'm not going to hold

23  any further time from you all but it's atrocious what

24  we saw. It doesn't just happen during the protest,

25

```
                    COMMITTEE ON PUBLIC SAFETY            465

 1

 2   that was a coordinated attack on the Bronx that I

 3   know has been going on for far too long.

 4       So, I urge the Council Members to please push

 5   beyond the reform that was mentioned today because it

 6   will not do enough.  $1 billion will not do enough

 7   and I think you need to listen to your constituents

 8   more than you need to listen to the political power

 9   of the police.

10       COMMITTEE COUNSEL:  Thank you for your testimony.

11   I see that we have one hand raised.  We will go to

12   Nagiya Hussain.

13       SERGEANT AT ARMS:  Time begins now.

14       NAGIYA HUSSAIN:  Hi, I spoke already.  I don't

15   want to take too much time other than to say two

16   things.  I see the Council Members who have their

17   videos off.  We have all been here.  We've all been

18   working our day jobs and doing this.  Keep your

19   videos on, we know you are not paying attention.  We

20   know, we see you.

21       And my other question is to Council Member

22   Richards.  We've been here for hours telling our

23   story, listening to trauma, holding space for this

24   community and I want to know, why?  Clearly our

25   elected members don't have enough power over the NYPD
```

COMMITTEE ON PUBLIC SAFETY                466

1

2    to force them to sit here and listen the way they

3    should have.

4        So, why are we here?  What is going to happen?

5    We have been here for nine hours, what is going to

6    happen next?  Why?  You were telling Alexander that

7    this should not be his first meeting and he should

8    come back again, why?  We are not being paid for our

9    time.  We are not being paid for this.  Many of us

10   are losing incomes so that we can be here and hold

11   our elected officials and the NYPD accountable and

12   they are not here and they have their video's off.

13   So, why should we come back again?  Why should we

14   trust you?  What is going to happen next?  Can you

15   let us know?  Can you tell us?  And how do we hold

16   others accountable when that doesn't happen.

17       Thank you.

18       COMMITTEE COUNSEL:  We have no more witnesses, so

19   we will turn to the Chair to address that and close.

20       CHAIRPERSON RICHARDS:  Well, thank you.  Well,

21   let me just thank you for your statements and

22   comments and they certainly were all on point.  And

23   let me just — you know, just to sum up the role,

24   because I think that's very important for people to

25   know the role of the City Council.  We're an

COMMITTEE ON PUBLIC SAFETY                467

1

2   oversight body over the NYPD.  They don't work — we

3   don't work for them; we want them to work for us but

4   it's really our obligation to hold them accountable

5   through legislative actions as we have over the

6   course of the last few years and it still has not

7   been enough.  Let's be clear.  400 years of a system

8   and even the little progress we've made, which has

9   been substantial in some areas.  I'm not here to say

10  that in areas like marijuana, justice, and the gang

11  database where there were 50,000 Black young men and

12  women in that database, we go them to look at that

13  database, although there is still a lot more work to

14  be done.

15       You know there are a lot of different areas that

16  we've made some progress on in the Council and it's

17  still a long — you know, this I a long term struggle

18  and that's what I want to remind people of today that

19  you know, telling — I think somebody talked about you

20  know, being faced with the challenges around sexual

21  assault.  We held a hearing I think one of my first

22  hearings was on the sexual victims division and

23  revamping it and now we're going to have five new

24  facilities across the city, so that when people are

25  victimized they can be treated with dignity and

COMMITTEE ON PUBLIC SAFETY                468

1

2  respect, especially trans and Black and Brown women

3  who are notoriously treated differently when they are

4  being questioned by the NYPD during accounts like

5  that.

6      So, what happens next from here.  All of the

7  legislation that you've heard today except my bill,

8  we did not hear today which was something we were

9  working on for over a year when the disciplinary

10 matrix and I want everybody to remember these two

11 words, disciplinary matrix.  Because right now the

12 NYPD has no framework on discipline.  You know one of

13 the things this committee did was challenge

14 Commissioner O'Neill over I think it was maybe a year

15 and a half ago on their discipline and out of that

16 came US attorney's and others who took an outside

17 view, an outside look at the NYPD's in a disciplinary

18 system.

19     And even as they did that, they didn't even get

20 all of the information that they wanted.  So, I just

21 want to put that into perspective.  These are US or

22 former US attorney's who also you know, were tasked

23 with investigating the NYPD'S disciplinary process

24 and still was sort of — did not even get all the

25 information we were looking for.  So, we all have

COMMITTEE ON PUBLIC SAFETY          469

1

2    those challenges but one of the things this committee

3    can do just as we are doing today is, we can force

4    them through law to do certain things.

5        So, I'm proud of all of the things that are going

6    to happen today and you are totally correct, I don't

7    even know why were here to force you to have to

8    adhere to allowing the public to practice their civil

9    liberties, their rights, their right to protest,

10   their right to record.

11       I mean, as a police officer, you should not block

12   your badge.  How is this allowed?  How are you

13   allowed to be on the streets without a mask?  You

14   know, these are all the same questions we ask and it

15   does get frustrating.  This is very frustrating,

16   don't get me — for many of you this is your first

17   hearing but we do this you know at least once or

18   twice a month on different subject and topic areas

19   and it does get frustrating but even through

20   frustration, we can't give up.  We got to keep

21   marching, we got to keep fighting.

22       As we were on this line, 50-A was repealed at the

23   state level.  I mean, that's something we were asking

24   the Commissioner and Mayor about since I've been

25   Chair for two years.  When are you going to go out

```
                    COMMITTEE ON PUBLIC SAFETY              470
```

1   

2   there and fight for it?  We can raise our voice but

3   Albany has to change, the Mayor reinterpreted it.  It

4   does get frustrating, but one of the things I want to

5   say is when you rise up, when people rise up and come

6   together and you come to hearings and you participate

7   and you go out there and march and you make your

8   voices heard and your Tweet and your email, that is

9   civic engagement.

10      Civic engagement brings results if that's the

11  lesson that all of us learn through this process.

12  You know, I gave up home on 50-A.  Listen, I mean we

13  were talking about this for years and I'm like, every

14  year, same question during the budget period, when

15  are you going to go up to Albany to reform 50-A?

16  When are you going to stop reinterpreting and you get

17  the same answer.

18      However, you know struggles are long term.

19  That's what Frederick Douglas said, without struggle,

20  there can be no progress.  There will be no progress.

21      So, this is a long term struggle and I'm so

22  saddened to hear so many of the stories many of you

23  had to encounter being beaten and hit and that

24  experience is something that I've experienced.

25  That's something many of the people from my community

COMMITTEE ON PUBLIC SAFETY          471

1

2  in Far Rockaway and in South East Queens.  Those are

3  our experiences in Jamaica and in South East Queens

4  and in Brooklyn, my friends in the Bronx, we all have

5  the same stories.

6      But one of the things that's unique about this

7  moment in history is that its brought everybody

8  together.  There was something about George Floyds

9  death that spark and lit a match under everyone.

10  Sean Bell was my neighbor and for those of you who

11  don't know who Sean Bell was, Sean Bell was a young

12  African American, maybe a few years older than me,

13  maybe a year or two, who was killed in 50 bullets.

14  He was shot 50 time by the NYPD.

15      You know, we marched back then but we didn't have

16  this amount of support.  I'll be honest, you know, we

17  were marching alone.  You know, I'm still very close

18  to his wife.  I'm still very close to his kids, to

19  his mom, to Nicole Bell's mom.  You know, so, this

20  struggle is long.  It's not something new.

21      Now, how do we dismantle it and utilize this

22  opportunity and this momentum to really shift long

23  term change and dismantle this system that has

24  oppressed people who look like me for far too long.

25  How do we reignite this flame and ensure that we are

COMMITTEE ON PUBLIC SAFETY          472

1

2  reimagining policing and yes, defund and pull out

3  money out of the NYPD's budget?  I certainly have

4  made it clear; I will not be voting for a budget that

5  does not substantially cut the NYPD's budget to

6  reinvest.

7      My community for instance in Far Rockaway, we

8  lost 800 people to COVID.  Alright, we were the

9  second hardest hit in New York City because of those

10 disparities that we've tried to address over the

11 years but there is always those budgetary concerns.

12 So, what are out priorities as a city?

13     So, yes, the public, all of you, and those of you

14 who even cursed at me.  That's good, we need that

15 energy.  You got to hold your elected officials

16 accountable but also, it's important to know which

17 elected officials have been doing work, so you got to

18 learn the history so you can understand who has been

19 doing what and who do you need to press hard, right.

20 So very important to know history and not jump up at

21 everybody and I'm not getting defensive because I can

22 take it.  I got broad shoulders, I'm a Black man in

23 America.  I better have broad shoulders.  I can take

24 it because we've taken a whole lot and you know; I'll

25 just check some of you though.  You know, you can't —

COMMITTEE ON PUBLIC SAFETY          473

1

2    I want to be politically correct, but as a Black man,

3    some of you all were talking, I mean I'm a Black

4    Chair.  The way some of you cursed at me, check your

5    privilege, I got to say that.

6        So, these are our experiences in America and we

7    have to all figure out how do we collectively utilize

8    this moment to work together to build change and

9    that's really what this exercise is about.  These

10   bills are a step, they are not a magic bullet.  There

11   is no calvary coming to save us.  Because if that

12   were true it would have happened 400 years ago.

13       However, we fight, we struggle, that's what the

14   civil rights movement was about.  That is what today

15   is about, young people rising up and finally getting

16   fed up.  Beautiful, we need that energy.

17       So, hold us accountable, look at the budget,

18   these hearings are once a month or at least twice a

19   month, sometimes I able to get two.  I give my

20   committee, we give them extra work, it's a lot of

21   work to put these things together and it's a lot of

22   work to move the political winds — to move these

23   things.

24       You know, I remember PBA, Pat Lynch has been

25   attacking me for years, for years, for years.  So,

1

2  you know, we need people to be united with us in this

3  struggle, so that we can really affect change and

4  together we can do it.  If we are all aiming at each

5  other rather then in the direction we need to go,

6  we'll never see the progress we need to see.

7      So, with that being said, I want to begin to

8  close this hearing out.  I want to thank Daniel Ades,

9  for his work, my Legislative Counsel, Joshua

10  Kingsley, thank you.  Matthew Thompson thank you.

11  Nevin Singh thank you and Sergeant at Arms.  Sergeant

12  at Arms are not the NYPD.  These are people from our

13  community so just because they got a Council badge on

14  doesn't give anybody the right to disrespect them.

15  They work hard and they damn sure take a lot of slack

16  for us a lot of times as well but they are always

17  professional and the sort of people we want, even if

18  they were in law enforcement, these are the sort of

19  people we want in law enforcement because they come

20  from our communities and they understand how to treat

21  everybody with true CPR.

22      So, with that being said, I want to thank you all

23  for coming out.  It's been a long day.  I want to

24  thank all my colleagues.  I want to thank the

25  Speaker; I want to thank Jumaane Williams and urge

1                   COMMITTEE ON PUBLIC SAFETY                475

2     all of us to keep marching.  Keep marching, keep

3     holding us accountable and lets get this things done.

4     I'm not giving up hope, the future is brighter than

5     it's ever been.

6          God Bless you all.  Have a great evening.  This

7     hearing is closed.  [GAVEL]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>C E R T I F I C A T E</u>

World Wide Dictation certifies that the

foregoing transcript is a true and accurate

record of the proceedings. We further certify that

there is no relation to any of the parties to

this action by blood or marriage, and that there

is interest in the outcome of this matter.



Date _____ April 1, 2018 _____