

August 15, 2023

Hon. Ona T. Wang
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

*Via Electronic Filing*

Re: Case No. 22-cv-01445, *Rodney v City of New York, et al.* – Letter Motion for Leave to File Amicus

Dear Magistrate Judge Wang,

Pursuant to Individual Practice I.b. of your Individual Practice in Civil Cases, LatinoJustice and the Office of the Public Advocate move to re-submit the amicus brief in opposition to Defendant's initial motion to dismiss (Doc. 21) in opposition to Defendant's current motion to dismiss (Doc. 97). The motion is unchanged from its prior version.

A copy of the motion is attached as Exhibit 1 to this letter.

**MEMO ENDORSED.**

Respectfully submitted,

*/s/ Andrew Case*

Andrew Case
Senior Counsel

Cc:   All parties by ECF
      Elizabeth Guzman via email at eguzman@advocate.nyc.gov

**Application DENIED as unnecessary. The Court will review the prior amicus brief in conjunction with the motion to dismiss.**

**SO ORDERED.**

_____
Ona T. Wang          8/18/23
U.S.M.J.



**LATINOJUSTICE PRLDEF**
523 W Colonial Drive, Orlando, FL, 32804
475 Riverside Drive, Suite 1901, New York, NY 10115
Direct: 212.739.7506 | General: 800.328.2322
**New York, NY | Orlando, FL | Central Islip, NY | Austin, TX**
latinojustice.org