

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Gregory Musso**
*Senior Counsel*
Tel.: (212) 356-3159
gmusso@law.nyc.gov

September 11, 2023

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

        Re:    *Patricia Rodney v City of New York, et al.,* 22-CV-01445 (LAK) (OTW)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced case. In that capacity, I am attaching this letter regarding technical problems with ECF on Friday, September 8, 2023.

      On Friday, September 8, 2023, the undersigned attempted to file the attached letter motion via ECF from approximately 5:00 p.m. to 8:00 p.m. but was unable to complete the process. The undersigned received constant notices of a "Bad Gateway" when attempting to log into ECF. The undersigned confirmed with a co-worker that it was not an individual problem but a general problem with signing into ECF. The undersigned apologizes for the delay in filing the attached letter motion but was unable to complete the filing due to the above technical issue.

      Defendants thank the Court for its consideration herein.

                                                            Respectfully submitted,

                                                            ***/s/ Gregory Musso***

                                                             Gregory Musso
                                                             *Senior Counsel*

cc: **By ECF**
To all attorneys of record.