

September 11, 2023

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

   Re: Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

  As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write, under the Court's Individual Practice III(e), to request oral argument. With Defendants' filing, the motion is now "fully briefed" (*id.*). Thus, we respectfully ask the Court to permit oral argument on this motion.

  We believe argument may be particularly helpful because of Defendants' choice to adopt their prior reply, rather than actually reply to the live opposition. That mismatch means that Defendants have failed to address a number of significant arguments in Plaintiff's opposition, including the argument that the no recording policy is void under the City Administrative Procedure Act (or "CAPA"). Likewise, it means Defendants are standing on factual claims they have since admitted are unambiguously untrue — and indeed, are now barred by admissions made after the reply — such that simply adopting the prior reply without any comment is problematic at the least.[1]

  Finally, if the Court is inclined to hear oral argument, we ask leave to allow recent law graduate, Regina Yu,[2] who has worked extensively to help prepare the papers here, to argue the issues around Plaintiff's false arrest claim and other issues that connect to that issue (Point I in Plaintiffs' opposition).[3] My firm, like the Court (*id.*), tries to provide opportunities for junior lawyers and law students to work whenever possible.

  As always, we thank the Court for its time and consideration.

---

[1] *Compare, e.g.,* Dkt. No. 64 at 3 (initial reply claiming "the single video appended to Amended Complaint shows she begins yelling out loudly prior to any physical interaction.") *with* Dkt. No. 112 at 5 n. 8; Dkt. No. 113 ¶¶ 9 and 25 ("as set out below, Defendants have since admitted that their assertion here was untrue. Yet they re-adopted it in renewing their motion without even a comment"); and Dkt. No. 113-13 at 9-10 (admitting "At least one Defendant touched Plaintiff before she started screaming").
[2] At the time of the prior oral argument request, Ms. Yu was a law student. Ms. Yu just sat for the bar, but has not received results or applied for admission yet.
[3] I would argue the remaining issues.



                                                                                                                Respectfully submitted,

                                                                                                                    /s/
                                                                                                                 _____

                                                                                                                J. Remy Green
                                                                                                                   *Honorific/Pronouns: Mx., they/their/them*
                                                                                                                **COHEN&GREEN P.L.L.C.**
                                                                                                                *Attorneys for Plaintiff*
                                                                                                                1639 Centre St., Suite 216
                                                                                                                Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com