

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

Gregory Musso
*Senior Counsel*
Tel.: (212) 356-3159
gmusso@law.nyc.gov

September 29, 2023

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

      Re:   *Rodney, Patricia v City of New York, et al.,* 22-CV-01445 (LAK) (OTW)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above referenced case. In that capacity, I write to respectfully request that the Court grant a brief extension of time with respect to the joint letter in the above referenced case. Defense sincerely apologizes for this last minute request, however, assures the Court that the undersigned made every effort to attempt to submit the below referenced joint letter by today's deadline but was unfortunately unable to do so. To that end, Defendant request a one week extension to October 6, 2023 to file the joint letter.

      This request is the first of its kind for this matter. Plaintiff's counsel, Remy Green, consents to this extension but will not consent to any further extensions.

      There are several reasons for this request. First, the undersigned was engaged in oral argument on another matter on September 28, 2023. As such, a significant amount of time was dedicated to preparing for that matter and the undersigned was unable to complete the responses to Plaintiff's discovery demands and submit the joint letter.

      However, Defendant was able to supplement discovery on September 26, 2023 and believed to have completed all discovery in Defendant's control. Defense spoke to Plaintiff on the phone on September 27, 2023, regarding said supplemental discovery and Plaintiff pointed out that one item appears to be missing. Defendant will take every step to acquire said item. Defendant will be able to complete the privilege logs shortly.

1

Second, the as the Court is aware, the undersigned was transferred to this matter, formally assigned on August 8, 2023. The undersigned has been able to review the case materials but was unable to confirm with previous counsel on the discovery decisions made prior to his assignment. Defense will make every effort to confirm those decisions and communicate them in the privilege log by October 6, 2023.

The undersigned had every intention of completing these tasks and had confirmed with Plaintiff's counsel on September 27, 2023, that such tasks could be completed by September 29, 2023. However, the oral argument on September 28, 2023, demanded an unexpected amount from the undersigned and the undersigned's superior.

As noted above, the undersigned communicated with Plaintiff's counsel, Remy Green, over email regarding the instant extension requests. Counsel consents to the extension to October 6, 2023, but will not consent to any further extensions. Additionally, plaintiff counsel requested that the following be included in this request.

From Plaintiff Counsel:

Plaintiff drafted a letter that the parties intended to include the monthly status update, but because Defendants' portions are not ready, the parties jointly ask the Court to consider this extension letter to be the monthly status report, since it reflects the only status since the last report.

Respectfully submitted,

*/s/ Gregory Musso*

Gregory Musso
*Senior Counsel*

cc: **By ECF**
To all attorneys of record.

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang         10/2/23
U.S.M.J.