

October 27, 2023

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

    **Re:**    Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

    As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. As directed by the Court (Dkt. No. 130), I write to provide dates the parties are available for an in-person status conference.

    The parties are available for the proposed in-person status conference on any of:

    November 28, 2023;

    November 29, 2023; and

    November 30, 2023;

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.