UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PATRICIA RODNEY,

                      Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------x

No. 22-CV-1445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person status conference in this matter on November 16, 2023. As discussed at the conference:

1. The parties are directed to file supplemental briefing within **three weeks** following the Second Circuit's decision in *Reyes v. City of New York*, 23-CV-6369.

2. Plaintiff's motion for oral argument on Defendants' motion to dismiss is **DENIED**.

3. Defendants shall provide interrogatory responses **by Friday, December 8, 2023**. To the extent Defendants cannot resolve the email and text document request issue by December 8, 2023, Defendants are directed to file a letter motion for a protective order **by Friday, December 22, 2023**. Plaintiff's opposition is due **by Friday, January 12, 2024**. Letter briefs must comply with my Individual Rules.

4. Defendants are directed to resolve the remaining John/Jane Doe issue **by Friday, December 8, 2023**, either by stipulation or by status letter informing the Court of the nature of the resolution.

5. Discovery is extended to **January 26, 2024**.

6. The parties shall file individual, rather than joint, status letters, as scheduled.

The parties are directed to refer to the transcript of the November 16, 2023, status conference for additional details on the Court's rulings.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated:  November 16, 2023
New York, New York

**Ona T. Wang**
United States Magistrate Judge