UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                    Plaintiff,            **(PROPOSED) STIPULATION
AND ORDER**

        -against-

THE CITY OF NEW YORK, POLICE SERGEANT F/N/U
HERNANDEZ (TAX I.D. 932167), POLICE OFFICER
TAMARA CLEMENTE (TAX I.D. 962322), AND JOHN AND
JANE DOES 1-10,

                                     Defendants.
------------------------------------------------------------------------X

      **WHEREAS,** the Court has directed the parties to prepare a stipulation to the filing of a Second Amended Complaint, that names the "Doe" Defendants, and does not moot the pending Motion to Dismiss;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.   The parties stipulate that the operative complaint at ECF No. 90 is deemed amended to replace John or Jane Doe 10 with New York City Police Commissioner James P. O'Neill.

Dated: New York, New York
       December 4, 2023

**COHEN&GREEN P.L.L.C.**                **NYC CITY LAW DEPARTMENT**

By:    /s/                          By:    /s/
J. Remy Green                            Gregory Musso
1639 Centre Street, Suite 216          100 Church Street
Ridgewood (Queens), NY 11385       New York, New York, 10007
  t: (929) 888-9480                   Phone: (646) 740-1295
  f: (929) 888-9457                 *Attorney for Defendants*
  e: remy@femmelaw.com
*Attorneys for Plaintiff*

                                    SO ORDERED

                                    _____
                                    Hon.