UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                                Plaintiff,        **(PROPOSED) STIPULATION AND ORDER**

        -against-

THE CITY OF NEW YORK, POLICE SERGEANT F/N/U HERNANDEZ (TAX I.D. 932167), POLICE OFFICER TAMARA CLEMENTE (TAX I.D. 962322), AND JOHN AND JANE DOES 1-10,

                                                Defendants.
-------------------------------------------------------------------------X

       **Pursuant to the Court's Individual Practices, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Both parties' deadline to file objections to Judge Wang's Report and Recommendation on Defendants' Motion to Dismiss (ECF No. 148) is extended two weeks, from December 29, 2023, to January 12, 2023.

Dated:  New York, New York
           December 22, 2023

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
| By:    /s/ | By: /s/ *Alexandra Corsi* |
| J. Remy Green | Alexandra Corsi |
| 1639 Centre Street, Suite 216 | 100 Church Street |
| Ridgewood (Queens), NY 11385 | New York, New York, 10007 |
|   t: (929) 888-9480 | *Attorney for Defendants* |
|   f: (929) 888-9457 | |
|   e: remy@femmelaw.com | |
| *Attorneys for Plaintiff* | |

                                                                SO ORDERED

                                                                 _____
                                                                 Hon. Lewis A. Kaplan, U.S.D.J.