

remy green <remy@femmelaw.com>

---

## Rodney - 22-cv-1445 - Discussion of Email/Text Search

**remy green** <remy@femmelaw.com>                                             Thu, Dec 7, 2023 at 11:09 AM
To: "Musso, Gregory (LAW)" <gmusso@law.nyc.gov>
Cc: Protester Cases <Protests@femmelaw.com>

…it's not about superiors (although that's ALSO a problem).  We need someone there who has knowledge about collection and review, as well as technological capability.  (It's usually Anthony DiSenso)

It sounds like you haven't done much, if any, of the groundwork necessary to have this conversation seriously.  But let's see how it goes, I guess.
_____
Sent from a mobile device, please excuse any thumbling or stumbling.
_____

J. Remy Green
*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560(direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
_____


> On Dec 7, 2023, at 11:05 AM, Musso, Gregory (LAW) <gmusso@law.nyc.gov> wrote:
>
>
> I will have a conversation with my superiors before the meeting.
>
> ---
>
> **From:** remy green <remy@femmelaw.com>
> **Sent:** Thursday, December 7, 2023 11:03 AM
> **To:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
> **Cc:** Protester Cases <Protests@femmelaw.com>
> **Subject:** Re: [EXTERNAL] Re: Rodney - 22-cv-1445 - Discussion of Email/Text Search
>
>
> Great.  I will call you then.  Should I loop in anyone else from your office, given the obvious need?
> _____
> Sent from a mobile device, please excuse any thumbling or stumbling.
> _____
>
> J. Remy Green
>
> *Partner*
>
> | Cohen&Green P.L.L.C. | #FemmeLaw |
>
> | remy@femmelaw.com (e) | (929) 888.9560(direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
>
> | honorific / pronouns:  Mx. / they, their, them |

On Dec 7, 2023, at 11:01 AM, Musso, Gregory (LAW) <gmusso@law.nyc.gov> wrote:

OK, lets do that

**From:** remy green <remy@femmelaw.com>
**Sent:** Thursday, December 7, 2023 10:45 AM
**To:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Cc:** Protester Cases <Protests@femmelaw.com>
**Subject:** Re: [EXTERNAL] Re: Rodney - 22-cv-1445 - Discussion of Email/Text Search

I have a vet appointment at 3, but could meet at 1:00 - 2:00.

_____

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Thu, Dec 7, 2023 at 10:44 AM Musso, Gregory (LAW) <gmusso@law.nyc.gov> wrote:

> I have a busy morning today. Can we discuss this afternoon?

**From:** remy green <remy@femmelaw.com>
**Sent:** Thursday, December 7, 2023 10:43 AM
**To:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Cc:** Protester Cases <Protests@femmelaw.com>
**Subject:** [EXTERNAL] Re: Rodney - 22-cv-1445 - Discussion of Email/Text Search

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Greg,

Following up on this.

_____

**J. Remy Green**

　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
_____



_____

On Mon, Dec 4, 2023 at 12:24 PM remy green <remy@femmelaw.com> wrote:

> Hi Greg,
>
> Our deadline to discuss any proposed limitations on email searches, or to confer on methodology, is Friday.

I would have expected to hear from you on this before today.

Are there any proposals you want to send us? We should probably schedule a meeting this week to actually discuss search terms -- ideally with someone from your office who is prepared both on the case itself and in having authority to actually discuss the substance of search terms.

Obviously, if Defendants fail to engage at all, that will be something we raise in our opposition.

Yours,

Remy.

_____

**J. Remy Green**

      *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____