UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                        Plaintiff,

                              -v-

CITY OF NEW YORK, ET. AL.,

                                        Defendant.

**NOTICE OF SUBSTITUTION OF COUNSEL**

22-CV-01445 (LAK)(OTW)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that JOHN SCHEMITSCH, Senior Counsel, hereby appears as counsel of record on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Sgt. Hernandez, Officer Clement, Sgt. Hernandez, Officer Ramos, Officer Casimir, Officer Oggeri, Officer Acevedo, Officer Mui, Officer Cusomano, Officer Vitelli, Sgt. Hernandez, and former Commissioner James O'Neill. I certify that I am admitted to practice before this Court.

Dated:  January 12, 2024
          New York, N.Y.

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants*
                                        100 Church Street, Room 3-222
                                        New York, N.Y. 10007
                                        T: (212) 356-3539
                                        E: jschemit@law.nyc.gov

                                  By:    /s/_____
                                               John Schemitsch
                                             *Senior Counsel*

cc:    **VIA ECF**
       *All attorneys of record*