

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

January 12, 2024

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Patricia Rodney v. City of New York, et al.</u>, 22-cv-1445 (LAK)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendants City of New York, Sgt. Hernandez, Officer Clement, Officer Ramos, Officer Casimir, Officer Oggeri, Officer Acevedo, Officer Mui, Officer Cusomano, Officer Vitelli, Sgt. Hernandez, and former Commissioner O'Neill, in place of Assistant Corporation Counsel Alexandra Corsi and Gregory Musso. Simultaneously herewith, I am also filing a notice of substitution of counsel and affidavit from Ms. Corsi. I therefore respectfully request that Alexandra Corsi and Gregory Musso be removed as attorney of record in this matter.

    Thank you for your consideration herein.

    Respectfully submitted,
    /s/
    John Schemitsch
    *Senior Counsel*

cc:    **VIA ECF**
    Gideon Oliver, Esq.
    Remy Green, Esq.
    *Attorneys for Plaintiff*