UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICIA RODNEY,

                     Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,

                     Defendants.

-----------------------------------------------------------x

No. 22-CV-1445 (LAK) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF Nos. 158 and 159. Defendants' motion is **GRANTED**. Defendant O'Neill's time to respond to the Second Amended Complaint is **EXTENDED** *nunc pro tunc* **to January 24, 2024**. Defendants' time to respond to Plaintiff's Second Requests for Admission is **EXTENDED** *nunc pro tunc* **to January 19, 2024.** Plaintiff's motion to file an opposition is **DENIED as moot**.

      The Clerk of Court is respectfully directed to close ECF Nos. 158 and 159.

      **SO ORDERED.**

Dated: January 16, 2024
       New York, New York

                                                /s/ Ona T. Wang
                                                 **Ona T. Wang**
                                          United States Magistrate Judge