**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PATRICIA RODNEY,

                              Plaintiff,                      No. 22-CV-1445 (LAK) (OTW)

              -against-                           **ORDER**

THE CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 164. The parties' motion for an extension of discovery until Friday, April 19, 2024, is **GRANTED**.

The Court will hold a status conference in the matter on **Thursday, February 15, 2024 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed submit a joint proposed agenda setting out the remaining discovery disputes **by Tuesday, February 13, 2024**.

The Clerk of Court is respectfully directed to close ECF 164.

      **SO ORDERED.**

                                                  */s/ Ona T. Wang*

Dated: January 23, 2024                                 **Ona T. Wang**
       New York, New York                   United States Magistrate Judge