UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                         Plaintiff,        **(PROPOSED) STIPULATION AND ORDER**

      -against-

THE CITY OF NEW YORK, POLICE SERGEANT F/N/U HERNANDEZ (TAX I.D. 932167), POLICE OFFICER TAMARA CLEMENTE (TAX I.D. 962322), AND JOHN AND JANE DOES 1-10,

                                         Defendants.
------------------------------------------------------------------------X

      **Pursuant to the Court's Individual Practices, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Defendants' deadline to file a response to Plaintiff's Objections to Judge Wang's Report and Recommendation on Defendants' Motion to Dismiss (ECF No. 168) is extended two weeks, from January 26, 2024, to February 9, 2024.

Dated:  New York, New York
         January 24, 2024

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By: _/s/_ <br> J. Remy Green <br> 1639 Centre Street, Suite 216 <br> Ridgewood (Queens), NY 11385 <br>   t: (929) 888-9480 <br>   f: (929) 888-9457 <br>   e: remy@femmelaw.com <br> *Attorney for Plaintiff* | By: /s/ <br> John Schemitsch <br> 100 Church Street <br> New York, New York, 10007 <br> *Attorney for Defendants* |

                                                     SO ORDERED

                                                _____
                                                Hon. Lewis A. Kaplan, U.S.D.J.