

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-3539<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

January 29, 2024

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Patricia Rodney v. City of New York, et al.</u>, 22-cv-1445 (LAK)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, for defendants. Defendants write to respectfully renew their request an adjournment of the conference scheduled for February 15, 2024 at 10:30 a.m.[1] Plaintiff consented to this request. This request is necessary as the undersigned has a conflicting prescheduled vacation from February 14, 2024 through February 20, 2024. Defendants respectfully request an adjournment to the following week or a date and time convenient to the Court.

      Thank you for your consideration herein.

      Respectfully submitted,
      /s/
      John Schemitsch
      *Senior Counsel*

cc:    **VIA ECF**
      Remy Green, Esq.
      *Attorney for Plaintiff*

---

[1] It appears from the Civil Docket Sheet that Defendants' original request for an adjournment was not addressed and dismissed when the Court separately granted an extension request for Defendants to file their Opposition to Plaintiff's Objections to the Report and Recommendation. <u>See</u> ECF No. 171.