**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PATRICIA RODNEY,

                Plaintiff,                      22-CV-1445 (LAK) (OTW)

             -against-                        **ORDER**

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on February 8, 2024. As ordered at the Conference, the parties are directed to file a joint status letter regarding ESI discovery **by February 29, 2024**. The parties' discovery chart, as discussed at the conference, is due **Friday, February 23, 2024**.

The parties are directed to refer to the transcript of the February 8, 2024, conference for details on the Court's rulings.

The Clerk of Court is respectfully directed to close ECF 167.

**SO ORDERED.**

                                                          /s/ Ona T. Wang

Dated: February 8, 2024                                         **Ona T. Wang**
       New York, New York                         United States Magistrate Judge