

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

February 12, 2024

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    <u>Patricia Rodney v. City of New York, et al.</u>, 22-cv-1445 (LAK)

Your Honor:

        I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, for Defendants. Defendants write to provide a corrected citation to their brief, submitted on February 9, 2024, in opposition to Plaintiff's objections to the Report and Recommendations (Dkt. No. 181). Plaintiff's counsel wrote to the undersigned to note that a case cited in Defendant's brief did not contain a quotation. Namely, Defendants brief at pp. 1-2 states that "However, objections that are an attempt to "engage the district court in a rehashing of the same arguments set forth in the original petition," without more, trigger only a review of the magistrate judge's report for "clear error[,]"" citing to <u>Greene v. WCI Holdings Corp.</u>, 956 F. Supp. 509, 513 (S.D.N.Y 1997). This was an apparent oversight and the undersigned apologizes for the error. The quotation instead should be attributed to <u>Fletcher v. Comm'r of Soc. Sec.</u>, and the citation should be to <u>Fletcher v. Comm'r of Soc. Sec.</u>, 2023 U.S. Dist. LEXIS 186550 at *2-3, 22-cv-2873 (S.D.N.Y. Oct. 15, 2023) (quoting <u>Ortiz v. Barkley</u>, 558 F.Supp.2d 444, 451 (S.D.N.Y. 2008). If the Court so requests, Defendants are prepared to file an amended brief.

        Thank you for your consideration herein.

                            Respectfully submitted,
                             /s/
                            John Schemitsch
                            *Senior Counsel*

cc:    **VIA ECF**
      Remy Green, Esq.
      *Attorney for Plaintiff*