

February 23, 2024

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

      Re:    Case No. 22-cv-01445, Rodney v City of New York, et al.

Dear Judge Wang:

    As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. I write jointly with counsel for Defendants to provide the chart the Court ordered the parties to create as to outstanding document requests.

    Since it is an Excel document, I will also send a version in Excel to the Chambers email, in case the Court wants to print it or manipulate the columns, and so on.

    As always, we thank the Court for its time and consideration.

               Respectfully submitted,

               /s/
               _____
               J. Remy Green
                  *Honorific/Pronouns: Mx., they/their/them*
               COHEN&GREEN P.L.L.C.
               *Attorneys for Plaintiff*
               1639 Centre St., Suite 216
               Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.