

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

March 18, 2024

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Patricia Rodney v. City of New York, et al., 22-cv-1445 (LAK)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, for defendants. The parties write jointly, pursuant to the Court's November 16, 2023 order (Dkt. No. 136), directing the parties to file supplemental briefing within three weeks following the Second Circuit's decision in Reyes v. City of New York, 23-CV-6369. The Second Circuit has issued an order partially granting a stay of the preliminary injunction issued by the district court, except to the extent the preliminary injunction applies to Appellee SeanPaul Reyes, "for whom the preliminary injunction will remain in effect pending further order of the Court." See Second Circuit Order, dated March 15, 2024, attached hereto as Exhibit A. Because the motion order does not resolve any merits issues, the parties understand the Court's direction for supplemental briefing to apply to the merits decision, rather than this decision on the City's stay motion. On merits briefing, so far, the City has filed an opening brief — and the rest remains open.

Thank you for your consideration herein.

Respectfully submitted,
/s/
John Schemitsch
*Senior Counsel*

cc:   **VIA ECF**
All Counsel of Record
*Attorneys for Plaintiff*