# EXHIBIT A

S.D.N.Y. – N.Y.C.<br>
23-cv-6369<br>
Clarke, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand twenty-four.

Present:

    José A. Cabranes,
    Richard C. Wesley,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

---

SeanPaul Reyes,

    *Plaintiff-Appellee*,

v.                                                                23-7640

City of New York,

    *Defendant-Appellant*.

---

Appellant moves for a stay of the preliminary injunction issued by the district court. Upon due consideration, it is hereby ORDERED that the motion is GRANTED except to the extent the preliminary injunction applies to Appellee, for whom the preliminary injunction will remain in effect pending further order of this Court. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007). This order stays the preliminary injunction to the extent it applies to members of the public other than Appellee and to the extent it requires police department signs to be removed or altered.

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk of Court

