**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PATRICIA RODNEY,

           Plaintiff,                22-CV-1445 (LAK) (OTW)

           -against-                 **ORDER**

THE CITY OF NEW YORK, et al.,

           Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court will hold a Status Conference in this matter on **Thursday, April 11, 2024 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed conference agenda by Tuesday, April 9, 2024.

      SO ORDERED.

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge

Dated:  April 2, 2024
         New York, New York