

April 2, 2024

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

**MEMO ENDORSED.**

Re: Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

As the Court knows, my firm, with co-counsel, represents Plaintiff in the case named above. I write regarding the conference the Court just set for Thursday, April 11, 2024 at 12:00 p.m. *See* ECF No. 196. Defendants have graciously both consented and gotten back to us quite quickly on the below — for which we are very appreciative.

Because of pre-existing travel plans, I will not be able to attend an in-person conference next Thursday. However, I am able to attend a teleconference if the Court holds the conference by phone (or Zoom, etc.) instead. Thus, Plaintiff asks — with Defendants' consent — for the Court to convert the appearance to a phone conference.

Otherwise, if the Court is not inclined to convert the appearance, Plaintiff asks that the Court adjourn the conference, and she will confer with Defendants for dates that work the next week and thereafter.

As always, I thank the Court for its time and consideration.

**Application GRANTED. The dial in information is (866) 390-1828, access code 1582687.**

**SO ORDERED.**

*/s/*
_____
Ona T. Wang    4/2/24
U.S.M.J.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc: All relevant parties by electronic filing.