**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
PATRICIA RODNEY,                                      :
                                                                    :
                         Plaintiff,        :          22-CV-1445 (LAK) (OTW)
                                                                    :
                    -against-               :          **POST-CONFERENCE ORDER**
                                                                    :
THE CITY OF NEW YORK, et al.,             :
                                                                    :
                      Defendants.   :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a telephonic Status Conference in this matter on **Thursday, April 11, 2024**, at which the Court made rulings on the record. As ordered at the conference, any motion to compel related to document requests are resolved as follows:

1. **Document request 26:** Defendant represents that there are no other responsive documents to produce.

2. **Document request 32:** Document request 32 is limited to the CCRB files that have been provided and the closing reports as discussed at the conference.

3. **Document request 34:** In response to document request 34, Defendants are directed to produce the privilege log.

4. **Document request 37:** Defendant is directed to produce **only** notice of claims for civil cases, not 50-H transcripts.

5. **Document request 66:** Defendants do not need to produce anything in response to document request 66 because it is not proportional to the needs of the case.

As to other discovery issues:

6. No issue remains regarding the IAB document response dispute.

7.  To the extent Plaintiff moves to compel ESI discovery, it is **DENIED** as premature.

8.  To the extent ECF 173 is a motion for fees and costs, it is **DENIED without prejudice**. Any

motions for fees and/or cost shifting are stayed until the close of discovery.

The parties are directed to refer to the April 11, 2024 conference transcript for further

details on the Court's rulings.

**SO ORDERED.**

_/s/ Ona T. Wang_

Dated:  April 11, 2024

New York, New York

**Ona T. Wang**

United States Magistrate Judge