# COHEN&GREEN

April 19, 2024

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:   Case No. 22-cv-01445, Rodney v City of New York, et al.

Dear Judge Kaplan:

My firm, with co-counsel, represents Plaintiff in the case named above. Pursuant to the Court's practices, I write to request an extension of two weeks to file an appeal of certain rulings made by Judge Wang as commemorated in a written order (ECF No. 200) and entered on the record at a conference on April 11, 2024.

Under Fed. R. Civ. P. 72(a), the current deadline is April 25, 2024 — and the extension would be until May 9, 2024. Defendants take no position on this request, and have declined to sign any stipulation pursuant to the Court's Practices.

Plaintiff requests the extra time both (1) because she does not have the transcript yet,[1] which is likely necessary for briefing; and (2) is still evaluating whether to appeal at all, and believes it would be most efficient to make that decision with the transcript available to review anyway.

As always, I thank the Court for its time and consideration.

Respectfully submitted,

/s/

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

SO ORDERED Granted
LEWIS A. KAPLAN, USDJ
4/22/24

cc:
All relevant parties by electronic filing.

---

[1] The parties ordered the transcript promptly, and anticipate receiving it in advance of the proposed new deadline.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com