

April 26, 2024

Hon. Ona T. Wang, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

    Re:    Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

As the Court likely recalls, my firm, with co-counsel, represents Plaintiff in the case above. As directed by the Court, because today is the last Friday of the month, below is Plaintiff's monthly status report.

With a few updates, the parties remain largely in the same place they were at the conference earlier this month. First, Defendants have served — as discussed at the conference — closing reports for certain CCRB cases involving the individual Defendants. Second, Defendants have served their first ESI production, consisting of four (essentially blank) individual emails with substantive attachments.[1] Our understanding is that this is the first in a series of rolling productions.

As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/

    J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] Because of what appears to be a processing/file-type issue, certain attachments called "Report.arrestfolder.upload" were replaced with a slipsheet indicating a "technical issue" (case altered). We've followed up with Defendants yesterday to try to understand what the native file type is and whether there is a substantive file or other substantive documents that these files indicate (my understanding, based on context and other knowledge, is that this file is likely an applet or link that opens a shared folder or database of some kind). The parties are still discussing this and I see no reason to think we will not resolve this issue on our own.