

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY O'FLYNN**<br>*Senior Counsel*<br>moflynn@law.nyc.gov<br>Phone: (212) 356-2352 |

June 28, 2024

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Patricia Rodney v. City of New York, et al., 22-cv-1445 (LAK) (OTW)

Your Honor:

    I am a Deputy Chief in the Special Federal Litigation Division of the New York City Law Department. I write pursuant to the Court's order to provide a status update on this matter. The Assistant Corporation Counsel previously assigned to this case recently went out on parental leave. We are therefore in the process of reassigning the case. The new ACC will be entering a notice of appearance shortly.

                                             Respectfully submitted,

                                             /s/ Mary O'Flynn

                                             Mary O'Flynn
                                             Senior Counsel
                                             Special Federal Litigation Division.