UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                        Plaintiff,

      -against-

THE CITY OF NEW YORK, et. al.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 Civ. 1445 (LAK)(OTW)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Heriberto Hernandez, Tamara Clemente, John Ramos, Pelly Casimir, Michael Oggeri, Angeliesse Acevedo, Robert Mui, Johnandrew Cusomano, Steven Vitelli, Ernest Hernandez and James P. O'Neill and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
               July 8, 2024

                                                MURIEL GOODE-TRUFANT
                                                Acting Corporation Counsel of the
                                                  City of New York
                                                *Attorney for Defendants City of New York,*
                                                *Heriberto Hernandez, Tamara Clemente, John*
                                                *Ramos, Pelly Casimir, Michael Oggeri, Angeliesse*
                                                *Acevedo, Robert Mui, Johnandrew Cusomano,*
                                                *Steven Vitelli, Ernest Hernandez and James P.*
                                                *O'Neill*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-3519

                                        By:    /s/  Mark D. Zuckerman
                                                  MARK D. ZUCKERMAN