**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PATRICIA RODNEY,

                      Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------x

No. 22-CV-1445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 213 and 214.  The deadline for non-*Monell* fact discovery will be **November 22, 2024**.

      **SO ORDERED.**

Dated:  August 1, 2024
       New York, New York

                                      */s/ Ona T. Wang*
                                           **Ona T. Wang**
                                    United States Magistrate Judge