**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

PATRICIA RODNEY,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------x

No. 22-CV-1445 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 218 and 219.

The Court will hold a Pre-Settlement Conference Call on **Tuesday, October 15, at 2:30 p.m**. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                              */s/ Ona T. Wang*

Dated: October 1, 2024                                         **Ona T. Wang**
      New York, New York                        United States Magistrate Judge