

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 7, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>Patricia Rodney v. The City of New York, et. al.</u>, 22 Civ. 1445 (LAK)(OTW)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, representing defendants in the above referenced matter. We write to respectfully request that we be permitted to file a response to the Notice of Supplemental Authority filed by plaintiff on September 30, 2024 with respect to plaintiff's pending Rule 72 Objections to Magistrate Judge Wang's Report and Recommendation as to defendants' motion to dismiss. We propose to file our response to plaintiff's Notice of Supplemental Authority by October 11, 2024.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:    All counsel (via ECF)