**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
PATRICIA RODNEY,                                             :
                                                             :
                        Plaintiff,                           :       22-CV-1445 (LAK) (OTW)
                                                             :
                -against-                                    :       SCHEDULING ORDER
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

ORDERED that an in-person Settlement Conference will be held on **Wednesday, December 10, 2024, at 10:00 a.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Wednesday, December 3, 2024**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: October 17, 2024            **Ona T. Wang**
       New York, New York          United States Magistrate Judge