UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA RODNEY,

                                 Plaintiff,

        -against-

THE CITY OF NEW YORK, et. al.,

                               Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 Civ. 1445 (LAK)(OTW)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:    New York, New York
            December 9, 2024

                                 MURIEL GOODE-TRUFANT
                                 Corporation Counsel of the
                                   City of New York
                                 *Attorney for Defendants*
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 356-2352

                        By: _____
                                 Mary O'Flynn
                                 Deputy Chief
                                 Special Federal Litigation Division