

December 20, 2024

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

   Re: Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Kaplan:

  My firm, with co-counsel, represents Plaintiff in the case named above. As the Court is likely aware, the parties attended a settlement conference in this case recently.

  Judge Wang has asked us to let Your Honor know that settlement discussions were unsuccessful. My understanding is that following the monthly status letters next Friday, Judge Wang and the parties will figure out a plan for resuming discovery and re-set various deadlines on that front.

  As always, I thank the Court for its time and consideration.

               Respectfully submitted,

               /s/
               _____
               J. Remy Green
                *Honorific/Pronouns: Mx., they/their/them*
               **COHEN&GREEN P.L.L.C.**
               *Attorneys for Plaintiff*
               1639 Centre St., Suite 216
               Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.