UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Case No.: 22-cv-01445

PATRICIA RODNEY,

                         Plaintiff,       **(PROPOSED) STIPULATION AND ORDER**

    -against-

THE CITY OF NEW YORK, et al.,

                         Defendants.

------------------------------------------------------------------X

        **Pursuant to the Court's Individual Practices, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The deadline for Plaintiff to move for the reasonable attorneys' fees and costs provided for by the judgment (ECF No. 231, *see* Fed. R. Civ. P. 54(d)(2)(B)(i)) is extended 60 days, from February 5, 2025 to April 7, 2025, so the parties may attempt to resolve that issue without litigation.

Dated: New York, New York
         January 22, 2025

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By: /s/ | By: /s/ Mark D. Zuckerman |
| J. Remy Green | Mark Zuckerman |
| 1639 Centre Street, Suite 216 | Special Federal Litigation Division |
| Ridgewood (Queens), NY 11385 | New York City Law Department |
| t: (929) 888-9480 | 100 Church Street |
| f: (929) 888-9457 | New York, New York, 10007 |
| e: remy@femmelaw.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED

_____
Hon. Lewis A. Kaplan, U.S.D.J.

1/29/25