UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                          Plaintiff,        **(PROPOSED) STIPULATION AND ORDER**

      -against-

THE CITY OF NEW YORK, et al.,

                                         Defendants.
-------------------------------------------------------------------X

       Pursuant to the Court's Individual Practices, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The deadline for Plaintiff to move for the reasonable attorneys' fees and costs provided for by the judgment (ECF No. 231, *see* Fed. R. Civ. P. 54(d)(2)(B)(i)) is extended 45 days, from April 7, 2025 to May 22, 2025, so the parties may continue to attempt to resolve that issue without litigation.

Dated: New York, New York
         March 21, 2025

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **MURIEL GOODE-TRUFANT, CORPORATION COUNSEL OF THE CITY OF NEW YORK** |
| By: /s/ | |
| J. Remy Green | By: /s/ Mark Zuckerman |
| 1639 Centre Street, Suite 216 | Mark Zuckerman |
| Ridgewood (Queens), NY 11385 | Special Federal Litigation Division |
|   t: (929) 888-9480 | New York City Law Department |
|   f: (929) 888-9457 | 100 Church Street |
|   e: remy@femmelaw.com | New York, New York, 10007 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

                                                        SO ORDERED

                                                        _____
                                                        ~~Hon. Lewis A. Kaplan, U.S.D.J.~~
                                                       Ona T. Wang                Mar. 25, 2025
                                                       U.S.M.J.