USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3-25-25

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No.: 22-cv-01445
PATRICIA RODNEY,

                                  Plaintiff,      **(PROPOSED) STIPULATION**
                                                     **AND ORDER**

    -against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.
-------------------------------------------------------------X

       **Pursuant to the Court's Individual Practices, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The deadline for Plaintiff to move for the reasonable attorneys' fees and costs provided for by the judgment (ECF No. 231, *see* Fed. R. Civ. P. 54(d)(2)(B)(i)) is extended 45 days, from April 7, 2025 to May 22, 2025, so the parties may continue to attempt to resolve that issue without litigation.

Dated: New York, New York
         March 21, 2025

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **MURIEL GOODE-TRUFANT,**<br>**CORPORATION COUNSEL OF THE**<br>**CITY OF NEW YORK** |
| By:   /s/<br>J. Remy Green<br>1639 Centre Street, Suite 216<br>Ridgewood (Queens), NY 11385<br>   t: (929) 888-9480<br>   f: (929) 888-9457<br>   e: remy@femmelaw.com<br>*Attorneys for Plaintiff* | By:   /s/ Mark Zuckerman<br>Mark Zuckerman<br>Special Federal Litigation Division<br>New York City Law Department<br>100 Church Street<br>New York, New York, 10007<br>*Attorney for Defendants* |

SO ORDERED

/s/ Lewis A. Kaplan

Hon. Lewis A. Kaplan, U.S.D.J.

3/25/25