

April 16, 2025

Hon. Ona T. Wang
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

      Re:    Case No. 22-cv-01445, <u>Rodney v City of New York, et al</u>.

Dear Judge Wang:

      As the Court knows, my firm, with co-counsel, represents Plaintiff in the case named above. I write, with Defendants' consent, to respectfully request Your Honor hold a telephonic or video settlement conference on the issue of fees due under the judgment entered in this case. *See* ECF No. 231; *see also,* 42 U.S.C. § 1988 and N.Y. Civ. R. L. § 79-P(3)(d).

      The parties remain some distance apart, and would appreciate the Court's help in trying to bridge that gap and avoid further litigation. At present, the deadline for a motion is May 22, 2025 (ECF No. 236), but the parties are happy to seek more time. I am asking for a remote conference in order to keep time and fees down to the extent possible.

      As always, I thank the Court for its time and consideration.

      Respectfully submitted,

      /s/
      _____
      J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
      **COHEN&GREEN P.L.L.C.**
      *Attorneys for Plaintiff*
      1639 Centre St., Suite 216
      Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.