**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PATRICIA RODNEY,

                           Plaintiff,

                   -against-

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------x

22-CV-1445 (LAK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 237.

The Court will hold a Preliminary Settlement Conference Call on **Tuesday, April 29, 2025, at 3:30 p.m**.  Counsel is directed to call Chambers at (212) 805-0260 when all participants are on the line.

The Clerk of Court is respectfully directed to close ECF 237.

    **SO ORDERED.**

                                                                   */s/ Ona T. Wang*

Dated:  April 18, 2025                                      **Ona T. Wang**
      New York, New York                         United States Magistrate Judge