

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

May 22, 2025

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:  <u>Patricia Rodney v. City of New York, et. al.</u>, 22 Civ. 1445 (LAK)

Your Honor:

    I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.  I write jointly with plaintiff's counsel to respectfully request that the Court execute the parties' annexed Stipulation and Order of Settlement of Attorneys' Fees, Costs and Expenses in connection with plaintiff's acceptance of the City's Rule 68 Offer of Judgment.  Annexed hereto as Exhibit A is the aforementioned parties' executed Stipulation of Settlement.

    Thank you for your consideration herein.

                  Respectfully submitted,

                  /s/ Mark D. Zuckerman

                  Mark D. Zuckerman
                  Senior Counsel

cc:  All Counsel (via ECF)