USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-28-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICIA RODNEY,

                                    Plaintiff,

            -against-

THE CITY OF NEW YORK, et. al.,

                                  Defendants.

**STIPULATION AND ORDER OF SETTLEMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

22 Civ. 1445 (LAK)

------------------------------------------------------------------x

        **WHEREAS,** plaintiff Patricia Rodney commenced this action by filing a complaint on or about February 23, 2022, a first amended complaint on or about July 20, 2022 and a second amended complaint on or about June 27, 2023, alleging that defendants violated her federal civil and state common law rights; and

        **WHEREAS,** all defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** on or about January 3, 2025, defendants served a Rule 68 Offer of Judgment; and

        **WHEREAS,** on or about January 15, 2025, plaintiff accepted said Rule 68 Offer of Judgment; and

        **WHEREAS,** on or about January 22, 2025, the Court entered judgment pursuant to Rule 68 in the amount of $150,001; and

        **WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of her rights to attorneys' fees, expenses, and costs to her counsel, Cohen&Green, P.L.L.C.; and

**WHEREAS,** counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Defendant City of New York hereby agrees to pay plaintiff's counsel, Cohen & Green, P.L.L.C., the total sum of One Hundred and Ninety Two Thousand ($192,000.00) in full satisfaction of all of plaintiff's claims for attorneys' fees, expenses, that were or could have been alleged in the aforementioned action. In consideration for this payment to Cohen & Green, P.L.L.C., plaintiff and all counsel for plaintiff agree to release and discharge defendants City of New York, Tamara Clemente, Heriberto Hernandez, John Ramos, Pelly Casimir, Michael Oggeri, Angeliesse Acevedo, Robert Mui, Johnandrew Cusomano, Steven Vitelli and Ernest Hernandez; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

2. Plaintiff and all counsel for plaintiff hereby agree and represent that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, expenses, or costs at any time.

3. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or

regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

    4.    This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

    5.    The Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

6. The Clerk shall close the case. [handwritten initials]

**[SIGNATURES ON FOLLOWING PAGE]**

| | |
|---|---|
| COHEN & GREEN, P.L.L.C.<br>*Attorneys for Plaintiff*<br>1639 Centre Street, Ste. 216<br>Ridgewood, New York 11385 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*Tamara Clemente, Heriberto Hernandez,*<br>*John Ramos, Pelly Casimir, Michael*<br>*Oggeri, Angeliesse Acevedo, Robert Mui,*<br>*Johnandrew Cusomano, Steven Vitelli*<br>*and Ernest Hernandez*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>J. Remy Green<br>*Attorneys for Plaintiff Patricia Rodney* | By: _____<br>Mark D. Zuckerman<br>*Senior Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

5/28/25

Dated: New York, New York
_____, 2025

4